| DIST. | OFT | CASE N:79 | FILING DATE MO DAY YR | J | N/S | O | L | D | B | 23 | S | DEMAND NEAREST $1,000 | OTHER NUMBER | JUDGE/MAG | JURY DEM. | YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0090 | 01 | 79 | 0271 | 1 | 29 79 | 2 | 442 | 1 | | | | Injunc Relief | 9054 | | | 79 | 0271 |

|  PLAINTIFFS  |  DEFENDANTS  |
|---|---|

**PLAINTIFFS**

ANCEL G. LUEVANO

MELODY A. VAN

VICKY L. CHAPMAN

IMAGE DE CALIFORNIA

~~Richard T. Seymour~~
~~Lawyers' Committee for Civil Rights Under Law~~
~~1400 Eye Street, N.W., Suite 400~~
~~Washington, D.C. 20005~~
~~(202) 371-1212~~

**DEFENDANTS**

N. GILLIE, J.

JOYCE E...

~~DONALD J. DEVINE,~~
ALAN CAMPBELL  Director,
Office of Personnel Management
Constance Horner

**CAUSE**

Title VII, Civil Rights Act of 1964.   Employment discrimination on the basis of race;
Pace Examination.

**ATTORNEYS**

Norman J. Chachkin
~~Richard T. Seymour~~
~~Lawyers Committee for Civil~~
  ~~Rights Under Law~~  1400 Eye St NW   (05)
~~733 15th St. N. W. 20005~~
~~Suite 520  400~~
~~628-6700  371-1212~~

Vilma S. Martinez
Morris J. Baller
Joel G. Contreras
Felix Velarde-Munoz
Mexican American Legal Defense &
  Educational Fund
28 Geary St.
San Francisco, Calif. 94108
415-981-5800

~~Amicus NTEU~~   Clinton Willcott
          1730 K St., N.W.   #1100
          Washington, D.C.   20006
          (202) 785-4411

David H. Shapiro, AUSA
Room 3413 U. S. Courthouse
633-4953

Shirley Huang          Jeffrey Gutman
Dept. of Justice 20530
633-4782                633-3416

James S. Green
1900 E. St, NW
Washington, DC 20415
(202) 632-5087
as co-counsel for deft.

Barry Goldstein
1275 K St., NW #301
Washington, DC 20006
(202) 682-1300   counsel for pltf.

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/79)

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 1979 Jan | 29 | COMPLAINT; attachment. |
| Jan | 29 | SUMMONS (3) & copies (3) of complaint issued.  DeSt Atty. ser 1-31-79. Deft. ser. 3-1-79. |
| Mar | 08 | MOTION of deft for enlargement of time in which to respond to complaint. |
| Mar | 14 | ORDER filed 3-12-79 granting deft's motion to extend time to & including 4-16-79 to answer complaint.  (N)                                    GREENE, J. |
| Mar | 16 | APPEARANCE of Vilma S. Martinez, Morris J. Baller, Joel G. Conteras & Felix Velarde-Munoz as additional counsel for pltfs.  CD/N |
| Mar | 16 | NOTICE of pltfs to take the deposition of the General Accounting Office. |
| Mar | 16 | FIRST interrogatories of pltfs to deft. |
| Mar | 16 | FIRST request by pltfs for production of documents. |
| Mar | 23 | STIPULATION & order restricting draft report of GAO; directing that any documents which refer to draft report shall be filed under seal.  (See order for details.)  (N)                                    GREENE, J. |
| Apr | 18 | STIPULATION & Order extending time for deft to answer complaint to 6-15-79; & to serve his reply to pltf's first interrogatories, first request for production of documents on 6-18-79; pltf to serve motion for class certification on or before 6-28-79.  So ordered.  (Fiat) (N)                     GREENE, J. |
| June | 21 | STIPULATION that the deft will serve his answer to the complaint on 7-15-79 & serve his reply to pltfs first interrogatories & first request for production of documents on 7-18-79; pltf will serve motion for class certification on or before 7-28-79.  So ordered.  (Fiat) (N)                 GREENE, J. |
| July | 20 | STIPULATION & order extending time for deft to respond to complaint to 9-1-79 & serve reply to first interrogatories & request for production of documents to 9-4-79; pltfs to serve motion for class certification on 9-14-79.  So ordered.  (Fiat)                                    GREEN, J. |
| Sept | 06 | STIPULATION & order extending time for deft to answer to 10-1-79; deft to reply to first interrogatories & request for production on 10-4-79; pltfs to serve motion for class certification on 10-14-79; so ordered no further extensions. (Fiat) (N)                        J. JOYCE GREEN |
| Dec | 14 | ANSWER of deft to complaint. |
| Dec | 14 | CALENDARED.  CD/N |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ANGEL G. LUEVANO, et al. | ALAN CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 1 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1979** Dec | 13 | STIPULATION & order extending time for deft to serve reply to first interroga-tories & first request for production of documents & for pltf to serve motion for class certification until a time to be set at status call. (N) GREEN, J. |
| Dec | 19 | ORDER filed 12-14-79 setting status call for 1-29-80. (N) J. JOYCE GREEN |
| **1980** Jan | 29 | STATUS CALL: Further status call set 3-4-80, 9:30 AM. (Rep: B. Abramowitz) J. JOYCE GREEN |
| May | 13 | STATUS CALL: Further status call set 9:45 a.m. 6-16-80. (Rep: Abramowitz) GREEN, JOYCE HENS, J. |
| July | 17 | FIRST request of plaintiff under Rule 36 for admissions, and Rule 33 and 34 discovery requests as to any failure to admit. |
| July | 31 | AMENDMENT by pltfs, to and supplementation of, the complaint. |
| Aug | 18 | CONSENT ORDER filed 8-15-80, granting pltf's request to amend and to supplement the complaint with an additional party pltf.; directing the Clerk to file the amendment to and supplementation of the Complaint. |
| Sept | ^2 | ORDER filed 9-17-80, setting status call for 9:45AM on 9-23-80. (N) J.H. GREEN, J. |
| Sept | 26 | RESPONSE of deft. to pltfs' Rule 36 request for admissions. |
| Sept | 29 | MOTION of pltfs. for class determination; attachments A-E; memo. |
| Sept | 23 | STATUS CALL. J.H. GREEN, J. |
| Sept | 29 | ORDER filed 9-23-80, that pltf. allowed until 9-25-80 to submit motion to consider requests for admissions as admitted; deft. has until 9-29-80 to respond; setting schedule for settlement issued; pltfs. to file motion ot compel discovery as apporpriate and not later than 10-10-80; parties to convene in chambers for status conference on 10-23-80 at 9:30A.M. (see order for details) (N) J.H. GREEN, J |
| Oct | 06 | STIPULATION as to settlement offers apporved. (fiat) (N) J.H. GREEN, J. |
| Oct | 14 | STIPULATION as to objections to respo..ses to pltffs. first inter-rogatories and response of deft. to pltffs. first request for production of documents, approved. (see stipulation for details) (FIAT) (N) Green, J. |
| Oct | 17 | MEMORANDUM of points and auhtorites of deft, in opposition to pltfs motion for class determination. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI-MAR--3-7-78

