UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, et al., <br><br> Defendants. | Civil Action No. 79-0271 |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' motion to terminate the consent decree, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED the that the Decree is VACATED effective immediately.

SO ORDERED:

_____    _____
Dated                                                                  United States District Judge