UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EZELL, Acting Director, Office of Personnel Management, et al.,<br><br>Defendants. | Civil Action No. 79-0271 |

### CERTIFICATE OF SERVICE

As this case has been dormant for almost forty-four years, counsel has attempted to ascertain the parties or the successors in interest to the parties that are identified in the consent decree dated November 19, 1981, to serve the motion seeking to terminate the consent decree which has been filed this date.

The undersigned hereby certifies that on this 10th day of March, 2025, he served a copy of the United States of America's motion to terminate the consent decree in the above-captioned case and memorandum in support upon the following via first class mail:

Lawyers Committee for Civil Rights Under Law at 1500 K Street, NW, #900, Washington, D.C., 20005;

The Mexican American Legal Defense and Educational Fund at 634 Spring Street, 11th Floor, Los Angeles, CA, 90014;

The Lawyers Committee for Civil Rights of the San Francisco Bay Area at 131 Steuart Street, Suite 400, San Francisco, CA, 94612;

Bay Area Legal Aid, 1735, Telegraph Avenue, Oakland, CA, 94612; and

The Puerto Rican Legal Defense Fund, 475 Riverside Drive, #1901, New York, NY, 10115.

Dated: March 10, 2025
      Washington, DC

Respectfully submitted,

By:     */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*