UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, et al., <br><br> Defendants. | Civil Action No. 79-0271 |

## CERTIFICATE OF SERVICE

As this case is 46 years old and has been dormant, counsel has attempted to ascertain the parties or the successors in interest to the parties that are identified in the consent decree dated November 19, 1981, to serve the motion seeking to terminate the consent decree.

The undersigned hereby certifies that on this 18th day of March, 2025, he served a copy of the United States of America's motion to terminate the consent decree in the above-captioned case and memorandum in support upon the following via first class mail:

Norman J. Chachkin, 99 Hudson Street, Suite 1600, New York, NY, 10013-2897

Dated: March 18, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR. D.C. Bar #481866
United States Attorney


By: _____*/s/ Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*