UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANGEL G. LUEVANO, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 79-0271 |
| | § | |
| **CHARLES EZELL, Acting Director, Office** | § | |
| **of Personnel Management, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE**

Plaintiff Angel G. Luevano ("Plaintiff") files this motion to extend the deadline to file a response to the motion to terminate the consent decree filed by Defendant United States of America, including its Office of Personnel Management ("OPM") and OPM Acting Director Charles Ezell (collectively, "Defendants"), for the reasons stated below:

1. Plaintiff's motion for extension of time is timely filed pursuant to Fed. R. Civ. P. 6. Defendants' motion to terminate the consent decree was filed on March 10, 2025. Dkt. No. 2. Defendants allege service on Plaintiff and Plaintiff's counsel by first class mail with the motion to terminate the consent decree on March 18, 2025. Dkt. No. 3. Several of Plaintiff's counsel to date have not been served with the motion. Plaintiff's deadline to file a response is April 4, 2025. LCvR 7(b) & Fed. R. Civ. P. 6(d).

2. Defendants' motion pertains to a case that was settled via consent decree on November 19, 1981, over 40 years ago. *Luevano v. Campbell*, 93 F.R.D. 68 (1981) (consent decree available at 1981 WL 402614 (Nov. 19, 1981)).

3. Defendants did not attempt to confer with or notify Plaintiff's counsel prior to filing the motion.

4. The motion would be dispositive of the judgment in this case and raises complex issues that could require discovery. Namely, Defendants contend the terms of the Court's 1981 consent decree violate the Equal Protection Clause of the Fifth Amendment to the U.S. Constitution, and assert factual allegations regarding the application of the consent decree to Defendants' implementation of examination procedures for entry-level federal jobs.

5. None of the original attorneys for Plaintiff remain employed at their respective firms. As such, counsel for Plaintiff requires additional time to conduct investigation and research in order to prepare a response.

6. For these reasons, Plaintiff requests an additional 60 days to file his response to Defendants' motion.

7. This motion is not filed to delay the case. It has been filed so the interests of justice will be served through competent and informed representation. The case was dormant until the filing of Defendants' motion and no deadlines have been scheduled.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and provide Plaintiff an additional 60 days to respond to Defendants' motion to terminate the consent decree.

Dated: March 21, 2025.

Respectfully submitted,

*/s/ Kathryn J. Youker*
Kathryn J. Youker
D.C. Bar No. 90004024
LAWYERS' COMMITTEE FOR

*Pl.'s Mot. Extend Deadline* - Page 2 of 4

CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
Fax: (202) 783-0857
kyouker@lawyerscommittee.org


/s/ Lourdes M. Rosado
Lourdes M. Rosado
D.C. Bar No. 452867
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Tel.: (212) 739-7583
Fax: (212) 431-4276
lrosado@latinojustice.org


/s /Nina Perales
Nina Perales
D.C. Bar No. TX00400
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: 210.224.5476
Facsimile: 210.224.5382
nperales@maldef.org

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

On March 20, 2025, the undersigned attorney for Plaintiff attempted to confer with counsel for Defendant by sending an email to attorney Thomas Duffey regarding the subject of the foregoing motion. However, Mr. Duffey did not respond. Therefore, it is assumed this motion is opposed.

/s/ *Kathryn J. Youker*
Kathryn J. Youker

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2025 a true and correct copy of the foregoing document was served on the Defendants via the Court's electronic filing system.

                                 /s/ *Kathryn J. Youker*
                                 Kathryn J. Youker