UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EZELL, Acting Director, Office of Personnel Management, et al.,<br><br>Defendants. | Civil Action No. 79-0271 |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

UPON CONSIDERATION of Plaintiff Angel G. Luevano's ("Plaintiff") motion to extend response deadline, it is hereby

ORDERED that Plaintiff's motion is GRANTED; it is further

ORDERED that Plaintiff shall file a response in this proceeding on or before June 3, 2025.

SO ORDERED:

_____   _____
Dated                                                                 THE HON. REGGIE B. WALTON
                                                                              UNITED STATES DISTRICT JUDGE