AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ANGEL G. LUEVANO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 79-0271 |
| CHARLES EZELL, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Angel G. Luevano.

Date: 03/21/2025

/s/ Kathryn J. Youker
*Attorney's signature*

Kathryn J. Youker, DC Bar No. 90004024
*Printed name and bar number*
1500 K Street NW, Suite 900
Washington, DC 20005

*Address*

kyouker@lawyerscommittee.org
*E-mail address*

(202) 662-8600
*Telephone number*

(202) 783-0857
*FAX number*