AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ANGEL G. LUEVANO, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 79-0271 |
| DIRECTOR, U.S. OFFICE OF PERSONNEL MGMT | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANGEL G. LUEVANO, et al.

Date: 03/21/2025

/s/ Nina Perales
*Attorney's signature*

Nina Perales TX0040
*Printed name and bar number*
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205

*Address*

nperales@maldef.org
*E-mail address*

(210) 224-5476
*Telephone number*

(210) 224-5382
*FAX number*