# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGEL G. LUEVANO, et al., <br>     Plaintiff, <br><br>     v. <br><br> CHARLES EZELL, <br> Acting Director, <br> Office of Personnel Management, et al.,. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 79-0271 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for Defendants Charles Ezell, Acting Director, Office of Personnel Management, *et al.*. I certify that I represent Defendants in this case. I further certify that I am an attorney with the Department of Justice, Civil Rights Division, Washington, D.C. I certify that I have read and will abide by the Local Rules of the United States District Court for the District of Columbia.

Date: April 2, 2025

                                            Respectfully submitted,

                                            s/ Andrew Braniff_____
                                            ANDREW G. BRANIFF (IN Bar No. 23430-71)
                                            Senior Counsel
                                            Civil Rights Division
                                            United States Department of Justice
                                            950 Constitution Avenue, NW
                                            Room 5537
                                            Washington, DC  20579
                                            Telephone: (202) 512-9229
                                            FAX: (202) 514-1005
                                            E-mail: andrew.braniff@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of April 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system

/s/ Andrew G. Braniff