UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al.,<br>    Plaintiff,<br><br>        v.<br><br>CHARLES EZELL,<br>Acting Director,<br>Office of Personnel Management, et al.,. | Civil Action No. 79-0271 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Angel G. Luevano, *et al.*

Date: April 7, 2025

/s/ Nicolas Shump

Nicolas Shump (NY Bar No. 5863105)
Mexican American Legal Defense
and Educational Fund
1016 16th Street NW, Suite 100
Washington, DC 20036
Telephone: (202) 293-2828
Email: nshump@maldef.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this seventh day of April 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system.

/s/ Nicolas Shump