| PLAINTIFF | DEFENDANT | DOCKET NO. 79-0271 |
|---|---|---|
| LUEVANO, ET AL. | CAMPBELL | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1980 Oct | 22 | ERRATA SHEET by defts. |
| Oct | 23 | STATUS CALL:  In chambers.    J.H. GREEN, J. |
| Nov | 14 | ORDER filed 11-12-80, granting motion of pltfs. for class certification and amending caption to show as pltfs. the named individuals and the following certified class:  all past, present, and future black and Hispanic applicants for professional, administrative, or techanical jobs for which the deft. administers the Professional and Administrative Career Examination (PACE) who have taken the Professional and Administrative Career Examination (PACE) within the preiod of limitations or who will take it hereafter, and who have been, are being, or may in the future be, denied equal employment or promotional opportuntiies as a result of deft's use of the Professional and Administrative Career Examination (PACE); All  discovery to terminate 5-22-81; pretrial set 6-11-81 in chambers at 4:00P.M. and trial scheduled to begin on 6-22-81 at 10:00AM. (N)  (Rep: Bud Abromowitz)    J.H. GREEN, J. |
| Nov | 14 | ORDER filed 11-12-80, setting forth details of requirements at pretrial and trial. (N)     J.H. GREEN, J. |
| Nov | 14 | ORDER filed 11-12-80, referring discovery matters to magistrate. (N) J. H. GREEN, J. |
| Dec | 23 | INTERROGATORIES (Second) by pltfs. to deft. |
| 1981 Jan | 2 | REQUEST (Second) by pltfs. for production of documents. |
| Jan | 06 | ORDER filed 1-6-81, setting status call for 4:30 P.M. on 1-26-81 in Chambers. (N)    J.H. GREEN, J. |
| Jan | 09 | APPEARANCE of Norman J. Chachkin/(733  15th St., N.W., 20005) attorney for Pltf. C/D (N) |
| Jan | 09 | MOTION by Pltf. for approval of the filing of second amendment to and supplementation of complaint herein; Exhibit. |
| Jan | 09 | MOTION (Joint) for entry of an Order granting preliminary approval to the Consent Decree, for purposes of providing notice to the Pltf. Class, and providing notice to all class members; Consent Decree; Appendix A, B, C & D. |
| Jan | 12 | MOTION of The Office of the President-Elect to appear as Amicus Curiae; affidavit of Loren A. Smith; exhibit (brief). |
| Jan | 09 | STATUS CALL:  Motion of pltfs. for approval of filing of their second amendment to, and supplementation of complaint and motion for Preliminary approval of consent decree heard and taken under advisement. (Rep: Bud Abramowitz)  J.H. GREEN, J. |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO, et al. | CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 3 OF____PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 Jan | 13 | RESPONSE of pltfs.to the motion of the Office of the President-elect to appear as Amicus Curiae. |
| Jan | 12 | APPEARANCE of Charles Stephen Ralston (10 Columbus Circle, Suite 2036 New York, N.Y. 10019) (212 586-8397) for pltfs. |
| Jan | 12 | APPEARANCE of Gail J. Wright (10 Columbus Circle, Suite 2036 New York, N.W. 10019) (212 586-8397) for pltfs. |
| Jan | 12 | APPEARANCE of Kenneth Kimerling (Puerto Rican Legal Defense & Education Fund, Inc. 95 Madison Avenue, N.Y., N.Y. (212-532-8470) for pltfs. |
| Jan | 16 | ORDER filed 1-14-81, appoaving filing of pltf's second amendment to and supplementation of , complaint. (N)    J. H. GREEN, J. |
| Jan | 16 | ORDER filed 1-14-81, granting in part and denying in part motion of the Office of the President-Elect to Appear as Amicus Curiae; memornadum of the Office of the President-Elect as Amicus Curiae, deemed filed; request to participate in ant to orally present views at any hearing on or prior to 1-20-81, denied. (N) (See order for details)    J. H. GREEN, J. |
| Jan | 14 | STATUS CONFERENCE. |
| Jan | 14 | COURT Exhibits 1-12 filed.    J. H. Green, J. |
| Jan | 15 | CASE CALLED:  Motion for Preliminary approval of consent decree, for purposes of providing notice to the pltf. class, granted; all objections to be submitted by 3-20-81; hearing on objections set for 10:00 A.M. on 4-23-81. J. H. Green, J. |
| Jan | 16 | ORDER filed 1-15-81, granting Preliminary approval to the Consent Decree, for purposes of providing notice to the pltf. class, and providing for notice to all class members. (N) (See order for details)    J. H. GREEN, J. |
| Jan | 15 | APPENDIX  A to Order granting Preliminary Apporval of Consent Decree.    J. H. GREEN, J. |
| Jan | 15 | APPENDIX  B to Order granting Preliminary apporval of consent Decree.    J. H. Green, J. |
| Jan | 16 | MOTION of Equal Employment Advisory Council for leave to participate as Amicus Curiae; exhibit (Brief), |
| Jan | 23 | SECOND AMENDMENT by pltfs. to, and supplementation of, the complaint herein. |
| Jan | 23 | MEMORANDUM of the Office of the President-elect as Amicus Curiae; table of contents; table of authorities. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO | CAMPBELL | DOCKET NO. 79-0271<br>PAGE 4 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981<br>Jan | 27 | LETTER dated 1-26-81, from William French Smith, Atty. General to Judge Green. (Fiat)    J. H. GREEN, J. |
| Feb | 09 | MOTION of defts. for an extension of time. |
| Feb | 10 | ORDER filed 2-9-81, amending order of 1-15-81 to reflect that notice to the ptlf. class begin no later than 3-11-81; consent decree upon head of each federal agency shall take place no later than 3-11-81; and to reflect that objections to consent Decree shall be filed no later than 4-10-81 and the hearing before the Court shall be held 5-8-81 at 10:00AM. (N) J.H. GREEN, J. |
| Feb | 24 | JOINT MOTION to amend the Consent Decree and for the entry of an order granting preliminary approbal to the decree as amended, and for the purpose of providing notice; appendix A; appendices A-D; appendix B. |
| Feb | 25 | MOTION of Samuel Walker to intervene as a member of the class. |
| Feb | 25 | JOINT MOTION to amend the consent decree and for the entry of an order granting preliminary approval to the decree as amended, and for the purpose of providing notice heard and taken under advisement. (Rep: Bud Abramowitz)    J.H. GREEN, J. |
| Feb | 27 | ORDER filed 2-26-81, apporving amendments to Consent Decree; amending Pa Paragraph 1 (a) of 1-15-81 Order to reflect that notice to pltf. class shall begin no later than 30 days after entry of this order paragraph 4 of 1-15-81 order amended to reflect that service of Consent Decree upon head of each Federal agency shall take pla no later than 30 days after entry of Order; form of Notices to be given to class members shall be set forth in Appencices A&B; Appendix A; Appendix B. (N)    J.H. GREEN, J. |
| Mar | 06 | JOINT OPPOSITION of the pltfs. and defts. herein to the motion of Samuel B. Wallace to intervene as a member of the Class. |
| Mar | 10 | MOTION by The Equal Employment Advisory Council to withdraw brief amicus curiae. |
| Mar | 13 | FIRST ARGUMENT by Samuel Wallace to joint response; attachment. |
| Mar | 20 | RESPONSE by Samuel Walker to the joint opposition of the pltfs and defts. herein to the motion to intervene as a member of the class. |
| Mar | 27 | AFFIRMATION by Samuel B. Wallace in support of motion to intervene and to give proper notice to all members of the Certified Class. |
| Mar | 30 | TRANSCRIPT of Proceedings; January 9, 1981; Rep: Barnet Abramowitz; Court Copy. |

(SEE NEXT PAGE)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO | CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Mar | 30 | TRANSCRIPT of Proceedings; January 14, 1981; Rep: Barnet Abramowitz; Court Copy. |
| Mar | 30 | TRANSCRIPT of Proceedings; January 15, 1981; Rep: Barnet Abramowitz; Court Copy. |
| Mar | 30 | TRANSCRIPT of Proceedings; February 24, 1981; Rep: Barnet Abramowitz; Court Copy. |
| Apr | 06 | MOTION of deft. to amend the Court's January 15, 1981 order. |
| Apr | 09 | LETTER to Judge Green from Samuel B. Wallace dated 2-18-81; attachment.                                            GREEN, J. |
| Apr | 13 | ORDER filed 4-9-81 withdrawing motion of Equal Employment Advisory Council to participate as Amicus Curiae. (N)         GREEN, J. |
| Apr | 13 | ORDER filed 4-9-81 denying motion of Samuel B. Wallace to intervene. (N)                                          GREEN, J. |
| Apr | 15 | SUPPLEMENT AFFIRMATION in support of Motion of Wallace to intervene motion to intervene has been previously denied, as is this supplement affirmation. (fiat) (N)  J. H. GREEN, J. |
| May | 06 | ORDER filed 5/5/81 amending Order of 1/15/81 (N) (signed 5/4/81)                                          J. H. GREEN, J. |
| May | 18 | JOINT MOTION to schedule A second hearing on objections to the consent decree, and to establish a procedure for clarifying and resolving the objections. |
| May | 18 | JOINT OPPOSITION to the motion of Samuel B. Wallace to join as a party pltf. to his motion for injunctive relief, and to his request for reconsideration of the denial of his motion to intervene. |
| May | 18 | JOINT OPPOSITION to motion of Aurea Rosario-Alicea for leave to intervene in this case. |
| May | 19 | MOTION of Samuel B. Wallace for hearing om potion to intervene; motion to strike first arguemnt; motion for reconsideration of motion to intervene. (fiat) J.H. GREEN, J. |
| May 26 | | ORDER filed 5-19-81, denying motion of Samuel B. Wallace for hearing to strke and for reconsideration. (N)     J.H. GREEN, J. |
| May 26 | | ORDER filed 5-19-81, rescheduling second hearing objections to Consent decree for 10:00AM 6-16-81 and extablish prodedure for clarifying and resolving objections; attachments A thru E. (N) (See order for details)     J.H. GREEN, J. |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79-271 |
|---|---|---|
| LUEVANO | CAMPBELL | PAGE 6 OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| May 27 | | HEARING on objections to entry of a Consent Order, argued and taken under advisement with counsel to be notified at a later time. (Rep: B. Abramowitz)   GREEN, JOYCE, J. |
| May 28 | | MOTION of Miss Aurea Rosario-Alicea for leave to intervene; $5.00 fee paid and credited to the U.S. Treasury; (Appearance: Pro Se Calle 2 #48, Villa Esperanza, Ponce, Puerto Rico (809)843-3940). |
| June 4 | | LIST by pltf. of class members who filed timely objections. |
| June 8 | | ORDER filed 6-4-81, denying motion of Aurea Rosario-Alicea to intervene. (N)   J. H. GREEN, J. |
| June 10 | | ORDER filed 6-8-81, establishing a procedure for resolving the claims of class members who have states that they filed their own complaints of discrimination against the PACE, waiving the filing deadline for Rosa O. Brooks, extending the deadlines for receipt of clarifications of comments by class members and for providing summaries to the Court, and approving responses to late statements filed by class members; Attachments A-E. (N) (signed 6-4-81).  GREEN, J.H., J. |
| June 10 | | AMENDED MOTION by Miss Aurea Rosario-Alicea for leave to intervene. |
| June | 15 | JOINT MOTION for entry of an order establishing a procedure for resolving the claims of class members who have stated taht they filed their own complaints of discrimination against the PACE, waiving the filing deadline for Rosa O. Brooks, extending the deadlines for the receipt of clarifications of comments by Class Members and for providing summaries to teh Court, and approving responses to late statements; attachment. |
| June | 16 | HEARING held on objections to consent decree and taken under advisement. (Rep: Bud Abramowitz)   J.H. GREEN, J. |
| June | 16 | LIST of Class members who have withdrawn their objections, and list of class members who have clarified the Statements they originally filed with the Clerk. (fiat) 6-15-81).  J.H. GREEN, J. |
| June | 18 | TRANSCRIPT of Proceedings taken on 5-27-81; pps 1-171; Court's copy; Rep:  Barnet I. Abramowitz. |
| June | 19 | ORIGINAL LETTERS of Class Action Members in five brown binders. |
| June | 19 | DEPOSITION of Cynthia Sheppard taken on behalf of pltf. on 6-2-81; Attachment (correction); Exhibits 1 and 2. |
| June | 24 | MOTION by Samuel B. Wallace for proper service of pleadings. |
| June | 24 | MOTION by Samuel B. Wallace in objection to substantial error in "Stipulation of Facts". |
| June | 24 | DEPOSITION of James L. Outtz taken on 6-17-81 for pltfs.; exhibits 1&2. |

SEE NEXT PAGE

BC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—NAR—7-14-80-70M-4300

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79-0271 |
|---|---|---|---|
| ANGEL L. LUEVANO, et al. | | ALAN CAMPBELL | PAGE _7_ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1981**<br>June | 26 | MOTION by defts. for an enlargement of time. |
| June | 29 | ORDER filed 6-25-81, denying motions of Samuel B. Wallace for additional discovery, proper service of pleadinfs and motion alleging substantial error in stipulation of facts. (N)<br>J.H. GREEN, J. |
| July | 1 | ORDER filed 6-26-81 amending order of 6-25-81. (N)<br>GREEN, JOYCE HENS, J. |
| July | 1 | ORDER filed 6-29-81 allowing parties until 7-17-81 to submit propo'ed Findings of Fact and Conclusions of Law. (N)<br>GREEN, JOYCE HENS, J. |
| July | 13 | ORDER filed 7-9-81 denying second motion of Aurea Rosario-Alicea to intervene as a party pltf. (N)(Signed 7-8-81)<br>GREEN, JOYCE HENS, J. |
| July | 9 | MOTION of Samuel B. Wallace for Rule 36 request for admission. (FIAT)(Signed 7-8-81)    GREEN, JOYCE HENS, J. |
| July | 13 | ORDER filed 7-9-81 denying motion of Samuel B. Wallace for request for admissions. (N)(Signed 7-8-81)    GREEN, JOYCE HENS, J. |
| July | 13 | MOTION of Samuel B. Wallace to admit as new evidence for the Court's fairness consideration of the Consent decree.(fiat). J.H. GREEN, J |
| July | 15 | ORDER filed 7-13-81, denying motion of Samuel B. Wallace to admit new evidence. (N)    J.H. GREEN, J. |
| July | 15 | MOTION By defts. for an enlargement of time. |
| July | 16 | ORDER filed 7-15-81, extending time to 7-24-81 for parties to submit proposed Findings of Fact and Conclusions of Law. (N)<br>J.H. GREEN, J. |
| July | 24 | ORDER filed 7-22-81, granting leave to file motion of Samuel Wallace to introduce new evidence in the form of final report and denying said motion. (N)    J.H. GREEN, J. |
| July | 22 | MOTION to introduce new evidence in the form of Final Report with attachments. (fiat)    J.H. GREEN, J. |
| July | 23 | MOTION of defts. for an enlargement of time. |
| July | 29 | ORDER filed 7-27-81, allowing parties until 8-23-81 to submit proposed findings of fact and conclusions of Law. (N) J.H. GREEN, J. |
| Aug | 25 | JOINT SUBMISSION of Factual materials to supplement the record on the question of final approval of the proposed consent decree; affidavit of Richard T. Seymour; exhibits 3-13; affidavit of Barbara Ward; attachment; affidavits (2) of James S. Green; affidavit of Richard B. Post; affidavit of Donald Holum, |

CASE CLOSED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI-HAR—7-14-00-70M-4308

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79-0271 |
|---|---|---|---|
| LUEVANO | | CAMPBELL | PAGE 8 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981<br>Sept 4 | | LETTER from Richard T. Seymour to Clerk re: page 6 to affidavit filed 8-25-81; attachment. |
| Sept 21 | | COMMENT of Samuel B. Wallace on Final Consent Decree, dated 9-20-81. (fiat)          J.H. GREEN, J. |
| Nov 19 | | ORDER modifying list of deft. class members.   (N)   JOYCE GREEN, J. |
| Nov 19 | | NOTICE to former class members who may have been affected by the Government's Internal Use of the Pace. (N)   JOYCE GREEN, J. |
| Nov 19 | | ORDER granting final approval to the Consent Decree. (N) JOYCE GREEN, J. |
| Dec 1 | | ORDER filed 11-30-81 approving notice to be sent to class members who filed objections or comments with the Court; attachment. (N)                     GREEN, JOYCE HENS,J. |
| 1982<br>Jan 19 | | REQUEST of Arthur Gallegos, 450 East Hutchins Place, San Antonio, Texas, 78221 to be included as part of class. (fiat)JOYCE GREEN,J. |
| Feb 02 | | COPY of motion of Samuel B. Wallace indicating notice of appeal; received in chambers 1/18/82. (fiat)   (N)  JOYCE GREEN, J. |
| Feb 02 | | COPY of motion of Samuel B. Wallace that defts. be required to verify the authenticity of PACE test scoring procedures, denied, see order of 11/19/81. (fiat) (N)    JOYCE GREEN, J. |
| Feb 3 | | ORDER directing Samuel B. Wallace to comply with rules to note appeal with required $5.00 fee within 10 days.  Said Notice of appeal will be deemed timely noted; Donald J. Devine substituted as party deft.   (N)      (Rep: Bud Abramowitz)                            JOYCE GREEN, J. |
| Feb 8 | | EXPEDITED MOTION by Samuel B. Wallace, Class Member, to Reconsider; P&A's; Affirmation. |
| Feb 22 | | ~~LEAVE TO FILE Notice of Appeal by Samuel B. Wallace, denied as untimely. See Order February 3, 1982. (fiat) (signed 2-18-82). JOYCE GREEN, J.~~ ERROR |
| Feb 24 | | ORDER denying motion of Samuel B. Wallace to reconsider the order granting final approval to the consent decree. (N)  GREEN, J. |
| Apr 05 | | TRANSCRIPT OF PROCEEDINGS taken on 6-16-81; Rep: Barnet I. Abramowitz; pp. 1-51. |
| | | (SEE NEXT PAGE) |

DC 111A
'(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                FPI--WAR--7.14.00.70M-4390

| PLAINTIFF | | DEFENDANT | DOCKET NO. __79-0271__ |
|---|---|---|---|
| LUEVANO | | DEVINE | PAGE __9__ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1982<br>May 6 | | CERTIFIED COPY of Order from USCA dated May 6, 1982, directing<br>Clerk USDC to file papers lodged by Appellant, Samuel B.<br>Wallace, as a Notice of Appeal from the Order USDC dated<br>2-3-82; vacating order USDC 2-3-82 and instructing USDC to<br>file Wallace's Notice of Appeal from 11-19-81 Order. (See<br>Order for details). |
| May 6<br><br>*  | | COPY of Notice of Appeal by Samuel B. Wallace; Copy of Affirmation<br>in support of request to proceed in forma pauperis; Copies<br>mailed to Norman J. Chachkin and David H. Shapiro, Esquires;<br>submitted to Judge Joyce Green. (Filed pursuant to Order<br>USCA dated May 6, 1982) |
| May 10<br>*  | | COPY of Notice and docket entries transmitted to USCA.<br>USCA # __82-1535__ . |
| May 06 | | LETTER, dated 3-27-82 from John L. Willi...., as to Ms. Delmira<br>Quarles.                    JOYCE GREEN, J. |
| May 17 | | ORDER filed May 13, 1982 granting leave to Samuel B. Wallace to<br>proceed without prepayment of costs and that notice of<br>appeal from 11-19-81 Consent Decree be deemed filed.   (N)<br>JOYCE GREEN, J. |
| Jun 22 | | Record on Appeal delivered to U.S.C.A.; receipt acknowledged<br><br>__June 28, 1982.__ . |
| Sep 22 | | CONSENT ORD... ...ed 9-20-82 awarding attorneys' fees and costs from<br>the ...... ... the case through 8-25-82.   (N)<br>JOYCE GREEN, J. |
| 1983<br>Jan 13 | | MOTION of Samuel B. Wallace for clarification of transcript. "Let<br>this be filed and denied. The record speaks for itself." (FIAT)<br>(N)                         JOYCE GREEN, J. |
| Feb 10 | | JOINT RESPONSE by parties to Mr. Wallace's motion for clarification<br>of transcript of hearing on objections to consent decree for<br>5/27/81. |
| Feb 22 | | ORDER directing that the Court reporter check his notes of the hearing, and file<br>a statement with the Clerk stating whether page 89, lines 9-17 of the tran-<br>script of 5/27/81 is correct and, if not, any changes necessary to make this<br>portion of the transcript correct; and denying motion of deft. for clarifica-<br>tion. (N)                         JOYCE GREEN, J. |
| Feb 25 | | CERTIFICATE of reporter, "Let this be filed." (FIAT)   JOYCE GREEN, J. |
| . . . . | | ..... ... ... ... ... ... ... ...  ...ber 19, 1981<br>........ . SEE NEXT PAGE ...... ... .......... ...... ...arges of dis.. |

DC 111A
(Rev. 1/75)

FPI—LEAR—7-14-80-70M-4398

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO | CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 10 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Mar.22 | | MOTION by pltf. for clarification and enforcement of the Order of 11/19/81, governing the rights of former class members to file new charges of discrimination against internal uses of the pace; Memorandum of P&A's. |
| Mar.29 | | CERTIFIED COPY OF ORDER filed 2/10/83 from U.S.C.A. denying motions and, sua sponte, appeal is dismissed. |
| Mar.31 | | MOTION by defts' for an enlargement of time to serve their response to pltffs' motion for clarification and Enforcement. |
| Apr 7 | | ORDER filed 4/6/83 granting motion of defts. for enlargement of time until 4/8/83 to respond to pltfs motion for clarification and enforcement. (signed 4/5/83)   (N)                                      JOYCE GREEN, J. |
| Apr 8 | | MOTION of defts. for an enlargement of time. |
| Apr.12 | | TRANSMITTAL LETTER from U.S.C.A. returning three (3) Volumes of Original record and six (6) volumes of transcripts under one seperate cover, six (6) ( brown binders; two(2) volumes of depositions. |
| Apr.12 | | LETTER from pltfs. re attachments which were omitted from the 3/21/83 filing of thier motion for clarification and Enforcement of the Order of 11/19/81; attachments A and B. |
| Apr.13 | | ORDER filed 4/12/83 granting motion of defts for enlargement of time to and including 4/15/83 to serve their responses to pltfs' motion for clarification and enforcement.   (N)                                      JOYCE GREEN, J. |
| Apr 15 | | MOTION by defts' for an enlargement of time to respond to pltffs' Motion for Clarification and Enforcement. |
| Apr.21 | | ORDER filed 4/20/83 granting enlargement of time to and including 4/22/83 for defts. to serve thier response to pltfs' motion for clarification. (N)                                      JOYCE GREEN, J. |
| Apr.22 | | OPPOSITION by defts. to pltfs' motion for clarification and enforcement; attachment. |
| May 31 | | REPLY by pltfs' in support of their motion for clarification and enforcement of the order of November 19, 1981; attachments. |
| June 17 | | RESPONSE by defts. to pltfs' reply in support of their motion for clarification and inforcement of the November 19, 1983 order. |
| June 27 | | RESPONSE by pltfs' to the defts. response to pltfs.' reply in support of their motion for clarification and enforcement of the November 19, 1981 order. |
| July 29 | | RESPONSE by defendants; to plaintiffs' reply in support of their motion for clarification and enforcement; Declaration. |

(SEE NEXT PAGE)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79-0271 |
|---|---|---|
| LUEVANO | CAMPBELL | PAGE 11 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1983** Aug | 1 | ORDER filed 7/29/83 denying motion of plaintiff for "clarification and enforcement of the Order of November 19, 1981, governing the rights of former class members to file new charges of discrimination against internal uses of the PACE". (N)  GREEN, JOYCE HENS |
| Sept | 15 | MOTION of pltfs to strike Samuel Wallace's motion for declaratory injunctive relief and mandamus; attachments A-M.  (sb) |
| Oct.4 | | MOTION by Defts. to strike Samuel Wallace's motion for declaratory, Mandamus and Injunctive Relief; Memorandum in support.  (nf) |
| Oct.13 | | MOTION (joint) for extension of time to respond to Samuel Wallace's second motion to intervene in this case.  (nf) |
| Oct.18 | | ORDER filed 10-17-83 extending time to and including 10-21-83 for Pltfs. and Defts. to respond to Mr. Wallace's second motion to intervene. (N)  JOYCE GREEN, J. (nf) |
| Oct 19 | 1~ | LETTER dated 10-11-83 from Janie L. Collins to Clerk of Court in reference PACE test; attachment.  "Let this be filed". (fiat 10-10-83)  Joyce Green, J.  (dj) |
| Oct.21 | | MOTION (joint) by Pltfs.' and Defts.' to strike Mr. Wallace's miscellaneous undated papers, postmarked October 15, 1983, and his October 18, 1983 papers; Memorandum in support.  (nf) |
| Oct.24 | | MEMORANDUM (joint) by Pltfs. and Defts. in opposition to the Wallace motion to intervene; Affidavit of Donald Holum.  (nf) |
| **1984** Jan 18 | | LETTER dated 12/28/83 from Janie L. Collins to U.S. District Court for District of Columbia in re: pace test in 1981; attachment, "Let this be filed" (fiat)  GREEN, JOYCE J.  (ew) |
| Jan 18 | | COPY of letter dated 1/13/84 from Richard T. Seymour to Ms. Janie L. Collins in re: reply; attachment, "Let this be filed" (fiat)  GREEN, JOYCE J. (ew) |
| Feb 29 | | CHANGE of address and telephone number of counsel for pltffs.  (ew) |
| Jun 27 | | JOINT preliminary report of the parties to the court concerning the disposition of claims pursuant to 21 of the consent decree; memorandum.  (ew) |
| Jul 2 | | CHANGE of address of counsel for pltffs. (Puerto Rican Legal Defense & Education Fund, Inc., Harlem State Office Bldg., 163 West 125th Street 9th Floor-Room 904, New York, New York 10027, (212) 864-0060)  (ew) |
| Jul 2 | | STIPULATION & Order approving the use of telephonic depositions, approved. (fiat) (See for details) (N)  GREEN, JOYCE J. (ew) |
| Jul 2 | | CONSENT Order modifying the definition of "Reporting Year" in paragraph 8(k) of the consent decree. (signed 6/29/84) (See for details) (N) GREEN, JOYCE,J. (ew) |

(OVER)

DC 111A
(Rev. 1-75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO | CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 12 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1984**<br>Sept 5 | | COPY of letter dated 8/15/84 from Jose M. Rodriguez Oliveras to Lawyers Committee for Civil Rights Under Law in re: Settlement of claim, "Let this be filed as received September 4, 1984". (Fiat)      GREEN, JOYCE J. (ew) |
| Sept 12 | | CHANGE of address of counsel for pltffs. (Puerto Rican Legal Defense & Education Fund, Inc., 99 Hudson Street, 14th Floor, New York, New York 10013, 212-219-3360)      (ew) |
| Oct 5 | | LETTER dated 9-28-84 from Richard T. Seymour to Kim Sievwright, Law Clerk to Judge Joyce Hens Green in re: response to letter of 9-11-84. "Let this be filed."      J.H. GREEN, J. (nb) |
| Dec 11 | | DEPOSITION of Arelene L. Williams taken on 11/27/84 on behalf of defts.      (ef) |
| Dec 11 | | DEPOSITION of Eva C. Oldham taken on 11/27/84 on behalf of defts.(ef) |
| Dec 11 | | DEPOSITION of James W. Byrd taken on 11/27/84 on behalf of defts.(ef) |
| Dec 11 | | DEPOSITION of Denise A. Richardson taken on 11/28/84 on behalf of defts.      (ef) |
| Dec 11<br>**1985** | | DEPOSITION of Beverly J. Brown taken on 11/28/84 on behalf of defts. (ef) |
| Jan 15 | | DEPOSITION of Rolando J. Muhlig taken on 1/9/85 on behalf of defts. (signature waived).      (mi) |
| Feb 7 | | DEPOSITION of Janie L. Collins taken 11-28-84 on behalf of defts; Exhibit 1&2. (nb) |
| Feb 7 | | DEPOSITION of Ruben Conde Del Valle taken on 11-27-84 on behalf of of deft; errata sheet. (nb) |
| Feb 7 | | DEPOSITION OF Rigoberto Morales Torres taken on 11-27-84 on behalf of deft; signature waived; Exhibits 1-5. (nb) |
| Feb 7<br><br>**1987** | | DEPOSITION of Michael McDonald taken 11-27-84 on behalf of deft; errata sheet. (nb |
| May 8 | | MOTION by pltffs. for a determination that the use of schedule B Authority for hiring does not constitue an "alternative examining procedure" with the meaning of the consent decree, and motion for injunctive relief; Attachments (16).      (ks) |
| May 18 | | UNOPPOSED MOTION by defts. for an extension of time to respond to pltf's motion regarding the use of schedule B hiring authority.      (ks) |
| May 21 | | ORDER filed 5/20/87 granting motion of defts. for extension of time to 6/5/87 to respond to motion of pltfs. regarding the use of schedule B Hiring Authority. (N)      JOYCE GREEN, J. (ks) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LUEVANO | CAMPBELL | DOCKET NO. 79-0271 |
| | | PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| May 22 | | MOTION by National Treasury Employees Union to intervene. (ks) |
| Jun 5 | | MOTION by deft for an enlargement of time to respond to motion to intervene. (ja) |
| Jun 5 | | MEMORANDUM by defts in opposition to pltfs' motion for a determination that the use of Schedule B Authority for hiring does not constitute an "Alternative Examining Procedure"; Exhibits (6). (ja) |
| Jun 5 | | MOTION by pltfs for relief on their showings of adverse impact in hiring for 1982, 1983 and 1984; Exhibits (17), Attachments (3). (ja) |
| June 8 | | OPPOSITION by pltf. to National Treasury Employees Union's motion to intervene; Attachments (2). (ks) |
| June 10 | | ORDER filed 6/9/87 granting motion of deft. for enlargement of time to 6/19/87 to respond to motion of NETU to intervene. (N)    JOYCE GREEN, J.    (ks) |
| June 15 | | MOTION by National Treasury Employees Union for extension of time to file reply.(ks) |
| June 17 | | ORDER filed 6/16/87 granting motion of pltfs. for extension of time to 6/24/87 to file reply in support of their schedule B motion. (N)   JOYCE GREEN, J. (ks) |
| June 17 | | CONSENT MOTION by pltffs. for a two-week extension of time to file their reply in support of their motion for a determination. (ks) |
| June 19 | | ORDER filed 6/18/87 granting motion of NTEU for extension of time to reply to the pltf's response to the motion to intervene until a reply to deft's response is due.  (N)    JOYCE GREEN, J.    (ks) |
| June 19 | | UNOPPOSED MOTION by defts. for a two-day extension of time to respond to NTEU's motion to intervene. (ks) |
| June 22 | | MOTION by defts. for an enlargement of time to serve response to pltfs.' motion for relief . (md) |
| June 23 | | ORDER granting motion of defts. for extension of time to 6/23/87 to file response to motion of NTEU to intervene.  (N)    JOYCE GREEN, J.    (ks) |
| June 23 | | MEMORANDUM by deft. in opposition to NTEU's motion to intervene. (ks) |
| June 29 | | NOTICE by pltffs. to take the deposition of the United States Office of Personnel Management, the United States Merit Systems Protection Board, and the Department of the Navy. (ks) |
| June 29 | | REQUEST by pltf. for production of documents to defts. (ks) |
| June 30 | | REPLY by intervener NTEU to deft's opposition to intervention; Attachments; Exhibit (1). (complaint). (ks) |
| July 2 | | MOTION by pltf. to extend the peiod of retention of jurisdiction for each job category. (ks) |

OVER.....................

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ANGEL G. LUEVANO, et al. | DONALD J. DEVINE | DOCKET NO. 79-0271 |
| | | PAGE 14 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| July 2 | | MOTION by pltf. to shorten deft's time to respond to pltf's motion to extend the period of retention of jurisdiction. (ks) |
| July 6 | | CORRECTED NOTICE by pltffs. to take the deposition of the Navy. (ks) |
| July 6 | | REPLY MEMORANDUM filed 7/2/87 by pltffs. in support of their motion for a determination; Attachments (4). (ks) |
| July 7 | | NOTICE by pltf. of withdrawal of their motion to shorten deft's time to respond to pltf's motion to extend the period for retention of jurisdiction. (ks) |
| July 13 | | MOTION by defts. for an enlargement of time to response to pltf's motion to extend the period of retention of juisdiction . (ks) |
| July 15 | | ORDER that defts. have to 7/17/87 to serve their response to pltf's motion to extend the period of retention of jurisdiction. (ks) |
| July 15 | | MOTION by pltffs. to enforce the applicant-reporting provisions of the decree by requiring the complete or virtually complete racial identification of applicants; Exhibits (25); Attachments (3). (Bulky pleading) (ks) |
| July 17 | | MOTION by defts. for an enlargement of time to respond to pltf's motion to extend the period of retention of jurisdiction. (ks) |
| July 22 | | ORDERED that defts shall have to and including 7/24/87 to serve their response to the pltfs' motion to extend the period of retention of jurisdiction. JOYCE GREEN, J. (hls) |
| July 24 | | RESPONSE by deft. to pltf's motion to extend the period of retention of jurisdiction. |
| July 24 | | UNOPPOSED MOTION by defts. for an enlargement of time to file their response to pltf's motion for relief on their showings of adverse impact in hiring for 1982, 1983, and 1984. (ks) |
| July 27 | | UNOPPOSED MOTION by defts. for an enlargement of time to respond to pltf's motion to enforce the applicant reporting provisions of the decree. (ks) |
| July 28 | | ORDER filed 7/27/87 granting motion of defts. for enlargement of time to 8/21/87 to serve their responses to the motion of pltfs. for relief on their showing of adverse impact. (N, JOYCE GREEN, J. (ks) |
| July 29 | | ORDER granting deft's unopposed motion for extension of time to 9/4/87 to serve their response to pltf's motion to enforce the applicant-Reporting Provisions. (N) JOYCE GREEN, J. (ks) |
| July 31 | | ORDER filed 7/30/87 denying motion of NTEU to intervene, granting NTEU leave to proceed as amicus in this case with respect to Schedule B issues. (N) JOYCE GREEN, J. (ks) |

SEE NEXT PAGE.....................................

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ANGEL G. LUEVANO, et al. | DONALD J. DEVINE | DOCKET NO. 79-271<br>PAGE 15 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| July 31 | | REPLY by pltffs. in support of their motion to extend the period for retention of jurisdiction; Attachments (5). (ks) |
| July 31 | | JOINT MOTION by parties to amend the Order of 6/9/81 and to amend the procedure for resolving claims made under paragraph 21 of the consent decree. (ks) |
| Aug 21 | | UNOPPOSED MOTION by defts. for enlargement of time to respond to pltf's motion for relief on their showing of adverse impact in hiring for 1982,1983 and 1984. (ks) |
| Sept 2 | | ORDER filed 9/1/87 granting defts. to 9/25/87 to serve response to the pltfs' motion for relief. (N)                    JOYCE GREEN, J. (ks |
| Sept 2 | | ORDER filed '1/87 amending procedure for resolving claims under paragraph 21 of the Consent Decree; Attachments (2).        JOYCE GREEN, J. (ks |
| Sept 4 | | UNOPPOSED MOTION by defts. for enlargement of time to file their response to pltf's motion to enforce the applicant-reporting provisions of the decree.(ks ) |
| Sept 8 | | CONSENT CONFIDENTIALITY ORDER filed 9/4/87 directing defts. to provide pltfs. with race-identified raw answer date from OPM's post decree development; any individually idenifiable information provided  to the Court shall be provided under seal. (N)             JOYCE GREEN, J. (ks) |
| Sept 9 | | ORFER that defts. shall have to 9/11/87 to serve their response to pltf's motion. (N)                         JOYCE GREEN, J. (ks) |
| Sept 10 | | UNOPPOSED MOTION by defts. for an extension of time to respond to pltf's motion to enforce the applicant-reporting provisions of the decree. (ks) |
| Sept 15 | | ORDER granting defts. unopposed motion; extending time until 9/25/87 to respond to pltf's motion to enforce the applicant-Reporting Provisions of the Decree. (N)                       JOYCE GREEN, J. (ks) |
| Sept 23 | | MOTION (unopposed) by defts. for an enlargement of time to respond to pltfs.' motion for relief on their showings of adverse impact in hiring for 1982, 1983 and 1984. (md) |
| Sept 25 | | MEMORANDUM by defts. in opposition to pltf's motion to enforce the applicant-reporting provisions of the decree; Exhibit (1). (ks) |
| Sept 28 | | ORDER filed 9/25/87 granting deft's motion to extend time to 10/9/87 to respond to pltf's motion for relief on their showings of adverse impact in Hiring for 1982. (N)                       JOYCE GREEN, J. (ks) |
| Oct 8 | | REPLY MEMORANDUM by pltf. in support of their motion to enforce the applicant-reporting provisions of the decree by requiring complete or virtually complete racial identification of applicants; Attachment (1). (ks) |

OVER..............

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ANGEL G. LUEVANO, et al. | CONSTANCE HORNER, et al. | DOCKET NO. 79-271<br>PAGE 16 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| Oct 9 | | MEMORANDUM by deft. in opposition to pltf's motion for relief on their showings of adverse impact in hiring for 1982, 1983 and 1984; Exhibits (18).   (ks) |
| Oct 16 | | CONSENTED MOTION by pltffs. for an extension of time to file their reply in support of their motion for relief on their showings of adverse impact for 1982, 1983 and 1984.   (ks) |
| Oct 22 | | CONSENTED ORDER extending time for pltf's to file their reply in support of their motion for relief on their showings of adverse impact for 1982, 1983, and 1984.  (N)   JOYCE GREEN, J.   (ks) |
| Oct 30 | | CERTIFIED COPY of Notice re: Objection to back pay claim.   (ks) |
| Dec 21 | | STIPULATION AND ORDER filed 12/18/87 narrowing the issues raised in pltf's motion of 7/2/87 to extend the period of retention of jurisdiction for each job category involved in an enforcement proceeding, during the pendency of the proceedings or of a remedial proceeding; and the Court shall resolve the remaining issues raised by pltf's motion. (N)   JOYCE GREEN, J.   (ks) |
| Dec 24 | | STIPULATION AND CONSENT ORDER filed 12/23/87 staying consideration of plaintiffs' motion for relief on their showings of adverse impact in hiring for 1982, 1983, & 1984.   (N)   GREEN, J.   (ja) |
| **1988** | | |
| Jan 6 | | STIPULATION providing relief to claimants Ruben Conde del Valle, Rigoberts Morales Torres, Denise A. Richardson and Arlene Williams under paragraph 21 of the Consent Decree in amount of $3,000.00 to each individual. (N)   JOYCE GREEN, J.   (ks) |
| June 28 | | OPINION AND ORDER filed 6/27/88 granting motion of pltfs. to determine that defts. use of Schedule B hiring authority does not constitute a permissable alternative in all respect except insofar as it seeks relief for the Jacksonville, FL naval employees, as to which it is denied; declaring that the use of Schedule B hiring authority is not an "alternative examing procedure" within the meaning of the Consent Decree; declaring that the 5 yr. period for retention of jurisdiction did not start running with the promulgation of Schedule B authority in 1982; enjoining defts. from converting all Schedule B appointees to competitive service status; staying the injunction enjoining defts. from converting Schedule B appointees pending the outcome of the appeal in NTEU v. Horner; and directing defts. to inquire of each agency & facility given Schedule B authority whether there have been layoffs of Schedule B appointees in the part & whether any such layoffs are now pending & report the finding to the Court within 120 days. (N)   GREEN, JOYCE J.   (cp) |
| June 28 | | ORDER filed 6/27/88 granting motion of pltfs. for extension of the period of retention of jurdisction; directing that this order shall not apply to a job category if pltf. inform the Court that no extension is sought for that category; and directing that defts. have the right to move to exclude any particular job category for good cause shown. (N) GREEN, JOYCE J.   (cp) |

see next page

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79-271 |
|---|---|---|
| ANGEL G. LEUEVANO, et al | CONSTANCE HORNER, et al | PAGE 17 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| June 28 | | ORDER filed 6/27/88 granting in part motion of pltf. to enforce the applicant-reporting provisions of the Consent Decree; defts. to file quarterly reports with the Court commencing 10/1/88; and denying one motion in all other respects. (N)                    GREEN, JOYCE J.            (cp) |
| June 28 | | ORDER filed 6/27/88 setting a status conference for 7/14/88 9:15. (N)                                           GREEN, JOYCE J.            (cp) |
| Jul 8 | | REQUEST by Amicus National Treasury Employees to attend status conference; attachments.                                                            (cp) |
| Jul 15 | | ORDER filed 7/13/88 directing that the status conference set for 7/14/88 will be held in open Court and NTEU as well as anyone may attend. (N)            GREEN, J.              (ja) |
| Jul 15 | | STATUS CALL held 7/14/88,      (Rep. G. Slodysko)     GREEN, J.      (ja) |
| Jul 15 | | APPEARANCE of Clinton D. Wolcott (NTEU, 1740 K St., N.W., #1100, Washington, D.C.  20006, (202) 785-4411) as counsel for the Amicus NTEU.                                                      GREEN, J.              (ja) |
| Jul 18 | | APPEARANCE filed 7/15/88 of James S. Green, (1900 E St., NW, Washington, DC 20415, phone 632-5087) as co-counsel for the deft. (N) GREEN, June J.                                                                  (cp) |
| Jul 21 | | APPEARANCE of Barry Goldstein as counsel for the pltf. RE:  1275 K St., NW #301, Washington, DC 20006.                                                (cp) |
| Jul 28 | | APPEARANCE of Jeffrey S. Gutman as counsel for the deft. Constance Horner RE:  US Dept of Justice, 9th & Pennsylvania Ave., NW Room 3336, Washington, DC 20530 (202) 633-3416.                              (cp) |
| Aug 10 | | MOTION by defts. for extension of time until 9/30/88 to file report pursuant to Court's 6/27/88 order.                                              (cp) |
| Aug 12 | | ORDER granting defts. motion for extension of time until 9/30/88 to file report pursuant to Courts order of 6/27/88. (N) GREEN, JOYCE, J. (cp) |
| Aug 26 | | NOTICE OF INTERLOCUTORY APPEAL by deft. of Court order entered on 6/28/88; no fee government; Copies mailed to Richard T. Seymour Esq., and Clinton Wolcott Esq.                                            (cp) |
| Aug 26 | | PRELIMINARY RECORD transmitted on appeal to USCA. USCA# 88-5301 .      (cp) |
| Aug 31 | | JOINT REPORT by parties; Exhibits (2).                                (ja) |

see next page

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ANGEL G. LUEVANO, et al | CONSTANCE HORNER, et al | DOCKET NO. _79-271_ <br> PAGE _18_ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| Sep 23 | | APPEARANCE by Alan L. Ferber as counsel for the deft.                    (cp) |
| Sept 30 | | REPORT by defts. to the Court.                                           (ks) |
| Sept 30 | | MOTION  by pltfs. for leave to withdraw counsel William L. Robinson.     (ks) |
| Oct 4 | | APPEARANCE of Richard T. Seymour for the pltf.                           (ks) |
| Oct 11 | | ORDER granting motion of William L. Robinson leave to withdraw as one of the attorneys for the pltf.  (N)                    JOYCE GREEN, J.    (ks) |
| Oct 25 | | REPORT by defts. to the Court; Exhibits (3).                             (ks) |
| Nov. 10 | | CERTIFIED copy of Order from USCA dated 11-10-88 Granting appellants motion for voluntary dismissal.      (USCA#88-5301)                      (la) |
| Dec 29 | | REPORT by defts. to the Court.                                           (ks) |
| 1989 | | |
| June 9 | | ORDER directing the parties to submit a joint report by 6/26/89 indicating whether any issues remain to be resolved in this matter. (N) JOYCE GREEN, J. (ks) |
| June 26 | | JOINT STATUS REPORT by parties.                                          (ks) |
| July 6 | | MOTION by pltfs. for leave for BArry Goldstein to withdraw as counsel for pltfs. (ks) |
| July 10 | | ORDER granting motion of Barry Goldstein to withdraw as counsel for the pltfs. (n) JOYCE GREEN, J.                                          (ks) |
| 1990 | | |
| May 1 | | JOINT STATS REPORT by parties on new testing program; Attachments (2).   (ks) |
| May 10 | | STATEMENT by pltffs. of position on the Office of Personnel Management's New Testing program.                                                  (ks) |
| Aug. 28 | | STIPULATED CONSENT ORDER revising the definition of adverse impact in the amended consent decree for the purpose of making retrospective determinations of adverse impact.  (N)                        JOYCE GREEN, J.      (ks) |
| Jun 21 | | MOTION by intervenor-deft. SAMUEL B. WALLACE, IV for feave to file motion to vacate interlacutory orders under the court's Inherent Power.  Under Supreme court Decision in _Martin_ v _Wilkes_, 104 LED 2d 835 (1989).    (dj) |
| | | — SEE NEXT PAGE — |

DC 131A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>ANGEL G. LUEVANO, ET AL. | DEFENDANT<br>CONSTANCE NEWMAN, ET AL. | DOCKET NO. 79-271<br>PAGE 19 OF____ PAGES |
| --- | --- | --- |

| DATE | NR. | PROCEEDINGS | |
| --- | --- | --- | --- |
| 1991<br>July 10 | | REPORT by pltfs. to the Court; Attachments (2). | (md) |
| 1993<br>Jan 22 | -- | JOINT REQUEST by plaintiffs and defendants for Court to schedule a hearing on appeals by five claimants under paragraph 21 of the amended Consent Decree and for Court to allow two claimants to participate by telephone; Exhibits (6). | (kk) |
| March 08 | --- | ORDER filed 3/4/93 setting a hearing for 4/1/93 at 4:00 PM, Eastern Standard Time, on the appeals by the claimants; directing counsel for plaintiffs to forward copies of this order to the five claimants. (N) JOYCE GREEN, J. | (kk) |
| March 26 | --- | NOTICE OF FILING by plaintiffs of additional document and attachments from Janie L. Collins, a Class Member seeking relief under ¶ 21 of the Consent Decree; Exhibits (6). | (kk) |
| April 22 | --- | TRANSCRIPT of hearing before Judge Joyce Green for date of 4/13/93. Reporter: G. Slodysko. | (kk) |
| April 23 | --- | ORDER filed 4/22/93 affirming that counsel's conclusions that all five claimants (Beverly J. Brown, Janie L. Collins, Nancy L. Graves, Mary McClarity and Beverly Cummings) are ineligible for relief under paragraph 21 of the amended consent decree.  (N) JOYCE GREEN, J. | (kk) |
| Sept 03 | --- | NOTICE by plaintiffs of change of address for counsel Richard T. Seymour (LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, 1450 G Street, N.W., Suite 400, Washington, DC  20005, (202) 662-8600). | (kk) |
| 1994<br>Oct 25 | ---- | JOINT NOTICE TO THE COURT by plaintiffs and defendants of changes in defendants' examination process for external hires. | (kk) |
| Oct 28 | ---- | NOTICE OF SUPPLEMENTAL FILING by defendants of attachments to inform the Court of changes in defendants' examination process for external hires; Exhibits (5). | (kk) |