ENFORCEMENT PROCEEDINGS
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al.</u>,                )
                                               )
    individually and on behalf of              )
    all others similarly situated,             )
                                               )
                        Plaintiffs,            )
                                               )
            v.                                 )
                                               )
CONSTANCE HORNER, <u>et al.</u>,               )
                                               )
                                               )
                        Defendants.            )

PLAINTIFFS' PARTIAL SHOWINGS OF ADVERSE IMPACT
<u>BASED ON THE 1984 INFORMATION REPORTED TO DATE</u>

*79- 0271*

FILED

JUN 5 1987

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Dated: April 11, 1986

ATTACHMENT T TO PLAINTIFFS'
6/6/87 ADVERSE IMPACT MOTION

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,      )
                                         )
            v.                           )
                                         )
CONSTANCE HORNER, et al.,                )
                                         )
                                         )
                        Defendants.      )


PLAINTIFFS' PARTIAL SHOWINGS OF ADVERSE IMPACT
BASED ON THE 1984 INFORMATION REPORTED TO DATE


Table of Contents

                                                    Exhibit

A. OPM-Sponsored Alternative Examinations

    1. Economist, Series 0110

        a) All Agencies                             1

        b) U.S. Department of Commerce              2

        c) U.S. Department of Labor                 3

    2. Computer Specialist (Trainee), Series 0334

        a) All Agencies                             4

        b) U.S. Department of Agriculture           5

        c) U.S. Department of the Army              6

        d) U.S. Department of Defense               7

        e) U.S. Department of Health and Human Services   8

        f) U.S. Department of the Interior          9

        g) U.S. Department of the Navy              10

Exhibit

Computer Specialist (Trainee), Series 0334, continued:

h) U.S. Department of the Treasury ........ 11

i) U.S. Veterans Administration ........ 12

3. General Investigator, Series 1810

a) All Agencies ........ 13

b) U.S. Office of Personnel Management ........ 14

4. Criminal Investigating (Not Treasury Enforcement Agents (Series 1811)

a) All Agencies ........ 15

b) U.S. Department of the Treasury ........ 16

B. Examining Authority Delegated to Agencies

1. U.S. Department of Justice:

a) Immigration Inspection, Series 1816 ........ 17

2. Federal Deposit Insurance Corporation

a) Financial Institution Examining, Series 0570 ........ 18

C. Use of Schedule B Authority by Agencies

1. U.S. Department of the Air Force

a) General Accounting, and Financial Specialist, Series 0501 ........ 19

b) Contract Administrator, Contract Specialist, and Contract Price Analyst, Series 1102 ........ 20

c) General Supply, Series 2001 ........ 21

d) Inventory Management, Series 2010 ........ 22

2. U.S. Department of Defense

a) Contract and Procurement, Series 1102 ........ 23

|  |  | Exhibit |
|---|---|---|
| 3. U.S. Department of the Navy | | |
| | a) General Supply, Series 2001 | 24 |
| | b) Supply Program Management | 25 |
| | c) Inventory Management | 26 |

Dated: April 11, 1986

FILED

JUN  5 1987

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,                    )
                                                    )
   individually and on behalf of             )
   all others similarly situated,            )
                                                    )
                  Plaintiffs,    )
                                                    )
              v.                        )
                                                    )
CONSTANCE HORNER, <u>et al</u>.,                    )
                                                    )
                                                    )
              Defendants.     )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Economist

Job Series:         0110

Job Level:          Grades 5 and 7

Agency:             All Agencies (Government-wide)

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

      Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8. Adverse impact as to both blacks and Hispanics has been
shown for the examining procedure as a whole, across all
agencies. The page of the OPM Report showing government-wide
hiring information for this job category is attached as Attach-
ment A. The relevant figures are:

     - Exhibit 1: Series 0110, All Agencies, page 1 -

```
              1984 HIRES FROM OPM-SPONSORED TEST
              FOR ECONOMIST, SERIES 0110
              (Non-PACE CS Cert. column)

              GRADE 5 TOTAL                          43
                    WHITE (NON-HISPANIC)             35
                    BLACK (NON-HISPANIC)              6
                    HISPANIC                          2

              GRADE 7 TOTAL                          99
                    WHITE (NON-HISPANIC)             92
                    BLACK (NON-HISPANIC)              6
                    HISPANIC                          1

              TOTAL, GRADES 5 AND 7                 142
                    WHITE (NON-HISPANIC)            127
                    BLACK (NON-HISPANIC)             12
                    HISPANIC                          3
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

```
              1984 APPLICATIONS FOR OPM'S
              ALTERNATIVE EXAMINATIONS

              APPLICANTS FOR GRADES 5/7     0110:

                    WHITE (NON-HISPANIC)             92
                    BLACK (NON-HISPANIC)             29
                          % OF TOTAL BLACK:       22.0%
                    HISPANIC                          8
                          % OF TOTAL HISPANIC:     6.1%
                    OTHER                             3

              TOTAL RACIALLY IDENTIFIED            132

              NOT IDENTIFIED                       174
              ---% NOT IDENTIFIED                 56.9%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
              APPOINTMENT RATES (LEVEL 5)
                    WHITE (NON-HISPANIC)          38.0%
                    BLACK (NON-HISPANIC)          20.7%
                    HISPANIC                      25.0%
```

- Exhibit 1: Series 0110, All Agencies, page 2 -

```
APPOINTMENT RATES (LEVEL 7)
      WHITE (NON-HISPANIC)         100.0%
      BLACK (NON-HISPANIC)          20.7%
      HISPANIC                      12.5%

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)         138.0%[1]
      BLACK (NON-HISPANIC)          41.4%
      HISPANIC                      37.5%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5              54.4%
            ---LEVEL 7              20.7%
            ---BOTH LEVELS 5 AND 7  30.0%

  80% RULE: HISPANIC HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5              65.7%
            ---LEVEL 7              12.5%
            ---BOTH LEVELS 5 AND 7  27.2%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at both levels combined, and for the grade 7 level taken separately:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
    --AVAILABILITY                  22.0%
    --OBSERVED NO. OF HIRES            6
    --EXPECTED NO. OF HIRES        21.75
      --DIFFERENCE                -15.75
    --STANDARD DEVIATION           4.12
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:             -3.82
```

_____

[1] This illustrates the problems caused when the government has failed to identify the race of more than half of the applicants.

- Exhibit 1: Series 0110, All Agencies, page 3 -

```
STANDARD DEVIATION ANALYSIS
   FOR BLACKS (BOTH LEVELS)
--AVAILABILITY                    22.0%
--OBSERVED NO. OF HIRES            12
--EXPECTED NO. OF HIRES          31.20
  --DIFFERENCE                  -19.20
--STANDARD DEVIATION             4.93
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:               -3.89
```

These racial disparities were also statistically significant for Hispanics at the grade 7 level, and near-significant for Hispanics for both levels combined:

```
STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (LEVEL 7)
--AVAILABILITY                     6.1%
--OBSERVED NO. OF HIRES             1
--EXPECTED NO. OF HIRES           6.00
      --DIFFERENCE               -5.00
--STANDARD DEVIATION             2.37
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:               -2.11

STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (BOTH LEVELS)
--AVAILABILITY                     6.1%
--OBSERVED NO. OF HIRES             3
--EXPECTED NO. OF HIRES           8.61
  --DIFFERENCE                   -5.61
--STANDARD DEVIATION             2.84
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:               -1.97
```

The shortfall in hiring for blacks and for Hispanics is set forth below:

```
NUMBER OF ADDITIONAL BLACK
   HIRES, IF BLACKS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
      ---LEVEL 5                    5
      ---LEVEL 7                   23
      ---BOTH LEVELS 5 AND 7       28
```

- Exhibit 1: Series 0110, All Agencies, page 4 -

```
NUMBER OF ADDITIONAL HISPANIC
   HIRES, IF HISPANICS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
         ---LEVEL 5                      1
         ---LEVEL 7                      7
         ---BOTH LEVELS 5 AND 7          8
```

OPM Report A-1 shows that the only use the government made of any of the special programs established by the Consent Decree was to hire 8 non-Hispanic whites, no blacks, and no Hispanics, under the Co-op Student program.  It is plain that neither OPM nor the agencies making use of its test for the Economist job series did anything to minimize the adverse impact of the test.  Plaintiffs seek the immediate hiring of the same numbers of blacks and of Hispanics which are shown in the above "shortfall" table, at the grade levels shown there, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

   BLACKS (LEVEL 5)
      SHORTFALL
      % OF WHITE RATE                 54.4%

   BLACKS (LEVEL 7)
      SHORTFALL                       23
      % OF WHITE RATE                 20.7%
      NO. OF STANDARD DEVIATIONS     -3.82

   BLACKS (BOTH LEVELS)
      SHORTFALL                       28
      % OF WHITE RATE                 30.0%
      NO. OF STANDARD DEVIATIONS     -3.89
```

- Exhibit 1: Series 0110, All Agencies, page 5 -

```
HISPANICS (LEVEL 5)
     SHORTFALL                              1
     % OF WHITE RATE                       65.7%

HISPANICS (LEVEL 7)
     SHORTFALL                              7
     % OF WHITE RATE                       12.5%
     NO. OF STANDARD DEVIATIONS           -2.11

HISPANICS (BOTH LEVELS)
     SHORTFALL                              8
     % OF WHITE RATE                       27.2%
     NO. OF STANDARD DEVIATIONS           -1.97
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR

Attorney for Plaintiffs




Dated: April 11, 1986



- Exhibit 1: Series 0110, All Agencies, page 6 -

REPORT A1     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                                PAGE :     4
              PERIOD : JANUARY THRU DECEMBER OF 1984
              AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)      STATUS : ALL WORK SCHEDULES AND TENURES
              GEOGRAPHIC AREA : NATIONWIDE                                        PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0106 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 0110 | GS-05 | WHITE(N-HISP) | 46 | 0 | 35 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 10 |
| | | BLACK(N-HISP) | 6 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 54 | 0 | 43 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 10 |
| | GS-07 | WHITE(N-HISP) | 117 | 0 | 92 | 0 | 1 | 1 | 7 | 0 | 0 | 0 | 16 |
| | | BLACK(N-HISP) | 9 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 127 | 0 | 99 | 0 | 1 | 1 | 7 | 0 | 0 | 0 | 19 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 163 | 0 | 127 | 0 | 1 | 1 | 8 | 0 | 0 | 0 | 26 |
| | | BLACK(N-HISP) | 15 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 181 | 0 | 142 | 0 | 1 | 1 | 8 | 0 | 0 | 0 | 29 |
| 0120 | GS-05 | WHITE(N-HISP) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| | GS-07 | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 17 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 21 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti- ated agreement) | 2. Reporting Period From 1/1/84  To 12/31/84 | | 3. Missing Data 174 | 4. Name of Agency Contact and Phone Number(s) FIS: Commercial: |
|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | | 6. Name of Submitting Office | |
| 7. Address of Submitting Office | | | 8. Occupational Title/Series  Economist  GS- 0 1 1 0 | 9. Grade Level(s) 5/7 |

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 6 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 7 | 0 | 0 | 11 | 29 |
| Hispanic origin | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 8 |
| White, not of Hispanic origin | 34 | 0 | 1 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 17 | 0 | 3 | 29 | 92 |
| Other qualified applicants | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 10. Zone Totals | 48 | 0 | 2 | 5 | 3 | 3 | 0 | 0 | 0 | 1 | 26 | 0 | 3 | 41 | 132 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

| | |
|---|---|
| ANGEL G. LUEVANO, <u>et</u> <u>al</u>., | ) |
| | ) |
| individually and on behalf of | ) |
| all others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSTANCE HORNER, <u>et</u> <u>al</u>., | ) |
| | ) |
| | ) |
| Defendants. | ) |

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Economist

Job Series:         0110

Job Level:          Grades 5 and 7

Agency:             U.S. Department of Commerce

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent Decree, at p. 8. Adverse impact as to blacks has been shown for the examining procedure as a whole, across all agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at pp. 7-8. See Exhibit 1. The page of OPM Report A-3 showing hiring information for this job category at the Department of Commerce, page 60, is attached as Attachment A. The relevant figures are:

- Exhibit 2: Series 0110, Commerce Dept., page 1 -

```
1984 COMMERCE DEPARTMENT HIRES IN THE POSITION
OF ECONOMIST, SERIES 0110
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

    GRADE 5 TOTAL                                    7
        WHITE (NON-HISPANIC)                         7
        BLACK (NON-HISPANIC)                         0
        HISPANIC                                     0

    GRADE 7 TOTAL                                   27
        WHITE (NON-HISPANIC)                        27
        BLACK (NON-HISPANIC)                         0
        HISPANIC                                     0

    TOTAL, GRADES 5 AND 7                           34
        WHITE (NON-HISPANIC)                        34
        BLACK (NON-HISPANIC)                         0
        HISPANIC                                     0
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

```
            1984 APPLICATIONS FOR OPM'S
            ALTERNATIVE EXAMINATIONS

            APPLICANTS FOR GRADES 5/7    0110:

                WHITE (NON-HISPANIC)             92
                BLACK (NON-HISPANIC)             29
                    % OF TOTAL BLACK:         22.0%
                HISPANIC                          8
                    % OF TOTAL HISPANIC:       6.1%
                OTHER                             3

            TOTAL RACIALLY IDENTIFIED          132

            NOT IDENTIFIED                     174
            ---% NOT IDENTIFIED              56.9%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                      7.6%
        BLACK (NON-HISPANIC)                      0.0%

    APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                     29.3%
        BLACK (NON-HISPANIC)                      0.0%
```

- Exhibit 2: Series 0110, Commerce Dept., page 2 -

```
APPOINTMENT RATES  (BOTH LEVELS)
      WHITE (NON-HISPANIC)                    37.0%
      BLACK (NON-HISPANIC)                     0.0%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                        0.0%
              ---LEVEL 7                        0.0%
              ---BOTH LEVELS 5 AND 7            0.0%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at both levels combined, and for the grade 7 level taken separately:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
  --AVAILABILITY                               22.0%
  --OBSERVED NO. OF HIRES                          0
  --EXPECTED NO. OF HIRES                       5.93
    --DIFFERENCE                               -5.93
  --STANDARD DEVIATION                          2.15
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                           -2.76

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                               22.0%
  --OBSERVED NO. OF HIRES                          0
  --EXPECTED NO. OF HIRES                       7.47
    --DIFFERENCE                               -7.47
  --STANDARD DEVIATION                          2.41
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                           -3.09
```

The shortfall in hiring for blacks is set forth below:

- Exhibit 2: Series 0110, Commerce Dept., page 3 -

```
NUMBER OF ADDITIONAL BLACK
   HIRES, IF BLACKS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
         ---LEVEL 5                          2
         ---LEVEL 7                          9
         ---BOTH LEVELS 5 AND 7             11
```

OPM Report A-3 shows that the Commerce Department did not use any of the special procedures established by the Consent Decree, and it is plain that it did nothing to minimize the adverse impact of the test.  Plaintiffs seek the immediate hiring of the number of blacks and of Hispanics shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

   BLACKS (LEVEL 5)
      SHORTFALL                              2
      % OF WHITE RATE                     0.0%

   BLACKS (LEVEL 7)
      SHORTFALL                              9
      % OF WHITE RATE                     0.0%
      NO. OF STANDARD DEVIATIONS         -2.76

   BLACKS (BOTH LEVELS)
      SHORTFALL                             11
      % OF WHITE RATE                     0.0%
      NO. OF STANDARD DEVIATIONS         -3.09
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 2: Series 0110, Commerce Dept., page 4 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 2: Series 0110, Commerce Dept., page 5 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 60
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF COMMERCE    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0101 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | GS-07 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0110 | GS-05 | WHITE(N-HISP) | 7 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 7 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | GS-07 | WHITE(N-HISP) | 27 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 27 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 34 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 34 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data  174 | 4. Name of Agency Contact and Phone Number(s)  FIS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Economist  GS- 0 1 1 0 | 9. Grade Level(s)  5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 6 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 7 | 0 | 0 | 11 | 29 |
| Hispanic origin | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 8 |
| White, not of Hispanic origin | 34 | 0 | 1 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 17 | 0 | 3 | 29 | 92 |
| Other qualified applicants | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 10. Zone Totals | 48 | 0 | 2 | 5 | 3 | 3 | 0 | 0 | 0 | 1 | 26 | 0 | 3 | 41 | 132 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,            )
                                     )
    individually and on behalf of    )
    all others similarly situated,   )
                                     )
                        Plaintiffs,  )
                                     )
              v.                     )
                                     )
CONSTANCE HORNER, et al.,            )
                                     )
                                     )
                        Defendants.  )


SHOWING OF ADVERSE IMPACT

Name of Job:        Economist

Job Series:         0110

Job Level:          Grades 5 and 7

Agency:             U.S. Department of Labor

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks (Both Levels Separately, and Combined)
                    Hispanics (Level 7 Separately, and Both
                        Levels Combined)

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent

Decree, at p. 8.  Adverse impact as to blacks and as to Hispanics

has been shown for the examining procedure as a whole, across all

agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at

pp. 7-8.  See Exhibit 1.  The page of OPM Report A-3 showing

hiring information for this job category at the Department of


        - Exhibit 3: Series 0110, Labor Dept., page 1 -

Labor, page 98, is attached as Attachment A.  The relevant figures are:

```
1984 LABOR DEPARTMENT HIRES IN THE POSITION
OF ECONOMIST, SERIES 0110
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

    GRADE 5 TOTAL                                   34
        WHITE (NON-HISPANIC)                        27
        BLACK (NON-HISPANIC)                         5
        HISPANIC                                     2

    GRADE 7 TOTAL                                   70
        WHITE (NON-HISPANIC)                        64
        BLACK (NON-HISPANIC)                         6
        HISPANIC                                     0

    TOTAL, GRADES 5 AND 7                          104
        WHITE (NON-HISPANIC)                        91
        BLACK (NON-HISPANIC)                        11
        HISPANIC                                     2
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

```
    1984 APPLICATIONS FOR OPM'S
    ALTERNATIVE EXAMINATIONS

        APPLICANTS FOR GRADES 5/7     0110:

            WHITE (NON-HISPANIC)        92
            BLACK (NON-HISPANIC)        29
              % OF TOTAL BLACK:       22.0%
            HISPANIC                     8
              % OF TOTAL HISPANIC:     6.1%
            OTHER                        3

        TOTAL RACIALLY IDENTIFIED      132

        NOT IDENTIFIED                 174
        ---% NOT IDENTIFIED           56.9%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                     29.3%
```

- Exhibit 3: Series 0110, Labor Dept., page 2 -

```
            BLACK (NON-HISPANIC)                      17.2%
            HISPANIC                                  25.0%

     APPOINTMENT RATES (LEVEL 7)
            WHITE (NON-HISPANIC)                      69.6%
            BLACK (NON-HISPANIC)                      20.7%
            HISPANIC                                   0.0%

     APPOINTMENT RATES (BOTH LEVELS)
            WHITE (NON-HISPANIC)                      98.9%
            BLACK (NON-HISPANIC)                      37.9%
            HISPANIC                                  25.0%

     ADVERSE IMPACT CALCULATIONS:

       80% RULE: BLACK HIRE RATE AS
          PERCENT OF WHITE HIRE RATE
                ---LEVEL 5                            58.7%
                ---LEVEL 7                            29.7%
                ---BOTH LEVELS 5 AND 7                38.3%

       80% RULE: HISPANIC HIRE RATE AS
          PERCENT OF WHITE HIRE RATE
                ---LEVEL 5                            85.2%[1]
                ---LEVEL 7                             0.0%
                ---BOTH LEVELS 5 AND 7                25.3%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level. The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at both levels combined, and for the grade 7 level taken separately:

```
     STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 7)
       --AVAILABILITY                                 22.0%
       --OBSERVED NO. OF HIRES                            6
       --EXPECTED NO. OF HIRES                        15.38
         --DIFFERENCE                                 -9.38
```

---

[1] There is no adverse impact in the hiring of Hispanics at this level. The figures are set forth so that the overall figures will make sense.

- Exhibit 3: Series 0110, Labor Dept., page 3 -

```
--STANDARD DEVIATION                        3.46
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                         -2.71

STANDARD DEVIATION ANALYSIS
   FOR BLACKS (BOTH LEVELS)
--AVAILABILITY                             22.0%
--OBSERVED NO. OF HIRES                       11
--EXPECTED NO. OF HIRES                    22.85
  --DIFFERENCE                            -11.85
--STANDARD DEVIATION                        4.22
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                         -2.81
```

The above-described racial disparities were also statistically

significant for Hispanics at the grade 7 level:

```
STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (LEVEL 7)
--AVAILABILITY                              6.1%
--OBSERVED NO. OF HIRES                        0
--EXPECTED NO. OF HIRES                     4.24
  --DIFFERENCE                             -4.24
--STANDARD DEVIATION                        2.00
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                         -2.13
```

The shortfalls in hiring for blacks and for Hispanics are set

forth below:

```
NUMBER OF ADDITIONAL BLACK
  HIRES, IF BLACKS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
     ---LEVEL 5                               4
     ---LEVEL 7                              14
     ---BOTH LEVELS 5 AND 7                  18

NUMBER OF ADDITIONAL HISPANIC
  HIRES, IF HISPANICS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
     ---LEVEL 7                               6
     ---BOTH LEVELS 5 AND 7                   6
```

OPM Report A-3 shows that the Labor Department did

- Exhibit 3: Series 0110, Labor Dept., page 4 -

not use any of the special procedures established by the Consent
Decree, and it is plain that it did nothing to minimize the
adverse impact of the test.  Plaintiffs seek the immediate hiring
of the same number of blacks and of Hispanics as are shown in the
above "shortfall" calculations, and the further "make-whole"
remedies described in Mr. Seymour's letter of July 29, 1985 to
Ms. Ward.

For convenience, plaintiffs are setting forth below a
summary of the adverse impact calculations for which they rely as
to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                                     4
    % OF WHITE RATE                    58.7%

BLACKS (LEVEL 7)
    SHORTFALL                                   14
    % OF WHITE RATE                    29.7%
    NO. OF STANDARD DEVIATIONS    -2.71

BLACKS (BOTH LEVELS)
    SHORTFALL                                   18
    % OF WHITE RATE                    38.3%
    NO. OF STANDARD DEVIATIONS    -2.81

HISPANICS (LEVEL 7)
    SHORTFALL                                    6
    % OF WHITE RATE                      0.0%
    NO. OF STANDARD DEVIATIONS    -2.13

HISPANICS (BOTH LEVELS)
    SHORTFALL                                  6
    % OF WHITE RATE                      25.3%

If the defendants have any problems with the adequacy
of plaintiffs' showing of adverse impact, please bring them to
the attention of counsel for plaintiffs immediately, so that both
the question of adverse impact and the provision of an adequate

- Exhibit 3: Series 0110, Labor Dept., page 5 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
            Attorney for Plaintiffs


Dated: April 11, 1986


        - Exhibit 3: Series 0110, Labor Dept., page 6 -

REPORT A3   APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION   PAGE : 98
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF LABOR
GEOGRAPHIC AREA : NATIONWIDE
STATUS : ALL WORK SCHEDULES AND TENURES
PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O110 | GS-05 | WHITE(N-HISP) | 27 | 0 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 34 | 0 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 64 | 0 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | BLACK(N-HISP) | 6 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 70 | 0 | 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 91 | 0 | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | BLACK(N-HISP) | 11 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 104 | 0 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| O201 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| O212 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data 174 | 4. Name of Agency Contact and Phone Number(s)  FIS:  Commercial: |
| --- | --- | --- | --- |

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
| --- | --- |

| 7. Address of Submitting Office | 8. Occupational Title/Series  Economist  GS- 0 1 1 0 | 9. Grade Level(s)  5/7 |
| --- | --- | --- |

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 6 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 7 | 0 | 0 | 11 | 29 |
| Hispanic origin | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 8 |
| White, not of Hispanic origin | 34 | 0 | 1 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 17 | 0 | 3 | 29 | 92 |
| Other qualified applicants | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 10. Zone Totals | 48 | 0 | 2 | 5 | 3 | 3 | 0 | 0 | 0 | 1 | 26 | 0 | 3 | 41 | 132 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620   (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,           )
                                             )
   individually and on behalf of   )
   all others similarly situated,  )
                                             )
                 Plaintiffs,   )
                                             )
           v.                 )
                                             )
CONSTANCE HORNER, <u>et</u> <u>al</u>.,          )
                                             )
                                             )
                 Defendants.   )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:         Computer Specialist (Trainee)

Job Series:          0334

Job Level:           Grades 5 and 7

Agency:              All Agencies (Government-wide)

Procedure:           OPM-Sponsored Alternative Examination

Affected Class:      Blacks and Hispanics

      Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(i) of the Consent Decree,
at pp. 7-8.  Adverse impact as to both blacks and Hispanics has
been shown for the examining procedure as a whole, across all
agencies.  The page of OPM Report A-1 showing government-wide
hiring information for this job category, page 13, is attached as
Attachment A.  The relevant figures are:

     - Exhibit 4: Series 0334, All Agencies, page 1 -

```
1984 HIRES FROM THE OPM-SPONSORED TEST
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0344
(Non-PACE CS Cert. column)

GRADE 5 TOTAL                        172
     WHITE (NON-HISPANIC)            158
     BLACK (NON-HISPANIC)             13
     HISPANIC                          1

GRADE 7 TOTAL                        194
     WHITE (NON-HISPANIC)            174
     BLACK (NON-HISPANIC)             17
     HISPANIC                          3

TOTAL, GRADES 5 AND 7                366
     WHITE (NON-HISPANIC)            332
     BLACK (NON-HISPANIC)             30
     HISPANIC                          4
```

The page of the application statistics provided to plaintiffs is

attached as Attachment B.  The relevant figures from this

attachment are as follows:

```
1984 APPLICATIONS FOR OPM'S
ALTERNATIVE EXAMINATIONS

   APPLICANTS FOR GRADES 5/7

        WHITE (NON-HISPANIC)         1287
        BLACK (NON-HISPANIC)          539
           % OF TOTAL BLACK:        26.4%
        HISPANIC                      105
           % OF TOTAL HISPANIC:       5.1%
        OTHER                         111

   TOTAL RACIALLY IDENTIFIED         2042

   NOT IDENTIFIED                    3037
   ---% NOT IDENTIFIED              59.8%
```

Plaintiffs' analysis of the adverse impact as to this job

category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)         12.3%
        BLACK (NON-HISPANIC)          2.4%
        HISPANIC                      1.0%
```

- Exhibit 4: Series 0334, All Agencies, page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)          13.5%
        BLACK (NON-HISPANIC)           3.2%
        HISPANIC                       2.9%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)          25.8%
        BLACK (NON-HISPANIC)           5.6%
        HISPANIC                       3.8%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                    19.6%
        ---LEVEL 7                    23.3%
        ---BOTH LEVELS 5 AND 7        21.6%

80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                     7.8%
        ---LEVEL 7                    21.1%
        ---BOTH LEVELS 5 AND 7        14.8%
```

The appointment rate for blacks for both levels combined was only 21.6% of the appointment rate for whites. This was a sharp fall-off from 1983; then, the black appointment rate for both levels was 37.4% of the white appointment rate. At the Grade 5 level, the 1984 appointment rate for blacks was only 19.6% of the white appointment rate. (In 1983, the appointment rate for blacks had been 44.8% of the white appointment rate). At the Grade 7 level, the 1984 appointment rate for blacks was only 23.3% of the appointment rate for whites. (In 1983, the black rate had been 31.3% of the white rate).

The figures for Hispanics are even worse. The appointment rate for Hispanics was only 14.8% of the appointment rate for whites, a result similar to 1983's

- Exhibit 4: Series 0334, All Agencies, page 3 -

14.5% rate.  At the Grade 5 level, the appointment rate for Hispanics was only 7.8% of the appointment rate for whites, a result far worse than 1983's 21.7% rate.  At the Grade 7 level, the appointment rate for Hispanics was only 21.1% of the appointment rate for whites, a result better than 1983's 8.7% rate.

These racial disparities were statistically significant for all hires by the government into this job (7.9 standard deviations for blacks and 3.51 standard deviations for Hispanics), for hires at the Grade 5 level (5.6 standard deviations for blacks and 2.71 standard deviations for Hispanics), and for hires at the Grade 7 level (5.57 standard deviations for blacks and 2.27 standard deviations for Hispanics).  The detailed calculations of statistical significance are set forth below:

```
STANDARD DEVIATION ANALYSIS
   FOR BLACKS (LEVEL 5)
   --AVAILABILITY                  26.4%
   --OBSERVED NO. OF HIRES           13
   --EXPECTED NO. OF HIRES        45.40
     --DIFFERENCE                 -32.40
   --STANDARD DEVIATION            5.78
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:             -5.60

STANDARD DEVIATION ANALYSIS
   FOR BLACKS (LEVEL 7)
   --AVAILABILITY                  26.4%
   --OBSERVED NO. OF HIRES           17
   --EXPECTED NO. OF HIRES        51.21
     --DIFFERENCE                 -34.21
   --STANDARD DEVIATION            6.14
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:             -5.57
```

- Exhibit 4: Series 0334, All Agencies, page 4 -

```
STANDARD DEVIATION ANALYSIS
     FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                    26.4%
  --OBSERVED NO. OF HIRES             30
  --EXPECTED NO. OF HIRES           96.61
     --DIFFERENCE                  -66.61
  --STANDARD DEVIATION              8.43
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:               -7.90


STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                     5.1%
  --OBSERVED NO. OF HIRES              1
  --EXPECTED NO. OF HIRES            8.84
     --DIFFERENCE                   -7.84
  --STANDARD DEVIATION              2.90
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:               -2.71


STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                     5.1%
  --OBSERVED NO. OF HIRES              3
  --EXPECTED NO. OF HIRES            9.98
     --DIFFERENCE                   -6.98
  --STANDARD DEVIATION              3.08
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:               -2.27


STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (BOTH LEVELS)
  --AVAILABILITY                     5.1%
  --OBSERVED NO. OF HIRES              4
  --EXPECTED NO. OF HIRES           18.82
     --DIFFERENCE                  -14.82
  --STANDARD DEVIATION              4.23
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:               -3.51
```

The shortfall in hiring is set forth below:

```
NUMBER OF ADDITIONAL BLACK
   HIRES, IF BLACKS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
         ---LEVEL 5                  53
         ---LEVEL 7                  56
         ---BOTH LEVELS 5 AND 7     109
```

- Exhibit 4: Series 0334, All Agencies, page 5 -

```
NUMBER OF ADDITIONAL HISPANIC
   HIRES, IF HISPANICS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
          ---LEVEL 5                    12
          ---LEVEL 7                    11
          ---BOTH LEVELS 5 AND 7        23
```

OPM Report A-1 shows that the government did not use the Outstanding Scholar or Bilingual/Bicultural special programs established by the Consent Decree.  While the government did hire a total of 14 persons under the Co-op Student Program, 12 of the 14 were non-Hispanic whites, only one was black, and only one was Hispanic.  While blacks were 22.0 % of the applicants taking the test, they were only 7.1% of the Co-op Student placements; the use of the Co-op program actually <u>exacerbated</u> the adverse impact of the Computer Specialist (Trainee) test, instead of minimizing adverse impact as required by the Consent Decree.  Hispanics were 6.1% of the applicants taking the test, and 7.1% of the Co-op Student placements; the use of the Co-op Program did nothing to minimize the adverse impact of the test on Hispanics.

It is plain that the government did nothing to minimize the adverse impact of the test.  Plaintiffs seek the immediate hiring of the same number of blacks, and the same number of Hispanics, as are involved in the above "shortfall" calculations for each grade level.  Plaintiffs also seek the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for this job category:

- Exhibit 4: Series 0334, All Agencies, page 6 -

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                     53
    % OF WHITE RATE         19.6%
    NO. OF STANDARD DEVIATIONS   −5.60

BLACKS (LEVEL 7)
    SHORTFALL                     56
    % OF WHITE RATE         23.3%
    NO. OF STANDARD DEVIATIONS   −5.57

BLACKS (BOTH LEVELS)
    SHORTFALL                   109
    % OF WHITE RATE         21.6%
    NO. OF STANDARD DEVIATIONS   −7.90

HISPANICS (LEVEL 5)
    SHORTFALL                     12
    % OF WHITE RATE          7.8%
    NO. OF STANDARD DEVIATIONS   −2.71

HISPANICS (LEVEL 7)
    SHORTFALL                     11
    % OF WHITE RATE         21.1%
    NO. OF STANDARD DEVIATIONS   −2.27

HISPANICS (BOTH LEVELS)
    SHORTFALL                     23
    % OF WHITE RATE         14.8%
    NO. OF STANDARD DEVIATIONS   −3.51

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

_Richard T. Seymour_

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: April 11, 1986

– Exhibit 4: Series 0334, All Agencies, page 7 –

REPORT A1       APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                                    PAGE :    13
                PERIOD : JANUARY THRU DECEMBER OF 1984
                AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)          STATUS : ALL WORK SCHEDULES AND TENURES
                GEOGRAPHIC AREA : NATIONWIDE                                            PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O301 | GS-05 | WHITE(N-HISP) | 210 | 0 | 3 | 0 | 0 | 0 | 1 | 0 | 5 | 6 | 195 |
| | | BLACK(N-HISP) | 43 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 42 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 256 | 0 | 3 | 0 | 1 | 0 | 1 | 0 | 5 | 6 | 240 |
| | GS-07 | WHITE(N-HISP) | 331 | 0 | 13 | 0 | 3 | 2 | 2 | 0 | 17 | 1 | 293 |
| | | BLACK(N-HISP) | 91 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 10 | 1 | 78 |
| | | HISPANIC | 11 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 9 |
| | | TOTAL | 433 | 0 | 13 | 0 | 5 | 3 | 2 | 0 | 28 | 2 | 380 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 541 | 0 | 16 | 0 | 3 | 2 | 3 | 0 | 22 | 7 | 488 |
| | | BLACK(N-HISP) | 134 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 10 | 1 | 120 |
| | | HISPANIC | 14 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 12 |
| | | TOTAL | 689 | 0 | 16 | 0 | 6 | 3 | 3 | 0 | 33 | 8 | 620 |
| O334 | GS-05 | WHITE(N-HISP) | 813 | 0 | 158 | 0 | 2 | 0 | 5 | 0 | 10 | 0 | 638 |
| | | BLACK(N-HISP) | 160 | 0 | 13 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 143 |
| | | HISPANIC | 23 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| | | TOTAL | 996 | 0 | 172 | 0 | 2 | 0 | 6 | 0 | 13 | 0 | 803 |
| | GS-07 | WHITE(N-HISP) | 730 | 0 | 174 | 0 | 3 | 2 | 7 | 0 | 13 | 0 | 531 |
| | | BLACK(N-HISP) | 148 | 0 | 17 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 129 |
| | | HISPANIC | 22 | 0 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 18 |
| | | TOTAL | 900 | 0 | 194 | 0 | 3 | 2 | 8 | 0 | 15 | 0 | 678 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 1,543 | 0 | 332 | 0 | 5 | 2 | 12 | 0 | 23 | 0 | 1,169 |
| | | BLACK(N-HISP) | 308 | 0 | 30 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 272 |
| | | HISPANIC | 45 | 0 | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 40 |
| | | TOTAL | 1,896 | 0 | 366 | 0 | 5 | 2 | 14 | 0 | 28 | 0 | 1,481 |
| O341 | GS-05 | WHITE(N-HISP) | 41 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| | | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 49 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 |
| | GS-07 | WHITE(N-HISP) | 232 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 227 |
| | | BLACK(N-HISP) | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 24 |
| | | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
| | | TOTAL | 261 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 254 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 273 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 267 |
| | | BLACK(N-HISP) | 31 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 30 |
| | | HISPANIC | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 |
| | | TOTAL | 310 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 302 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office    OPM | 8. Occupational Title/Series  Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | ✓ | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ✓ | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form   619   (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,    )
    )
  individually and on behalf of  )
  all others similarly situated,  )
    )
          Plaintiffs,  )
    )
       v.  )
    )
CONSTANCE HORNER, <u>et</u> <u>al</u>.,    )
    )
    )
         Defendants.  )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:    Computer Specialist (Trainee)

Job Series:    0334

Job Level:    Grades 5 and 7

Agency:    U.S. Department of Agriculture

Procedure:    OPM-Sponsored Alternative Examination

Affected Class:    Blacks

     Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8.  Adverse impact as to blacks has been shown
for the examining procedure as a whole, across all agencies,
pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at pp. 7-8.  See
Exhibit 4.  The page of OPM Report A-3 showing hiring information
for this job category at the Department of Agriculture, page 24,
is attached as Attachment A.  The relevant figures are:

- Exhibit 5: Series 0334, Agriculture Dept., page 1 -

1984 AGRICULTURE DEPARTMENT HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

```
GRADE 5 TOTAL                                    46
     WHITE (NON-HISPANIC)                        35
     BLACK (NON-HISPANIC)                         8
     HISPANIC                                     3

GRADE 7 TOTAL                                    47
     WHITE (NON-HISPANIC)                        44
     BLACK (NON-HISPANIC)                         2
     HISPANIC                                     1

TOTAL, GRADES 5 AND 7                            93
     WHITE (NON-HISPANIC)                        79
     BLACK (NON-HISPANIC)                        10
     HISPANIC                                     4
```

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM-SPONSORED TEST FOR COMPUTER
SPECIALIST (TRAINEE), SERIES 0334:

```
APPLICANTS FOR GRADES 5/7
     WHITE (NON-HISPANIC)                      1287
     BLACK (NON-HISPANIC)                       539
          % OF TOTAL BLACK:                    26.4%
     HISPANIC                                   105
          % OF TOTAL HISPANIC:                  5.1%
     OTHER                                      111

TOTAL RACIALLY IDENTIFIED                      2042

NOT IDENTIFIED                                 3037
---% NOT IDENTIFIED                            59.8%
```

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

- Exhibit 5: Series 0334, Agriculture Dept., page 2 -

```
APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                          2.7%
        BLACK (NON-HISPANIC)                          1.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                          3.4%
        BLACK (NON-HISPANIC)                          0.4%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                          6.1%
        BLACK (NON-HISPANIC)                          1.9%
        HISPANIC                                      3.8%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
          ---LEVEL 5                                 54.6%
          ---LEVEL 7                                 10.9%
          ---BOTH LEVELS 5 AND 7                     30.2%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at both levels combined, and for the grade 7 level taken separately:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
  --AVAILABILITY                                     26.4%
  --OBSERVED NO. OF HIRES                               2
  --EXPECTED NO. OF HIRES                           12.41
    --DIFFERENCE                                   -10.41
  --STANDARD DEVIATION                              3.02
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                                -3.44

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                                     26.4%
  --OBSERVED NO. OF HIRES                              10
  --EXPECTED NO. OF HIRES                           24.55
    --DIFFERENCE                                   -14.55
  --STANDARD DEVIATION                              4.25
  --NO. OF STANDARD DEVIATIONS
```

- Exhibit 5: Series 0334, Agriculture Dept., page 3 -

```
BETWEEN EXPECTED AND
OBSERVED VALUES:                           -3.42
```

The shortfall in hiring for blacks is set forth below:

```
NUMBER OF ADDITIONAL BLACK
  HIRES, IF BLACKS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
      ---LEVEL 5                                7
      ---LEVEL 7                               16
      ---BOTH LEVELS 5 AND 7                   23
```

OPM Report A-3 shows that the Agriculture Department did not use any of the special procedures established by the Consent Decree, and it is plain that it did nothing to minimize the adverse impact of the test. Plaintiffs seek the immediate hiring of the number of blacks at each grade level shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                                7
        % OF WHITE RATE                      54.6%

    BLACKS (LEVEL 7)
        SHORTFALL                               16
        % OF WHITE RATE                      10.9%
        NO. OF STANDARD DEVIATIONS           -3.44

    BLACKS (BOTH LEVELS)
        SHORTFALL                               23
        % OF WHITE RATE                      30.2%
        NO. OF STANDARD DEVIATIONS           -3.42
```

- Exhibit 5: Series 0334, Agriculture Dept., page 4 -

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 5: Series 0334, Agriculture Dept., page 5 -

```
REPORT A3        APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :   24
                 PERIOD : JANUARY THRU DECEMBER OF 1984
                 AGENCY : DEPARTMENT OF AGRICULTURE                        STATUS : ALL WORK SCHEDULES AND TENURES
                 GEOGRAPHIC AREA : NATIONWIDE                              PAYPLANS : GS AND EQUIVALENT
```

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0334 | GS-05 | WHITE(N-HISP) | 35 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| | | BLACK(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 46 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| | GS-07 | WHITE(N-HISP) | 44 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 38 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 47 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 41 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 79 | 0 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 72 |
| | | BLACK(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | TOTAL | 93 | 0 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 86 |
| 0341 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 0343 | GS-05 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | GS-07 | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |

\* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

~~XXXXXXXXXXXXXXXXXXXXX~~ REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office   OPM | 8. Occupational Title/Series   Computer Specialist(trainee)  GS- 0 3 3 4 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | – | 2 | – | - | 77 | 76 | – | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | – | 1 | – | ✓ | 6 | 74 | – | 9 | – | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ✓ | 194 | 198 | – | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | – | 1 | 1 | 1 | 14 | 34 | – | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | – | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E  Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,            )
                                          )
   individually and on behalf of    )
   all others similarly situated,    )
                                          )
                Plaintiffs,    )
                                          )
          v.                   )
                                          )
CONSTANCE HORNER, <u>et al</u>.,             )
                                          )
                                          )
              Defendants.    )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             U.S. Department of the Army

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

      Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8. Adverse impact as to blacks and as to Hispanics
has been shown for the examining procedure as a whole, across all
agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at
pp. 7-8. See Exhibit 4. The page of OPM Report A-3 showing
hiring information for this job category at the Department of the
Army, page 42, is attached as Attachment A. The relevant figures

- Exhibit 6: Series 0334, Army Dept., page 1 -

are:

```
        1984 ARMY DEPARTMENT HIRES IN THE POSITION
        OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
        (HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

            GRADE 5 TOTAL                               286
                WHITE (NON-HISPANIC)                    230
                BLACK (NON-HISPANIC)                     51
                HISPANIC                                  5

            GRADE 7 TOTAL                               135
                WHITE (NON-HISPANIC)                    106
                BLACK (NON-HISPANIC)                     26
                HISPANIC                                  3

            TOTAL, GRADES 5 AND 7                       421
                WHITE (NON-HISPANIC)                    336
                BLACK (NON-HISPANIC)                     77
                HISPANIC                                  8
```

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

```
        1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
        FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

            APPLICANTS FOR GRADES 5/7
                WHITE (NON-HISPANIC)                   1287
                BLACK (NON-HISPANIC)                    539
                    % OF TOTAL BLACK:                  26.4%
                HISPANIC                                105
                    % OF TOTAL HISPANIC:               5.1%
                OTHER                                   111

            TOTAL RACIALLY IDENTIFIED                  2042

            NOT IDENTIFIED                             3037
            ---% NOT IDENTIFIED                        59.8%
```

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

```
        APPOINTMENT RATES (LEVEL 5)
                WHITE (NON-HISPANIC)                   17.9%
                BLACK (NON-HISPANIC)                    9.5%
                HISPANIC                                4.8%
```

- Exhibit 6: Series 0334, Army Dept., page 2 -

```
APPOINTMENT RATES  (LEVEL 7)
        WHITE  (NON-HISPANIC)                    8.2%
        BLACK  (NON-HISPANIC)                    4.8%
        HISPANIC                                 2.9%

APPOINTMENT RATES  (BOTH LEVELS)
        WHITE  (NON-HISPANIC)                   26.1%
        BLACK  (NON-HISPANIC)                   14.3%
        HISPANIC                                 7.6%

ADVERSE  IMPACT  CALCULATIONS:

  80%  RULE:  BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                        52.9%
              ---LEVEL 7                        58.6%
              ---BOTH LEVELS 5 AND 7            54.7%

  80%  RULE:  HISPANIC HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                        26.6%
              ---LEVEL 7                        34.7%
              ---BOTH LEVELS 5 AND 7            29.2%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for both blacks and Hispanics at the grade 5 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
    --AVAILABILITY                              26.4%
    --OBSERVED NO. OF HIRES                        51
    --EXPECTED NO. OF HIRES                     75.49
     --DIFFERENCE                              -24.49
    --STANDARD DEVIATION                         7.45
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                          -3.29

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
    --AVAILABILITY                              26.4%
    --OBSERVED NO. OF HIRES                        77
    --EXPECTED NO. OF HIRES                    111.13
```

- Exhibit 6: Series 0334, Army Dept., page 3 -

```
                --DIFFERENCE                          -34.13
              --STANDARD DEVIATION                      9.04
              --NO. OF STANDARD DEVIATIONS
                BETWEEN EXPECTED AND
                OBSERVED VALUES:                        -3.77

          STANDARD DEVIATION ANALYSIS
              FOR HISPANICS (LEVEL 5)
              --AVAILABILITY                            5.1%
              --OBSERVED NO. OF HIRES                      5
              --EXPECTED NO. OF HIRES                   14.71
                --DIFFERENCE                            -9.71
              --STANDARD DEVIATION                       3.73
              --NO. OF STANDARD DEVIATIONS
                BETWEEN EXPECTED AND
                OBSERVED VALUES:                        -2.60

          STANDARD DEVIATION ANALYSIS
              FOR HISPANICS (BOTH LEVELS)
              --AVAILABILITY                            5.1%
              --OBSERVED NO. OF HIRES                      8
              --EXPECTED NO. OF HIRES                   21.65
                --DIFFERENCE                           -13.65
              --STANDARD DEVIATION                       4.53
              --NO. OF STANDARD DEVIATIONS
                BETWEEN EXPECTED AND
                OBSERVED VALUES:                        -3.01
```

The shortfalls in hiring for blacks and for Hispanics are set
forth below:

```
          NUMBER OF ADDITIONAL BLACK
              HIRES, IF BLACKS HAD BEEN
              HIRED AT THE RATE AT WHICH
              WHITES WERE HIRED
                  ---LEVEL 5                             45
                  ---LEVEL 7                             18
                  ---BOTH LEVELS 5 AND 7                 64
```

- Exhibit 6: Series 0334, Army Dept., page 4 -

NUMBER OF ADDITIONAL HISPANIC
      HIRES, IF HISPANICS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
           ---LEVEL 5                14
           ---LEVEL 7                6[1]
           ---BOTH LEVELS 5 AND 7    19[2]

      OPM Report A-3 shows that the Army did not use the Outstanding Scholar program or the Bilingual/Bicultural program. It hired eight Co-op Students, one of whom was black and one of whom was Hispanic. While blacks were 26.4% of the applicants taking the test, they were only 12.5% of the Co-op Students hired. Plainly, use of this program aggravated the degree of adverse impact resulting from the test, instead of minimizing adverse impact as required by the Consent Decree. Hispanics were 5.1% of the applicants taking the test, and 12.5% of the Co-op Students hired. The one Hispanic Co-op student was hired at grade 7, and reduces the number of positions to be made up at that level from 6 to 5. The total number of Hispanic positions to be made up is reduced from 19 to 18. It is plain that the Army did almost nothing to minimize the adverse impact of the test. Plaintiffs seek the immediate hiring of the same number of blacks and of Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

      For convenience, plaintiffs are setting forth below a

---

    [1] This number must be reduced by one, because of the hiring of a Hispanic Co-op Student at grade 7.

    [2] This number must be reduced by one, because of the hiring of a Hispanic Co-op Student at grade 7.

- Exhibit 6: Series 0334, Army Dept., page 5 -

summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                              45
    % OF WHITE RATE                        52.9%
    NO. OF STANDARD DEVIATIONS             -3.29

BLACKS (LEVEL 7)
    SHORTFALL                              18
    % OF WHITE RATE                        58.6%

BLACKS (BOTH LEVELS)
    SHORTFALL                              64
    % OF WHITE RATE                        54.7%
    NO. OF STANDARD DEVIATIONS             -3.77

HISPANICS (LEVEL 5)
    SHORTFALL                              14
    % OF WHITE RATE                        26.6%
    NO. OF STANDARD DEVIATIONS             -2.60

HISPANICS (LEVEL 7)
    SHORTFALL                              6
    % OF WHITE RATE                        34.7%

HISPANICS (BOTH LEVELS)
    SHORTFALL                              19
    % OF WHITE RATE                        29.2%
    NO. OF STANDARD DEVIATIONS             -3.01

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 6: Series 0334, Army Dept., page 6 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 6: Series 0334, Army Dept., page 7 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 42
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF THE ARMY    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0301 | GS-05 | WHITE(N-HISP) | 49 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 47 |
| | | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 54 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 52 |
| | GS-07 | WHITE(N-HISP) | 101 | 0 | 11 | 0 | 1 | 2 | 0 | 0 | 10 | 0 | 77 |
| | | BLACK(N-HISP) | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 17 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 128 | 0 | 11 | 0 | 1 | 3 | 0 | 0 | 19 | 0 | 94 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 150 | 0 | 12 | 0 | 1 | 2 | 0 | 0 | 11 | 0 | 124 |
| | | BLACK(N-HISP) | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 22 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 182 | 0 | 12 | 0 | 1 | 3 | 0 | 0 | 20 | 0 | 146 |
| 0334 | GS-05 | WHITE(N-HISP) | 230 | 0 | 33 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 191 |
| | | BLACK(N-HISP) | 51 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 48 |
| | | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | TOTAL | 286 | 0 | 34 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 244 |
| | GS-07 | WHITE(N-HISP) | 106 | 0 | 11 | 0 | 1 | 1 | 3 | 0 | 4 | 0 | 86 |
| | | BLACK(N-HISP) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 25 |
| | | HISPANIC | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | | TOTAL | 135 | 0 | 12 | 0 | 1 | 1 | 4 | 0 | 5 | 0 | 112 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 336 | 0 | 44 | 0 | 1 | 1 | 6 | 0 | 7 | 0 | 277 |
| | | BLACK(N-HISP) | 77 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 73 |
| | | HISPANIC | 8 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 6 |
| | | TOTAL | 421 | 0 | 46 | 0 | 1 | 1 | 8 | 0 | 9 | 0 | 356 |
| 0341 | GS-05 | WHITE(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | GS-07 | WHITE(N-HISP) | 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 62 |
| | | BLACK(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 71 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 69 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 74 |
| | | BLACK(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 81 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

~~SCHEDULE EXPANDED AUTHORITY~~ REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office  OPM | 8. Occupational Title/Series  Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | / | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | / | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E  Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,               )
                                         )
    individually and on behalf of       )
    all others similarly situated,      )
                                         )
                        Plaintiffs,      )
                                         )
            v.                           )
                                         )
CONSTANCE HORNER, et al.,                )
                                         )
                                         )
                        Defendants.      )


### SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             U.S. Department of Defense

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent

Decree, at p. 8.  Adverse impact as to blacks and as to Hispanics

has been shown for the examining procedure as a whole, across all

agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at

pp. 7-8.  See Exhibit 4.  The page of OPM Report A-3 showing

hiring information for this job category at the Department of

Defense, page 77, is attached as Attachment A.  The relevant


        - Exhibit 7: Series 0334, Defense Dept., page 1 -

figures are:

1984 DEFENSE DEPARTMENT HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

```
    GRADE 5 TOTAL                               95
        WHITE (NON-HISPANIC)                    79
        BLACK (NON-HISPANIC)                    15
        HISPANIC                                 1

    GRADE 7 TOTAL                               60
        WHITE (NON-HISPANIC)                    46
        BLACK (NON-HISPANIC)                    13
        HISPANIC                                 1

    TOTAL, GRADES 5 AND 7                      155
        WHITE (NON-HISPANIC)                   125
        BLACK (NON-HISPANIC)                    28
        HISPANIC                                 2
```

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

```
    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                  1287
        BLACK (NON-HISPANIC)                   539
            % OF TOTAL BLACK:                 26.4%
        HISPANIC                               105
            % OF TOTAL HISPANIC:               5.1%
        OTHER                                  111

    TOTAL RACIALLY IDENTIFIED                 2042

    NOT IDENTIFIED                            3037
    ---% NOT IDENTIFIED                       59.8%
```

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

```
    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                   6.1%
        BLACK (NON-HISPANIC)                   2.8%
        HISPANIC                               1.0%
```

- Exhibit 7: Series 0334, Defense Dept., page 2 -

```
APPOINTMENT RATES (LEVEL 7)
     WHITE (NON-HISPANIC)                    3.6%
     BLACK (NON-HISPANIC)                    2.4%
     HISPANIC                                1.0%

APPOINTMENT RATES (BOTH LEVELS)
     WHITE (NON-HISPANIC)                    9.7%
     BLACK (NON-HISPANIC)                    5.2%
     HISPANIC                                1.9%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
          ---LEVEL 5                         45.3%
          ---LEVEL 7                         67.5%
          ---BOTH LEVELS 5 AND 7             53.5%

  80% RULE: HISPANIC HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
          ---LEVEL 5                         15.5%
          ---LEVEL 7                         26.6%
          ---BOTH LEVELS 5 AND 7             19.6%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, and for both blacks and Hispanics for both levels combined:

```
STANDARD DEVIATION ANALYSIS
   FOR BLACKS (LEVEL 5)
  --AVAILABILITY                             26.4%
  --OBSERVED NO. OF HIRES                       15
  --EXPECTED NO. OF HIRES                    25.08
   --DIFFERENCE                             -10.08
  --STANDARD DEVIATION                        4.30
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                        -2.35
```

- Exhibit 7: Series 0334, Defense Dept., page 3 -

```
STANDARD DEVIATION ANALYSIS
   FOR BLACKS (BOTH LEVELS)
--AVAILABILITY                              26.4%
--OBSERVED NO. OF HIRES                        28
--EXPECTED NO. OF HIRES                     40.91
   --DIFFERENCE                            -12.91
--STANDARD DEVIATION                         5.49
--NO. OF STANDARD DEVIATIONS
   BETWEEN EXPECTED AND
   OBSERVED VALUES:                         -2.35

STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (BOTH LEVELS)
--AVAILABILITY                               5.1%
--OBSERVED NO. OF HIRES                         2
--EXPECTED NO. OF HIRES                      7.97
   --DIFFERENCE                             -5.97
--STANDARD DEVIATION                         2.75
--NO. OF STANDARD DEVIATIONS
   BETWEEN EXPECTED AND
   OBSERVED VALUES:                         -2.17
```

The shortfalls in hiring for blacks and for Hispanics are set

forth below:

```
NUMBER OF ADDITIONAL BLACK
   HIRES, IF BLACKS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
      ---LEVEL 5                               18
      ---LEVEL 7                                6
      ---BOTH LEVELS 5 AND 7                   24

NUMBER OF ADDITIONAL HISPANIC
   HIRES, IF HISPANICS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
      ---LEVEL 5                                5
      ---LEVEL 7                                3
      ---BOTH LEVELS 5 AND 7                    8
```

OPM Report A-3 shows that the Defense Department did

not use any of the special programs established by the Consent

Decree to minimize the adverse impact of the Computer Specialist

(Trainee) test.  Plaintiffs seek the immediate hiring of the same

number of blacks and of Hispanics as are shown in the above

- Exhibit 7: Series 0334, Defense Dept., page 4 -

"shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
SHORTFALL                          18
% OF WHITE RATE                    45.3%
NO. OF STANDARD DEVIATIONS         -2.35

BLACKS (LEVEL 7)
SHORTFALL                          6
% OF WHITE RATE                    67.5%

BLACKS (BOTH LEVELS)
SHORTFALL                          24
% OF WHITE RATE                    53.5%
NO. OF STANDARD DEVIATIONS         -2.35

HISPANICS (LEVEL 5)
SHORTFALL                          5
% OF WHITE RATE                    15.5%

HISPANICS (LEVEL 7)
SHORTFALL                          3
% OF WHITE RATE                    26.6%

HISPANICS (BOTH LEVELS)
SHORTFALL                          8
% OF WHITE RATE                    19.6%
NO. OF STANDARD DEVIATIONS         -2.17

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 7: Series 0334, Defense Dept., page 5 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
        Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 7: Series 0334, Defense Dept., page 6 -

PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPT OF DEFENSE
GEOGRAPHIC AREA : NATIONWIDE

STATUS : ALL WORK SCHEDULES AND TENURES
PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0334 | GS-05 | WHITE(N-HISP) | 79 | 0 | 24 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 54 |
| | | BLACK(N-HISP) | 15 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 95 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 66 |
| | GS-07 | WHITE(N-HISP) | 46 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| | | BLACK(N-HISP) | 13 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 60 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 125 | 0 | 36 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 88 |
| | | BLACK(N-HISP) | 28 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 155 | 0 | 43 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 111 |
| 0341 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0343 | GS-05 | WHITE(N-HISP) | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 26 |
| | | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 31 |
| | GS-07 | WHITE(N-HISP) | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| | | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 42 |
| | | BLACK(N-HISP) | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 53 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

XXXXXXXXXXXXXXXXXXXXX REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s)   FTS:   Commercial: | | |
|---|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | | 6. Name of Submitting Office | | |
| 7. Address of Submitting Office  OPM | | | 8. Occupational Title/Series  Computer Specialist(trainee) GS- 0 3 3 4 | | 9. Grade Level(s)  5/7 |

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | S 39 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | ' | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ' | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,                )
                                              )
    individually and on behalf of             )
    all others similarly situated,            )
                                              )
                            Plaintiffs,        )
                                              )
                    v.                         )
                                              )
CONSTANCE HORNER, <u>et al</u>.,               )
                                              )
                                              )
                        Defendants.            )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grade 5

Agency:             U.S. Department of Health and Human Services

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent

Decree, at p. 8.  Adverse impact as to blacks at the grade 7

level has been shown for the examining procedure as a whole,

across all agencies, pursuant to ¶ 8(b)(3)(i) of the Consent

Decree, at pp. 7-8.  See Exhibit 4.  The page of OPM Report A-3

showing hiring information for this job category at the Depart-

ment of Health and Human Services, page 158, is attached as

- Exhibit 8: Series 0334, Dept. of Health and Human Services, page 1 -

Attachment A.  The relevant figures are:

    1984 DEPARTMENT OF HEALTH AND HUMAN SERVICES HIRES
    IN THE POSITION OF COMPUTER SPECIALIST (TRAINEE),
    SERIES 0334
    (HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

        GRADE 5 TOTAL                                        22
            WHITE (NON-HISPANIC)                             15
            BLACK (NON-HISPANIC)                              6
            HISPANIC                                          1

        GRADE 7 TOTAL                                        64
            WHITE (NON-HISPANIC)                             52
            BLACK (NON-HISPANIC)                             10
            HISPANIC                                          2

        TOTAL, GRADES 5 AND 7                                86
            WHITE (NON-HISPANIC)                             67
            BLACK (NON-HISPANIC)                             16
            HISPANIC                                          3

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

    1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
    FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

        APPLICANTS FOR GRADES 5/7
            WHITE (NON-HISPANIC)                           1287
            BLACK (NON-HISPANIC)                            539
                % OF TOTAL BLACK:                         26.4%
            HISPANIC                                        105
                % OF TOTAL HISPANIC:                       5.1%
            OTHER                                           111

        TOTAL RACIALLY IDENTIFIED                          2042

        NOT IDENTIFIED                                     3037
        ---% NOT IDENTIFIED                               59.8%

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

        APPOINTMENT RATES (LEVEL 7)
            WHITE (NON-HISPANIC)                           4.0%
            BLACK (NON-HISPANIC)                           1.9%

- Exhibit 8: Series 0334, Dept. of Health and Human Services, page 2 -

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
          ---LEVEL 7                        45.9%

     The appointment rates for blacks failed the "80% test" at the grade 7 level.

     The shortfalls in hiring for blacks are set forth below:

NUMBER OF ADDITIONAL BLACK
     HIRES, IF BLACKS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
         ---LEVEL 7                       12

     OPM Report A-3 shows that the Department Of Health and Human Services did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Computer Specialist (Trainee) test. Plaintiffs seek the immediate hiring of the same number of blacks as is shown in the above "shortfall" calculation for grade 7, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

     For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 7)
     SHORTFALL                       12
     % OF WHITE RATE             45.9%

     If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to

- Exhibit 8: Series 0334, Dept. of Health and Human Services, page 3 -

the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
Attorney for Plaintiffs

Dated: April 11, 1986

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 158
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF HEALTH AND HUMAN SERVICES    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0235 | GS-05 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | GS-07 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 0301 | GS-05 | WHITE(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | | BLACK(N-HISP) | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| | GS-07 | WHITE(N-HISP) | 28 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 26 |
| | | BLACK(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 36 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 34 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 40 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 38 |
| | | BLACK(N-HISP) | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 64 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 62 |
| 0334 | GS-05 | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| | GS-07 | WHITE(N-HISP) | 52 | 0 | 28 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 23 |
| | | BLACK(N-HISP) | 10 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 64 | 0 | 31 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 32 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 67 | 0 | 28 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 38 |
| | | BLACK(N-HISP) | 16 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 86 | 0 | 31 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 54 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office  OPM | 8. Occupational Title/Series  Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black, not of Hispanic origin | | | 69 | 270 | 23 | – | 2 | – | – | 77 | 76 | – | 14 | 8 | 539 |
| Hispanic origin | | | 4 | 10 | 1 | – | 1 | – | | 6 | 74 | – | 9 | – | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | | 194 | 198 | – | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | – | 1 | 1 | 1 | 14 | 34 | – | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | – | 119 | 38 | 2042 |

GEOGRAPHIC ZONES **

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al.</u>,                )
                                                  )
    individually and on behalf of                 )
    all others similarly situated,                 )
                                                  )
                              Plaintiffs,          )
                                                  )
                    v.                             )
                                                  )
CONSTANCE HORNER, <u>et</u> <u>al.</u>,              )
                                                  )
                                                  )
                              Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             U.S. Department of the Interior

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8.  Adverse impact as to blacks has been shown
for the examining procedure as a whole, across all agencies,
pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at pp. 7-8.  See
Exhibit 4.  The page of OPM Report A-3 showing hiring information
for this job category at the Department of the Interior, page
180, is attached as Attachment A.  The relevant figures are:

- Exhibit 9: Series 0334, Interior Dept., page 1 -

1984 INTERIOR DEPARTMENT HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

```
GRADE 5 TOTAL                                    9
     WHITE (NON-HISPANIC)                        7
     BLACK (NON-HISPANIC)                        2
     HISPANIC                                    0

GRADE 7 TOTAL                                   30
     WHITE (NON-HISPANIC)                       28
     BLACK (NON-HISPANIC)                        2
     HISPANIC                                    0

TOTAL, GRADES 5 AND 7                           39
     WHITE (NON-HISPANIC)                       35
     BLACK (NON-HISPANIC)                        4
     HISPANIC                                    0
```

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

```
APPLICANTS FOR GRADES 5/7
     WHITE (NON-HISPANIC)                     1287
     BLACK (NON-HISPANIC)                      539
          % OF TOTAL BLACK:                   26.4%
     HISPANIC                                  105
          % OF TOTAL HISPANIC:                 5.1%
     OTHER                                     111

TOTAL RACIALLY IDENTIFIED                     2042

NOT IDENTIFIED                                3037
---% NOT IDENTIFIED                           59.8%
```

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
          WHITE (NON-HISPANIC)                 0.5%
          BLACK (NON-HISPANIC)                 0.4%

APPOINTMENT RATES (LEVEL 7)
          WHITE (NON-HISPANIC)                 2.2%
          BLACK (NON-HISPANIC)                 0.4%
```

- Exhibit 9: Series 0334, Interior Dept., page 2 -

```
APPOINTMENT  RATES  (BOTH LEVELS)
      WHITE (NON-HISPANIC)                    2.7%
      BLACK (NON-HISPANIC)                    0.7%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                        68.2%
            ---LEVEL 7                        17.1%
            ---BOTH LEVELS 5 AND 7            27.3%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for both blacks at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
      FOR BLACKS  (LEVEL 7)
   --AVAILABILITY                             26.4%
   --OBSERVED NO. OF HIRES                       2
   --EXPECTED NO. OF HIRES                    7.92
      --DIFFERENCE                           -5.92
   --STANDARD DEVIATION                       2.41
   --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                       -2.45

STANDARD DEVIATION ANALYSIS
      FOR BLACKS  (BOTH LEVELS)
   --AVAILABILITY                             26.4%
   --OBSERVED NO. OF HIRES                       4
   --EXPECTED NO. OF HIRES                   10.29
      --DIFFERENCE                           -6.29
   --STANDARD DEVIATION                       2.75
   --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                       -2.29
```

The shortfalls in hiring for blacks are set forth below:

- Exhibit 9: Series 0334, Interior Dept., page 3 -

```
NUMBER OF ADDITIONAL BLACK
  HIRES, IF BLACKS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
        ---LEVEL 5                              1
        ---LEVEL 7                             10
        ---BOTH LEVELS 5 AND 7                 11
```

OPM Report A-3 shows that the Interior Department did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Computer Specialist (Trainee) test. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                              1
        % OF WHITE RATE                    68.2%

    BLACKS (LEVEL 7)
        SHORTFALL                             10
        % OF WHITE RATE                    17.1%
        NO. OF STANDARD DEVIATIONS         -2.45

    BLACKS (BOTH LEVELS)
        SHORTFALL                             11
        % OF WHITE RATE                    27.3%
        NO. OF STANDARD DEVIATIONS         -2.29
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 9: Series 0334, Interior Dept., page 4 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
    Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 9: Series 0334, Interior Dept., page 5 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                          PAGE :  180
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF THE INTERIOR                          STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                                 PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0334 | GS-05 | WHITE(N-HISP) | 7 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 9 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  | GS-07 | WHITE(N-HISP) | 28 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 30 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 35 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
|  |  | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 39 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 0341 | GS-05 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  | GS-07 | WHITE(N-HISP) | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 13 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 13 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 16 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 17 |
| 0343 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

~~XXXXXXXXXXXXXXXXXXXXXXXX~~ REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office    OPM | 8. Occupational Title/Series    Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s)    5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | ✓ | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ✓ | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E    Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
              v.                             )
                                             )
CONSTANCE HORNER, et al.,                    )
                                             )
                                             )
                        Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             U.S. Department of the Navy

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent

Decree, at p. 8.  Adverse impact as to blacks and as to Hispanics

has been shown for the examining procedure as a whole, across all

agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at

pp. 7-8.  See Exhibit 4.  The page of OPM Report A-3 showing

hiring information for this job category at the Department of The

Navy, page 212, is attached as Attachment A.  The relevant

        - Exhibit 10: Series 0334, Navy Dept., page 1 -

are:

1984 NAVY DEPARTMENT HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

| | |
|---|---|
| GRADE 5 TOTAL | 201 |
| WHITE (NON-HISPANIC) | 174 |
| BLACK (NON-HISPANIC) | 22 |
| HISPANIC | 5 |
| | |
| GRADE 7 TOTAL | 202 |
| WHITE (NON-HISPANIC) | 170 |
| BLACK (NON-HISPANIC) | 29 |
| HISPANIC | 3 |
| | |
| TOTAL, GRADES 5 AND 7 | 403 |
| WHITE (NON-HISPANIC) | 344 |
| BLACK (NON-HISPANIC) | 51 |
| HISPANIC | 8 |

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

| | |
|---|---|
| APPLICANTS FOR GRADES 5/7 | |
| WHITE (NON-HISPANIC) | 1287 |
| BLACK (NON-HISPANIC) | 539 |
| % OF TOTAL BLACK: | 26.4% |
| HISPANIC | 105 |
| % OF TOTAL HISPANIC: | 5.1% |
| OTHER | 111 |
| | |
| TOTAL RACIALLY IDENTIFIED | 2042 |
| | |
| NOT IDENTIFIED | 3037 |
| ---% NOT IDENTIFIED | 59.8% |

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

| | |
|---|---|
| APPOINTMENT RATES (LEVEL 5) | |
| WHITE (NON-HISPANIC) | 13.5% |
| BLACK (NON-HISPANIC) | 4.1% |
| HISPANIC | 4.8% |

- Exhibit 10: Series 0334, Navy Dept., page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                    13.2%
        BLACK (NON-HISPANIC)                     5.4%
        HISPANIC                                 2.9%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                    26.7%
        BLACK (NON-HISPANIC)                     9.5%
        HISPANIC                                 7.6%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                          30.2%
            ---LEVEL 7                          40.7%
            ---BOTH LEVELS 5 AND 7              35.4%

80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                          35.2%
            ---LEVEL 7                          21.6%
            ---BOTH LEVELS 5 AND 7              28.5%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, for both blacks and Hispanics at the grade 7 level, and for both blacks and Hispanics for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                26.4%
  --OBSERVED NO. OF HIRES                          22
  --EXPECTED NO. OF HIRES                       53.06
    --DIFFERENCE                               -31.06
  --STANDARD DEVIATION                           6.25
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                            -4.97
```

- Exhibit 10: Series 0334, Navy Dept., page 3 -

```
STANDARD DEVIATION ANALYSIS
   FOR BLACKS (LEVEL 7)
   --AVAILABILITY                          26.4%
   --OBSERVED NO. OF HIRES                    29
   --EXPECTED NO. OF HIRES                 53.32
     --DIFFERENCE                         -24.32
   --STANDARD DEVIATION                     6.26
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                      -3.88

STANDARD DEVIATION ANALYSIS
   FOR BLACKS (BOTH LEVELS)
   --AVAILABILITY                          26.4%
   --OBSERVED NO. OF HIRES                    51
   --EXPECTED NO. OF HIRES                106.37
     --DIFFERENCE                         -55.37
   --STANDARD DEVIATION                     8.85
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                      -6.26

STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (LEVEL 7)
   --AVAILABILITY                           5.1%
   --OBSERVED NO. OF HIRES                     3
   --EXPECTED NO. OF HIRES                 10.39
     --DIFFERENCE                          -7.39
   --STANDARD DEVIATION                     3.14
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                      -2.35

STANDARD DEVIATION ANALYSIS
   FOR HISPANICS (BOTH LEVELS)
   --AVAILABILITY                           5.1%
   --OBSERVED NO. OF HIRES                     8
   --EXPECTED NO. OF HIRES                 20.72
     --DIFFERENCE                         -12.72
   --STANDARD DEVIATION                     4.43
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                      -2.87
```

The shortfalls in hiring for blacks and for Hispanics are set forth below:

- Exhibit 10: Series 0334, Navy Dept., page 4 -

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                          51
        ---LEVEL 7                          42
        ---BOTH LEVELS 5 AND 7              93

NUMBER OF ADDITIONAL HISPANIC
    HIRES, IF HISPANICS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                           9
        ---LEVEL 7                          11
        ---BOTH LEVELS 5 AND 7              20
```

OPM Report A-3 shows that the Navy Department did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Computer Specialist (Trainee) test.  It did not use the Outstanding Scholar program or the Bilingual/Bicultural programs at all, and used the Co-op Student program to hire only one person, a non-Hispanic white. Plaintiffs seek the immediate hiring of the same number of blacks and of Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                           51
        % OF WHITE RATE                   30.2%
        NO. OF STANDARD DEVIATIONS        -4.97
```

- Exhibit 10: Series 0334, Navy Dept., page 5 -

```
BLACKS (LEVEL 7)
     SHORTFALL                           42
     % OF WHITE RATE                   40.7%
     NO. OF STANDARD DEVIATIONS        -3.88

BLACKS (BOTH LEVELS)
     SHORTFALL                           93
     % OF WHITE RATE                   35.4%
     NO. OF STANDARD DEVIATIONS        -6.26

HISPANICS (LEVEL 5)
     SHORTFALL                            9
     % OF WHITE RATE                   35.2%

HISPANICS (LEVEL 7)
     SHORTFALL                           11
     % OF WHITE RATE                   21.6%
     NO. OF STANDARD DEVIATIONS        -2.35

HISPANICS (BOTH LEVELS)
     SHORTFALL                           20
     % OF WHITE RATE                   28.5%
     NO. OF STANDARD DEVIATIONS        -2.87
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

*Richard T. Seymour*
RICHARD T. SEYMOUR
Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 10: Series 0334, Navy Dept., page 6 -

REPORT A3     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                              PAGE :   212
              PERIOD : JANUARY THRU DECEMBER OF 1984
              AGENCY : DEPARTMENT OF THE NAVY                          STATUS : ALL WORK SCHEDULES AND TENURES
              GEOGRAPHIC AREA : NATIONWIDE                             PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0235 | GS-05 | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | GS-07 | WHITE(N-HISP) | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 10 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 13 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 12 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 21 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 20 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 24 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 23 |
| 0301 | GS-05 | WHITE(N-HISP) | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 | 24 |
| | | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 | 27 |
| | GS-07 | WHITE(N-HISP) | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 27 |
| | | BLACK(N-HISP) | 8 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 6 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 37 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 34 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 5 | 51 |
| | | BLACK(N-HISP) | 11 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 9 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 71 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 4 | 5 | 61 |
| 0334 | GS-05 | WHITE(N-HISP) | 174 | 0 | 48 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 125 |
| | | BLACK(N-HISP) | 22 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 18 |
| | | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | TOTAL | 201 | 0 | 51 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 148 |
| | GS-07 | WHITE(N-HISP) | 170 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 138 |
| | | BLACK(N-HISP) | 29 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 24 |
| | | HISPANIC | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 202 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 164 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 344 | 0 | 73 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 263 |
| | | BLACK(N-HISP) | 51 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 42 |
| | | HISPANIC | 8 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | TOTAL | 403 | 0 | 81 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 312 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office OPM | 8. Occupational Title/Series Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | – | – | 69 | 270 | 23 | – | 2 | – | – | 77 | 76 | – | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | – | 1 | – | ✓ | 6 | 74 | – | 9 | – | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ✓ | 194 | 198 | – | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | – | 1 | 1 | 1 | 14 | 34 | – | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | – | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 619 (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,      )
                                         )
            v.                           )
                                         )
CONSTANCE HORNER, et al.,                )
                                         )
                                         )
                Defendants.              )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             U.S. Department of the Treasury

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8.  Adverse impact as to blacks and as to Hispanics
has been shown for the examining procedure as a whole, across all
agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at
pp. 7-8.  See Exhibit 4.  The page of OPM Report A-3 showing
hiring information for this job category at the Department of the
Treasury, page 272, is attached as Attachment A.  The relevant

        - Exhibit 11: Series 0334, Treasury Dept., page 1 -

figures are:

1984 TREASURY DEPARTMENT HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

| | |
|---|---|
| GRADE 5 TOTAL | 147 |
|     WHITE (NON-HISPANIC) | 126 |
|     BLACK (NON-HISPANIC) | 20 |
|     HISPANIC | 1 |
| | |
| GRADE 7 TOTAL | 149 |
|     WHITE (NON-HISPANIC) | 121 |
|     BLACK (NON-HISPANIC) | 27 |
|     HISPANIC | 1 |
| | |
| TOTAL, GRADES 5 AND 7 | 296 |
|     WHITE (NON-HISPANIC) | 247 |
|     BLACK (NON-HISPANIC) | 47 |
|     HISPANIC | 2 |

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

| | |
|---|---|
| APPLICANTS FOR GRADES 5/7 | |
|     WHITE (NON-HISPANIC) | 1287 |
|     BLACK (NON-HISPANIC) | 539 |
|        % OF TOTAL BLACK: | 26.4% |
|     HISPANIC | 105 |
|        % OF TOTAL HISPANIC: | 5.1% |
|     OTHER | 111 |
| | |
| TOTAL RACIALLY IDENTIFIED | 2042 |
| | |
| NOT IDENTIFIED | 3037 |
| ---% NOT IDENTIFIED | 59.8% |

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

| | |
|---|---|
| APPOINTMENT RATES (LEVEL 5) | |
|     WHITE (NON-HISPANIC) | 9.8% |
|     BLACK (NON-HISPANIC) | 3.7% |
|     HISPANIC | 1.0% |

- Exhibit 11: Series 0334, Treasury Dept., page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                    9.4%
        BLACK (NON-HISPANIC)                    5.0%
        HISPANIC                                1.0%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                   19.2%
        BLACK (NON-HISPANIC)                    8.7%
        HISPANIC                                1.9%

ADVERSE IMPACT CALCULATIONS:

   80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                         37.9%
            ---LEVEL 7                         53.3%
            ---BOTH LEVELS 5 AND 7             45.4%

   80% RULE: HISPANIC HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                          9.7%
            ---LEVEL 7                         10.1%
            ---BOTH LEVELS 5 AND 7              9.9%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for both blacks and Hispanics at the grade 5 level, at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 5)
   --AVAILABILITY                             26.4%
   --OBSERVED NO. OF HIRES                       20
   --EXPECTED NO. OF HIRES                    38.80
    --DIFFERENCE                             -18.80
   --STANDARD DEVIATION                        5.34
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                         -3.52

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 7)
   --AVAILABILITY                             26.4%
   --OBSERVED NO. OF HIRES                       27
   --EXPECTED NO. OF HIRES                    39.33
```

- Exhibit 11: Series 0334, Treasury Dept., page 3 -

```
                --DIFFERENCE                              -12.33
           --STANDARD DEVIATION                             5.38
           --NO. OF STANDARD DEVIATIONS
               BETWEEN EXPECTED AND
               OBSERVED VALUES:                            -2.29

        STANDARD DEVIATION ANALYSIS
               FOR BLACKS (BOTH LEVELS)
           --AVAILABILITY                                  26.4%
           --OBSERVED NO. OF HIRES                            47
           --EXPECTED NO. OF HIRES                         78.13
                --DIFFERENCE                              -31.13
           --STANDARD DEVIATION                             7.58
           --NO. OF STANDARD DEVIATIONS
               BETWEEN EXPECTED AND
               OBSERVED VALUES:                            -4.11

        STANDARD DEVIATION ANALYSIS
               FOR HISPANICS (LEVEL 5)
           --AVAILABILITY                                   5.1%
           --OBSERVED NO. OF HIRES                             1
           --EXPECTED NO. OF HIRES                          7.56
                --DIFFERENCE                               -6.56
           --STANDARD DEVIATION                             2.68
           --NO. OF STANDARD DEVIATIONS
               BETWEEN EXPECTED AND
               OBSERVED VALUES:                            -2.45

        STANDARD DEVIATION ANALYSIS
               FOR HISPANICS (LEVEL 7)
           --AVAILABILITY                                   5.1%
           --OBSERVED NO. OF HIRES                             1
           --EXPECTED NO. OF HIRES                          7.66
                --DIFFERENCE                               -6.66
           --STANDARD DEVIATION                             2.70
           --NO. OF STANDARD DEVIATIONS
               BETWEEN EXPECTED AND
               OBSERVED VALUES:                            -2.47

        STANDARD DEVIATION ANALYSIS
               FOR HISPANICS (BOTH LEVELS)
           --AVAILABILITY                                   5.1%
           --OBSERVED NO. OF HIRES                             2
           --EXPECTED NO. OF HIRES                         15.22
                --DIFFERENCE                              -13.22
           --STANDARD DEVIATION                             3.80
           --NO. OF STANDARD DEVIATIONS
               BETWEEN EXPECTED AND
               OBSERVED VALUES:                            -3.48
```

The shortfalls in hiring for blacks and for Hispanics are set

- Exhibit 11: Series 0334, Treasury Dept., page 4 -

forth below:

       NUMBER OF ADDITIONAL BLACK
         HIRES, IF BLACKS HAD BEEN
         HIRED AT THE RATE AT WHICH
         WHITES WERE HIRED

| | |
|---|---|
| ---LEVEL 5 | 33 |
| ---LEVEL 7 | 24 |
| ---BOTH LEVELS 5 AND 7 | 56 |

       NUMBER OF ADDITIONAL HISPANIC
         HIRES, IF HISPANICS HAD BEEN
         HIRED AT THE RATE AT WHICH
         WHITES WERE HIRED

| | |
|---|---|
| ---LEVEL 5 | 9 |
| ---LEVEL 7 | 9 |
| ---BOTH LEVELS 5 AND 7 | 18 |

OPM Report A-3 shows that the Treasury Department did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Computer Specialist (Trainee) test. It did not use the Outstanding Scholar program, it did not use the Bilingual/Bicultural program, and its only use of the Co-op Student program was to hire one white person. Plaintiffs seek the immediate hiring of the same number of blacks and of Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

     BLACKS (LEVEL 5)

| | |
|---|---|
| SHORTFALL | 33 |
| % OF WHITE RATE | 37.9% |
| NO. OF STANDARD DEVIATIONS | -3.52 |

- Exhibit 11: Series 0334, Treasury Dept., page 5 -

```
BLACKS (LEVEL 7)
     SHORTFALL                                    24
     % OF WHITE RATE                           53.3%
     NO. OF STANDARD DEVIATIONS               -2.29

BLACKS (BOTH LEVELS)
     SHORTFALL                                    56
     % OF WHITE RATE                           45.4%
     NO. OF STANDARD DEVIATIONS               -4.11

HISPANICS (LEVEL 5)
     SHORTFALL                                     9
     % OF WHITE RATE                            9.7%
     NO. OF STANDARD DEVIATIONS               -2.45

HISPANICS (LEVEL 7)
     SHORTFALL                                     9
     % OF WHITE RATE                           10.1%
     NO. OF STANDARD DEVIATIONS               -2.47

HISPANICS (BOTH LEVELS)
     SHORTFALL                                    18
     % OF WHITE RATE                            9.9%
     NO. OF STANDARD DEVIATIONS               -3.48
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


*Richard T. Seymour*
_____
RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 11: Series 0334, Treasury Dept., page 6 -

```
REPORT A3      APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :  272
               PERIOD : JANUARY THRU DECEMBER OF 1984
               AGENCY : DEPARTMENT OF THE TREASURY                      STATUS : ALL WORK SCHEDULES AND TENURES
               GEOGRAPHIC AREA : NATIONWIDE                             PAYPLANS : GS AND EQUIVALENT
```

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O334 | GS-05 | WHITE(N-HISP) | 126 | 0 | 35 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 90 |
|  |  | BLACK(N-HISP) | 20 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 147 | 0 | 39 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 107 |
|  | GS-07 | WHITE(N-HISP) | 121 | 0 | 43 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 76 |
|  |  | BLACK(N-HISP) | 27 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 149 | 0 | 46 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 101 |
|  | TOTAL GS-05+07 | WHITE(N-HISP) | 247 | 0 | 78 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 166 |
|  |  | BLACK(N-HISP) | 47 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 296 | 0 | 85 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 208 |
| O341 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  | TOTAL GS-05+07 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| O343 | GS-05 | WHITE(N-HISP) | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
|  |  | BLACK(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
|  | GS-07 | WHITE(N-HISP) | 31 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 0 | 0 | 25 |
|  |  | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 38 | 0 | 0 | 0 | 1 | 0 | 6 | 0 | 0 | 0 | 31 |
|  | TOTAL GS-05+07 | WHITE(N-HISP) | 53 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 0 | 0 | 47 |
|  |  | BLACK(N-HISP) | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 75 | 0 | 0 | 0 | 1 | 0 | 6 | 0 | 0 | 0 | 68 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX  REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office  OPM | 8. Occupational Title/Series Computer Specialist(trainee)  GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | ' | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | ' | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

(Header note: GEOGRAPHIC ZONES **)

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

| | |
|---|---|
| ANGEL G. LUEVANO, et al., | ) |
| | ) |
| individually and on behalf of all others similarly situated, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSTANCE HORNER, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## SHOWING OF ADVERSE IMPACT

Name of Job:          Computer Specialist (Trainee)

Job Series:           0334

Job Level:            Grades 5 and 7

Agency:               Veterans Administration

Procedure:            OPM-Sponsored Alternative Examination

Affected Class:       Blacks

Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent Decree, at p. 8. Adverse impact as to blacks has been shown for the examining procedure as a whole, across all agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at pp. 7-8. See Exhibit 4. The page of OPM Report A-3 showing hiring information for this job category at the Veterans Administration, page 286, is attached as Attachment A. The relevant figures are:

- Exhibit 12: Series 0334, Veterans Administration, page 1 -

1984 VETERANS ADMINISTRATION HIRES IN THE POSITION
OF COMPUTER SPECIALIST (TRAINEE), SERIES 0334
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

```
GRADE 5 TOTAL                                    18
     WHITE (NON-HISPANIC)                        13
     BLACK (NON-HISPANIC)                         4
     HISPANIC                                     1

GRADE 7 TOTAL                                    47
     WHITE (NON-HISPANIC)                        36
     BLACK (NON-HISPANIC)                        10
     HISPANIC                                     1

TOTAL, GRADES 5 AND 7                            65
     WHITE (NON-HISPANIC)                        49
     BLACK (NON-HISPANIC)                        14
     HISPANIC                                     2
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR COMPUTER SPECIALIST (TRAINEE), SERIES 0334:

```
APPLICANTS FOR GRADES 5/7
     WHITE (NON-HISPANIC)                      1287
     BLACK (NON-HISPANIC)                       539
          % OF TOTAL BLACK:                    26.4%
     HISPANIC                                   105
          % OF TOTAL HISPANIC:                 5.1%
     OTHER                                      111

TOTAL RACIALLY IDENTIFIED                      2042

NOT IDENTIFIED                                 3037
---% NOT IDENTIFIED                            59.8%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
     WHITE (NON-HISPANIC)                       1.0%
     BLACK (NON-HISPANIC)                       0.7%

APPOINTMENT RATES (LEVEL 7)
     WHITE (NON-HISPANIC)                       2.8%
     BLACK (NON-HISPANIC)                       1.9%
```

- Exhibit 12: Series 0334, Veterans Administration, page 2 -

```
APPOINTMENT RATES (BOTH LEVELS)
    WHITE (NON-HISPANIC)                    3.8%
    BLACK (NON-HISPANIC)                    2.6%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                          73.5%
        ---LEVEL 7                          66.3%
        ---BOTH LEVELS 5 AND 7              68.2%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

The shortfalls in hiring for blacks are set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                          1
        ---LEVEL 7                          5
        ---BOTH LEVELS 5 AND 7              7
```

OPM Report A-3 shows that the Veterans Administration did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Computer Specialist (Trainee) test. It did not use the Outstanding Scholar program, and its only use of the Co-op Student program was to hire one white student. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as

- Exhibit 12: Series 0334, Veterans Administration, page 3 -

to this job category:

    ADVERSE IMPACT SUMMARY:

| | | |
|---|---|---|
| BLACKS (LEVEL 5) | | |
| SHORTFALL | | 1 |
| % OF WHITE RATE | | 73.5% |
| | | |
| BLACKS (LEVEL 7) | | |
| SHORTFALL | | 5 |
| % OF WHITE RATE | | 66.3% |
| | | |
| BLACKS (BOTH LEVELS) | | |
| SHORTFALL | | 7 |
| % OF WHITE RATE | | 68.2% |

    If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

                    *Richard T. Seymour*

                RICHARD T. SEYMOUR
                    Attorney for Plaintiffs

Dated: April 11, 1986

    - Exhibit 12: Series 0334, Veterans Administration, page 4 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                          PAGE :   286
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : VETERANS ADMINISTRATION                                    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                                        PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O334 | GS-05 | WHITE(N-HISP) | 13 | O | 1 | O | O | O | O | O | 3 | O | 9 |
| | | BLACK(N-HISP) | 4 | O | O | O | O | O | O | O | 1 | O | 3 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 18 | O | 1 | O | O | O | O | O | 4 | O | 13 |
| | GS-07 | WHITE(N-HISP) | 36 | O | 15 | O | O | O | 1 | O | O | O | 20 |
| | | BLACK(N-HISP) | 10 | O | 3 | O | O | O | O | O | O | O | 7 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 47 | O | 18 | O | O | O | 1 | O | O | O | 28 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 49 | O | 16 | O | O | O | 1 | O | 3 | O | 29 |
| | | BLACK(N-HISP) | 14 | O | 3 | O | O | O | O | O | 1 | O | 10 |
| | | HISPANIC | 2 | O | O | O | O | O | O | O | O | O | 2 |
| | | TOTAL | 65 | O | 19 | O | O | O | 1 | O | 4 | O | 41 |
| O341 | GS-05 | WHITE(N-HISP) | 4 | O | 1 | O | O | O | O | O | O | O | 3 |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 4 | O | 1 | O | O | O | O | O | O | O | 3 |
| | GS-07 | WHITE(N-HISP) | 12 | O | O | O | O | O | O | O | O | O | 12 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 14 | O | O | O | O | O | O | O | O | O | 14 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 16 | O | 1 | O | O | O | O | O | O | O | 15 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 18 | O | 1 | O | O | O | O | O | O | O | 17 |
| O343 | GS-05 | WHITE(N-HISP) | 5 | O | O | O | O | O | O | O | 1 | O | 4 |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 5 | O | O | O | O | O | O | O | 1 | O | 4 |
| | GS-07 | WHITE(N-HISP) | 4 | O | O | O | O | O | O | O | O | O | 4 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 5 | O | O | O | O | O | O | O | O | O | 5 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 9 | O | O | O | O | O | O | O | 1 | O | 8 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 10 | O | O | O | O | O | O | O | 1 | O | 9 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 3037 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office OPM | 8. Occupational Title/Series Computer Specialist(trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | - | - | 69 | 270 | 23 | - | 2 | - | - | 77 | 76 | - | 14 | 8 | 539 |
| Hispanic origin | | \ | 4 | 10 | 1 | - | 1 | - | / | 6 | 74 | - | 9 | - | 105 |
| White, not of Hispanic origin | | | 89 | 533 | 136 | 2 | 23 | 6 | / | 194 | 198 | - | 78 | 28 | 1287 |
| Other qualified applicants | | | 7 | 25 | 8 | - | 1 | 1 | 1 | 14 | 34 | - | 18 | 2 | 111 |
| 10. Zone Totals | | | 169 | 838 | 168 | 2 | 27 | 7 | 1 | 291 | 382 | - | 119 | 38 | 2042 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,       )
                                         )
            v.                           )
                                         )
CONSTANCE HORNER, et al.,                 )
                                         )
                                         )
                    Defendants.           )

### SHOWING OF ADVERSE IMPACT

Name of Job:        General Investigator

Job Series:         1810

Job Level:          Grades 5 and 7

Agency:             All Agencies (Government-wide)

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3)(i) of the Consent

Decree, at pp. 7-8.  The page of OPM Report A-1 showing

government-wide hiring information for this job category, page

33, is attached as Attachment A.  The relevant figures are:

- Exhibit 13: Series 1810, All Agencies, page 1 -

```
1984 GOVERNMENT-WIDE HIRES FROM THE OPM-SPONSORED TEST
FOR GENERAL INVESTIGATOR, SERIES 1810
(Non-PACE CS Cert. column)

    GRADE 5 TOTAL                       54
        WHITE (NON-HISPANIC)            48
        BLACK (NON-HISPANIC)             3
        HISPANIC                         3

    GRADE 7 TOTAL                       23
        WHITE (NON-HISPANIC)            21
        BLACK (NON-HISPANIC)             1
        HISPANIC                         1

    TOTAL, GRADES 5 AND 7               77
        WHITE (NON-HISPANIC)            69
        BLACK (NON-HISPANIC)             4
        HISPANIC                         4
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

```
1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR GENERAL INVESTIGATOR, SERIES 1810

    APPLICANTS FOR GRADES 5/7

        WHITE (NON-HISPANIC)          1120
        BLACK (NON-HISPANIC)           381
            % OF TOTAL BLACK:         23.7%
        HISPANIC                        65
            % OF TOTAL HISPANIC:       4.0%
        OTHER                           43

    TOTAL RACIALLY IDENTIFIED         1609

    NOT IDENTIFIED                     458
    ---% NOT IDENTIFIED               22.2%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)           4.3%
        BLACK (NON-HISPANIC)           0.8%
```

- Exhibit 13: Series 1810, All Agencies, page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)              1.9%
        BLACK (NON-HISPANIC)             0.3%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)              6.2%
        BLACK (NON-HISPANIC)             1.0%

ADVERSE IMPACT CALCULATIONS:
    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                   18.4%
            ---LEVEL 7                   14.0%
            ---BOTH LEVELS 5 AND 7       17.0%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
    --AVAILABILITY                   23.7%
    --OBSERVED NO. OF HIRES          3
    --EXPECTED NO. OF HIRES          12.79
        --DIFFERENCE                 -9.79
    --STANDARD DEVIATION             3.12
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:              -3.13

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
    --AVAILABILITY                   23.7%
    --OBSERVED NO. OF HIRES          1
    --EXPECTED NO. OF HIRES          5.45
        --DIFFERENCE                 -4.45
    --STANDARD DEVIATION             2.04
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:              -2.18
```

- Exhibit 13: Series 1810, All Agencies, page 3 -

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                          23.7%
  --OBSERVED NO. OF HIRES                  4
  --EXPECTED NO. OF HIRES                 18.23
    --DIFFERENCE                         -14.23
  --STANDARD DEVIATION                     3.73
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                      -3.82
```

The shortfalls in hiring for blacks are set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                        13
        ---LEVEL 7                         6
        ---BOTH LEVELS 5 AND 7            19
```

OPM Report A-1 shows that the government did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the General Investigator test. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                         13
        % OF WHITE RATE                   18.4%
        NO. OF STANDARD DEVIATIONS        -3.13

    BLACKS (LEVEL 7)
        SHORTFALL                          6
        % OF WHITE RATE                   14.0%
        NO. OF STANDARD DEVIATIONS        -2.18
```

- Exhibit 13: Series 1810, All Agencies, page 4 -

```
BLACKS (BOTH LEVELS)
    SHORTFALL                              19
    % OF WHITE RATE                        17.0%
    NO. OF STANDARD DEVIATIONS             -3.82
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


*Richard T. Seymour*
RICHARD T. SEYMOUR
     Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 13: Series 1810, All Agencies, page 5 -

REPORT A1    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                                      PAGE :   33
             PERIOD : JANUARY THRU DECEMBER OF 1984
             AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)        STATUS : ALL WORK SCHEDULES AND TENURES
             GEOGRAPHIC AREA : NATIONWIDE                                          PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | SCHEDULE VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 148 | 0 | 48 | 0 | 2 | 21 | 0 | 0 | 3 | 0 | 74 |
|  |  | BLACK(N-HISP) | 24 | 0 | 3 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 13 |
|  |  | HISPANIC | 8 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 180 | 0 | 54 | 0 | 3 | 30 | 0 | 0 | 3 | 0 | 90 |
|  | GS-07 | WHITE(N-HISP) | 84 | 0 | 21 | 0 | 1 | 15 | 0 | 0 | 4 | 0 | 43 |
|  |  | BLACK(N-HISP) | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
|  |  | HISPANIC | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 98 | 0 | 23 | 0 | 1 | 15 | 0 | 0 | 6 | 0 | 53 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 232 | 0 | 69 | 0 | 3 | 36 | 0 | 0 | 7 | 0 | 117 |
|  |  | BLACK(N-HISP) | 33 | 0 | 4 | 0 | 0 | 8 | 0 | 0 | 2 | 0 | 19 |
|  |  | HISPANIC | 13 | 0 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 278 | 0 | 77 | 0 | 4 | 45 | 0 | 0 | 9 | 0 | 143 |
| 1811 | GS-05 | WHITE(N-HISP) | 131 | 0 | 33 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 83 |
|  |  | BLACK(N-HISP) | 16 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 150 | 0 | 35 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 100 |
|  | GS-07 | WHITE(N-HISP) | 198 | 0 | 84 | 0 | 0 | 22 | 0 | 0 | 3 | 0 | 89 |
|  |  | BLACK(N-HISP) | 14 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 8 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 216 | 0 | 89 | 0 | 0 | 23 | 0 | 0 | 3 | 0 | 101 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 329 | 0 | 117 | 0 | 0 | 37 | 0 | 0 | 3 | 0 | 172 |
|  |  | BLACK(N-HISP) | 30 | 0 | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 22 |
|  |  | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 366 | 0 | 124 | 0 | 0 | 38 | 0 | 0 | 3 | 0 | 201 |
| 1812 | GS-05 | WHITE(N-HISP) | 12 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  |  | BLACK(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 14 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  | GS-07 | WHITE(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 13 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  |  | BLACK(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 16 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | | 3. Missing Data 458 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: | | |
|---|---|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | | | 6. Name of Submitting Office | | |
| 7. Address of Submitting Office | | | | 8. Occupational Title/Series<br><br>General Investigator    GS- 1 8 1 0 | | 9. Grade Level(s)<br><br>5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 5 | 1 | 4 | 2 | 20 | 6 | 0 | 8 | 0 | 222 | 51 | 0 | 21 | 41 | 381 |
| Hispanic origin | 6 | 8 | 1 | 0 | 2 | 1 | 0 | 6 | 1 | 18 | 14 | 0 | 3 | 5 | 65 |
| White, not of Hispanic origin | 20 | 2 | 12 | 63 | 64 | 46 | 0 | 72 | 30 | 559 | 109 | 0 | 17 | 126 | 1120 |
| Other qualified applicants | 1 | 5 | 0 | 0 | 1 | 1 | 0 | 8 | 0 | 15 | 5 | 0 | 5 | 2 | 43 |
| 10. Zone Totals | 32 | 16 | 17 | 65 | 87 | 54 | 0 | 94 | 31 | 814 | 179 | 0 | 46 | 174 | 1609 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,                )
                                              )
   individually and on behalf of             )
   all others similarly situated,             )
                                              )
                        Plaintiffs,          )
                                              )
              v.                          )
                                              )
CONSTANCE HORNER, <u>et al</u>.,               )
                                              )
                                              )
                  Defendants.          )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        General Investigator

Job Series:         1810

Job Level:          Grades 5 and 7

Agency:             U.S. Office of Personnel Management

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

      Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8.  Adverse impact as to blacks has been shown for
the examining procedure as a whole, across all agencies, pursuant
to ¶ 8(b)(3)(i) of the Consent Decree, at pp. 7-8.  See Exhibit
13.  The page of OPM Report A-3 showing hiring information for
the U.S. Office of Personnel Management for this job category,
page 234, is attached as Attachment A.  The relevant figures are:

- Exhibit 14: Series 1810, Office of Personnel Management, page 1 -

```
1984 OFFICE OF PERSONNEL MANAGEMENT HIRES IN THE POSITION
OF GENERAL INVESTIGATOR, SERIES 1810
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

    GRADE 5 TOTAL                               139
        WHITE (NON-HISPANIC)                    110
        BLACK (NON-HISPANIC)                     21
        HISPANIC                                  8

    GRADE 7 TOTAL                                56
        WHITE (NON-HISPANIC)                     46
        BLACK (NON-HISPANIC)                      7
        HISPANIC                                  3

    TOTAL, GRADES 5 AND 7                       195
        WHITE (NON-HISPANIC)                    156
        BLACK (NON-HISPANIC)                     28
        HISPANIC                                 11
```

The page showing the application statistics provided to plaintiffs by OPM is attached as Attachment B.  The relevant figures are as follows:

```
1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR GENERAL INVESTIGATOR, SERIES 1810

    APPLICANTS FOR GRADES 5/7

        WHITE (NON-HISPANIC)         1120
        BLACK (NON-HISPANIC)          381
            % OF TOTAL BLACK:        23.7%
        HISPANIC                       65
            % OF TOTAL HISPANIC:      4.0%
        OTHER                          43

    TOTAL RACIALLY IDENTIFIED        1609

    NOT IDENTIFIED                    458
    ---% NOT IDENTIFIED              22.2%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                     9.8%
        BLACK (NON-HISPANIC)                     5.5%
```

- Exhibit 14: Series 1810, Office of Personnel Management, page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                        4.1%
        BLACK (NON-HISPANIC)                        1.8%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                       13.9%
        BLACK (NON-HISPANIC)                        7.3%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                             56.1%
            ---LEVEL 7                             44.7%
            ---BOTH LEVELS 5 AND 7                 52.8%
```

The appointment rates for blacks failed the "80% test"
at the grade 5 level, at the grade 7 level, and for both levels
combined.

These racial disparities were statistically significant
for blacks at the grade 5 level, extremely close to statistical
significance at the grade 7 level, and statistically significant
for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
    --AVAILABILITY                                 23.7%
    --OBSERVED NO. OF HIRES                           21
    --EXPECTED NO. OF HIRES                        32.91
      --DIFFERENCE                                -11.91
    --STANDARD DEVIATION                            5.01
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                             -2.38

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
    --AVAILABILITY                                 23.7%
    --OBSERVED NO. OF HIRES                            7
    --EXPECTED NO. OF HIRES                        13.26
      --DIFFERENCE                                 -6.26
    --STANDARD DEVIATION                            3.18
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                             -1.97
```

- Exhibit 14: Series 1810, Office of Personnel Management, page 3 -

```
STANDARD DEVIATION ANALYSIS
     FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                          23.7%
  --OBSERVED NO. OF HIRES                    28
  --EXPECTED NO. OF HIRES                 46.17
     --DIFFERENCE                        -18.17
  --STANDARD DEVIATION                     5.94
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                     -3.06
```

The shortfalls in hiring for blacks are set forth below:

```
NUMBER OF ADDITIONAL BLACK
     HIRES, IF BLACKS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
          ---LEVEL 5                         16
          ---LEVEL 7                          9
          ---BOTH LEVELS 5 AND 7             25
```

OPM Report A-3 shows that the Office of Personnel Management did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the General Investigator test. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

     BLACKS (LEVEL 5)
          SHORTFALL                         16
          % OF WHITE RATE                56.1%
          NO. OF STANDARD DEVIATIONS     -2.38

     BLACKS (LEVEL 7)
          SHORTFALL                          9
          % OF WHITE RATE                44.7%
          NO. OF STANDARD DEVIATIONS     -1.97
```

- Exhibit 14: Series 1810, Office of Personnel Management, page 4 -

```
BLACKS (BOTH LEVELS)
     SHORTFALL                               25
     % OF WHITE RATE                       52.8%
     NO. OF STANDARD DEVIATIONS            -3.06
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 14: Series 1810, Office of Personnel Management, page 5 -

```
REPORT A3        APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :   234
                 PERIOD : JANUARY THRU DECEMBER OF 1984
                 AGENCY : OFFICE OF PERSONNEL MANAGEMENT                      STATUS : ALL WORK SCHEDULES AND TENURES
                 GEOGRAPHIC AREA : NATIONWIDE                                 PAYPLANS : GS AND EQUIVALENT
```

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 110 | 0 | 48 | 0 | 2 | 19 | 0 | 0 | 3 | 0 | 38 |
|  |  | BLACK(N-HISP) | 21 | 0 | 3 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 10 |
|  |  | HISPANIC | 8 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 139 | 0 | 54 | 0 | 3 | 28 | 0 | 0 | 3 | 0 | 51 |
|  | GS-07 | WHITE(N-HISP) | 46 | 0 | 21 | 0 | 0 | 5 | 0 | 0 | 3 | 0 | 17 |
|  |  | BLACK(N-HISP) | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 |
|  |  | HISPANIC | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 56 | 0 | 23 | 0 | 0 | 5 | 0 | 0 | 4 | 0 | 24 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 156 | 0 | 69 | 0 | 2 | 24 | 0 | 0 | 6 | 0 | 55 |
|  |  | BLACK(N-HISP) | 28 | 0 | 4 | 0 | 0 | 8 | 0 | 0 | 1 | 0 | 15 |
|  |  | HISPANIC | 11 | 0 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 5 |
|  |  | TOTAL | 195 | 0 | 77 | 0 | 3 | 33 | 0 | 0 | 7 | 0 | 75 |
| ALL PACE OCCUPATIONS |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | GS-05 | WHITE(N-HISP) | 149 | 0 | 48 | 0 | 2 | 19 | 0 | 0 | 4 | 4 | 72 |
|  |  | BLACK(N-HISP) | 44 | 0 | 3 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 33 |
|  |  | HISPANIC | 9 | 0 | 3 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 202 | 0 | 54 | 0 | 3 | 28 | 1 | 0 | 4 | 4 | 108 |
|  | GS-07 | WHITE(N-HISP) | 68 | 0 | 24 | 0 | 0 | 5 | 0 | 0 | 3 | 0 | 36 |
|  |  | BLACK(N-HISP) | 21 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 17 |
|  |  | HISPANIC | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 92 | 0 | 27 | 0 | 0 | 5 | 1 | 0 | 4 | 0 | 55 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 217 | 0 | 72 | 0 | 2 | 24 | 0 | 0 | 7 | 4 | 108 |
|  |  | BLACK(N-HISP) | 65 | 0 | 5 | 0 | 0 | 8 | 1 | 0 | 1 | 0 | 50 |
|  |  | HISPANIC | 12 | 0 | 4 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 5 |
|  |  | TOTAL | 294 | 0 | 81 | 0 | 3 | 33 | 2 | 0 | 8 | 4 | 163 |

```
* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION
```

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | 3. Missing Data 458 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  General Investigator  GS- 1 8 1 0 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 5 | 1 | 4 | 2 | 20 | 6 | 0 | 8 | 0 | 222 | 51 | 0 | 21 | 41 | 381 |
| Hispanic origin | 6 | 8 | 1 | 0 | 2 | 1 | 0 | 6 | 1 | 18 | 14 | 0 | 3 | 5 | 65 |
| White, not of Hispanic origin | 20 | 2 | 12 | 63 | 64 | 46 | 0 | 72 | 30 | 559 | 109 | 0 | 17 | 126 | 1120 |
| Other qualified applicants | 1 | 5 | 0 | 0 | 1 | 1 | 0 | 8 | 0 | 15 | 5 | 0 | 5 | 2 | 43 |
| 10. Zone Totals | 32 | 16 | 17 | 65 | 87 | 54 | 0 | 94 | 31 | 814 | 179 | 0 | 46 | 174 | 1609 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620   (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,          )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
                 v.                          )
                                             )
CONSTANCE HORNER, <u>et</u> <u>al</u>.,      )
                                             )
                        Defendants.          )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Criminal Investigating (Not Treasury
                      Enforcement Agents)

Job Series:         1811

Job Level:          Grades 5 and 7

Agency:             All Agencies (Government-wide)

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(i) of the Consent
Decree, at pp. 7-8. The page of OPM Report A-1 showing
government-wide hiring information for this job category, page
33, is attached as Attachment A. The relevant figures are:

- Exhibit 15: Series 1811, All Agencies, page 1 -

1984 GOVERNMENT-WIDE HIRES FROM THE OPM-SPONSORED TEST
FOR CRIMINAL INVESTIGATING (NOT TREASURY ENFORCEMENT
AGENTS), SERIES 1811
(Non-PACE CS Cert. column)

| | |
|---|---|
| GRADE 5 TOTAL | 35 |
|     WHITE (NON-HISPANIC) | 33 |
|     BLACK (NON-HISPANIC) | 2 |
|     HISPANIC | 0 |
| | |
| GRADE 7 TOTAL | 89 |
|     WHITE (NON-HISPANIC) | 84 |
|     BLACK (NON-HISPANIC) | 5 |
|     HISPANIC | 0 |
| | |
| TOTAL, GRADES 5 AND 7 | 124 |
|     WHITE (NON-HISPANIC) | 117 |
|     BLACK (NON-HISPANIC) | 7 |
|     HISPANIC | 0 |

The page showing the application statistics provided to plain-
tiffs by OPM is attached as Attachment B.  The relevant figures
are as follows:

1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
FOR CRIMINAL INVESTIGATING (NOT TREASURY ENFORCEMENT
AGENTS), SERIES 1811

| | |
|---|---|
| APPLICANTS FOR GRADES 5/7 | |
|     WHITE (NON-HISPANIC) | 221 |
|     BLACK (NON-HISPANIC) | 58 |
|        % OF TOTAL BLACK: | 19.7% |
|     HISPANIC | 8 |
|        % OF TOTAL HISPANIC: | 2.7% |
|     OTHER | 7 |
| | |
| TOTAL RACIALLY IDENTIFIED | 294 |
| | |
| NOT IDENTIFIED | 157 |
| ---% NOT IDENTIFIED | 34.8% |

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

| | |
|---|---|
| APPOINTMENT RATES (LEVEL 5) | |
|     WHITE (NON-HISPANIC) | 14.9% |
|     BLACK (NON-HISPANIC) | 3.4% |
|     HISPANIC | 0.0% |

- Exhibit 15: Series 1811, All Agencies, page 2 -

```
APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)              38.0%
        BLACK (NON-HISPANIC)              8.6%
        HISPANIC                         0.0%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)             52.9%
        BLACK (NON-HISPANIC)             12.1%
        HISPANIC                         0.0%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                   23.1%
            ---LEVEL 7                   22.7%
            ---BOTH LEVELS 5 AND 7       22.8%

80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                    0.0%
            ---LEVEL 7                    0.0%
            ---BOTH LEVELS 5 AND 7        0.0%
```

The appointment rates for blacks and for Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
    --AVAILABILITY                       19.7%
    --OBSERVED NO. OF HIRES              2
    --EXPECTED NO. OF HIRES             6.90
    --DIFFERENCE                       -4.90
    --STANDARD DEVIATION                2.35
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                 -2.08
```

- Exhibit 15: Series 1811, All Agencies, page 3 -

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
--AVAILABILITY                        19.7%
--OBSERVED NO. OF HIRES                 5
--EXPECTED NO. OF HIRES               17.56
   --DIFFERENCE                      -12.56
--STANDARD DEVIATION                   3.75
--NO. OF STANDARD DEVIATIONS
   BETWEEN EXPECTED AND
   OBSERVED VALUES:                   -3.35

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
--AVAILABILITY                        19.7%
--OBSERVED NO. OF HIRES                 7
--EXPECTED NO. OF HIRES               24.46
   --DIFFERENCE                      -17.46
--STANDARD DEVIATION                   4.43
--NO. OF STANDARD DEVIATIONS
   BETWEEN EXPECTED AND
   OBSERVED VALUES:                   -3.94
```

The shortfalls in hiring for blacks and for Hispanics are set

forth below:

```
NUMBER OF ADDITIONAL BLACK
   HIRES, IF BLACKS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
      ---LEVEL 5                        7
      ---LEVEL 7                       17
      ---BOTH LEVELS 5 AND 7           24

NUMBER OF ADDITIONAL HISPANIC
   HIRES, IF HISPANICS HAD BEEN
   HIRED AT THE RATE AT WHICH
   WHITES WERE HIRED
      ---LEVEL 5                        1
      ---LEVEL 7                        3
      ---BOTH LEVELS 5 AND 7            4
```

OPM Report A-1 shows that the government did not use

any of the special programs established by the Consent Decree to

minimize the adverse impact of the Criminal Investigating (Not

Treasury Enforcement Agents) test.  Plaintiffs seek the immediate

hiring of the same number of blacks and of Hispanics as are shown

- Exhibit 15: Series 1811, All Agencies, page 4 -

in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

```
BLACKS (LEVEL 5)
    SHORTFALL                        7
    % OF WHITE RATE                  23.1%
    NO. OF STANDARD DEVIATIONS       -2.08

BLACKS (LEVEL 7)
    SHORTFALL                        17
    % OF WHITE RATE                  22.7%
    NO. OF STANDARD DEVIATIONS       -3.35

BLACKS (BOTH LEVELS)
    SHORTFALL                        24
    % OF WHITE RATE                  22.8%
    NO. OF STANDARD DEVIATIONS       -3.94

HISPANICS (LEVEL 5)
    SHORTFALL                        1
    % OF WHITE RATE                  0.0%

HISPANICS (LEVEL 7)
    SHORTFALL                        3
    % OF WHITE RATE                  0.0%

HISPANICS (BOTH LEVELS)
    SHORTFALL                        4
    % OF WHITE RATE                  0.0%
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 15: Series 1811, All Agencies, page 5 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
        Attorney for Plaintiffs


Dated: April 11, 1986


        - Exhibit 15: Series 1811, All Agencies, page 6 -

REPORT A1    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 33
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 148 | 0 | 48 | 0 | 2 | 21 | 0 | 0 | 3 | 0 | 74 |
|  |  | BLACK(N-HISP) | 24 | 0 | 3 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 13 |
|  |  | HISPANIC | 8 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 180 | 0 | 54 | 0 | 3 | 30 | 0 | 0 | 3 | 0 | 90 |
|  | GS-07 | WHITE(N-HISP) | 84 | 0 | 21 | 0 | 1 | 15 | 0 | 0 | 4 | 0 | 43 |
|  |  | BLACK(N-HISP) | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
|  |  | HISPANIC | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 98 | 0 | 23 | 0 | 1 | 15 | 0 | 0 | 6 | 0 | 53 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 232 | 0 | 69 | 0 | 3 | 36 | 0 | 0 | 7 | 0 | 117 |
|  |  | BLACK(N-HISP) | 33 | 0 | 4 | 0 | 0 | 8 | 0 | 0 | 2 | 0 | 19 |
|  |  | HISPANIC | 13 | 0 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 278 | 0 | 77 | 0 | 4 | 45 | 0 | 0 | 9 | 0 | 143 |
| 1811 | GS-05 | WHITE(N-HISP) | 131 | 0 | 33 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 83 |
|  |  | BLACK(N-HISP) | 16 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 150 | 0 | 35 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 100 |
|  | GS-07 | WHITE(N-HISP) | 198 | 0 | 84 | 0 | 0 | 22 | 0 | 0 | 3 | 0 | 89 |
|  |  | BLACK(N-HISP) | 14 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 8 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 216 | 0 | 89 | 0 | 0 | 23 | 0 | 0 | 3 | 0 | 101 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 329 | 0 | 117 | 0 | 0 | 37 | 0 | 0 | 3 | 0 | 172 |
|  |  | BLACK(N-HISP) | 30 | 0 | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 22 |
|  |  | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 366 | 0 | 124 | 0 | 0 | 38 | 0 | 0 | 3 | 0 | 201 |
| 1812 | GS-05 | WHITE(N-HISP) | 12 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  |  | BLACK(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 14 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  | GS-07 | WHITE(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 13 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
|  |  | BLACK(N-HISP) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 16 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/84 To 12/31/84 | | 3. Missing Data 157 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | | 6. Name of Submitting Office | |
| 7. Address of Submitting Office | | | 8. Occupational Title/Series Criminal Investigator GS- 1 8 1 1 | 9. Grade Level(s) 5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 0 | 0 | 5 | 0 | 2 | 0 | 0 | 0 | 1 | 9 | 0 | 0 | 0 | 41 | 58 |
| Hispanic origin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 5 | 8 |
| White, not of Hispanic origin | 0 | 0 | 8 | 0 | 10 | 23 | 0 | 0 | 17 | 33 | 0 | 2 | 2 | 126 | 221 |
| Other qualified applicants | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 1 | 2 | 7 |
| 10. Zone Totals | 0 | 0 | 13 | 0 | 13 | 23 | 0 | 0 | 19 | 45 | 0 | 4 | 3 | 174 | 294 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,     )
                              )
   individually and on behalf of  )
   all others similarly situated, )
                              )
              Plaintiffs,  )
                              )
         v.               )
                              )
CONSTANCE HORNER, <u>et al</u>.,      )
                              )
              Defendants.  )

SHOWING OF ADVERSE IMPACT

Name of Job:        Criminal Investigating (Not Treasury
                     Enforcement Agents)

Job Series:         1811

Job Level:          Grades 5 and 7

Agency:             U.S. Treasury Department

Procedure:         OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

     Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3)(ii) of the Consent
Decree, at p. 8. Adverse impact as to blacks and as to Hispanics
has been shown for the examining procedure as a whole, across all
agencies, pursuant to ¶ 8(b)(3)(i) of the Consent Decree, at
pp. 7-8. See Exhibit 15. The page of OPM Report A-3 showing
hiring information for the U.S. Treasury Department for this job
category, page 280, is attached as Attachment A. The relevant

- Exhibit 16: Series 1811, Treasury Dept., page 1 -

figures are:

    1984 TREASURY DEPARTMENT HIRES IN THE POSITION
    OF CRIMINAL INVESTIGATING (NOT TREASURY ENFORCEMENT
    AGENTS), SERIES 1811
    (HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)(ii)):

    GRADE 5 TOTAL                                            99
        WHITE (NON-HISPANIC)                                 87
        BLACK (NON-HISPANIC)                                 11
        HISPANIC                                              1

    GRADE 7 TOTAL                                           159
        WHITE (NON-HISPANIC)                                148
        BLACK (NON-HISPANIC)                                  8
        HISPANIC                                              3

    TOTAL, GRADES 5 AND 7                                   258
        WHITE (NON-HISPANIC)                                235
        BLACK (NON-HISPANIC)                                 19
        HISPANIC                                              4

The page showing the application statistics provided to plain-

tiffs by OPM is attached as Attachment B.  The relevant figures

are as follows:

    1984 APPLICATIONS FOR OPM'S ALTERNATIVE EXAMINATION
    FOR CRIMINAL INVESTIGATING (NOT TREASURY ENFORCEMENT
    AGENTS), SERIES 1811

        APPLICANTS FOR GRADES 5/7
            WHITE (NON-HISPANIC)              221
            BLACK (NON-HISPANIC)               58
                % OF TOTAL BLACK:           19.7%
            HISPANIC                            8
                % OF TOTAL HISPANIC:         2.7%
            OTHER                               7

        TOTAL RACIALLY IDENTIFIED             294

        NOT IDENTIFIED                        157
        ---% NOT IDENTIFIED                 34.8%

Plaintiffs' analysis of the adverse impact as to this job

category is set out below:

                - Exhibit 16: Series 1811, Treasury Dept., page 2 -

```
APPOINTMENT RATES (LEVEL 5)
      WHITE (NON-HISPANIC)                        39.4%
      BLACK (NON-HISPANIC)                        19.0%
      HISPANIC                                    12.5%

APPOINTMENT RATES (LEVEL 7)
      WHITE (NON-HISPANIC)                        67.0%
      BLACK (NON-HISPANIC)                        13.8%
      HISPANIC                                    37.5%

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)                       106.3%
      BLACK (NON-HISPANIC)                        32.8%
      HISPANIC                                    50.0%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                            48.2%
            ---LEVEL 7                            20.6%
            ---BOTH LEVELS 5 AND 7                30.8%

  80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                            31.8%
            ---LEVEL 7                            56.0%
            ---BOTH LEVELS 5 AND 7                47.0%
```

The appointment rates for blacks and for Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                  19.7%
  --OBSERVED NO. OF HIRES                            11
  --EXPECTED NO. OF HIRES                         19.53
    --DIFFERENCE                                  -8.53
  --STANDARD DEVIATION                             3.96
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                              -2.15
```

- Exhibit 16: Series 1811, Treasury Dept., page 3 -

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
--AVAILABILITY                                    19.7%
--OBSERVED NO. OF HIRES                              8
--EXPECTED NO. OF HIRES                          31.37
    --DIFFERENCE                                -23.37
--STANDARD DEVIATION                             5.02
--NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                            -4.66

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
--AVAILABILITY                                    19.7%
--OBSERVED NO. OF HIRES                             19
--EXPECTED NO. OF HIRES                          50.90
    --DIFFERENCE                                -31.90
--STANDARD DEVIATION                             6.39
--NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                            -4.99
```

The shortfalls in hiring for blacks and for Hispanics are set

forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                                 12
        ---LEVEL 7                                 31
        ---BOTH LEVELS 5 AND 7                     43

NUMBER OF ADDITIONAL HISPANIC
    HIRES, IF HISPANICS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                                  2
        ---LEVEL 7                                  2
        ---BOTH LEVELS 5 AND 7                      5
```

OPM Report A-3 shows that the Treasury Department did

not use any of the special programs established by the Consent

Decree to minimize the adverse impact of the Criminal Investiga-

ting (Not Treasury Enforcement Agents) test.  Plaintiffs seek

the immediate hiring of the same number of blacks and of

- Exhibit 16: Series 1811, Treasury Dept., page 4 -

Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
SHORTFALL                                    12
% OF WHITE RATE                              48.2%
NO. OF STANDARD DEVIATIONS                   -2.15

BLACKS (LEVEL 7)
SHORTFALL                                    31
% OF WHITE RATE                              20.6%
NO. OF STANDARD DEVIATIONS                   -4.66

BLACKS (BOTH LEVELS)
SHORTFALL                                    43
% OF WHITE RATE                              30.8%
NO. OF STANDARD DEVIATIONS                   -4.99

HISPANICS (LEVEL 5)
SHORTFALL                                    2
% OF WHITE RATE                              31.8%

HISPANICS (LEVEL 7)
SHORTFALL                                    2
% OF WHITE RATE                              56.0%

HISPANICS (BOTH LEVELS)
SHORTFALL                                    5
% OF WHITE RATE                              47.0%

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

- Exhibit 16: Series 1811, Treasury Dept., page 5 -

remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


_Richard T. Seymour_
RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 16: Series 1811, Treasury Dept., page 6 -

```
REPORT A3        APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :    280
                 PERIOD : JANUARY THRU DECEMBER OF 1984
                 AGENCY : DEPARTMENT OF THE TREASURY                          STATUS : ALL WORK SCHEDULES AND TENURES
                 GEOGRAPHIC AREA : NATIONWIDE                                 PAYPLANS : GS AND EQUIVALENT
```

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 1811 | GS-05 | WHITE(N-HISP) | 87 | 0 | 29 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 43 |
|  |  | BLACK(N-HISP) | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 99 | 0 | 30 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 54 |
|  | GS-07 | WHITE(N-HISP) | 148 | 0 | 76 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 50 |
|  |  | BLACK(N-HISP) | 8 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 159 | 0 | 80 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 56 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 235 | 0 | 105 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 93 |
|  |  | BLACK(N-HISP) | 19 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 13 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 258 | 0 | 110 | 0 | 0 | 38 | 0 | 0 | 0 | 0 | 110 |
| 1854 | GS-05 | WHITE(N-HISP) | 24 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 23 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 31 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 30 |
|  | GS-07 | WHITE(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 32 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 31 |
|  |  | BLACK(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 42 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 41 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period | | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s) |
|---|---|---|---|---|
| | From 1/1/84 | To 12/31/84 | 157 | FTS:  Commercial: |

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|
| | |

| 7. Address of Submitting Office | 8. Occupational Title/Series | 9. Grade Level(s) |
|---|---|---|
| | Criminal Investigator    GS- \| 1 \| 8 \| 1 \| 1 \| | 5/7 |

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 0 | 0 | 5 | 0 | 2 | 0 | 0 | 0 | 1 | 9 | 0 | 0 | 0 | 41 | 58 |
| Hispanic origin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 5 | 8 |
| White, not of Hispanic origin | 0 | 0 | 8 | 0 | 10 | 23 | 0 | 0 | 17 | 33 | 0 | 2 | 2 | 126 | 221 |
| Other qualified applicants | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 1 | 2 | 7 |
| 10. Zone Totals | 0 | 0 | 13 | 0 | 13 | 23 | 0 | 0 | 19 | 45 | 0 | 4 | 3 | 174 | 294 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E    Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                )
                                         )
   individually and on behalf of         )
   all others similarly situated,        )
                                         )
                        Plaintiffs,      )
                                         )
                v.                       )
                                         )
CONSTANCE HORNER, et al.,                )
                                         )
                                         )
                        Defendants.      )

SHOWING OF ADVERSE IMPACT

Name of Job:        Immigration Inspection

Job Series:         1816

Job Level:          Grade 5

Agency:             Justice Department

Procedure:          Delegated Examining Procedure

Affected Class:     Hispanics

      Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at p. 7. The page of OPM Report A-3 showing hiring information for this job category at this agency under the delegated examining procedure, page 95, is attached as Attachment A. The relevant figures are set forth below:

- Exhibit 17: Series 1816, Justice Dept., page 1 -

1984 HIRES BY THE JUSTICE DEPARTMENT PURSUANT TO
THE DELEGATED EXAMINING PROCEDURE FOR IMMIGRATION
INSPECTION, SERIES 1816

```
     GRADE 5 TOTAL                    174
          WHITE (NON-HISPANIC)        121
          BLACK (NON-HISPANIC)         19
          HISPANIC                     34

     GRADE 7 TOTAL                      0
          WHITE (NON-HISPANIC)          0
          BLACK (NON-HISPANIC)          0
          HISPANIC                      0

     TOTAL, GRADES 5 AND 7            174
          WHITE (NON-HISPANIC)        121
          BLACK (NON-HISPANIC)         19
          HISPANIC                     34
```

The page of the application statistics provided to plaintiffs by

OPM for this job at the Justice Department is attached as

Attachment B.  The relevant figures are shown below:

1984 APPLICATIONS FOR THE DELEGATED ALTERNATIVE
EXAMINATION FOR IMMIGRATION INSPECTION, SERIES 1816

```
     APPLICANTS FOR GRADE 5 (NO APPLICANTS FOR GRADE 7)

          WHITE (NON-HISPANIC)         884
          BLACK (NON-HISPANIC)         146
               % OF TOTAL BLACK:       4.8%
          HISPANIC                    1921
               % OF TOTAL HISPANIC:   63.6%
          OTHER                         69

     TOTAL RACIALLY IDENTIFIED       3020

     NOT IDENTIFIED                  2550
     ---% NOT IDENTIFIED             45.8%
```

Plaintiffs' analysis of the adverse impact as to this

job category is set out below.  All hires were at grade 5.

```
     APPOINTMENT RATES (LEVEL 5)
          WHITE (NON-HISPANIC)        13.7%
          BLACK (NON-HISPANIC)        13.0%
          HISPANIC                     1.8%
```

- Exhibit 17: Series 1816, Justice Dept., page 2 -

ADVERSE IMPACT CALCULATIONS:

     80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                      95.1%

     80% RULE: HISPANIC HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                      12.9%

The appointment rate for blacks was acceptable under this standard and the statistical-significance standard, and plaintiffs make no claim of adverse impact against blacks as to this job category.  However, the appointment rate for Hispanics fell far short of the appointment rate for whites, and failed the "80% test".

The racial disparity in the hiring rate of Hispanic applicants is statistically significant:

     STANDARD DEVIATION ANALYSIS
        FOR HISPANICS (LEVEL 5)
     --AVAILABILITY                           63.6%
     --OBSERVED NO. OF HIRES                     34
     --EXPECTED NO. OF HIRES                 110.68
       --DIFFERENCE                          -76.68
     --STANDARD DEVIATION                      6.35
     --NO. OF STANDARD DEVIATIONS
        BETWEEN EXPECTED AND
        OBSERVED VALUES:                      -12.08

The shortfall in the Justice Department's hiring of Hispanics is set forth below:

     NUMBER OF ADDITIONAL HISPANIC
        HIRES, IF HISPANICS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
              ---LEVEL 5                         229

OPM Report A-3 shows that the Justice Department did not make use of any of the special programs established by the Consent Decree to minimize adverse impact.  Plaintiffs seek the immediate hiring

- Exhibit 17: Series 1816, Justice Dept., page 3 -

of 229 Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for this job category at the Justice Department:

ADVERSE IMPACT SUMMARY:

HISPANICS (LEVEL 5)
    SHORTFALL                       229
    % OF WHITE RATE            12.9%
    NO. OF STANDARD DEVIATIONS  -12.08

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

*Richard T. Seymour*

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 17: Series 1816, Justice Dept., page 4 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION     PAGE : 95
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF JUSTICE
GEOGRAPHIC AREA : NATIONWIDE
STATUS : ALL WORK SCHEDULES AND TENURES
PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1816 | GS-05 | WHITE(N-HISP) | 149 | 0 | 6 | 0 | 0 | 121 | 0 | 0 | 3 | 0 | 19 |
| | | BLACK(N-HISP) | 31 | 0 | 2 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 10 |
| | | HISPANIC | 87 | 0 | 16 | 0 | 0 | 34 | 0 | 0 | 3 | 0 | 34 |
| | | TOTAL | 267 | 0 | 24 | 0 | 0 | 174 | 0 | 0 | 6 | 0 | 63 |
| | GS-07 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 153 | 0 | 6 | 0 | 0 | 121 | 0 | 0 | 3 | 0 | 23 |
| | | BLACK(N-HISP) | 32 | 0 | 2 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 11 |
| | | HISPANIC | 89 | 0 | 16 | 0 | 0 | 34 | 0 | 0 | 3 | 0 | 36 |
| | | TOTAL | 274 | 0 | 24 | 0 | 0 | 174 | 0 | 0 | 6 | 0 | 70 |
| 1910 | GS-05 | WHITE(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2010 | GS-05 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | GS-07 | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | TOTAL GS-05+07 | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |

+ THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement)  SS-DJ-0021 | 2. Reporting Period  1/1/84    12/31/84 | | | 3. Missing Data  2550 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of Justice | 6. Name of Submitting Office  Personnel Division, Office of Management |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Immigration Inspector/Examiner  **GS-** 1 8 1 6 | 9. Grade Level(s)  5 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 51 | * | 49 | 2 | | 1 | ** | | | | 15 | | 28 | | 146 |
| Hispanic origin | 63 | * | 5 | | | 1 | ** | 5 | 2 | | 1771 | | 74 | | 1921 |
| White, not of Hispanic origin | 75 | * | 213 | 7 | | 87 | ** | 58 | 10 | | 341 | | 93 | | 884 |
| Other qualified applicants | 27 | * | 15 | | | | ** | 4 | | | 5 | | 16 | | 69 |
| 10. Zone Totals | 216 | * | 282 | 9 | | 89 | ** | 67 | 12 | | 2132 | | 211 | | 3020 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

 * Data for this zone is included in New York data.

** Data for this zone is included in Seattle data.

U. S. Office of Personnel Management

E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,                      )
                                                      )
    individually and on behalf of                    )
    all others similarly situated,                   )
                                                      )
                            Plaintiffs,               )
                                                      )
                    v.                                )
                                                      )
CONSTANCE HORNER, <u>et al</u>.,                      )
                                                      )
                                                      )
                            Defendants.               )


<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Financial Institution Examining

Job Series:         0570

Job Level:          Grade 5

Agency:             Federal Deposit Insurance Corporation

Procedure:          Delegated Examining Procedure

Affected Class:     Blacks

    Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at
p. 7.  The page of OPM Report A-3 showing hiring information for
this job category at this agency under the delegated examining
procedure, page 136, is attached as Attachment A.  The relevant
figures are set forth below:


- Exhibit 18: Series 0570, FDIC, page 1 -

1984 HIRES BY THE FEDERAL DEPOSIT INSURANCE CORP.
PURSUANT TO THE DELEGATED EXAMINING PROCEDURE FOR
FINANCIAL INSTITUTION EXAMINING, SERIES 0570

| | |
|---|---|
| GRADE 5 TOTAL (All hires were at this grade level) | 94 |
|     WHITE (NON-HISPANIC) | 89 |
|     BLACK (NON-HISPANIC) | 3 |
|     HISPANIC | 2 |

The page of the application statistics provided to plaintiffs by OPM for this job at the Federal Deposit Insurance Corporation is attached as Attachment B.  The relevant figures are shown below:

1984 APPLICATIONS FOR THE DELEGATED ALTERNATIVE
EXAMINATION FOR FINANCIAL INSTITUTION EXAMINING,
SERIES 1816

APPLICANTS FOR GRADE 5 (All Applicants Were Applying for Grade 5)

| | |
|---|---|
| WHITE (NON-HISPANIC) | 134 |
| BLACK (NON-HISPANIC) | 17 |
|     % OF TOTAL BLACK: | 10.6% |
| HISPANIC | 5 |
|     % OF TOTAL HISPANIC: | 3.1% |
| OTHER | 5 |
| | |
| TOTAL RACIALLY IDENTIFIED | 161 |
| | |
| NOT IDENTIFIED | 268 |
| ---% NOT IDENTIFIED | 62.5% |

Plaintiffs' analysis of the adverse impact as to this job category is set out below.  All hires were at grade 5.

| APPOINTMENT RATES (LEVEL 5) | |
|---|---|
| WHITE (NON-HISPANIC) | 66.4% |
| BLACK (NON-HISPANIC) | 17.6% |
| HISPANIC | 40.0% |

ADVERSE IMPACT CALCULATIONS:

| | |
|---|---|
| 80% RULE: BLACK HIRE RATE AS PERCENT OF WHITE HIRE RATE | |
|     ---LEVEL 5 | 26.6% |

The appointment rate for blacks failed the "80% test".

- Exhibit 18: Series 0570, FDIC, page 2 -

The racial disparity in the hiring rate of black applicant is statistically significant:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
    --AVAILABILITY                      10.6%
    --OBSERVED NO. OF HIRES              3
    --EXPECTED NO. OF HIRES             9.93
      --DIFFERENCE                     -6.93
    --STANDARD DEVIATION               2.98
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                 -2.32
```

The shortfall in the Federal Deposit Insurance Corporation's hiring of blacks is set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                      8
```

OPM Report A-3 shows that the Federal Deposit Insurance Corporation did not make use of any of the special programs established by the Consent Decree to minimize adverse impact. Plaintiffs seek the immediate hiring of 8 blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for this job category at the Federal Deposit Insurance Corporation:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                       8
        % OF WHITE RATE                26.6%
        NO. OF STANDARD DEVIATIONS     -2.32
```

If the defendants have any problems with the adequacy

- Exhibit 18: Series 0570, FDIC, page 3 -

of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 18: Series 0570, FDIC, page 4 -

REPORT A3   APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION        PAGE : 136
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : FEDERAL DEPOSIT INSURANCE CORPORATION      STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE              PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O570 | GS-05 | WHITE(N-HISP) | 91 | O | O | O | O | 89 | O | O | O | O | 2 |
| | | BLACK(N-HISP) | 3 | O | O | O | O | 3 | O | O | O | O | O |
| | | HISPANIC | 2 | O | O | O | O | 2 | O | O | O | O | O |
| | | TOTAL | 96 | O | O | O | O | 94 | O | O | O | O | 2 |
| | GS-07 | WHITE(N-HISP) | 2 | O | O | O | O | O | O | O | O | O | 2 |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 3 | O | O | O | O | O | O | O | O | O | 3 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 93 | O | O | O | O | 89 | O | O | O | O | 4 |
| | | BLACK(N-HISP) | 3 | O | O | O | O | 3 | O | O | O | O | O |
| | | HISPANIC | 3 | O | O | O | O | 2 | O | O | O | O | 1 |
| | | TOTAL | 99 | O | O | O | O | 94 | O | O | O | O | 5 |
| O950 | GS-05 | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | GS-07 | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | O | O | O | O | O | O | O | O | O | O | O |
| TOTAL GS-05+07 | | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |
| O986 | GS-05 | WHITE(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | GS-07 | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | O | O | O | O | O | O | O | O | O | O | O |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |

+ THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) WA-FD-17 | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data 268 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation Federal Deposit Insurance Corporation | 6. Name of Submitting Office Office of Personnel Management/ Recruitment & Placement Branch |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Bank Examiner (Trainee)  GS- 0 5 7 0 | 9. Grade Level(s) 5 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 1 | | 1 | 7 | | | | | 3 | 4 | | | 1 | | 17 |
| Hispanic origin | 2 | | | | 1 | | | | 1 | 1 | | | | | 5 |
| White, not of Hispanic origin | 16 | | 22 | 30 | 22 | 5 | | | 20 | 11 | | | 8 | | 134 |
| Other qualified applicants | | | | 1 | | | | | 2 | 1 | | | 1 | | 5 |
| 10. Zone Totals | 19 | * | 23 | 38 | 23 | 5 | ** | ** | 26 | 17 | *** | ** | 10 | **** | 161 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.
Due to the nature of our reporting system, variances occur in the numerical counts from that requested. Numerical counts for the report were done in conjunction with the geographical location on the applicant's home address and not the geographical location of the position for which application was made. Therefore, data was counted for one geographical location only.

*Included in NY Data
**Included in SF Data
***Included in DN & AT Data
****Included in PH Data

U. S. Office of Personnel Management                                   E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,    )
    )
  individually and on behalf of    )
  all others similarly situated,    )
    )
          Plaintiffs,    )
    )
          v.    )
    )
CONSTANCE HORNER, <u>et</u> <u>al</u>.,    )
    )
    )
          Defendants.    )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:       General Accounting, and Financial Specialist

Job Series:        0501

Job Level:         Grades 5 and 7

Agency:             U.S. Department of the Air Force

Procedure:         Use of Schedule B Authority[1]

Affected Class:     Blacks

      Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6. The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures. In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- Exhibit 19: Series 0501, Air Force, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at
p. 7.[2]    The page of OPM Report A-3 showing hiring information
for this job category at the Department of the Air Force, page
7, is attached as Attachment A.    The relevant figures are:

> 1984 AIR FORCE HIRES UNDER SCHEDULE B AUTHORITY FOR
> GENERAL ACCOUNTING, AND FINANCIAL SPECIALIST

| | |
|---|---:|
| GRADE 5 TOTAL | 5 |
|    WHITE (NON-HISPANIC) | 5 |
|    BLACK (NON-HISPANIC) | 0 |
|    HISPANIC | 0 |
| GRADE 7 TOTAL | 30 |
|    WHITE (NON-HISPANIC) | 28 |
|    BLACK (NON-HISPANIC) | 2 |
|    HISPANIC | 0 |
| TOTAL, GRADES 5 AND 7 | 35 |
|    WHITE (NON-HISPANIC) | 33 |
|    BLACK (NON-HISPANIC) | 2 |
|    HISPANIC | 0 |

The pages showing the application statistics provided to plain-
tiffs by OPM  for Schedule B applicants at the Air Force for this
job category are attached as Attachment B.    The relevant figures
are as follows:

> 1984 APPLICATIONS UNDER SCHEDULE B AT THE AIR FORCE FOR
> GENERAL ACCOUNTING, AND FINANCIAL SPECIALIST

| | |
|---|---:|
| GRADE 5 APPLICANTS | |
| (INCLUDES APPLICANTS | |
| IN MIXED GRADES 5/7 | |
| PROCEDURES) | |
|    WHITE (NON-HISPANIC) | 138 |
|    BLACK (NON-HISPANIC) | 45 |
|     % OF TOTAL BLACK: | 23.9% |
|    HISPANIC | 2 |
|     % OF TOTAL HISPANIC: | 1.1% |
|    OTHER | 3 |

---

[2] See note 1, _supra_.

- Exhibit 19: Series 0501, Air Force, page 2 -

```
GRADE 7 APPLICANTS
 (INCLUDES APPLICANTS
IN MIXED GRADES 5/7
PROCEDURES)
    WHITE (NON-HISPANIC)                    69
    BLACK (NON-HISPANIC)                    28
       % OF TOTAL BLACK:               28.3%
    HISPANIC                                 1
       % OF TOTAL HISPANIC:             1.0%
    OTHER                                    1

TOTAL APPLICANTS FOR
 GRADES 5 AND 7 (INCLUDES
SEPARATE GRADE 5 APPLI-
CANTS, SEPARATE GRADE 7
APPLICANTS, AND MIXED
GRADES 5/7 APPLICANTS)
    WHITE (NON-HISPANIC)                   138
    BLACK (NON-HISPANIC)                    45
       % OF TOTAL BLACK:               23.9%
    HISPANIC                                 2
       % OF TOTAL HISPANIC:             1.1%
    OTHER                                    3

TOTAL RACIALLY IDENTIFIED              188

NOT IDENTIFIED                          0
---% NOT IDENTIFIED                   0.0%
```

Plaintiffs' analysis of the adverse impact as to this job

category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)              3.6%
        BLACK (NON-HISPANIC)              0.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)             40.6%
        BLACK (NON-HISPANIC)              7.1%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)             23.9%
        BLACK (NON-HISPANIC)              4.4%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                    0.0%
            ---LEVEL 7                   17.6%
            ---BOTH LEVELS 5 AND 7       18.6%
```

- Exhibit 19: Series 0501, Air Force, page 3 -

The appointment rates for blacks failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
  --AVAILABILITY                          28.3%
  --OBSERVED NO. OF HIRES                    2
  --EXPECTED NO. OF HIRES                  8.48
    --DIFFERENCE                          -6.48
  --STANDARD DEVIATION                     2.47
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                      -2.63

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                          23.9%
  --OBSERVED NO. OF HIRES                    2
  --EXPECTED NO. OF HIRES                  8.38
    --DIFFERENCE                          -6.38
  --STANDARD DEVIATION                     2.52
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                      -2.53
```

The shortfalls in hiring for blacks are set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                           2
        ---LEVEL 7                           9
        ---BOTH LEVELS 5 AND 7               9
```

OPM Report A-3 shows that the Air Force did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category.  Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in

- Exhibit 19: Series 0501, Air Force, page 4 -

Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                                     2
    % OF WHITE RATE                        0.0%

BLACKS (LEVEL 7)
    SHORTFALL                                     9
    % OF WHITE RATE                      17.6%
    NO. OF STANDARD DEVIATIONS    -2.63

BLACKS (BOTH LEVELS)
    SHORTFALL                                   9
    % OF WHITE RATE                      18.6%
    NO. OF STANDARD DEVIATIONS    -2.53

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR
Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 19: Series 0501, Air Force, page 5 -

REPORT A3          APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION          PAGE :    7
                   PERIOD : JANUARY THRU DECEMBER OF 1984
                   AGENCY : DEPARTMENT OF THE AIR FORCE                    STATUS : ALL WORK SCHEDULES AND TENURES
                   GEOGRAPHIC AREA : NATIONWIDE                            PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0391 | GS-05 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0393 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | GS-07 | WHITE(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
| 0501 | GS-05 | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |
| | GS-07 | WHITE(N-HISP) | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 28 | 27 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 30 | 28 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 33 | 27 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 35 | 28 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

## SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2<br>PAC 84-1 & 84-55 | 2. Reporting Period<br>From 1/1/84   To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Air Force | 6. Name of Submitting Office<br><br>Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office<br>HQ USAF/MPKS<br>Washington D.C.  20330-5060 | 8. Occupational Title/Series<br><br>General Accounting<br><br>GS- 0 5 0 1 | 9. Grade Level(s)<br><br>5 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | | | | | | | 17 | | | | | 17 |
| Hispanic origin | | | | | | | | | | 1 | | | | | 1 |
| White, not of Hispanic origin | | | | | | | | | | 69 | | | | | 69 |
| Other qualified applicants | | | | | | | | | | 2 | | | | | 2 |
| 10. Zone Totals | | | | | | | | | | 89 | | | | | 89 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E  Form  619  (1-83)

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)  PAC 83-2<br>PAC 84-1 & 84-55 | 2. Reporting Period<br>From  1/1/84   To  12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br><br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Air Force | 6. Name of Submitting Office<br><br>Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>Financial Specialist    GS- 0 5 0 1 | 9. Grade Level(s)<br><br>5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | 28 | | | | | | | | | | | | 28 |
| Hispanic origin | | | 1 | | | | | | | | | | | | 1 |
| White, not of Hispanic origin | | | 69 | | | | | | | 69 |
| Other qualified applicants | | | 1 | | | | | | | | | | | | 1 |
| 10. Zone Totals | | | 99 | | | | | | | | | | | | 99 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
                v.                           )
                                             )
CONSTANCE HORNER, et al.,                    )
                                             )
                                             )
                        Defendants.          )


SHOWING OF ADVERSE IMPACT

Name of Job:        Contract Administrator, Contract Specialist,
                      and Contract Price Analyst

Job Series:         1102

Job Level:          Grades 5 and 7

Agency:             U.S. Department of the Air Force

Procedure:          Use of Schedule B Authority[1]

Affected Class:     Blacks and Hispanics

    Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- Exhibit 20: Series 1102, Air Force, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at
p. 7.[2]   The page of OPM Report A-3 showing hiring information
for this job category at the Department of the Air Force, page
11, is attached as Attachment A.  The relevant figures are:

    1984 AIR FORCE HIRES UNDER SCHEDULE B AUTHORITY FOR
    CONTRACT ADMINISTRATOR, CONTRACT SPECIALIST, AND
    CONTRACT PRICE ANALYST, SERIES 1102

        GRADE 5 TOTAL                        417
            WHITE (NON-HISPANIC)             319
            BLACK (NON-HISPANIC)              68
            HISPANIC                          30

        GRADE 7 TOTAL                         49
            WHITE (NON-HISPANIC)              42
            BLACK (NON-HISPANIC)               4
            HISPANIC                           3

        TOTAL, GRADES 5 AND 7                466
            WHITE (NON-HISPANIC)             361
            BLACK (NON-HISPANIC)              72
            HISPANIC                          33

The pages showing the application statistics provided to plain-
tiffs by OPM  for Schedule B applicants at the Air Force for this
job category are attached as Attachment B.  The relevant figures
are as follows:

    1984 APPLICATIONS UNDER SCHEDULE B AT THE AIR FORCE FOR
    CONTRACT ADMINISTRATOR, CONTRACT SPECIALIST, AND
    CONTRACT PRICE ANALYST, SERIES 1102

SCHEDULE B APPLICATIONS--YEAR USED:     1984 REPORTS

        GRADE 5 APPLICANTS
        (INCLUDES APPLICANTS
        IN MIXED GRADES 5/7
        PROCEDURES)
            WHITE (NON-HISPANIC)           1693
            BLACK (NON-HISPANIC)            793
                % OF TOTAL BLACK:          27.6%
            HISPANIC                        238
                % OF TOTAL HISPANIC:        8.3%
            OTHER                           152

_____

[2] See note 1, _supra_.

        - Exhibit 20: Series 1102, Air Force, page 2 -

```
GRADE 7 APPLICANTS
 (INCLUDES APPLICANTS
 IN MIXED GRADES 5/7
 PROCEDURES)
     WHITE (NON-HISPANIC)              1693
     BLACK (NON-HISPANIC)               793
        % OF TOTAL BLACK:             27.6%
     HISPANIC                           238
        % OF TOTAL HISPANIC:           8.3%
     OTHER                              152

TOTAL APPLICANTS FOR
 GRADES 5 AND 7 (INCLUDES
 SEPARATE GRADE 5 APPLI-
 CANTS, SEPARATE GRADE 7
 APPLICANTS, AND MIXED
 GRADES 5/7 APPLICANTS)
     WHITE (NON-HISPANIC)              1693
     BLACK (NON-HISPANIC)               793
        % OF TOTAL BLACK:             27.6%
     HISPANIC                           238
        % OF TOTAL HISPANIC:           8.3%
     OTHER                              152

TOTAL RACIALLY IDENTIFIED            2876

NOT IDENTIFIED                          0
---% NOT IDENTIFIED                   0.0%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
     WHITE (NON-HISPANIC)             18.8%
     BLACK (NON-HISPANIC)              8.6%
     HISPANIC                         12.6%

APPOINTMENT RATES (LEVEL 7)
     WHITE (NON-HISPANIC)              2.5%
     BLACK (NON-HISPANIC)              0.5%
     HISPANIC                          1.3%

APPOINTMENT RATES (BOTH LEVELS)
     WHITE (NON-HISPANIC)             21.3%
     BLACK (NON-HISPANIC)              9.1%
     HISPANIC                         13.9%
```

- Exhibit 20: Series 1102, Air Force, page 3 -

ADVERSE IMPACT CALCULATIONS:

```
80% RULE: BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                      45.5%
        ---LEVEL 7                      20.3%
        ---BOTH LEVELS 5 AND 7          42.6%

80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                      66.9%
        ---LEVEL 7                      50.8%
        ---BOTH LEVELS 5 AND 7          65.0%
```

The appointment rates for both blacks and Hispanics failed the "80% test" at the grade 5 level, at the grade 7 level, and for both levels combined.

These racial disparities were statistically significant for blacks at the grade 5 level, at the grade 7 level, and for both levels combined:

```
STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
  --AVAILABILITY                        27.6%
  --OBSERVED NO. OF HIRES               68
  --EXPECTED NO. OF HIRES               114.98
    --DIFFERENCE                        -46.98
  --STANDARD DEVIATION                  9.13
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                    -5.15

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
  --AVAILABILITY                        27.6%
  --OBSERVED NO. OF HIRES               4
  --EXPECTED NO. OF HIRES               13.51
    --DIFFERENCE                        -9.51
  --STANDARD DEVIATION                  3.13
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                    -3.04

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                        27.6%
  --OBSERVED NO. OF HIRES               72
```

- Exhibit 20: Series 1102, Air Force, page 4 -

```
--EXPECTED NO. OF HIRES                128.49
  --DIFFERENCE                         -56.49
--STANDARD DEVIATION                     9.65
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                      -5.86
```

The shortfalls in hiring for blacks and for Hispanics are set forth below:

```
NUMBER OF ADDITIONAL BLACK
  HIRES, IF BLACKS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
      ---LEVEL 5                         81
      ---LEVEL 7                         16
      ---BOTH LEVELS 5 AND 7             97

NUMBER OF ADDITIONAL HISPANIC
  HIRES, IF HISPANICS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
      ---LEVEL 5                         15
      ---LEVEL 7                          3
      ---BOTH LEVELS 5 AND 7             18
```

OPM Report A-3 shows that the Air Force did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category. Plaintiffs seek the immediate hiring of the same number of blacks and of Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

- Exhibit 20: Series 1102, Air Force, page 5 -

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                          81
    % OF WHITE RATE               45.5%
    NO. OF STANDARD DEVIATIONS   -5.15

BLACKS (LEVEL 7)
    SHORTFALL                          16
    % OF WHITE RATE               20.3%
    NO. OF STANDARD DEVIATIONS   -3.04

BLACKS (BOTH LEVELS)
    SHORTFALL                          97
    % OF WHITE RATE               42.6%
    NO. OF STANDARD DEVIATIONS   -5.86

HISPANICS (LEVEL 5)
    SHORTFALL                          15
    % OF WHITE RATE               66.9%

HISPANICS (LEVEL 7)
    SHORTFALL                           3
    % OF WHITE RATE               50.8%

HISPANICS (BOTH LEVELS)
    SHORTFALL                          18
    % OF WHITE RATE               65.0%

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 20: Series 1102, Air Force, page 6 -

REPORT A3          APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :   11
                   PERIOD : JANUARY THRU DECEMBER OF 1984
                   AGENCY : DEPARTMENT OF THE AIR FORCE                    STATUS : ALL WORK SCHEDULES AND TENURES
                   GEOGRAPHIC AREA : NATIONWIDE                            PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1102 | GS-05 | WHITE(N-HISP) | 449 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 319 | 128 |
|  |  | BLACK(N-HISP) | 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 | 24 |
|  |  | HISPANIC | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 14 |
|  |  | TOTAL | 585 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 417 | 166 |
|  | GS-07 | WHITE(N-HISP) | 149 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 9 | 42 | 97 |
|  |  | BLACK(N-HISP) | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 7 |
|  |  | HISPANIC | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 |
|  |  | TOTAL | 166 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 9 | 49 | 107 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 598 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 10 | 361 | 225 |
|  |  | BLACK(N-HISP) | 103 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 31 |
|  |  | HISPANIC | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 17 |
|  |  | TOTAL | 751 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 10 | 466 | 273 |
| 1103 | GS-05 | WHITE(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 10 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 12 |
|  | GS-07 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 13 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 15 |
| 1150 | GS-05 | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 6 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | TOTAL | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 6 |
|  | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 8 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | TOTAL | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 8 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2 PAC 84-] & 84-55 | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Air Force | 6. Name of Submitting Office  Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Contract Administrator   GS- 1 1 0 2 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | 4 | | | | | | | | | | | | 4 |
| Hispanic origin | | | | 19 | | | | | | | | | | | 19 |
| White, not of Hispanic origin | | | | | | | | | | | | | | | |
| Other qualified applicants | | | | | | | | | | | | | | | |
| 10. Zone Totals | | | 4 | 19 | | | | | | | | | | | 23 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form  619  (1-83)

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2<br>PAC 84-1 & 84-55 | 2. Reporting Period<br>From 1/1/84   To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br>Department of the Air Force | 6. Name of Submitting Office<br>Directorate of Civilian Personnel | |
|---|---|---|
| 7. Address of Submitting Office | 8. Occupational Title/Series<br>Contract Specialist<br>GS- 1 1 0 2 | 9. Grade Level(s)<br>5/7 |

NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | 190 | 3 | | | | | 9 | 343 | 167 | | 71 | 1 | 784 |
| Hispanic origin | | | 5 | | | | | | 5 | 10 | 165 | | 29 | | 214 |
| White, not of Hispanic origin | 10 | | 224 | 12 | | 2 | | 1 | 193 | 523 | 410 | | 165 | 1 | 1541 |
| Other qualified applicants | | | 23 | | | | | 1 | 6 | 25 | 63 | | 26 | | 144 |
| 10. Zone Totals | 10 | | 442 | 15 | | 2 | | 2 | 213 | 901 | 805 | | 291 | 2 | 2683 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 619 (1-83)

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2 PAC 84-1 & 84-55 | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Air Force | 6. Name of Submitting Office  Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Contract Price Analyst  GS- 1 1 0 2 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | 1 | 3 | | | | 1 | | | | | | | 5 |
| Hispanic origin | | | | | | | | 1 | 1 | 2 | | | 1 | | 5 |
| White, not of Hispanic origin | 10 | | 37 | 12 | 19 | 2 | 8 | 20 | 13 | 10 | | | 21 | | 152 |
| Other qualified applicants | | | | | | | 2 | 3 | 1 | | | | 2 | | 8 |
| 10. Zone Totals | 10 | | 38 | 15 | 19 | 2 | 10 | 25 | 15 | 12 | | | 24 | | 170 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
            v.                               )
                                             )
CONSTANCE HORNER, et al.,                    )
                                             )
                                             )
                        Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:          General Supply Specialist

Job Series:           2001

Job Level:            Grade 5

Agency:               U.S. Department of the Air Force

Procedure:            Use of Schedule B Authority[1]

Affected Class:       Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

        - Exhibit 21: Series 2001, Air Force, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at
p. 7.[2]    The page of OPM Report A-3 showing hiring information
for this job category at the Department of the Air Force, page
15, is attached as Attachment A.    The relevant figures are:

> 1984 AIR FORCE HIRES UNDER SCHEDULE B AUTHORITY FOR
> GENERAL SUPPLY SPECIALIST, SERIES 2001
>
> | | |
> |---|---|
> | GRADE 5 TOTAL | 38 |
> |    WHITE (NON-HISPANIC) | 24 |
> |    BLACK (NON-HISPANIC) | 13 |
> |    HISPANIC | 1 |

(All hires were at the grade 5 level).    The page showing the
application statistics provided to plaintiffs by OPM  for
Schedule B applicants at the Air Force for this job category is
attached as Attachment B.    The relevant figures are as follows:

> 1984 APPLICATIONS UNDER SCHEDULE B AT THE AIR FORCE FOR
> GENERAL SUPPLY SPECIALIST, SERIES 2001
>
> SCHEDULE B APPLICATIONS: YEAR USED: 1984 REPORTS
>
> | | |
> |---|---|
> | GRADE 5 APPLICANTS | |
> | (ONLY GRADE FOR WHICH | |
> | THERE WERE APPLICANTS) | |
> |   WHITE (NON-HISPANIC) | 80 |
> |   BLACK (NON-HISPANIC) | 78 |
> |     % OF TOTAL BLACK: | 48.8% |
> |   HISPANIC | 1 |
> |     % OF TOTAL HISPANIC: | 0.6% |
> |   OTHER | 1 |
> | | |
> | TOTAL RACIALLY IDENTIFIED | 160 |
> | | |
> | NOT IDENTIFIED | 0 |
> | ---% NOT IDENTIFIED | 0.0% |

Plaintiffs' analysis of the adverse impact as to this job
category is set out below:

---

[2] See note 1, _supra_.

- Exhibit 21: Series 2001, Air Force, page 2 -

```
APPOINTMENT RATES (LEVEL 5)
     WHITE (NON-HISPANIC)              30.0%
     BLACK (NON-HISPANIC)              16.7%
     HISPANIC                        100.0%

ADVERSE IMPACT CALCULATIONS:

 80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
        ---LEVEL 5                     55.6%
```

The appointment rates for blacks failed the "80% test" at the grade 5 level.

The shortfall in hiring for blacks is set forth below:

```
NUMBER OF ADDITIONAL BLACK
     HIRES, IF BLACKS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
        ---LEVEL 5                     10
```

OPM Report A-3 shows that the Air Force did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations for each grade level, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
     SHORTFALL                        10
     % OF WHITE RATE                  55.6%
```

If the defendants have any problems with the adequacy

- Exhibit 21: Series 2001, Air Force, page 3 -

of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
      Attorney for Plaintiffs




Dated: April 11, 1986



- Exhibit 21: Series 2001, Air Force, page 4 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :    15
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF THE AIR FORCE                                STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                                        PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1910 | GS-05 | WHITE(N-HISP) | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 48 |
|  |  | BLACK(N-HISP) | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
|  |  | HISPANIC | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
|  |  | TOTAL | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 80 |
|  | GS-07 | WHITE(N-HISP) | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 25 |
|  |  | BLACK(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  |  | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | TOTAL | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 38 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 1 | 73 |
|  |  | BLACK(N-HISP) | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
|  |  | HISPANIC | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
|  |  | TOTAL | 127 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 1 | 118 |
| 2001 | GS-05 | WHITE(N-HISP) | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 24 | 20 |
|  |  | BLACK(N-HISP) | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
|  |  | TOTAL | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 38 | 26 |
|  | GS-07 | WHITE(N-HISP) | 84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 81 |
|  |  | BLACK(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
|  |  | HISPANIC | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
|  |  | TOTAL | 103 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 100 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 24 | 101 |
|  |  | BLACK(N-HISP) | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 15 |
|  |  | HISPANIC | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 10 |
|  |  | TOTAL | 168 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 38 | 126 |
| 2003 | GS-05 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  | GS-07 | WHITE(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 7 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
|  |  | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 9 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 11 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
|  |  | TOTAL | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 13 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2<br>PAC 84-1 & 84-55 | 2. Reporting Period<br>From 1/1/84  To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Air Force | 6. Name of Submitting Office<br><br>Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>General Supply Specialist    GS- 2 0 0 1 | 9. Grade Level(s)<br><br>5 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | 78 | | | | | | | | | | | | 78 |
| Hispanic origin | | | 1 | | | | | | | | | | | | 1 |
| White, not of Hispanic origin | | | 80 | | | | | | | 𝄢 | | | | | 80 |
| Other qualified applicants | | | 1 | | | | | | | | | | | | 1 |
| 10. Zone Totals | | | 160 | | | | | | | | | | | | 160 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E    Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,      )
                                         )
            v.                           )
                                         )
CONSTANCE HORNER, et al.,                )
                                         )
                                         )
                    Defendants.          )


SHOWING OF ADVERSE IMPACT

Name of Job:        Inventory Management Specialist

Job Series:         2010

Job Level:          Grade 5

Agency:             U.S. Department of the Air Force

Procedure:          Use of Schedule B Authority[1]

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.


- Exhibit 22: Series 2010, Air Force, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at

p. 7.[2]    The page of OPM Report A-3 showing hiring information

for this job category at the Department of the Air Force, page

16, is attached as Attachment A.   The relevant figures are:

1984 AIR FORCE HIRES UNDER SCHEDULE B AUTHORITY FOR
INVENTORY MANAGEMENT SPECIALIST, SERIES 2010

| | |
|---|---|
| GRADE 5 TOTAL | 112 |
|     WHITE (NON-HISPANIC) | 66 |
|     BLACK (NON-HISPANIC) | 13 |
|     HISPANIC | 33 |

(All hires were at the grade 5 level).  The page showing the

application statistics provided to plaintiffs by OPM  for

Schedule B applicants at the Air Force for this job category is

attached as Attachment B.   The relevant figures are as follows:

1984 APPLICATIONS UNDER SCHEDULE B AT THE AIR FORCE FOR
INVENTORY MANAGEMENT SPECIALIST, SERIES 2010

SCHEDULE B APPLICATIONS: YEAR USED     1984 REPORTS

| | |
|---|---|
| GRADE 5 APPLICANTS | |
| WHITE (NON-HISPANIC) | 178 |
| BLACK (NON-HISPANIC) | 59 |
|     % OF TOTAL BLACK: | 17.7% |
| HISPANIC | 85 |
|     % OF TOTAL HISPANIC: | 25.4% |
| OTHER | 12 |
| | |
| TOTAL RACIALLY IDENTIFIED | 334 |
| | |
| NOT IDENTIFIED | 0 |
| ---% NOT IDENTIFIED | 0.0% |

Plaintiffs' analysis of the adverse impact as to this job

category is set out below:

---

[2] See note 1, _supra_.

- Exhibit 22: Series 2010, Air Force, page 2 -

```
APPOINTMENT RATES  (LEVEL 5)
     WHITE (NON-HISPANIC)              37.1%
     BLACK (NON-HISPANIC)              22.0%
     HISPANIC                         38.8%
```

ADVERSE IMPACT CALCULATIONS:

```
80% RULE:  BLACK HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
         ---LEVEL 5                   59.4%
```

The appointment rate for blacks failed the "80% test" at the grade 5 level.

The shortfall in hiring for blacks is set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
         ---LEVEL 5                         9
```

OPM Report A-3 shows that the Air Force did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category.  Plaintiffs seek the immediate hiring of the same number of blacks as is shown in the above "shortfall" calculation, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations on which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

    BLACKS (LEVEL 5)
        SHORTFALL                        9
        % OF WHITE RATE               59.4%
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to

- Exhibit 22: Series 2010, Air Force, page 3 -

the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
        Attorney for Plaintiffs


Dated: April 11, 1986


                    - Exhibit 22: Series 2010, Air Force, page 4 -

REPORT A3       APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                                   PAGE :    16
                PERIOD : JANUARY THRU DECEMBER OF 1984
                AGENCY : DEPARTMENT OF THE AIR FORCE                          STATUS : ALL WORK SCHEDULES AND TENURES
                GEOGRAPHIC AREA : NATIONWIDE                                  PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | GS-05 | WHITE(N-HISP) | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 | 114 |
|  |  | BLACK(N-HISP) | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 11 |
|  |  | HISPANIC | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 18 |
|  |  | TOTAL | 255 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 112 | 143 |
|  | GS-07 | WHITE(N-HISP) | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 89 |
|  |  | BLACK(N-HISP) | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 23 |
|  |  | HISPANIC | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 13 |
|  |  | TOTAL | 128 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 125 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 270 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 66 | 203 |
|  |  | BLACK(N-HISP) | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 13 | 34 |
|  |  | HISPANIC | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 33 | 31 |
|  |  | TOTAL | 383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 112 | 268 |
| 2030 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2032 | GS-05 | WHITE(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 7 |
|  | GS-07 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 8 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 11 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-2<br>PAC 84-1 & 84-55 | 2. Reporting Period<br>From      To<br>1/1/84    12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br><br>FTS:<br>Commercial: | | |

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Air Force | 6. Name of Submitting Office<br><br>Directorate of Civilian Personnel |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>Inventory Management Specialist    GS- 2\|0\|1\|0 | 9. Grade Level(s)<br><br>5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | | | | | | | | 57 | | 2 | | 59 |
| Hispanic origin | | | | | | | | | | | 84 | | 1 | | 85 |
| White, not of Hispanic origin | | | | | | | | | | | 102 | | 76 | | 178 |
| Other qualified applicants | | | | | | | | | | | 10 | | 2 | | 12 |
| 10. Zone Totals | | | | | | | | | | | 253 | | 81 | | 334 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E    Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al</u>.,     )
                                   )
   individually and on behalf of  )
   all others similarly situated,  )
                                   )
             Plaintiffs,    )
                                   )
           v.               )
                                   )
CONSTANCE HORNER, <u>et al</u>.,    )
                                   )
                                   )
            Defendants.    )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:       Contract and Procurement Administration

Job Series:        1102

Job Level:         Grade 5

Agency:             U.S. Department of Defense

Procedure:         Use of Schedule B Authority[1]

Affected Class:     Blacks and Hispanics

     Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

_____

    [1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- Exhibit 23: Series 1102, Defense Dept., page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at p. 7.[2]  The page of OPM Report A-3 showing hiring information for this job category at the Department of Defense, page 81, is attached as Attachment A.  The relevant figures are:

1984 DEFENSE DEPARTMENT HIRES UNDER SCHEDULE B AUTHORITY FOR CONTRACT AND PROCUREMENT ADMINISTRATION, SERIES 1102

| | |
|---|---:|
| GRADE 5 TOTAL | 278 |
|     WHITE (NON-HISPANIC) | 190 |
|     BLACK (NON-HISPANIC) | 84 |
|     HISPANIC | 4 |
| GRADE 7 TOTAL | 7 |
|     WHITE (NON-HISPANIC) | 4 |
|     BLACK (NON-HISPANIC) | 2 |
|     HISPANIC | 1 |
| TOTAL, GRADES 5 AND 7 | 285 |
|     WHITE (NON-HISPANIC) | 194 |
|     BLACK (NON-HISPANIC) | 86 |
|     HISPANIC | 5 |

The page showing the application statistics provided to plaintiffs by OPM  for Schedule B applicants at the Defense Department for this job category at the Grade 5 level is attached as Attachment B.  No applicants were reported at the grade 7 level, although OPM Report A-3 shows that 7 persons were hired at this level.[3]  No applicants for Schedule B Grade 7 positions were reported in 1983, either.  The relevant figures are as follows:

---

[2] See note 1, <u>supra</u>.

[3] In light of the small number of Schedule B hires at the grade 7 level, plaintiffs will not make separate calculations as to this level until the defendants provide plaintiffs with the application statistics for this level.

- Exhibit 23: Series 1102, Defense Dept., page 2 -

1984 APPLICATIONS UNDER SCHEDULE B AT THE DEFENSE
DEPARTMENT FOR

SCHEDULE B APPLICATIONS: YEAR USED        1984 REPORTS

    GRADE 5 APPLICANTS
     (ALL APPLICANTS
     APPLIED AT THIS GRADE LEVEL)
        WHITE (NON-HISPANIC)                   1298
        BLACK (NON-HISPANIC)                    733
            % OF TOTAL BLACK:                  34.3%
        HISPANIC                                 52
            % OF TOTAL HISPANIC:                2.4%
        OTHER                                    51

    TOTAL RACIALLY IDENTIFIED                   2134

    NOT IDENTIFIED                              198
    ---% NOT IDENTIFIED                         8.5%

Plaintiffs' analysis of the adverse impact as to this job

category is set out below:

    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                   14.6%
        BLACK (NON-HISPANIC)                   11.5%
        HISPANIC                                7.7%

    APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                   14.9%
        BLACK (NON-HISPANIC)                   11.7%
        HISPANIC                                9.6%

    ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                         78.3%
            ---BOTH LEVELS 5 AND 7             78.5%

    80% RULE: HISPANIC HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                         52.6%
            ---BOTH LEVELS 5 AND 7             64.3%

The appointment rates for both blacks and Hispanics

failed the "80% test" at the grade 5 level, and for both levels

combined.

- Exhibit 23: Series 1102, Defense Dept., page 3 -

The shortfalls in hiring for blacks and for Hispanics are set forth below:

```
NUMBER OF ADDITIONAL BLACK
    HIRES, IF BLACKS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                          23
        ---BOTH LEVELS 5 AND 7              24

NUMBER OF ADDITIONAL HISPANIC
    HIRES, IF HISPANICS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED
        ---LEVEL 5                           4
        ---BOTH LEVELS 5 AND 7               3
```

OPM Report A-3 shows that the Defense Department did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category. It made no use at all of the Outstanding Scholar program or the Bilingual/Bicultural program, and its only use of the Co-op Student program was to hire three white students and no black or Hispanic students. Plaintiffs seek the immediate hiring of the same number of blacks and of Hispanics as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
    SHORTFALL                               23
    % OF WHITE RATE                       78.3%
```

- Exhibit 23: Series 1102, Defense Dept., page 4 -

```
BLACKS (BOTH LEVELS)
     SHORTFALL                              24
     % OF WHITE RATE                        78.5%

HISPANICS (LEVEL 5)
     SHORTFALL                               4
     % OF WHITE RATE                        52.6%

HISPANICS (BOTH LEVELS)
     SHORTFALL                               3
     % OF WHITE RATE                        64.3%
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR
     Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 23: Series 1102, Defense Dept., page 5 -

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1101 | GS-05 | WHITE(N-HISP) | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 1 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 1 |
|  | GS-07 | WHITE(N-HISP) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 7 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
|  |  | TOTAL | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 8 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 8 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
|  |  | TOTAL | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 9 |
| 1102 | GS-05 | WHITE(N-HISP) | 345 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 2 | 190 | 150 |
|  |  | BLACK(N-HISP) | 117 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 | 33 |
|  |  | HISPANIC | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 |
|  |  | TOTAL | 474 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 2 | 278 | 191 |
|  | GS-07 | WHITE(N-HISP) | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 43 |
|  |  | BLACK(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 9 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | TOTAL | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 7 | 52 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 393 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 194 | 193 |
|  |  | BLACK(N-HISP) | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 86 | 42 |
|  |  | HISPANIC | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 8 |
|  |  | TOTAL | 535 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 4 | 285 | 243 |
| 1103 | GS-05 | WHITE(N-HISP) | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 12 |
|  |  | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
|  |  | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 18 |
|  | GS-07 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 12 |
|  |  | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
|  |  | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 18 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-75 PAC 84-11: 84-95 | 2. Reporting Period From 1/1/84  To 12/31/84 | 3. Missing Data 198 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Defense Logistics Agency | 6. Name of Submitting Office  DLA, Headquarters |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Contract and Procurement  Administration   GS- 1 1 0 2 | 9. Grade Level(s)  5 |
|---|---|---|

NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | 98 | | 197 | 259 | 17 | 2 | | | | 92 | 22 | | 33 | 13 | 733 |
| Hispanic origin | 17 | 2 | 4 | 14 | 1 | | | | | 3 | 6 | 1 | 3 | 1 | 52 |
| White, not of Hispanic origin | 251 | | 419 | 369 | 24 | 34 | | 5 | 9 | 91 | 32 | | 60 | 4 | 1298 |
| Other qualified applicants | 10 | | 13 | 14 | | 2 | | 1 | | 1 | 3 | | 7 | | 51 |
| 10. Zone Totals | 376 | 2 | 633 | 656 | 42 | 38 | | 6 | 9 | 187 | 63 | 1 | 103 | 18 | 2134 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,                )
                                                )
    individually and on behalf of              )
    all others similarly situated,             )
                                                )
                        Plaintiffs,             )
                                                )
                v.                              )
                                                )
CONSTANCE HORNER, <u>et</u> <u>al</u>.,          )
                                                )
                                                )
                    Defendants.                 )


<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        General Supply

Job Series:         2001

Job Level:          Grade 5

Agency:             U.S. Department of the Navy

Procedure:          Use of Schedule B Authority[1]

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

_____

    [1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.


- Exhibit 24: Series 2001, Navy, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at p. 7.[2]   The page of OPM Report A-3 showing hiring information for this job category at the Department of the Navy, page 223, is attached as Attachment A.   The relevant figures are:

    1984 NAVY HIRES UNDER SCHEDULE B AUTHORITY FOR
    GENERAL SUPPLY, SERIES 2001

        GRADE 5 TOTAL                          63
            WHITE (NON-HISPANIC)               56
            BLACK (NON-HISPANIC)                6
            HISPANIC                            1

OPM did not provide plaintiffs with any application figures for Schedule B applicants for this job at the Navy Department in 1984.   Pursuant to ¶ 8(b)(4) of the Consent Decree, plaintiffs have used OPM's earlier report of the 1983 application statistics for Schedule B positions in this job category at the Navy Department.   The pages showing the 1983 application statistics provided to plaintiffs by OPM for Schedule B applicants at the Navy for this job category are attached as Attachment B.   The relevant figures are as follows:

    1984 APPLICATIONS UNDER SCHEDULE B AT THE NAVY FOR
    GENERAL SUPPLY

    SCHEDULE B APPLICATIONS--YEAR USED:    1983 REPORTS

        GRADE 5 APPLICANTS
         (INCLUDES APPLICANTS
        IN MIXED GRADES 5/7
        PROCEDURES)
            WHITE (NON-HISPANIC)             233
            BLACK (NON-HISPANIC)              96
                % OF TOTAL BLACK:           27.2%
            HISPANIC                          15
                % OF TOTAL HISPANIC:         4.2%
            OTHER                              9

_____

[2] See note 1, <u>supra</u>.

- Exhibit 24: Series 2001, Navy, page 2 -

```
GRADE 7 APPLICANTS
 (INCLUDES APPLICANTS
 IN MIXED GRADES 5/7
 PROCEDURES)
     WHITE (NON-HISPANIC)              114
     BLACK (NON-HISPANIC)               18
        % OF TOTAL BLACK:            13.2%
     HISPANIC                            0
        % OF TOTAL HISPANIC:          0.0%
     OTHER                               4

TOTAL APPLICANTS FOR
 GRADES 5 AND 7 (INCLUDES
 SEPARATE GRADE 5 APPLI-
 CANTS, SEPARATE GRADE 7
 APPLICANTS, AND MIXED
 GRADES 5/7 APPLICANTS)
     WHITE (NON-HISPANIC)              233
     BLACK (NON-HISPANIC)               96
        % OF TOTAL BLACK:            27.2%
     HISPANIC                           15
        % OF TOTAL HISPANIC:          4.2%
     OTHER                               9

TOTAL RACIALLY IDENTIFIED             353

NOT IDENTIFIED                          9
---% NOT IDENTIFIED                   2.5%
```

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
APPOINTMENT RATES (LEVEL 5)
     WHITE (NON-HISPANIC)             24.0%
     BLACK (NON-HISPANIC)              6.3%
     HISPANIC                          6.7%

ADVERSE IMPACT CALCULATIONS:

80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
          ---LEVEL 5                  26.0%
```

(There were no hires at the grade 7 level in 1984).

The appointment rate for blacks failed the "80% test" at the grade 5 level.

This racial disparity was statistically significant

- Exhibit 24: Series 2001, Navy, page 3 -

for blacks at the grade 5 level:

```
        STANDARD DEVIATION ANALYSIS
             FOR BLACKS (LEVEL 5)
          --AVAILABILITY                      27.2%
          --OBSERVED NO. OF HIRES                 6
          --EXPECTED NO. OF HIRES             17.13
           --DIFFERENCE                      -11.13
          --STANDARD DEVIATION                 3.53
          --NO. OF STANDARD DEVIATIONS
             BETWEEN EXPECTED AND
             OBSERVED VALUES:                 -3.15
```

The shortfall in hiring for blacks is set forth below:

```
        NUMBER OF ADDITIONAL BLACK
           HIRES, IF BLACKS HAD BEEN
           HIRED AT THE RATE AT WHICH
           WHITES WERE HIRED
                ---LEVEL 5                       17
```

OPM Report A-3 shows that the Navy did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculation, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
        ADVERSE IMPACT SUMMARY:

           BLACKS (LEVEL 5)
                SHORTFALL                         17
                % OF WHITE RATE                26.0%
                NO. OF STANDARD DEVIATIONS     -3.15
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to

- Exhibit 24: Series 2001, Navy, page 4 -

the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 24: Series 2001, Navy, page 5 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 223
PERIOD : JANUARY THRU DECEMBER OF 1984
AGENCY : DEPARTMENT OF THE NAVY    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1910 | GS-05 | WHITE(N-HISP) | 24 | O | O | O | O | O | O | O | 9 | 1 | 14 |
| | | BLACK(N-HISP) | 6 | O | O | O | O | O | O | O | 1 | O | 5 |
| | | HISPANIC | 2 | O | O | O | O | O | O | O | 1 | O | 1 |
| | | TOTAL | 32 | O | O | O | O | O | O | O | 11 | 1 | 20 |
| | GS-07 | WHITE(N-HISP) | 50 | O | O | O | O | O | O | O | 7 | O | 43 |
| | | BLACK(N-HISP) | 28 | O | O | O | O | O | O | O | 3 | O | 25 |
| | | HISPANIC | 3 | O | O | O | O | O | O | O | O | O | 3 |
| | | TOTAL | 81 | O | O | O | O | O | O | O | 10 | O | 71 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 74 | O | O | O | O | O | O | O | 16 | 1 | 57 |
| | | BLACK(N-HISP) | 34 | O | O | O | O | O | O | O | 4 | O | 30 |
| | | HISPANIC | 5 | O | O | O | O | O | O | O | 1 | O | 4 |
| | | TOTAL | 113 | O | O | O | O | O | O | O | 21 | 1 | 91 |
| 2001 | GS-05 | WHITE(N-HISP) | 83 | O | O | O | O | O | O | O | 2 | 56 | 25 |
| | | BLACK(N-HISP) | 11 | O | 1 | O | O | O | O | O | O | 6 | 4 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | 1 | O |
| | | TOTAL | 95 | O | 1 | O | O | O | O | O | 2 | 63 | 29 |
| | GS-07 | WHITE(N-HISP) | 18 | O | 1 | O | O | O | O | O | 4 | O | 13 |
| | | BLACK(N-HISP) | 7 | O | O | O | O | O | O | O | O | O | 7 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 26 | O | 1 | O | O | O | O | O | 4 | O | 21 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 101 | O | 1 | O | O | O | O | O | 6 | 56 | 38 |
| | | BLACK(N-HISP) | 18 | O | 1 | O | O | O | O | O | O | 6 | 11 |
| | | HISPANIC | 2 | O | O | O | O | O | O | O | O | 1 | 1 |
| | | TOTAL | 121 | O | 2 | O | O | O | O | O | 6 | 63 | 50 |
| 2003 | GS-05 | WHITE(N-HISP) | 73 | O | O | O | O | O | O | O | 1 | 43 | 29 |
| | | BLACK(N-HISP) | 10 | O | O | O | O | O | O | O | O | 7 | 3 |
| | | HISPANIC | 3 | O | O | O | O | O | O | O | O | 2 | 1 |
| | | TOTAL | 86 | O | O | O | O | O | O | O | 1 | 52 | 33 |
| | GS-07 | WHITE(N-HISP) | 32 | O | 1 | O | O | O | O | O | O | O | 31 |
| | | BLACK(N-HISP) | 7 | O | 1 | O | O | O | O | O | O | O | 6 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 39 | O | 2 | O | O | O | O | O | O | O | 37 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 105 | O | 1 | O | O | O | O | O | 1 | 43 | 60 |
| | | BLACK(N-HISP) | 17 | O | 1 | O | O | O | O | O | O | 7 | 9 |
| | | HISPANIC | 3 | O | O | O | O | O | O | O | O | 2 | 1 |
| | | TOTAL | 125 | O | 2 | O | O | O | O | O | 1 | 52 | 70 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) EAC 83-3 | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 9 . | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|
| Department of the Navy | |

| 7. Address of Submitting Office | 8. Occupational Title/Series Supply Group  *** | GS- 2 0 0 0 | 9. Grade Level(s) 5/7 |
|---|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MH | SL | DN | AL | SL | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | 18 | | | | | | | | | ? | | 18  13.2% |
| Hispanic origin | | | | 0 | | | | | | | | | | | 0 |
| White, not of Hispanic origin | | | | 114 | | | | | | | | | | | 114  83.8% |
| Other qualified applicants | | | | 4 | | | | | | | | | | | 4  3.0% |
| 10. Zone Totals | | | | 136 | | | | | | | | | | | 136  100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

```
    ***  General Supply  2001
         Supply Program
             Management  2003
         Inventory Management  2010
         Supply Cataloging 2050
```

U. S. Office of Personnel Management

E    Form 620   (3-83)

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)  PAC 83-3 | 2. Reporting Period  From 1/1/83  To 12/31/83 | 3. Missing Data  — | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  ****  GS- | 9. Grade Level(s)  5 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CH | CH | PH | SL | DN | AL | SL | DN | AL | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | | 5 | | | | 0 | | 70 | | | 3 | | 78 | 35.9% |
| Hispanic origin | | | | 1 | | | | 0 | | 14 | | | 0 | | 15 | 6.9% |
| White, not of Hispanic origin | | | | 27 | | | | 3 | | 87 | | | 2 | | 119 | 54.8% |
| Other qualified applicants | | | | 3 | | | | 1 | | 1 | | | 0 | | 5 | 2.4% |
| 10. Zone Totals | | | | 36 | | | | 4 | | 172 | | | 5 | | 217 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

Zone definitions are on the reverse side of this form.

| **** | Personnel Management  0201 | Contract Specialist 1102 |
|---|---|---|
| | Inventory Accounting Analyst  0501 | Management Analyst  0343 |
| | Budget Analyst  0560 | Information Systems  0301 |
| | Security Specialist  0080 | Logistics Management  0346 |
| | General Supply 2001 | |
| | Traffic Management  2100 | |

U. S. Office of Personnel Management

E  Form 620  (3-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
                v.                           )
                                             )
CONSTANCE HORNER, et al.,                    )
                                             )
                                             )
                        Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:        Supply Program Management, or Supply Systems
                      Analysis

Job Series:         2003

Job Level:          Grade 5

Agency:             U.S. Department of the Navy

Procedure:          Use of Schedule B Authority[1]

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

_____

        [1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- Exhibit 25: Series 2003, Navy, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at
p. 7.[2]    The page of OPM Report A-3 showing hiring information
for this job category at the Department of the Navy, page
223, is attached as Attachment A.    The relevant figures are:

    1984 NAVY HIRES UNDER SCHEDULE B AUTHORITY FOR
    SUPPLY PROGRAM MANAGEMENT, OR SUPPLY SYSTEMS ANALYSIS,
    SERIES 2003

|  |  |
|---|---|
| GRADE 5 TOTAL | 52 |
| WHITE (NON-HISPANIC) | 43 |
| BLACK (NON-HISPANIC) | 7 |
| HISPANIC | 2 |
| GRADE 7 TOTAL | 0 |
| WHITE (NON-HISPANIC) | 0 |
| BLACK (NON-HISPANIC) | 0 |
| HISPANIC | 0 |
| TOTAL, GRADES 5 AND 7 | 52 |
| WHITE (NON-HISPANIC) | 43 |
| BLACK (NON-HISPANIC) | 7 |
| HISPANIC | 2 |

The page showing the application statistics provided to plain-
tiffs by OPM  for Schedule B applicants at the Navy for this
job category is attached as Attachment B.  All applicants were
for mixed grades 5 and 7, although all hires were in grade 5.
The relevant figures are as follows:

―――――――――――――――

    [2] See note 1, _supra_.

                    - Exhibit 25: Series 2003, Navy, page 2 -

1984 APPLICATIONS UNDER SCHEDULE B AT THE NAVY FOR
SUPPLY PROGRAM MANAGEMENT, OR SUPPLY SYSTEMS ANALYSIS,
SERIES 2003

SCHEDULE B APPLICATIONS--YEAR USED:     1984 REPORT

| | |
|---|---|
| GRADE 5 APPLICANTS (INCLUDES APPLICANTS IN MIXED GRADES 5/7 PROCEDURES) | |
| WHITE (NON-HISPANIC) | 59 |
| BLACK (NON-HISPANIC) | 33 |
| % OF TOTAL BLACK: | 32.7% |
| HISPANIC | 6 |
| % OF TOTAL HISPANIC: | 5.9% |
| OTHER | 3 |
| TOTAL RACIALLY IDENTIFIED | 101 |
| NOT IDENTIFIED | 0 |
| ---% NOT IDENTIFIED | 0.0% |

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

| APPOINTMENT RATES (LEVEL 5) | |
|---|---|
| WHITE (NON-HISPANIC) | 72.9% |
| BLACK (NON-HISPANIC) | 21.2% |
| HISPANIC | 33.3% |

ADVERSE IMPACT CALCULATIONS:

| 80% RULE: BLACK HIRE RATE AS PERCENT OF WHITE HIRE RATE | |
|---|---|
| ---LEVEL 5 | 29.1% |

The appointment rate for blacks failed the "80% test" at the grade 5 level, the only level for which applicants applied.

This racial disparity was statistically significant for blacks at this level:

| STANDARD DEVIATION ANALYSIS FOR BLACKS (LEVEL 5) | |
|---|---|
| --AVAILABILITY | 32.7% |
| --OBSERVED NO. OF HIRES | 7 |
| --EXPECTED NO. OF HIRES | 16.99 |
| --DIFFERENCE | -9.99 |

- Exhibit 25: Series 2003, Navy, page 3 -

```
--STANDARD DEVIATION                      3.38
--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                        -2.95
```

The shortfall in hiring for blacks at this grade level is set forth below:

```
NUMBER OF ADDITIONAL BLACK
  HIRES, IF BLACKS HAD BEEN
  HIRED AT THE RATE AT WHICH
  WHITES WERE HIRED
     ---LEVEL 5                           17
```

OPM Report A-3 shows that the Navy did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this job category. Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculation, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

```
ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
  SHORTFALL                               17
  % OF WHITE RATE                         29.1%
  NO. OF STANDARD DEVIATIONS              -2.95
```

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR
            Attorney for Plaintiffs

Dated: April 11, 1986

- Exhibit 25: Series 2003, Navy, page 5 -

```
REPORT A3      APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :   223
               PERIOD : JANUARY THRU DECEMBER OF 1984
               AGENCY : DEPARTMENT OF THE NAVY                        STATUS : ALL WORK SCHEDULES AND TENURES
               GEOGRAPHIC AREA : NATIONWIDE                           PAYPLANS : GS AND EQUIVALENT
```

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1910 | GS-05 | WHITE(N-HISP) | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 1 | 14 |
|  |  | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
|  |  | TOTAL | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 1 | 20 |
|  | GS-07 | WHITE(N-HISP) | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 43 |
|  |  | BLACK(N-HISP) | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 25 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 71 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 1 | 57 |
|  |  | BLACK(N-HISP) | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 30 |
|  |  | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
|  |  | TOTAL | 113 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 1 | 91 |
| 2001 | GS-05 | WHITE(N-HISP) | 83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 56 | 25 |
|  |  | BLACK(N-HISP) | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 4 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | TOTAL | 95 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 63 | 29 |
|  | GS-07 | WHITE(N-HISP) | 18 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 13 |
|  |  | BLACK(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 26 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 21 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 101 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 56 | 38 |
|  |  | BLACK(N-HISP) | 18 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 11 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
|  |  | TOTAL | 121 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 6 | 63 | 50 |
| 2003 | GS-05 | WHITE(N-HISP) | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 43 | 29 |
|  |  | BLACK(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 3 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |
|  |  | TOTAL | 86 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 52 | 33 |
|  | GS-07 | WHITE(N-HISP) | 32 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
|  |  | BLACK(N-HISP) | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 39 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 105 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 43 | 60 |
|  |  | BLACK(N-HISP) | 17 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 9 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |
|  |  | TOTAL | 125 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 52 | 70 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement)<br>PAC 84-102 | 2. Reporting Period<br>From 1/1/84  To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Naval Material Command | 6. Name of Submitting Office<br><br>Staffing and Pay Systems Branch (MAT-01M22) |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>Supply Systems Analysis<br>GS- 2 0 0 3 | 9. Grade Level(s)<br><br>5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | | | | | | | 29 | | | 4 | | 33 |
| Hispanic origin | | | | | | | | | | | | | 6 | | 6 |
| White, not of Hispanic origin | | | | 1 | | | | 1 | | 29 | | | 28 | | 59 |
| Other qualified applicants | | | | | | | | | | | | | 3 | | 3 |
| 10. Zone Totals | | | | 1 | | | | 1 | | 58 | | | 41 | | 101 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management                                    E   Form  619  (1-83)

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE
(1984 HIRING)

ANGEL G. LUEVANO, <u>et al.</u>,                )
                                               )
    individually and on behalf of             )
    all others similarly situated,            )
                                               )
                         Plaintiffs,           )
                                               )
                    v.                         )
                                               )
CONSTANCE HORNER, <u>et al.</u>,               )
                                               )
                                               )
                         Defendants.           )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:          Inventory Management

Job Series:           2010

Job Level:            Grade 5

Agency:               U.S. Department of the Navy

Procedure:            Use of Schedule B Authority[1]

Affected Class:       Blacks

Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

------

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- Exhibit 26: Series 2010, Navy, page 1 -

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at p. 7.[2]   The page of OPM Report A-3 showing hiring information for this job category at the Department of the Navy, page 224, is attached as Attachment A.  The relevant figures are:

```
1984 NAVY HIRES UNDER SCHEDULE B AUTHORITY FOR
INVENTORY MANAGEMENT, SERIES 2010

     GRADE 5 TOTAL                        95
          WHITE (NON-HISPANIC)            74
          BLACK (NON-HISPANIC)            18
          HISPANIC                         3
```

The pages showing the 1983 and 1984 application statistics provided to plaintiffs by OPM  for Schedule B applicants at the Navy for this job category is attached as Attachment B.[3]  The relevant figures are as follows:

```
1983 AND 1984 APPLICATIONS UNDER SCHEDULE B AT THE NAVY
FOR INVENTORY MANAGEMENT, SERIES 2010

   SCHEDULE B APPLICATIONS--YEARS USED:  1983-84 REPORTS

     GRADE 5 APPLICANTS
      (INCLUDES APPLICANTS
     IN MIXED GRADES 5/7
     PROCEDURES)
          WHITE (NON-HISPANIC)           347
          BLACK (NON-HISPANIC)           151
             % OF TOTAL BLACK:          28.4%
          HISPANIC                        23
             % OF TOTAL HISPANIC:         4.3%
          OTHER                           10

     TOTAL RACIALLY IDENTIFIED           531

     NOT IDENTIFIED                       25
     ---% NOT IDENTIFIED                 4.5%
```

---

[2] See note 1, _supra_.

[3] The number of applicants---18, all of whom were race-identified---is far lower than the 95 hires reported by OPM for this job in the Navy in 1984.  Plaintiffs have added the 513 applicants in 1983 for this Schedule B position in the Navy, in order to resolve this anomaly.

- Exhibit 26: Series 2010, Navy, page 2 -

Plaintiffs' analysis of the adverse impact as to this job category is set out below:

```
    APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)              21.3%
        BLACK (NON-HISPANIC)              11.9%
        HISPANIC                         13.0%

    ADVERSE IMPACT CALCULATIONS:

     80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                    55.9%
```

(All hires were at the Grade 5 level).

The appointment rate for blacks failed the "80% test" at the grade 5 level, the only level at which the Navy hired Schedule B applicants.

This racial disparity was statistically significant for blacks at this level:

```
    STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 5)
      --AVAILABILITY                      28.4%
      --OBSERVED NO. OF HIRES               18
      --EXPECTED NO. OF HIRES            27.02
        --DIFFERENCE                     -9.02
      --STANDARD DEVIATION               4.40
      --NO. OF STANDARD DEVIATIONS
        BETWEEN EXPECTED AND
        OBSERVED VALUES:                 -2.05
```

The shortfall in hiring for blacks is set forth below:

```
    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
            ---LEVEL 5                      14
```

OPM Report A-3 shows that the Navy did not use any of the special programs established by the Consent Decree to minimize the adverse impact of the Schedule B procedure for this

- Exhibit 26: Series 2010, Navy, page 3 -

job category.  Plaintiffs seek the immediate hiring of the same number of blacks as are shown in the above "shortfall" calculations, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

For convenience, plaintiffs are setting forth below a summary of the adverse impact calculations for which they rely as to this job category:

ADVERSE IMPACT SUMMARY:

BLACKS (LEVEL 5)
SHORTFALL                       14
% OF WHITE RATE                 55.9%
NO. OF STANDARD DEVIATIONS      -2.05

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: April 11, 1986


- Exhibit 26: Series 2010, Navy, page 4 -

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE : 224
             PERIOD : JANUARY THRU DECEMBER OF 1984
             AGENCY : DEPARTMENT OF THE NAVY                          STATUS : ALL WORK SCHEDULES AND TENURES
             GEOGRAPHIC AREA : NATIONWIDE                             PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | GS-05 | WHITE(N-HISP) | 98 | O | O | O | O | O | O | O | O | 74 | 24 |
|  |  | BLACK(N-HISP) | 23 | O | O | O | O | O | O | O | O | 18 | 5 |
|  |  | HISPANIC | 4 | O | O | O | O | O | O | O | O | 3 | 1 |
|  |  | TOTAL | 125 | O | O | O | O | O | O | O | O | 95 | 30 |
|  | GS-07 | WHITE(N-HISP) | 67 | O | O | O | O | O | O | O | 1 | O | 66 |
|  |  | BLACK(N-HISP) | 23 | O | O | O | O | O | O | O | 2 | O | 21 |
|  |  | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
|  |  | TOTAL | 90 | O | O | O | O | O | O | O | 3 | O | 87 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 165 | O | O | O | O· | O | O | O | 1 | 74 | 90 |
|  |  | BLACK(N-HISP) | 46 | O | O | O | ·O | O | O | O | 2 | 18 | 26 |
|  |  | HISPANIC | 4 | O | O | O | O | O | O | O | O | 3 | 1 |
|  |  | TOTAL | 215 | O | O | O | O | O | O | O | 3 | 95 | 117 |
| 2030 | GS-05 | WHITE(N-HISP) | 2 | O | O | O | O | O | O | O | O | O | 2 |
|  |  | BLACK(N-HISP) | 1 | O | O· | O | O | O | O | O | O | O | 1 |
|  |  | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
|  |  | TOTAL | 4 | O | O | O | O | O | O | O | O | O | 4 |
|  | GS-07 | WHITE(N-HISP) | 6 | O | O | O | O | O | O | O | O | O | 6 |
|  |  | BLACK(N-HISP) | 2 | O | O | O | O | O | O | O | O | O | 2 |
|  |  | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
|  |  | TOTAL | 8 | O | O | O | O | O | O | O | O | O | 8 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 8 | O | O | O | O | O | O | O | O | O | 8 |
|  |  | BLACK(N-HISP) | 3 | O | O | O | O | O | O | O | O | O | 3 |
|  |  | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
|  |  | TOTAL | 12 | O | O | O | O | O | O | O | O | O | 12 |
| 2032 | GS-05 | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
|  |  | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
|  |  | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
|  |  | TOTAL | O | O | O | O | O | O | O | O | O· | O | O |
|  | GS-07 | WHITE(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
|  |  | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
|  |  | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
|  |  | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
|  |  | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
|  |  | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
|  |  | TOTAL | 1 | O | O | O | O | O | O | O | O | O | 1 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

SCHEDULE B/PAC AUTHORITY REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)<br>PAC 84-102 | 2. Reporting Period<br>From 1/1/84    To 12/31/84 | 3. Missing Data | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Naval Material Command | 6. Name of Submitting Office<br><br>Staffing and Pay Systems Branch (MAT-01M22) |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>Inventory Management    GS- 2\|0\|1\|0 | 9. Grade Level(s)<br><br>5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | BN | AL | SE | DN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | | | | | | | | | | 2 | | 2 |
| Hispanic origin | | | | | | | | | | | | | 3 | | 3 |
| White, not of Hispanic origin | | | | | | | | | | | | | 12 | | 12 |
| Other qualified applicants | | | | | | | | | | | | | 1 | | 1 |
| 10. Zone Totals | | | | | | | | | | | | | 18 | | 18 |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

E   Form  619  (1-83)

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-3 | 2. Reporting Period From 1/1/83 To 12/31/83 | | 3. Missing Data 16 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Inventory Management Specialist GS- 2 0 1 0 | 9. Grade Level(s) 5/7 |
|---|---|---|

NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES** | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | 131 | | | | | | | | | ? | | 131 | 34.7% |
| Hispanic origin | | | | 20 | | | | | | | | | | | 20 | 5.3% |
| White, not of Hispanic origin | | | | 221 | | | | | | | | | | | 221 | 58.6 % |
| Other qualified applicants | | | | 5 | | | | | | | | | | | 5 | 1.4% |
| 10. Zone Totals | | | | 377 | | | | | | | | | | | 377 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E  Form 620  (3-83)

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-3 | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 9 | 4. Name of Agency Contact and Phone Number(s)   FTS:   Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation   Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series   Supply Group  ***   GS- 2 0 0 0 | 9. Grade Level(s)  5/7 |
|---|---|---|

NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | UN | CH | MI | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | 18 | | | | | | | | | ? | | 18  13.2% |
| Hispanic origin | | | | 0 | | | | | | | | | | | 0 |
| White, not of Hispanic origin | | | | 114 | | | | | | | | | | | 114  83.8% |
| Other qualified applicants | | | | 4 | | | | | | | | | | | 4  3.0% |
| 10. Zone Totals | | | | 136 | | | | | | | | | | | 136  100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

***  General Supply  2001
     Supply Program
         Management  2003
     Inventory Management  2010
     Supply Cataloging 2050

U. S. Office of Personnel Management

E  Form 620  (3-83)

ENFORCEMENT PROCEEDINGS
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,      )
                                         )
              v.                         )
                                         )
DONALD J. DEVINE, et al.,                )
                                         )
                                         )
                   Defendants.           )

JUN    - 1987


PLAINTIFFS' PARTIAL SHOWINGS OF ADVERSE IMPACT
BASED ON THE 1983 INFORMATION REPORTED TO DATE

Dated: August 2, 1985

ATTACHMENT S TO PLAINTIFFS'
6/6/87 ADVERSE IMPACT MOTION

ENFORCEMENT PROCEEDINGS
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                      )
                                               )
    individually and on behalf of              )
    all others similarly situated,             )
                                               )
                          Plaintiffs,           )
                                               )
            v.                                  )
                                               )
DONALD J. DEVINE, et al.,                       )
                                               )
                                               )
                          Defendants.           )

FILED

JUN 5 1987

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

PLAINTIFFS' PARTIAL SHOWINGS OF ADVERSE IMPACT
BASED ON THE 1983 INFORMATION REPORTED TO DATE

Dated: August 2, 1985

ENFORCEMENT PROCEEDINGS
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,     )
                                  )
   individually and on behalf of   )
   all others similarly situated,   )
                                  )
                  Plaintiffs,   )
                                  )
              v.            )
                                  )
DONALD J. DEVINE, et al.,     )
                                  )
                 Defendants.   )

PLAINTIFFS' PARTIAL SHOWINGS OF ADVERSE IMPACT
BASED ON THE 1983 INFORMATION REPORTED TO DATE

Table of Contents

                                                Tab

OPM-Sponsored Alternative Examinations

   Computer Specialist Trainee, Series 0334

        All Agencies                  1

        Air Force                     2

        Agriculture (as to Blacks)     3

        Agriculture (as to Hispanics)   4

        Army                          5

        Interior Department          6

        Navy                          7

        Treasury Department (as to Blacks)   8

        Treasury Department (as to Hispanics)   9

   Criminal Investigating (Not Treasury Enforce-
       ment Agents), Series 1816

        All Agencies                10

        Justice Department         11

Treasury Department                                    12

Delegated Examining Authority

    Immigration Inspection, Series 1816
    (Justice Department)                              13

Schedule B Authority

    Contract and Procurement, Series 1102
    (Air Force)                                       14

    Contract and Procurement, Series 1102
    (Navy)                                            15

    Inventory Management, Series 2010
    (Navy)                                            16

    Internal Revenue Officer, Series 1169
    (Treasury Department)                             17

Dated: August 2, 1985

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,            )
                                     )
    individually and on behalf of    )
    all others similarly situated,   )
                                     )
                    Plaintiffs,      )
                                     )
            v.                       )
                                     )
DONALD J. DEVINE, et al.,            )
                                     )
                    Defendants.      )

SHOWING OF ADVERSE IMPACT

Name of Job:    Computer Specialist (Trainee)

Job Series:     0334

Job Level:      Grades 5 and 7

Agency:         All Agencies (Government-wide)

Procedure:      OPM-Sponsored Alternative Examination

Affected Class: Blacks and Hispanics

    Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8. Adverse impact as to both blacks and Hispanics has been
shown for the examining procedure as a whole, across all
agencies. The page of the OPM Report showing government-wide
hiring information for this job category is attached as Attach-
ment A. The page of the application statistics provided to

- 1 -

plaintiffs is attached as Attachment B.[1]  Plaintiffs' analysis of the adverse impact as to this job category is attached as Attachment C.

The appointment rate for blacks was only 37.4% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for blacks was only 44.8% of the appointment rate for whites.  At the Grade 7 level, the appointment rate for blacks was only 31.3% of the appointment rate for whites.  These racial disparities were statistically significant for all hires by the government into this job (4.44 standard deviations), for hires at the Grade 5 level (2.52 standard deviations), and for hires at the Grade 7 level (3.71 standard deviations).

The shortfall in hiring amounts to a loss of 18 black hires at Grade 5 and 28 black hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

The appointment rate for Hispanics was only 14.5% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for Hispanics was only 21.7% of the appointment

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

rate for whites.  At the Grade 7 level, the appointment rate for
Hispanics was only 8.7% of the appointment rate for whites.
These racial disparities were statistically significant for all
hires by the government into this job (3.38 standard deviations),
for hires at the Grade 5 level (2.04 standard deviations), and
for hires at the Grade 7 level (2.71 standard deviations).

The shortfall in hiring amounts to a loss of 7 Hispanic
hires at Grade 5 and 10 Hispanic hires at Grade 7.  plaintiffs
seek the immediate hiring of the same number of Hispanics, and
the further "make-whole" remedies described in Mr. Seymour's
letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy
of plaintiffs' showing of adverse impact, please bring them to
the attention of counsel for plaintiffs immediately, so that both
the question of adverse impact and the provision of an adequate
remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR
Attorney for Plaintiffs


Dated: August 2, 1985

- 3 -

REPORT A1  APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION  PAGE : 13
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)  STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE  PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O0301 | GS-05 | WHITE(N-HISP) | 210 | 0 | 6 | 0 | 0 | 1 | 0 | 0 | 3 | 58 | 142 |
| | | BLACK(N-HISP) | 58 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 22 | 34 |
| | | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 6 |
| | | TOTAL | 275 | 0 | 6 | 0 | 1 | 1 | 0 | 0 | 4 | 81 | 182 |
| | GS-07 | WHITE(N-HISP) | 290 | 0 | 8 | 0 | 2 | 7 | 3 | 1 | 16 | 0 | 253 |
| | | BLACK(N-HISP) | 69 | 0 | 3 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 63 |
| | | HISPANIC | 10 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 8 |
| | | TOTAL | 369 | 0 | 11 | 0 | 2 | 9 | 4 | 1 | 18 | 0 | 324 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 500 | 0 | 14 | 0 | 2 | 8 | 3 | 1 | 19 | 58 | 395 |
| | | BLACK(N-HISP) | 127 | 0 | 3 | 0 | 1 | 0 | 1 | 0 | 3 | 22 | 97 |
| | | HISPANIC | 17 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 14 |
| | | TOTAL | 644 | 0 | 17 | 0 | 3 | 10 | 4 | 1 | 22 | 81 | 506 |
| O0334 | GS-05 | WHITE(N-HISP) | 623 | 4 | 150 | 0 | 13 | 7 | 4 | 0 | 5 | 0 | 440 |
| | | BLACK(N-HISP) | 121 | 1 | 15 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 103 |
| | | HISPANIC | 24 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | TOTAL | 768 | 5 | 167 | 0 | 15 | 8 | 4 | 0 | 5 | 0 | 564 |
| | GS-07 | WHITE(N-HISP) | 624 | 0 | 186 | 0 | 4 | 3 | 7 | 0 | 12 | 0 | 412 |
| | | BLACK(N-HISP) | 102 | 0 | 13 | 0 | 0 | 0 | 1 | 0 | 5 | 0 | 83 |
| | | HISPANIC | 17 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| | | TOTAL | 743 | 0 | 200 | 0 | 4 | 3 | 8 | 0 | 17 | 0 | 511 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1,247 | 4 | 336 | 0 | 17 | 10 | 11 | 0 | 17 | 0 | 852 |
| | | BLACK(N-HISP) | 223 | 1 | 28 | 0 | 1 | 1 | 1 | 0 | 5 | 0 | 186 |
| | | HISPANIC | 41 | 0 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 37 |
| | | TOTAL | 1,511 | 5 | 367 | 0 | 19 | 11 | 12 | 0 | 22 | 0 | 1,075 |
| O0341 | GS-05 | WHITE(N-HISP) | 40 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 |
| | | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 45 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 43 |
| | GS-07 | WHITE(N-HISP) | 195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 186 |
| | | BLACK(N-HISP) | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| | | HISPANIC | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 |
| | | TOTAL | 222 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 6 | 212 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 235 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 225 |
| | | BLACK(N-HISP) | 22 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 21 |
| | | HISPANIC | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9 |
| | | TOTAL | 267 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 4 | 6 | 255 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | GR | CH | MI | SL | UN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620   (3-83)

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION    01-Aug-85

```
JOB NAME                          COMPUTER
                                  SPECIALIST
                                  (TRAINEE)


JOB SERIES                        0334:
----------------------------------------------------------------------
1983 HIRES FROM OPM REPORTS
   (OPM SPONSORED ALTERNATIVE
   EXAMINATIONS ONLY)

   GRADE 5 TOTAL                     167
        WHITE (NON-HISPANIC)         150
        BLACK (NON-HISPANIC)          15
        HISPANIC                       2

   GRADE 7 TOTAL                     200
        WHITE (NON-HISPANIC)         186
        BLACK (NON-HISPANIC)          13
        HISPANIC                       1

   TOTAL, GRADES 5 AND 7            367
        WHITE (NON-HISPANIC)         336
        BLACK (NON-HISPANIC)          28
        HISPANIC                       3

1983 APPLICATIONS FOR OPM'S
ALTERNATIVE EXAMINATIONS

   APPLICANTS FOR GRADES 5/7

        WHITE (NON-HISPANIC)        6418
        BLACK (NON-HISPANIC)        1431
           % OF TOTAL BLACK:        16.2%
        HISPANIC                     395
           % OF TOTAL HISPANIC:      4.5%
        OTHER                        616

   TOTAL RACIALLY IDENTIFIED        8860

   NOT IDENTIFIED                   1549
   ---% NOT IDENTIFIED              14.9%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)         2.3%
        BLACK (NON-HISPANIC)         1.0%
        HISPANIC                     0.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)         2.9%
        BLACK (NON-HISPANIC)         0.9%
        HISPANIC                     0.3%
```

ATTACHMENT C

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION    01-Aug-85

JOB NAME                                COMPUTER
                                        SPECIALIST
                                        (TRAINEE)


JOB SERIES                              0334:
----------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)            5.2%
        BLACK (NON-HISPANIC)            2.0%
        HISPANIC                        0.8%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                  44.8%
            ---LEVEL 7                  31.3%
            ---BOTH LEVELS 5 AND 7      37.4%

  NUMBER OF ADDITIONAL BLACK
     HIRES, IF BLACKS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
            ---LEVEL 5                  18
            ---LEVEL 7                  28
            ---BOTH LEVELS 5 AND 7      47

  80% RULE: HISPANIC HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                  21.7%
            ---LEVEL 7                  8.7%
            ---BOTH LEVELS 5 AND 7      14.5%

  NUMBER OF ADDITIONAL HISPANIC
     HIRES, IF HISPANICS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
            ---LEVEL 5                  7
            ---LEVEL 7                  10
            ---BOTH LEVELS 5 AND 7      18

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 5)
  --AVAILABILITY                        16.2%
  --OBSERVED NO. OF HIRES               15
  --EXPECTED NO. OF HIRES               26.97
   --DIFFERENCE                         -11.97
  --STANDARD DEVIATION                  4.76
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                   -2.52

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION    01-Aug-85

JOB NAME                          COMPUTER
                                  SPECIALIST
                                  (TRAINEE)

JOB SERIES                        0334:
------------------------------------------------------------------------

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 7)
  --AVAILABILITY                    16.2%
  --OBSERVED NO. OF HIRES             13
  --EXPECTED NO. OF HIRES          32.30
    --DIFFERENCE                  -19.30
  --STANDARD DEVIATION             5.20
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -3.71

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                   16.2%
  --OBSERVED NO. OF HIRES             28
  --EXPECTED NO. OF HIRES          59.28
    --DIFFERENCE                  -31.28
  --STANDARD DEVIATION             7.05
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -4.44

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                    4.5%
  --OBSERVED NO. OF HIRES              2
  --EXPECTED NO. OF HIRES           7.45
    --DIFFERENCE                   -5.45
  --STANDARD DEVIATION             2.67
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -2.04

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                    4.5%
  --OBSERVED NO. OF HIRES              1
  --EXPECTED NO. OF HIRES           8.92
    --DIFFERENCE                   -7.92
  --STANDARD DEVIATION             2.92
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -2.71

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (BOTH LEVELS)

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION     01-Aug-85

JOB NAME                                COMPUTER
                                        SPECIALIST
                                        (TRAINEE)


JOB SERIES                              0334:
-----------------------------------------------------------------------

  --AVAILABILITY                           4.5%
  --OBSERVED NO. OF HIRES                    3
  --EXPECTED NO. OF HIRES                  16.36
    --DIFFERENCE                          -13.36
  --STANDARD DEVIATION                     3.95
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                      -3.38

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of           )
    all others similarly situated,          )
                                             )
                            Plaintiffs,      )
                                             )
                  v.                         )
                                             )
DONALD J. DEVINE, et al.,                    )
                                             )
                                             )
                            Defendants.      )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             Air Force

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at

pp. 7-8.  Adverse impact as to blacks has been shown for the

examining procedure as a whole, across all agencies.  The page of

the OPM Report showing hiring information for this job category

and agency is attached as Attachment A.  The page of the applica-

tion statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1] Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

The appointment rate for blacks was only 45.3% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for blacks was only 50.8% of the appointment rate for whites.  At the Grade 7 level, the appointment rate for blacks was only 40% of the appointment rate for whites.  These racial disparities were statistically significant for all hires by the Air Force into this job (2.68 standard deviations), and for hires at the Grade 7 level (2.1 standard deviations).

The shortfall in hiring amounts to a loss of 6 black hires at Grade 5 and 7 black hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

- 2 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                              PAGE : 5
             PERIOD : JANUARY THRU DECEMBER OF 1983
             AGENCY : DEPARTMENT OF THE AIR FORCE                          STATUS : ALL WORK SCHEDULES AND TENURES
             GEOGRAPHIC AREA : NATIONWIDE                                  PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O301 | GS-05 | WHITE(N-HISP) | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 19 |
|  |  | BLACK(N-HISP) | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 3 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  | TOTAL | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 22 |
|  | GS-07 | WHITE(N-HISP) | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 32 |
|  |  | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 36 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 55 | 51 |
|  |  | BLACK(N-HISP) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 20 | 4 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
|  |  | TOTAL | 138 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 76 | 58 |
| O334 | GS-05 | WHITE(N-HISP) | 53 | 1 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
|  |  | BLACK(N-HISP) | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | HISPANIC | 5 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 64 | 1 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 |
|  | GS-07 | WHITE(N-HISP) | 56 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 45 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | TOTAL | 66 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 55 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 109 | 1 | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 82 |
|  |  | BLACK(N-HISP) | 11 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
|  |  | HISPANIC | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  |  | TOTAL | 130 | 1 | 29 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 99 |
| O341 | GS-05 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  | GS-07 | WHITE(N-HISP) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |

ATTACHMENT A

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS:   Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | GR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:                 p. 5

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                               64
        WHITE (NON-HISPANIC)                    53
        BLACK (NON-HISPANIC)                    6
        HISPANIC                                5

    GRADE 7 TOTAL                               66
        WHITE (NON-HISPANIC)                    56
        BLACK (NON-HISPANIC)                    5
        HISPANIC                                5

    TOTAL, GRADES 5 AND 7                       130
        WHITE (NON-HISPANIC)                    109
        BLACK (NON-HISPANIC)                    11
        HISPANIC                                10

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                    6418
        BLACK (NON-HISPANIC)                    1431
            % OF TOTAL BLACK:                   17.4%
        HISPANIC                                395
            % OF TOTAL HISPANIC:                4.8%
        OTHER                                   0

    TOTAL RACIALLY IDENTIFIED                   8244

    NOT IDENTIFIED                              1549
    ---% NOT IDENTIFIED                         15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                    0.8%
        BLACK (NON-HISPANIC)                    0.4%
        HISPANIC                                1.3%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                    0.9%
        BLACK (NON-HISPANIC)                    0.3%
        HISPANIC                                1.3%


                ATTACHMENT C                    Page 1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:                 p. 5

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                           1.7%
        BLACK (NON-HISPANIC)                           0.8%
        HISPANIC                                       2.5%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                              50.8%
              ---LEVEL 7                              40.0%
              ---BOTH LEVELS 5 AND 7                  45.3%

    NUMBER OF ADDITIONAL BLACK
      HIRES, IF BLACKS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
              ---LEVEL 5                                  6
              ---LEVEL 7                                  7
              ---BOTH LEVELS 5 AND 7                     13

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                      17.4%
  --OBSERVED NO. OF HIRES                                 6
  --EXPECTED NO. OF HIRES                             11.11
      --DIFFERENCE                                    -5.11
  --STANDARD DEVIATION                                 3.03
  --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                                -1.69

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                                      17.4%
  --OBSERVED NO. OF HIRES                                 5
  --EXPECTED NO. OF HIRES                             11.46
      --DIFFERENCE                                    -6.46
  --STANDARD DEVIATION                                 3.08
  --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                      AIR FORCE

CITATION TO 1983 OPM REPORT A3:             p. 5

JOB NAME                                     COMPUTER
                                             SPECIALIST
                                             (TRAINEE)

JOB SERIES                                   0334:
--------------------------------------------------------------------------------

    OBSERVED VALUES:                         -2.10

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                             17.4%
  --OBSERVED NO. OF HIRES                    11
  --EXPECTED NO. OF HIRES                    22.57
    --DIFFERENCE                             -11.57
  --STANDARD DEVIATION                       4.32
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                         -2.68

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,     )
                            )
    individually and on behalf of  )
    all others similarly situated,  )
                            )
               Plaintiffs,   )
                            )
          v.               )
                            )
DONALD J. DEVINE, et al.,     )
                            )
                            )
              Defendants.   )

SHOWING OF ADVERSE IMPACT

| | |
|---|---|
| Name of Job: | Computer Specialist (Trainee) |
| Job Series: | 0334 |
| Job Level: | Grade 7 only |
| Agency: | Agriculture Department |
| Procedure: | OPM-Sponsored Alternative Examination |
| Affected Class: | Blacks |

Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at pp. 7-8. Adverse impact as to blacks has been shown for the examining procedure as a whole, across all agencies. The page of the OPM Report showing hiring information for this job category and agency is attached as Attachment A. The page of the application statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1] Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

Plaintiffs' showing of adverse impact concerns only the hiring of blacks at the Grade 7 level. Paragraph 8(d) of the Consent Decree, at p. 12, provides for this means of determining adverse impact. The appointment rate for blacks at the Grade 7 level was only 28.9% of the appointment rate for whites. Because of this disparity, the overall hiring rate for blacks for this job at this agency was only 54.7% of the rate at which whites were hired.

The shortfall in hiring amounts to a loss of 10 black hires at Grade 7. Plaintiffs seek the immediate hiring of the same number of blacks at Grade 7, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category. See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green. The defendants have agreed. See Ms. Ward's response of March 14, 1985, p. 4. Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111. The corrected figures have been used in plaintiffs' analysis.

- 2 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: August 2, 1985

ATTACHMENT A

REPORT A3       APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                              PAGE :   21
                PERIOD : JANUARY THRU DECEMBER OF 1983
                AGENCY : DEPARTMENT OF AGRICULTURE                              STATUS : ALL WORK SCHEDULES AND TENURES
                GEOGRAPHIC AREA : NATIONWIDE                                    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0230 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 0301 | GS-05 | WHITE(N-HISP) | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 0334 | GS-05 | WHITE(N-HISP) | 20 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 17 |
| | | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 26 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 23 |
| | GS-07 | WHITE(N-HISP) | 62 | 0 | 23 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 35 |
| | | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 66 | 0 | 23 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 39 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 82 | 0 | 25 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 52 |
| | | BLACK(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 92 | 0 | 25 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 62 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s)  5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | DN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

| | |
|---|---|
| AGENCY | AGRICULTURE |
| CITATION TO 1983 OPM REPORT A3: | p. 21 |
| JOB NAME | COMPUTER SPECIALIST (TRAINEE) |
| JOB SERIES | 0334: |

----------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

| | |
|---|---|
| GRADE 5 TOTAL | 26 |
| WHITE (NON-HISPANIC) | 20 |
| BLACK (NON-HISPANIC) | 6 |
| HISPANIC | 0 |
| | |
| GRADE 7 TOTAL | 66 |
| WHITE (NON-HISPANIC) | 62 |
| BLACK (NON-HISPANIC) | 4 |
| HISPANIC | 0 |
| | |
| TOTAL, GRADES 5 AND 7 | 92 |
| WHITE (NON-HISPANIC) | 82 |
| BLACK (NON-HISPANIC) | 10 |
| HISPANIC | 0 |

1983 SCHEDULE B APPLICATIONS

| | |
|---|---|
| APPLICANTS FOR GRADES 5/7 | |
| WHITE (NON-HISPANIC) | 6418 |
| BLACK (NON-HISPANIC) | 1431 |
| % OF TOTAL BLACK: | 17.4% |
| HISPANIC | 395 |
| % OF TOTAL HISPANIC: | 4.8% |
| OTHER | 0 |
| | |
| TOTAL RACIALLY IDENTIFIED | 8244 |
| | |
| NOT IDENTIFIED | 1549 |
| ---% NOT IDENTIFIED | 15.8% |

| | |
|---|---|
| APPOINTMENT RATES (LEVEL 5) | |
| WHITE (NON-HISPANIC) | 0.3% |
| BLACK (NON-HISPANIC) | 0.4% |
| HISPANIC | 0.0% |
| | |
| APPOINTMENT RATES (LEVEL 7) | |
| WHITE (NON-HISPANIC) | 1.0% |
| BLACK (NON-HISPANIC) | 0.3% |
| HISPANIC | 0.0% |

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AGRICULTURE

CITATION TO 1983 OPM REPORT A3:                 p. 21

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------


APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                          1.3%
        BLACK (NON-HISPANIC)                          0.7%
        HISPANIC                                      0.0%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
                ---LEVEL 5                          134.5%
                ---LEVEL 7                           28.9%
                ---BOTH LEVELS 5 AND 7               54.7%

    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
                ---LEVEL 5                             -2
                ---LEVEL 7                             10
                ---BOTH LEVELS 5 AND 7                  8

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
            v.                               )
                                             )
DONALD J. DEVINE, et al.,                    )
                                             )
                                             )
                    Defendants.          · )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Overall Hiring

Agency:             Agriculture Department

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Hispanics

        Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8.  Adverse impact as to Hispanics has been shown for the
examining procedure as a whole, across all agencies.  The page of
the OPM Report showing hiring information for this job category
and agency is attached as Attachment A.  The page of the applica-
tion statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

Plaintiffs' showing of adverse impact concerns the overall hiring of Hispanics.  None were hired by this agency for this job category.  This racial disparity in overall hiring is statistically significant (2.15 standard deviations).

The shortfall in hiring amounts to a loss of 5 Hispanic hires, 4 of them at Grade 7.  Plaintiffs seek the immediate hiring of the same number of Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

- 3 -

REPORT A3     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :   21
              PERIOD : JANUARY THRU DECEMBER OF 1983
              AGENCY : DEPARTMENT OF AGRICULTURE                   STATUS : ALL WORK SCHEDULES AND TENURES
              GEOGRAPHIC AREA : NATIONWIDE                         PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0230 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 0301 | GS-05 | WHITE(N-HISP) | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 0334 | GS-05 | WHITE(N-HISP) | 20 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 17 |
| | | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 26 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 23 |
| | GS-07 | WHITE(N-HISP) | 62 | 0 | 23 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 35 |
| | | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 66 | 0 | 23 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 39 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 82 | 0 | 25 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 52 |
| | | BLACK(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 92 | 0 | 25 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 62 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | 6. Name of Submitting Office | |
| 7. Address of Submitting Office | | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AI | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E Form 620 (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AGRICULTURE

CITATION TO 1983 OPM REPORT A3:                   p. 21

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                                        26
        WHITE (NON-HISPANIC)                             20
        BLACK (NON-HISPANIC)                              6
        HISPANIC                                          0

    GRADE 7 TOTAL                                        66
        WHITE (NON-HISPANIC)                             62
        BLACK (NON-HISPANIC)                              4
        HISPANIC                                          0

    TOTAL, GRADES 5 AND 7                                92
        WHITE (NON-HISPANIC)                             82
        BLACK (NON-HISPANIC)                             10
        HISPANIC                                          0

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                           6418
        BLACK (NON-HISPANIC)                           1431
            % OF TOTAL BLACK:                          17.4%
        HISPANIC                                        395
            % OF TOTAL HISPANIC:                        4.8%
        OTHER                                             0

    TOTAL RACIALLY IDENTIFIED                          8244

    NOT IDENTIFIED                                     1549
    ---% NOT IDENTIFIED                                15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                            0.3%
        BLACK (NON-HISPANIC)                            0.4%
        HISPANIC                                        0.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                            1.0%
        BLACK (NON-HISPANIC)                            0.3%
        HISPANIC                                        0.0%

                ATTACHMENT C                        Page  1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AGRICULTURE

CITATION TO 1983 OPM REPORT A3:                   p. 21

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)                          1.3%
      BLACK (NON-HISPANIC)                          0.7%
      HISPANIC                                      0.0%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: HISPANIC HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                             0.0%
            ---LEVEL 7                             0.0%
            ---BOTH LEVELS 5 AND 7                 0.0%

  NUMBER OF ADDITIONAL HISPANIC
      HIRES, IF HISPANICS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
            ---LEVEL 5                                1
            ---LEVEL 7                                4
            ---BOTH LEVELS 5 AND 7                    5

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                                   4.8%
  --OBSERVED NO. OF HIRES                             0
  --EXPECTED NO. OF HIRES                          1.25
    --DIFFERENCE                                  -1.25
  --STANDARD DEVIATION                            1.09
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                              -1.14

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                                   4.8%
  --OBSERVED NO. OF HIRES                             0
  --EXPECTED NO. OF HIRES                          3.16
    --DIFFERENCE                                  -3.16
  --STANDARD DEVIATION                            1.74
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          AGRICULTURE

CITATION TO 1983 OPM REPORT A3:                 p. 21

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
------------------------------------------------------------------------

    OBSERVED VALUES:                                -1.82

STANDARD DEVIATION ANALYSIS
        FOR HISPANICS (BOTH LEVELS)
  --AVAILABILITY                                    4.8%
  --OBSERVED NO. OF HIRES                             0
  --EXPECTED NO. OF HIRES                           4.41
    --DIFFERENCE                                   -4.41
  --STANDARD DEVIATION                             2.05
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                              -2.15

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, <u>et</u> <u>al</u>.,            )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,           )
                                             )
                v.                            )
                                             )
DONALD J. DEVINE, <u>et</u> <u>al</u>.,          )
                                             )
                        Defendants.          )

<u>SHOWING OF ADVERSE IMPACT</u>

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grade 5 only

Agency:             Army

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

   Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8.  Adverse impact as to blacks has been shown for the
examining procedure as a whole, across all agencies.  The page of
the OPM Report showing hiring information for this job category
and agency is attached as Attachment A.  The page of the applica-
tion statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

Plaintiffs' showing of adverse impact concerns only the hiring of blacks at the Grade 5 level.  Paragraph 8(d) of the Consent Decree, at p. 12, provides for this means of determining adverse impact.  The appointment rate for blacks at the Grade 5 level was only 49.5% of the appointment rate for whites.  Because of this disparity, the overall hiring rate for blacks for this job at this agency was only 63.5% of the rate at which whites were hired.  These racial disparities were statistically significant for all hires by the Army into this job (2.42 standard deviations), and for hires at the Grade 5 level (2.83 standard deviations).

The shortfall in hiring amounts to a loss of 17 black hires at Grade 5.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

- 2 -

the question of adverse impact and the provision of an adequate
remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: August 2, 1985

REPORT A3     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION     PAGE : 37
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE ARMY     STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE     PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0235 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0301 | GS-05 | WHITE(N-HISP) | 35 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 27 |
|  |  | BLACK(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 40 | 0 | 5 | 0 | 0 | 1 | 0 | 0 | 3 | 0 | 31 |
|  | GS-07 | WHITE(N-HISP) | 91 | 0 | 6 | 0 | 0 | 7 | 0 | 0 | 13 | 0 | 65 |
|  |  | BLACK(N-HISP) | 8 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 101 | 0 | 9 | 0 | 0 | 9 | 0 | 0 | 13 | 0 | 70 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 126 | 0 | 11 | 0 | 0 | 8 | 0 | 0 | 15 | 0 | 92 |
|  |  | BLACK(N-HISP) | 12 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 141 | 0 | 14 | 0 | 0 | 10 | 0 | 0 | 16 | 0 | 101 |
| 0334 | GS-05 | WHITE(N-HISP) | 154 | 0 | 15 | 0 | 2 | 7 | 1 | 0 | 1 | 0 | 128 |
|  |  | BLACK(N-HISP) | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
|  |  | HISPANIC | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
|  |  | TOTAL | 181 | 0 | 15 | 0 | 2 | 7 | 1 | 0 | 1 | 0 | 155 |
|  | GS-07 | WHITE(N-HISP) | 79 | 0 | 14 | 0 | 2 | 1 | 4 | 0 | 3 | 0 | 55 |
|  |  | BLACK(N-HISP) | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 12 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 97 | 0 | 14 | 0 | 2 | 1 | 5 | 0 | 6 | 0 | 69 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 233 | 0 | 29 | 0 | 4 | 8 | 5 | 0 | 4 | 0 | 183 |
|  |  | BLACK(N-HISP) | 33 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 29 |
|  |  | HISPANIC | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
|  |  | TOTAL | 278 | 0 | 29 | 0 | 4 | 8 | 6 | 0 | 7 | 0 | 224 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AI | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                        ARMY

CITATION TO 1983 OPM REPORT A3:               p. 37

JOB NAME                                       COMPUTER
                                               SPECIALIST
                                               (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

  GRADE 5 TOTAL                                 181
        WHITE (NON-HISPANIC)                    154
        BLACK (NON-HISPANIC)                     17
        HISPANIC                                 10

  GRADE 7 TOTAL                                  97
        WHITE (NON-HISPANIC)                     79
        BLACK (NON-HISPANIC)                     16
        HISPANIC                                  2

  TOTAL, GRADES 5 AND 7                         278
        WHITE (NON-HISPANIC)                    233
        BLACK (NON-HISPANIC)                     33
        HISPANIC                                 12

1983 SCHEDULE B APPLICATIONS

  APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                   6418
        BLACK (NON-HISPANIC)                   1431
           % OF TOTAL BLACK:                   17.4%
        HISPANIC                                395
           % OF TOTAL HISPANIC:                 4.8%
        OTHER                                     0

  TOTAL RACIALLY IDENTIFIED                    8244

  NOT IDENTIFIED                               1549
  ---% NOT IDENTIFIED                          15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                    2.4%
        BLACK (NON-HISPANIC)                    1.2%
        HISPANIC                                2.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                    1.2%
        BLACK (NON-HISPANIC)                    1.1%
        HISPANIC                                0.5%

                  ATTACHMENT C                 Page   1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                              ARMY

CITATION TO 1983 OPM REPORT A3:                     p. 37

JOB NAME                                            COMPUTER
                                                    SPECIALIST
                                                    (TRAINEE)

JOB SERIES                                          0334:
-------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                           3.6%
        BLACK (NON-HISPANIC)                           2.3%
        HISPANIC                                       3.0%

ADVERSE IMPACT CALCULATIONS:

   80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
             ---LEVEL 5                                49.5%
             ---LEVEL 7                                90.8%
             ---BOTH LEVELS 5 AND 7                    63.5%

   NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
             ---LEVEL 5                                17
             ---LEVEL 7                                 2
             ---BOTH LEVELS 5 AND 7                    19

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 5)
   --AVAILABILITY                                     17.4%
   --OBSERVED NO. OF HIRES                            17
   --EXPECTED NO. OF HIRES                            31.42
     --DIFFERENCE                                    -14.42
   --STANDARD DEVIATION                               5.10
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                                -2.83

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 7)
   --AVAILABILITY                                     17.4%
   --OBSERVED NO. OF HIRES                            16
   --EXPECTED NO. OF HIRES                            16.84
     --DIFFERENCE                                    -0.84
   --STANDARD DEVIATION                               3.73
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

| | |
|---|---|
| AGENCY | ARMY |
| CITATION TO 1983 OPM REPORT A3: | p. 37 |
| JOB NAME | COMPUTER SPECIALIST (TRAINEE) |
| JOB SERIES | 0334: |

---

| | |
|---|---|
| OBSERVED VALUES: | -0.22 |

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)

| | |
|---|---|
| --AVAILABILITY | 17.4% |
| --OBSERVED NO. OF HIRES | 33 |
| --EXPECTED NO. OF HIRES | 48.26 |
| --DIFFERENCE | -15.26 |
| --STANDARD DEVIATION | 6.32 |
| --NO. OF STANDARD DEVIATIONS BETWEEN EXPECTED AND OBSERVED VALUES: | -2.42 |

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
            v.                               )
                                             )
DONALD J. DEVINE, et al.,                    )
                                             )
                                             )
                        Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             Interior Department

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at

pp. 7-8.  Adverse impact as to blacks has been shown for the

examining procedure as a whole, across all agencies.  The page of

the OPM Report showing hiring information for this job category

and agency is attached as Attachment A.  The page of the applica-

tion statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

The appointment rate for blacks was only 23.0% of the appointment rate for whites.  At the Grade 5 level, no blacks at all were appointed.  At the Grade 7 level, the appointment rate for blacks was only 33.2% of the appointment rate for whites. These racial disparities were statistically significant for all hires by the Interior Department into this job (2.16 standard deviations).

The shortfall in hiring amounts to a loss of 7 black hires overall, 3 at Grade 5 and 4 at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

remedy can be resolved during the 60-day conciliation period

provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE :    167
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE INTERIOR    STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE    PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0230 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0301 | GS-05 | WHITE(N-HISP) | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | GS-07 | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| 0334 | GS-05 | WHITE(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | GS-07 | WHITE(N-HISP) | 27 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 30 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 39 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | TOTAL | 42 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

OPM REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | 6. Name of Submitting Office | |

| 7. Address of Submitting Office | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | GR | CH | PH | SL | UN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

AGENCY                                    INTERIOR

CITATION TO 1983 OPM REPORT A3:           p. 167

JOB NAME                                  COMPUTER
                                          SPECIALIST
                                          (TRAINEE)

JOB SERIES                                0334:
-------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                             12
        WHITE (NON-HISPANIC)                  12
        BLACK (NON-HISPANIC)                   0
        HISPANIC                               0

    GRADE 7 TOTAL                             30
        WHITE (NON-HISPANIC)                  27
        BLACK (NON-HISPANIC)                   2
        HISPANIC                               1

    TOTAL, GRADES 5 AND 7                     42
        WHITE (NON-HISPANIC)                  39
        BLACK (NON-HISPANIC)                   2
        HISPANIC                               1

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                6418
        BLACK (NON-HISPANIC)                1431
            % OF TOTAL BLACK:               17.4%
        HISPANIC                             395
            % OF TOTAL HISPANIC:             4.8%
        OTHER                                  0

    TOTAL RACIALLY IDENTIFIED               8244

    NOT IDENTIFIED                          1549
    ---% NOT IDENTIFIED                     15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                 0.2%
        BLACK (NON-HISPANIC)                 0.0%
        HISPANIC                             0.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                 0.4%
        BLACK (NON-HISPANIC)                 0.1%
        HISPANIC                             0.3%

ATTACHMENT C                          Page 1

AGENCY                                              INTERIOR

CITATION TO 1983 OPM REPORT A3:                     p. 167

JOB NAME                                            COMPUTER
                                                    SPECIALIST
                                                    (TRAINEE)

JOB SERIES                                          0334:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)                           0.6%
      BLACK (NON-HISPANIC)                           0.1%
      HISPANIC                                       0.3%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                               0.0%
            ---LEVEL 7                               33.2%
            ---BOTH LEVELS 5 AND 7                   23.0%

  NUMBER OF ADDITIONAL BLACK
      HIRES, IF BLACKS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
            ---LEVEL 5                               3
            ---LEVEL 7                               4
            ---BOTH LEVELS 5 AND 7                   7

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                     17.4%
  --OBSERVED NO. OF HIRES                            0
  --EXPECTED NO. OF HIRES                            2.08
    --DIFFERENCE                                     -2.08
  --STANDARD DEVIATION                               1.31
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                                 -1.59

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                                     17.4%
  --OBSERVED NO. OF HIRES                            2
  --EXPECTED NO. OF HIRES                            5.21
    --DIFFERENCE                                     -3.21
  --STANDARD DEVIATION                               2.07
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

| | |
|---|---|
| AGENCY | INTERIOR |
| CITATION TO 1983 OPM REPORT A3: | p. 167 |
| JOB NAME | COMPUTER SPECIALIST (TRAINEE) |
| JOB SERIES | 0334: |

---

| | |
|---|---|
| OBSERVED VALUES: | -1.55 |

| | |
|---|---|
| STANDARD DEVIATION ANALYSIS FOR BLACKS (BOTH LEVELS) | |
| --AVAILABILITY | 17.4% |
| --OBSERVED NO. OF HIRES | 2 |
| --EXPECTED NO. OF HIRES | 7.29 |
| --DIFFERENCE | -5.29 |
| --STANDARD DEVIATION | 2.45 |
| --NO. OF STANDARD DEVIATIONS BETWEEN EXPECTED AND OBSERVED VALUES: | -2.16 |

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                    )
                                             )
    individually and on behalf of            )
    all others similarly situated,           )
                                             )
                        Plaintiffs,          )
                                             )
              v.                             )
                                             )
DONALD J. DEVINE, et al.,                    )
                                             )
                        Defendants.          )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             Navy

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8.  Adverse impact as to both blacks and Hispanics has been
shown for the examining procedure as a whole, across all
agencies.  The page of the OPM Report showing hiring information
for this job category and agency is attached as Attachment A.
The page of the application statistics provided to plaintiffs is

- 1 -

attached as Attachment B.[1]  Plaintiffs' analysis of the adverse

impact as to this job category at this agency is attached as

Attachment C.

The appointment rate for blacks was only 60.4% of the

appointment rate for whites.  At the Grade 5 level, the appoint-

ment rate for blacks was only 57.2% of the appointment rate for

whites.  At the Grade 7 level, the appointment rate for blacks

was only 64.6% of the appointment rate for whites.  These racial

disparities were statistically significant for all hires by the

Navy into this job (2.58 standard deviations), and for hires

at the Grade 5 level (2.13 standard deviations).

The shortfall in the hiring of blacks amounts to a loss

of 14 black hires at Grade 5 and 9 black hires at Grade 7.

Plaintiffs seek the immediate hiring of the same number of

blacks, and the further "make-whole" remedies described in

Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

The appointment rate for Hispanics was only 25% of

the appointment rate for whites.  At the Grade 5 level, the

appointment rate for Hispanics was only 21.8% of the appointment

rate for whites.  At the Grade 7 level, the appointment rate for

---

[1] Plaintiffs have previously notified the defendant that
there were a number of arithmetic errors on the applicant
statistics which OPM had provided to plaintiffs for this job
category.  See item 10(e) of plaintiffs' January 31, 1985 letter
to Ms. Ward and Mr. Green.  The defendants have agreed.  See
Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the
total number of racially-identified applicants is 2,603; the
number of black applicants is 359; the number of Hispanic
applicants is 60; the number of white applicants is 2,073; and
the number of Other applicants is 111.  The corrected figures
have been used in plaintiffs' analysis.

Hispanics was only 29.3% of the appointment rate for whites. These racial disparities were statistically significant for all hires by the Navy into this job (2.8 standard deviations), and for hires at the Grade 5 level (2.21 standard deviations).

The shortfall in the hiring of Hispanics amounts to a loss of 7 Hispanic hires at Grade 5 and 5 Hispanic hires at Grade 7. Plaintiffs seek the immediate hiring of the same number of Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

- 3 -

REPORT A3  APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION  PAGE : 198
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE NAVY  STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE  PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O334 | GS-05 | WHITE(N-HISP) | 149 | 1 | 66 | 0 | 8 | 1 | 1 | 0 | 3 | 0 | 70 |
|  |  | BLACK(N-HISP) | 19 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 15 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 170 | 1 | 68 | 0 | 9 | 1 | 1 | 0 | 3 | 0 | 87 |
|  | GS-07 | WHITE(N-HISP) | 111 | 0 | 36 | 0 | 2 | 0 | 0 | 0 | 6 | 0 | 67 |
|  |  | BLACK(N-HISP) | 16 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 129 | 0 | 39 | 0 | 2 | 0 | 0 | 0 | 7 | 0 | 81 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 260 | 1 | 102 | 0 | 10 | 0 | 1 | 0 | 9 | 0 | 137 |
|  |  | BLACK(N-HISP) | 35 | 0 | 5 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 27 |
|  |  | HISPANIC | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  |  | TOTAL | 299 | 1 | 107 | 0 | 11 | 1 | 1 | 0 | 10 | 0 | 168 |
| O341 | GS-05 | WHITE(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  | GS-07 | WHITE(N-HISP) | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 15 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 15 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 21 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 21 |
| O343 | GS-05 | WHITE(N-HISP) | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 28 |
|  |  | BLACK(N-HISP) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 37 |
|  | GS-07 | WHITE(N-HISP) | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 41 |
|  |  | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 43 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 69 |
|  |  | BLACK(N-HISP) | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 10 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 80 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | GR | CH | PH | SL | UN | AL | SL | UN | AI | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                              NAVY

CITATION TO 1983 OPM REPORT A3:                     p. 198

JOB NAME                                            COMPUTER
                                                    SPECIALIST
                                                    (TRAINEE)

JOB SERIES                                          0334:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

  GRADE 5 TOTAL                                           170
        WHITE (NON-HISPANIC)                              149
        BLACK (NON-HISPANIC)                               19
        HISPANIC                                            2

  GRADE 7 TOTAL                                           129
        WHITE (NON-HISPANIC)                              111
        BLACK (NON-HISPANIC)                               16
        HISPANIC                                            2

  TOTAL, GRADES 5 AND 7                                   299
        WHITE (NON-HISPANIC)                              260
        BLACK (NON-HISPANIC)                               35
        HISPANIC                                            4

1983 SCHEDULE B APPLICATIONS

  APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                             6418
        BLACK (NON-HISPANIC)                             1431
            % OF TOTAL BLACK:                           17.4%
        HISPANIC                                          395
            % OF TOTAL HISPANIC:                         4.8%
        OTHER                                              0

  TOTAL RACIALLY IDENTIFIED                              8244

  NOT IDENTIFIED                                         1549
  ---% NOT IDENTIFIED                                    15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                             2.3%
        BLACK (NON-HISPANIC)                             1.3%
        HISPANIC                                         0.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                             1.7%
        BLACK (NON-HISPANIC)                             1.1%
        HISPANIC                                         0.5%

                ATTACHMENT C                      Page  1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

AGENCY                                          NAVY

CITATION TO 1983 OPM REPORT A3:                 p. 198

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                     4.1%
        BLACK (NON-HISPANIC)                     2.4%
        HISPANIC                                 1.0%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
                ---LEVEL 5                       57.2%
                ---LEVEL 7                       64.6%
                ---BOTH LEVELS 5 AND 7           60.4%

    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
                ---LEVEL 5                       14
                ---LEVEL 7                       9
                ---BOTH LEVELS 5 AND 7           23

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 5)
    --AVAILABILITY                               17.4%
    --OBSERVED NO. OF HIRES                      19
    --EXPECTED NO. OF HIRES                      29.51
        --DIFFERENCE                             -10.51
    --STANDARD DEVIATION                         4.94
    --NO. OF STANDARD DEVIATIONS
        BETWEEN EXPECTED AND
        OBSERVED VALUES:                         -2.13

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 7)
    --AVAILABILITY                               17.4%
    --OBSERVED NO. OF HIRES                      16
    --EXPECTED NO. OF HIRES                      22.39
        --DIFFERENCE                             -6.39
    --STANDARD DEVIATION                         4.30
    --NO. OF STANDARD DEVIATIONS
        BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

| | |
|---|---|
| AGENCY | NAVY |
| CITATION TO 1983 OPM REPORT A3: | p. 198 |
| JOB NAME | COMPUTER SPECIALIST (TRAINEE) |
| JOB SERIES | 0334: |

---

| | |
|---|---|
| OBSERVED VALUES: | -1.49 |

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)

| | |
|---|---|
| --AVAILABILITY | 17.4% |
| --OBSERVED NO. OF HIRES | 35 |
| --EXPECTED NO. OF HIRES | 51.90 |
| --DIFFERENCE | -16.90 |
| --STANDARD DEVIATION | 6.55 |
| --NO. OF STANDARD DEVIATIONS BETWEEN EXPECTED AND OBSERVED VALUES: | -2.58 |

80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE

| | |
|---|---|
| ---LEVEL 5 | 21.8% |
| ---LEVEL 7 | 29.3% |
| ---BOTH LEVELS 5 AND 7 | 25.0% |

NUMBER OF ADDITIONAL HISPANIC
    HIRES, IF HISPANICS HAD BEEN
    HIRED AT THE RATE AT WHICH
    WHITES WERE HIRED

| | |
|---|---|
| ---LEVEL 5 | 7 |
| ---LEVEL 7 | 5 |
| ---BOTH LEVELS 5 AND 7 | 12 |

STANDARD DEVIATION ANALYSIS
    FOR HISPANICS (LEVEL 5)

| | |
|---|---|
| --AVAILABILITY | 4.8% |
| --OBSERVED NO. OF HIRES | 2 |
| --EXPECTED NO. OF HIRES | 8.15 |
| --DIFFERENCE | -6.15 |
| --STANDARD DEVIATION | 2.78 |
| --NO. OF STANDARD DEVIATIONS BETWEEN EXPECTED AND OBSERVED VALUES: | -2.21 |

STANDARD DEVIATION ANALYSIS
    FOR HISPANICS (LEVEL 7)

| | |
|---|---|
| --AVAILABILITY | 4.8% |
| --OBSERVED NO. OF HIRES | 2 |

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          NAVY

CITATION TO 1983 OPM REPORT A3:                 p. 198

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

    --EXPECTED NO. OF HIRES                          6.18
       --DIFFERENCE                                 -4.18
    --STANDARD DEVIATION                             2.43
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                              -1.72

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (BOTH LEVELS)
    --AVAILABILITY                                   4.8%
    --OBSERVED NO. OF HIRES                           4
    --EXPECTED NO. OF HIRES                         14.33
       --DIFFERENCE                                -10.33
    --STANDARD DEVIATION                             3.69
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                              -2.80

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                )
                                         )
     individually and on behalf of       )
     all others similarly situated,      )
                                         )
                         Plaintiffs,     )
                                         )
              v.                         )
                                         )
DONALD J. DEVINE, et al.,                )
                                         )
                                         )
                    Defendants.          )


SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grade 7 only

Agency:             Treasury Department

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8.  Adverse impact as to blacks has been shown for the
examining procedure as a whole, across all agencies.  The page of
the OPM Report showing hiring information for this job category
and agency is attached as Attachment A.  The page of the applica-
tion statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

Plaintiffs' showing of adverse impact concerns only the hiring of blacks at the Grade 7 level.  Paragraph 8(d) of the Consent Decree, at p. 12, provides for this means of determining adverse impact.  The appointment rate for blacks at the Grade 7 level was only 65.4% of the appointment rate for whites.

The shortfall in hiring amounts to a loss of 7 black hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks at Grade 7, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3   APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION   PAGE : 246
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE TREASURY                STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                       PAYPLANS : GS AND EQUIVALENT

ATTACHMENT A

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0301 | GS-05 | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9 |
| | | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 16 |
| | GS-07 | WHITE(N-HISP) | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| | | BLACK(N-HISP) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| | | TOTAL | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 31 |
| | | BLACK(N-HISP) | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 52 |
| 0334 | GS-05 | WHITE(N-HISP) | 118 | 0 | 32 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 84 |
| | | BLACK(N-HISP) | 32 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 152 | 0 | 39 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 111 |
| | GS-07 | WHITE(N-HISP) | 96 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| | | BLACK(N-HISP) | 14 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 110 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 214 | 0 | 51 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 161 |
| | | BLACK(N-HISP) | 46 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 262 | 0 | 60 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 200 |
| 0341 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: | | |
|---|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | | 6. Name of Submitting Office | | |
| 7. Address of Submitting Office | | | 8. Occupational Title/Series  Computer Specialist (Trainee) GS- 0 3 3 4 | | 9. Grade Level(s)  5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E  Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                 p. 246

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                               152
        WHITE (NON-HISPANIC)                    118
        BLACK (NON-HISPANIC)                     32
        HISPANIC                                  2

    GRADE 7 TOTAL                               110
        WHITE (NON-HISPANIC)                     96
        BLACK (NON-HISPANIC)                     14
        HISPANIC                                  0

    TOTAL, GRADES 5 AND 7                       262
        WHITE (NON-HISPANIC)                    214
        BLACK (NON-HISPANIC)                     46
        HISPANIC                                  2

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                   6418
        BLACK (NON-HISPANIC)                   1431
            % OF TOTAL BLACK:                  17.4%
        HISPANIC                                395
            % OF TOTAL HISPANIC:                4.8%
        OTHER                                     0

    TOTAL RACIALLY IDENTIFIED                  8244

    NOT IDENTIFIED                             1549
    ---% NOT IDENTIFIED                        15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                    1.8%
        BLACK (NON-HISPANIC)                    2.2%
        HISPANIC                                0.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                    1.5%
        BLACK (NON-HISPANIC)                    1.0%
        HISPANIC                                0.0%


                ATTACHMENT C                    Page  1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                 p. 246

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                          3.3%
        BLACK (NON-HISPANIC)                          3.2%
        HISPANIC                                      0.5%

ADVERSE IMPACT CALCULATIONS:

   80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
                ---LEVEL 5                          121.6%
                ---LEVEL 7                           65.4%
                ---BOTH LEVELS 5 AND 7               96.4%

   NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED

                ---LEVEL 7                              7

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                    Plaintiffs,          )
                                         )
            v.                           )
                                         )
DONALD J. DEVINE, et al.,                )
                                         )
                                         )
            Defendants.                  )

SHOWING OF ADVERSE IMPACT

Name of Job:        Computer Specialist (Trainee)

Job Series:         0334

Job Level:          Grades 5 and 7

Agency:             Treasury Department

Procedure:          OPM-Sponsored Alternative Examination

Affected Class:     Hispanics

Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at pp. 7-8. Adverse impact as to Hispanics has been shown for the examining procedure as a whole, across all agencies. The page of the OPM Report showing hiring information for this job category and agency is attached as Attachment A. The page of the application statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

The appointment rate for Hispanics was only 15.2% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for Hispanics was only 27.5% of the appointment rate for whites.  At the Grade 7 level, no Hispanics at all were hired.  These racial disparities were statistically significant for all hires by the Treasury Department into this job (3.05 standard deviations), for hires at the Grade 5 level (2.01 standard deviations) and for hires at the Grade 7 level (2.35 standard deviations).

The shortfall in hiring amounts to a loss of 5 Hispanic hires at Grade 5 and 6 Hispanic hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(e) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 2,603; the number of black applicants is 359; the number of Hispanic applicants is 60; the number of white applicants is 2,073; and the number of Other applicants is 111.  The corrected figures have been used in plaintiffs' analysis.

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.


RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: August 2, 1985

ATTACHMENT A

REPORT A3     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                                        PAGE :   246
              PERIOD : JANUARY THRU DECEMBER OF 1983
              AGENCY : DEPARTMENT OF THE TREASURY                         STATUS : ALL WORK SCHEDULES AND TENURES
              GEOGRAPHIC AREA : NATIONWIDE                                PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O301 | GS-05 | WHITE(N-HISP) | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 16 |
|  | GS-07 | WHITE(N-HISP) | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
|  |  | BLACK(N-HISP) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 31 |
|  |  | BLACK(N-HISP) | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 52 |
| O334 | GS-05 | WHITE(N-HISP) | 118 | 0 | 32 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 84 |
|  |  | BLACK(N-HISP) | 32 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 152 | 0 | 39 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 111 |
|  | GS-07 | WHITE(N-HISP) | 96 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
|  |  | BLACK(N-HISP) | 14 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 110 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 214 | 0 | 51 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 161 |
|  |  | BLACK(N-HISP) | 46 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 262 | 0 | 60 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 200 |
| O341 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 1549 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation | | 6. Name of Submitting Office | |
| 7. Address of Submitting Office | | 8. Occupational Title/Series Computer Specialist (Trainee) GS- 0 3 3 4 | 9. Grade Level(s) 5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AI | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 103 | 1 | 269 | 233 | 41 | 24 | 2 | 41 | 13 | 248 | 68 | 5 | 107 | 276 | 1402 | 15.8% |
| Hispanic origin | 24 | 165 | 10 | 9 | 6 | 6 | | 7 | 7 | | 107 | 1 | 40 | 13 | 418 | 4.7% |
| White, not of Hispanic origin | 712 | 6 | 923 | 1174 | 238 | 531 | 20 | 233 | 186 | 924 | 298 | 80 | 577 | 516 | 6418 | 72.5% |
| Other qualified applicants | 23 | 1 | 37 | 36 | 10 | 42 | 2 | 36 | 10 | 30 | 25 | 217 | 118 | 29 | 616 | 7.0% |
| 10. Zone Totals | 862 | 173 | 1239 | 1452 | 295 | 603 | 24 | 288 | 216 | 1225 | 498 | 303 | 842 | 834 | 8854 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E  Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                    TREASURY

CITATION TO 1983 OPM REPORT A3:           p. 246

JOB NAME                                  COMPUTER
                                          SPECIALIST
                                          (TRAINEE)

JOB SERIES                                0334:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                             152
        WHITE (NON-HISPANIC)                  118
        BLACK (NON-HISPANIC)                   32
        HISPANIC                                2

    GRADE 7 TOTAL                             110
        WHITE (NON-HISPANIC)                   96
        BLACK (NON-HISPANIC)                   14
        HISPANIC                                0

    TOTAL, GRADES 5 AND 7                     262
        WHITE (NON-HISPANIC)                  214
        BLACK (NON-HISPANIC)                   46
        HISPANIC                                2

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                 6418
        BLACK (NON-HISPANIC)                 1431
            % OF TOTAL BLACK:               17.4%
        HISPANIC                              395
            % OF TOTAL HISPANIC:             4.8%
        OTHER                                   0

    TOTAL RACIALLY IDENTIFIED               8244

    NOT IDENTIFIED                          1549
    ---% NOT IDENTIFIED                     15.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                  1.8%
        BLACK (NON-HISPANIC)                  2.2%
        HISPANIC                              0.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                  1.5%
        BLACK (NON-HISPANIC)                  1.0%
        HISPANIC                              0.0%

                ATTACHMENT C                  Page  1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     01-Aug-85

| | |
|---|---|
| AGENCY | TREASURY |
| CITATION TO 1983 OPM REPORT A3: | p. 246 |
| JOB NAME | COMPUTER SPECIALIST (TRAINEE) |
| JOB SERIES | 0334: |

---

APPOINTMENT RATES (BOTH LEVELS)
     WHITE (NON-HISPANIC)                      3.3%
     BLACK (NON-HISPANIC)                      3.2%
     HISPANIC                                       0.5%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: HISPANIC HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
         ---LEVEL 5                      27.5%
         ---LEVEL 7                      0.0%
         ---BOTH LEVELS 5 AND 7        15.2%

  NUMBER OF ADDITIONAL HISPANIC
     HIRES, IF HISPANICS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
         ---LEVEL 5                        5
         ---LEVEL 7                        6
         ---BOTH LEVELS 5 AND 7         11

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                      4.8%
  --OBSERVED NO. OF HIRES          2
  --EXPECTED NO. OF HIRES          7.28
    --DIFFERENCE                  -5.28
  --STANDARD DEVIATION            2.63
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:              -2.01

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                      4.8%
  --OBSERVED NO. OF HIRES          0
  --EXPECTED NO. OF HIRES          5.27
    --DIFFERENCE                  -5.27
  --STANDARD DEVIATION            2.24
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                 p. 246

JOB NAME                                        COMPUTER
                                                SPECIALIST
                                                (TRAINEE)

JOB SERIES                                      0334:
------------------------------------------------------------------------------

    OBSERVED VALUES:                               -2.35

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (BOTH LEVELS)
  --AVAILABILITY                                    4.8%
  --OBSERVED NO. OF HIRES                           2
  --EXPECTED NO. OF HIRES                          12.55
    --DIFFERENCE                                  -10.55
  --STANDARD DEVIATION                             3.46
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                              -3.05

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,          )
                                   )
    individually and on behalf of  )
    all others similarly situated, )
                                   )
                    Plaintiffs,    )
                                   )
          v.                       )
                                   )
DONALD J. DEVINE, et al.,          )
                                   )
                    Defendants.    )

SHOWING OF ADVERSE IMPACT

Name of Job:      Criminal Investigating (Not Treasury
                  Enforcement Agents)

Job Series:       1811

Job Level:        Grades 5 and 7

Agency:           All Agencies (Government-wide)

Procedure:        OPM-Sponsored Alternative Examination

Affected Class:   Blacks

         Plaintiffs hereby begin an enforcement proceeding
before the Monitoring Committee as to the above job category,
pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at
pp. 7-8.  Adverse impact as to blacks is being shown for the
examining procedure as a whole, across all agencies.  The page of
the OPM Report showing government-wide hiring information for
this job category is attached as Attachment A.  The page of the
application statistics provided to plaintiffs is attached as

- 1 -

Attachment B.[1]  Plaintiffs' analysis of the adverse impact as to
this job category is attached as Attachment C.

The appointment rate for blacks was only 10.8% of the
appointment rate for whites.  At the Grade 5 level, the appoint-
ment rate for blacks was only 25.2% of the appointment rate for
whites.  At the Grade 7 level, the appointment rate for blacks
was only 6.9% of the appointment rate for whites.  These racial
disparities were statistically significant for all hires by the
government into this job (3.66 standard deviations), and for
hires at the Grade 7 level (3.34 standard deviations).

The shortfall in hiring amounts to a loss of 3 black
hires at Grade 5 and 14 black hires at Grade 7.  Plaintiffs seek
the immediate hiring of the same number of blacks, and the
further "make-whole" remedies described in Mr. Seymour's letter
of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy
of plaintiffs' showing of adverse impact, please bring them to
the attention of counsel for plaintiffs immediately, so that both
the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that
there were a number of arithmetic errors on the applicant
statistics which OPM had provided to plaintiffs for this job
category.  See item 10(f) of plaintiffs' January 31, 1985 letter
to Ms. Ward and Mr. Green.  The defendants have agreed.  See
Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the
total number of racially-identified applicants is 486, and the
number of black applicants is 92.  The corrected figures have
been used in plaintiffs' analysis.

- 2 -

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: August 2, 1985

ATTACHMENT A

REPORT A1     APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                           PAGE :   33
              PERIOD : JANUARY THRU DECEMBER OF 1983
              AGENCY : GOVERNMENT-WIDE  (ALL AGENCIES COVERED BY THE DECREE)        STATUS : ALL WORK SCHEDULES AND TENURES
              GEOGRAPHIC AREA : NATIONWIDE                                          PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | SCHEDULE VRA | B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 34 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 31 |
|  |  | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 44 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 41 |
|  | GS-07 | WHITE(N-HISP) | 46 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 1 | 0 | 37 |
|  |  | BLACK(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 50 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 1 | 0 | 41 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 80 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 1 | 0 | 68 |
|  |  | BLACK(N-HISP) | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
|  |  | HISPANIC | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
|  |  | TOTAL | 94 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 1 | 0 | 82 |
| 1811 | GS-05 | WHITE(N-HISP) | 125 | 0 | 15 | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 85 |
|  |  | BLACK(N-HISP) | 22 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 20 |
|  |  | HISPANIC | 9 | 0 | 3 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 4 |
|  |  | TOTAL | 156 | 0 | 19 | 0 | 0 | 27 | 0 | 1 | 0 | 0 | 109 |
|  | GS-07 | WHITE(N-HISP) | 231 | 0 | 55 | 0 | 0 | 39 | 0 | 0 | 3 | 0 | 134 |
|  |  | BLACK(N-HISP) | 19 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 15 |
|  |  | HISPANIC | 22 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 19 |
|  |  | TOTAL | 272 | 0 | 58 | 0 | 0 | 43 | 0 | 0 | 3 | 0 | 168 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 356 | 0 | 70 | 0 | 0 | 64 | 0 | 0 | 3 | 0 | 219 |
|  |  | BLACK(N-HISP) | 41 | 0 | 2 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 35 |
|  |  | HISPANIC | 31 | 0 | 5 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 23 |
|  |  | TOTAL | 428 | 0 | 77 | 0 | 0 | 70 | 0 | 1 | 3 | 0 | 277 |
| 1812 | GS-05 | WHITE(N-HISP) | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
|  | GS-07 | WHITE(N-HISP) | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 278 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Criminal Investigator GS- 1 8 1 1 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 18 | 0 | 7 | 17 | 0 | 0 | 0 | 0 | 0 | 18 | 9 | 0 | 13 | 10 | 10 | 2.5% |
| Hispanic origin | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 1 | 22 | 5.4% |
| White, not of Hispanic origin | 94 | 0 | 9 | 46 | 0 | 42 | 0 | 0 | 0 | 22 | 24 | 1 | 84 | 26 | 348 | 86.1% |
| Other qualified applicants | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 5 | 13 | 0 | 24 | 6.0% |
| 10. Zone Totals | 121 | 0 | 16 | 65 | 0 | 44 | 0 | 0 | 0 | 40 | 35 | 6 | 122 | 37 | 404 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION    01-Aug-85

| JOB NAME | CRIMINAL INVES-TIGATING (NOT TREASURY ENFORCE-MENT AGENTS) |
|---|---|
| JOB SERIES | 1811: |

---------------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
  (OPM SPONSORED ALTERNATIVE
   EXAMINATIONS ONLY)

| | |
|---|---|
| GRADE 5 TOTAL | 19 |
| WHITE (NON-HISPANIC) | 15 |
| BLACK (NON-HISPANIC) | 1 |
| HISPANIC | 3 |
| GRADE 7 TOTAL | 58 |
| WHITE (NON-HISPANIC) | 55 |
| BLACK (NON-HISPANIC) | 1 |
| HISPANIC | 2 |
| TOTAL, GRADES 5 AND 7 | 77 |
| WHITE (NON-HISPANIC) | 70 |
| BLACK (NON-HISPANIC) | 2 |
| HISPANIC | 5 |

1983 APPLICATIONS FOR OPM'S
ALTERNATIVE EXAMINATIONS

  APPLICANTS FOR GRADES 5/7

| | |
|---|---|
| WHITE (NON-HISPANIC) | 348 |
| BLACK (NON-HISPANIC) | 92 |
| % OF TOTAL BLACK: | 18.9% |
| HISPANIC | 22 |
| % OF TOTAL HISPANIC: | 4.5% |
| OTHER | 24 |
| TOTAL RACIALLY IDENTIFIED | 486 |
| NOT IDENTIFIED | 278 |
| ---% NOT IDENTIFIED | 36.4% |

| | |
|---|---|
| APPOINTMENT RATES (LEVEL 5) | |
| WHITE (NON-HISPANIC) | 4.3% |
| BLACK (NON-HISPANIC) | 1.1% |
| HISPANIC | 13.6% |
| APPOINTMENT RATES (LEVEL 7) | |
| WHITE (NON-HISPANIC) | 15.8% |
| BLACK (NON-HISPANIC) | 1.1% |
| HISPANIC | 9.1% |

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION    01-Aug-85

JOB NAME                                    CRIMINAL INVES-
                                            TIGATING (NOT
                                            TREASURY ENFORCE-
                                            MENT AGENTS)

JOB SERIES                                  1811:
---------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                       20.1%
        BLACK (NON-HISPANIC)                        2.2%
        HISPANIC                                   22.7%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                             25.2%
            ---LEVEL 7                              6.9%
            ---BOTH LEVELS 5 AND 7                 10.8%

  NUMBER OF ADDITIONAL BLACK
      HIRES, IF BLACKS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
            ---LEVEL 5                                 3
            ---LEVEL 7                                14
            ---BOTH LEVELS 5 AND 7                    17

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                   18.9%
  --OBSERVED NO. OF HIRES                              1
  --EXPECTED NO. OF HIRES                           3.60
    --DIFFERENCE                                   -2.60
  --STANDARD DEVIATION                              1.71
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                               -1.52

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                                   18.9%
  --OBSERVED NO. OF HIRES                              1
  --EXPECTED NO. OF HIRES                          10.98
    --DIFFERENCE                                   -9.98
  --STANDARD DEVIATION                              2.98
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                               -3.34

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                                   18.9%

1983 HIRING PROBLEMS UNDER AN OPM-SPONSORED ALTERNATIVE EXAMINATION     01-Aug-85

JOB NAME                             CRIMINAL INVES-
                                     TIGATING (NOT
                                     TREASURY ENFORCE-
                                     MENT AGENTS)

JOB SERIES                           1811:
---------------------------------------------------------------------

  --OBSERVED NO. OF HIRES                            2
  --EXPECTED NO. OF HIRES                        14.58
    --DIFFERENCE                                -12.58
  --STANDARD DEVIATION                            3.44
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                             -3.66

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,       )
                           )
    individually and on behalf of  )
    all others similarly situated,  )
                           )
             Plaintiffs,   )
                           )
          v.               )
                           )
DONALD J. DEVINE, et al.,     )
                           )
              Defendants.   )

SHOWING OF ADVERSE IMPACT

Name of Job:        Criminal Investigating (Not Treasury
                      Enforcement Agents)

Job Series:        1811

Job Level:         Grade 7 only

Agency:             Justice Department

Procedure:         OPM-Sponsored Alternative Examination

Affected Class:     Blacks

Plaintiffs hereby begin an enforcement proceeding before the Monitoring Committee as to the above job category, pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at pp. 7-8. Adverse impact as to blacks has been shown for the examining procedure as a whole, across all agencies. The page of the OPM Report showing hiring information for this job category and agency is attached as Attachment A. The page of the application statistics provided to plaintiffs is attached as Attachment

- 1 -

B.[1]  Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

Plaintiffs' showing of adverse impact concerns only the hiring of blacks at the Grade 7 level.  Paragraph 8(d) of the Consent Decree, at p. 12, provides for this means of determining adverse impact.  The appointment rate for blacks was only 29.1% of the appointment rate for whites.  At the Grade 7 level, the appointment rate for blacks was only 14.5% of the appointment rate for whites.  These racial disparities were statistically significant for all hires by the Justice Department into this job (2.38 standard deviations), and for hires at the Grade 7 level (2.38 standard deviations).

The shortfall in hiring amounts to a loss of 6 black hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[1] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(f) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 486, and the number of black applicants is 92.  The corrected figures have been used in plaintiffs' analysis.

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 87
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF JUSTICE
GEOGRAPHIC AREA : NATIONWIDE

STATUS : ALL WORK SCHEDULES AND TENURES
PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1811 | GS-05 | WHITE(N-HISP) | 13 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
|  |  | BLACK(N-HISP) | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
|  |  | TOTAL | 17 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 12 |
|  | GS-07 | WHITE(N-HISP) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
|  |  | TOTAL | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 39 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
|  |  | BLACK(N-HISP) | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | HISPANIC | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 |
|  |  | TOTAL | 51 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 46 |
| 1816 | GS-05 | WHITE(N-HISP) | 110 | 0 | 0 | 0 | 0 | 94 | 0 | 0 | 0 | 0 | 16 |
|  |  | BLACK(N-HISP) | 21 | 0 | 1 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 8 |
|  |  | HISPANIC | 36 | 0 | 3 | 0 | 2 | 15 | 0 | 0 | 0 | 0 | 16 |
|  |  | TOTAL | 167 | 0 | 4 | 0 | 2 | 121 | 0 | 0 | 0 | 0 | 40 |
|  | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 112 | 0 | 0 | 0 | 0 | 94 | 0 | 0 | 0 | 0 | 18 |
|  |  | BLACK(N-HISP) | 22 | 0 | 1 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 9 |
|  |  | HISPANIC | 39 | 0 | 3 | 0 | 2 | 15 | 0 | 0 | 0 | 0 | 19 |
|  |  | TOTAL | 173 | 0 | 4 | 0 | 2 | 121 | 0 | 0 | 0 | 0 | 46 |
| 1910 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

ATTACHMENT A

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 278 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Criminal Investigator GS- 1 8 1 1 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 18 | 0 | 7 | 17 | 0 | 0 | 0 | 0 | 0 | 18 | 9 | 0 | 13 | 10 | 10 | 2.5% |
| Hispanic origin | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 1 | 22 | 5.4% |
| White, not of Hispanic origin | 94 | 0 | 9 | 46 | 0 | 42 | 0 | 0 | 0 | 22 | 24 | 1 | 84 | 26 | 348 | 86.1% |
| Other qualified applicants | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 5 | 13 | 0 | 24 | 6.0% |
| 10. Zone Totals | 121 | 0 | 16 | 65 | 0 | 44 | 0 | 0 | 0 | 40 | 35 | 6 | 122 | 37 | 404 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management    ATTACHMENT B    E    Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          JUSTICE

CITATION TO 1983 OPM REPORT A3:                    p. 87

JOB NAME                                        CRIMINAL INVES-
                                                TIGATING (NOT
                                                TREASURY ENFORCE
                                                MENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

  GRADE 5 TOTAL                                       17
        WHITE (NON-HISPANIC)                          13
        BLACK (NON-HISPANIC)                           2
        HISPANIC                                       2

  GRADE 7 TOTAL                                       34
        WHITE (NON-HISPANIC)                          26
        BLACK (NON-HISPANIC)                           1
        HISPANIC                                       7

  TOTAL, GRADES 5 AND 7                               51
        WHITE (NON-HISPANIC)                          39
        BLACK (NON-HISPANIC)                           3
        HISPANIC                                       9

1983 SCHEDULE B APPLICATIONS

  APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                         348
        BLACK (NON-HISPANIC)                          92
           % OF TOTAL BLACK:                        18.9%
        HISPANIC                                      22
           % OF TOTAL HISPANIC:                      4.5%
        OTHER                                         24

  TOTAL RACIALLY IDENTIFIED                          486

  NOT IDENTIFIED                                     278
  ---% NOT IDENTIFIED                                36.4%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                          3.7%
        BLACK (NON-HISPANIC)                          2.2%
        HISPANIC                                      9.1%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                          7.5%
        BLACK (NON-HISPANIC)                          1.1%
        HISPANIC                                     31.8%

               ATTACHMENT C                    Page 1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          JUSTICE

CITATION TO 1983 OPM REPORT A3:                    p. 87

JOB NAME                                        CRIMINAL INVES-
                                                TIGATING (NOT
                                                TREASURY ENFORCE
                                                MENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)                           11.2%
      BLACK (NON-HISPANIC)                            3.3%
      HISPANIC                                       40.9%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
              ---LEVEL 5                             58.2%
              ---LEVEL 7                             14.5%
              ---BOTH LEVELS 5 AND 7                 29.1%

  NUMBER OF ADDITIONAL BLACK
      HIRES, IF BLACKS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
              ---LEVEL 5                                1
              ---LEVEL 7                                6
              ---BOTH LEVELS 5 AND 7                    7

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                                    18.9%
  --OBSERVED NO. OF HIRES                              2
  --EXPECTED NO. OF HIRES                            3.22
    --DIFFERENCE                                    -1.22
  --STANDARD DEVIATION                              1.62
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                                -0.75

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                                    18.9%
  --OBSERVED NO. OF HIRES                              1
  --EXPECTED NO. OF HIRES                            6.44
    --DIFFERENCE                                    -5.44
  --STANDARD DEVIATION                              2.28
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          JUSTICE

CITATION TO 1983 OPM REPORT A3:                   p. 87

JOB NAME                                        CRIMINAL INVES-
                                                TIGATING (NOT
                                                TREASURY ENFORCE
                                                MENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

    OBSERVED VALUES:                              -2.38

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                                  18.9%
  --OBSERVED NO. OF HIRES                           3
  --EXPECTED NO. OF HIRES                          9.65
    --DIFFERENCE                                  -6.65
  --STANDARD DEVIATION                            2.80
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                              -2.38

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                )
                                         )
   individually and on behalf of         )
   all others similarly situated,        )
                                         )
                     Plaintiffs,         )
                                         )
              v.                         )
                                         )
DONALD J. DEVINE, et al.,                )
                                         )
                                         )
                     Defendants.         )

SHOWING OF ADVERSE IMPACT

Name of Job:        Criminal Investigating (Not Treasury
                      Enforcement Agents)

Job Series:         1811

Job Level:          Grades 5 and 7

Agency:             Treasury Department

Procedure:          OPM-Sponsored Alternative Examining
                      Procedure[1]

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(3) of the Consent Decree, at

pp. 7-8.  Adverse impact as to blacks has been shown for the

examining procedure as a whole, across all agencies.  The

page of the OPM Report showing hiring information for this job

_____

        [1] In response to an inquiry from plaintiffs, the defendants
have advised plaintiffs that it is possible to have a delegated
examining authority in effect for part of the year, and an OPM-
sponsored examination for another part of the year.

- 1 -

category under the delegated examining procedure is attached as
Attachment A.   The page of the application statistics provided to
plaintiffs is attached as Attachment B.   Plaintiffs' analyses of
the adverse impact as to this job category are attached as
Attachment C.[2]

The appointment rate for blacks was only 45.3% of the
appointment rate for whites.   At the Grade 5 level, the appoint-
ment rate for blacks was only 63.8% of the appointment rate for
whites.   At the Grade 7 level, the appointment rate for blacks
was only 36.1% of the appointment rate for whites.   These racial
disparities were statistically significant for all hires by the
Treasury Department into this job (4.08 standard deviations), and
for hires at the Grade 7 level (3.98 standard deviations).

The shortfall in hiring amounts to a loss of 9 black
hires at Grade 5 and 30 black hires at Grade 7.   Plaintiffs seek
the immediate hiring of the same number of blacks, and the
further "make-whole" remedies described in Mr. Seymour's letter
of July 29, 1985 to Ms. Ward.

---

[2]   Under ¶ 8(b)(3)(ii) of the Consent Decree, at p. 8, the
standard for determining adverse impact as to a particular agency
which has used an OPM-sponsored alternative examining procedure
is based on "appointments from all sources made by an agency".
Plaintiffs' primary showing of adverse impact is based on the
literal requirements of this provision, and is shown in pp. 1-3
of Attachment C.   In this particular instance, however, plain-
tiffs are simultaneously making a challenge to the adverse impact
of the Treasury Department's use of a delegated examining
procedure, apparently for part of the year.   To make a showing of
adverse impact free of the adverse impact caused by the delegated
examining procedure, pp. 4-6 of Attachment C shows adverse impact
figures after subtracting all hires made under the delegated
examining procedure.

As explained above, plaintiffs have also prepared a chart showing adverse impact as to this job category and agency, after excluding all hires under the Treasury Department's delegated examining procedure for this job category.[3]  Under the particular circumstances of this job and agency for this year, plaintiffs believe that this would be a more appropriate measure of the Treasury Department's performance as to this job category.  Because this is a departure from the literal require-ments of the Consent Decree, the consent of both sides is necessary, and we would have to obtain the approval of the Court.  Assuming such consent and approval, plaintiffs' alter-native showing of adverse impact is set forth below.

Using the alternative showing of adverse impact, the appointment rate for blacks was only 52.2% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for blacks was 82.7% of the appointment rate for whites, resulting in no separate showing of adverse impact as to Grade 5 hires.  (The showing of adverse impact as to the job category as a whole remains, however, and this requires relief at both hiring levels.)  At the Grade 7 level, the appointment rate for blacks was only 38.1% of the appointment rate for whites.  These racial disparities were statistically significant for all hires by the Treasury Department into this job (3.12 standard deviations), and for hires at the Grade 7 level (3.45 standard deviations).

Using this alternative showing, the shortfall in hiring

---

[3] See note 2, _supra_.

amounts to a loss of 26 black hires for the job category as a whole, 3 at Grade 5 and 23 at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

- 4 -

REPORT A3   APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION   PAGE : 254
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE TREASURY                STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                       PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810 | GS-05 | WHITE(N-HISP) | 2 | O | O | O | O | O | O | O | O | O | 2 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 4 | O | O | O | O | O | O | O | O | O | 4 |
| | GS-07 | WHITE(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | BLACK(N-HISP) | O | O | O | O | O | O | O | O | O | O | O |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | O | O | O | O | O | O | O | O | O | O | O |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 2 | O | O | O | O | O | O | O | O | O | 2 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 4 | O | O | O | O | O | O | O | O | O | 4 |
| 1811 | GS-05 | WHITE(N-HISP) | 89 | O | 11 | O | O | 25 | O | O | O | O | 53 |
| | | BLACK(N-HISP) | 15 | O | O | O | O | 1 | O | O | O | O | 14 |
| | | HISPANIC | 7 | O | 2 | O | O | 1 | O | O | O | O | 4 |
| | | TOTAL | 111 | O | 13 | O | O | 27 | O | O | O | O | 71 |
| | GS-07 | WHITE(N-HISP) | 178 | O | 55 | O | O | 39 | O | O | 1 | O | 83 |
| | | BLACK(N-HISP) | 17 | O | 1 | O | O | 3 | O | O | O | O | 13 |
| | | HISPANIC | 14 | O | 2 | O | O | 1 | O | O | O | O | 11 |
| | | TOTAL | 209 | O | 58 | O | O | 43 | O | O | 1 | O | 107 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 267 | O | 66 | O | O | 64 | O | O | 1 | O | 136 |
| | | BLACK(N-HISP) | 32 | O | 1 | O | O | 4 | O | O | O | O | 27 |
| | | HISPANIC | 21 | O | 4 | O | O | 2 | O | O | O | O | 15 |
| | | TOTAL | 320 | O | 71 | O | O | 70 | O | O | 1 | O | 178 |
| 1854 | GS-05 | WHITE(N-HISP) | 17 | O | O | O | 1 | O | O | O | O | O | 16 |
| | | BLACK(N-HISP) | 10 | O | O | O | O | O | O | O | O | O | 10 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 28 | O | O | O | 1 | O | O | O | O | O | 27 |
| | GS-07 | WHITE(N-HISP) | 11 | O | O | O | O | O | O | O | O | O | 11 |
| | | BLACK(N-HISP) | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | HISPANIC | O | O | O | O | O | O | O | O | O | O | O |
| | | TOTAL | 12 | O | O | O | O | O | O | O | O | O | 12 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 28 | O | O | O | 1 | O | O | O | O | O | 27 |
| | | BLACK(N-HISP) | 11 | O | O | O | O | O | O | O | O | O | 11 |
| | | HISPANIC | 1 | O | O | O | O | O | O | O | O | O | 1 |
| | | TOTAL | 40 | O | O | O | 1 | O | O | O | O | O | 39 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

OPM REPORTING FORM FOR <u>LUEVANO</u> v. <u>DEVINE</u> DECREE

| 1. Authorization Number (see negoti-ated agreement) | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 278 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: | | |
|---|---|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series Criminal Investigator GS- 1 8 1 1 | 9. Grade Level(s) 5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 18 | 0 | 7 | 17 | 0 | 0 | 0 | 0 | 0 | 18 | 9 | 0 | 13 | 10 | 10 | 2.5% |
| Hispanic origin | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 1 | 22 | 5.4% |
| White, not of Hispanic origin | 94 | 0 | 9 | 46 | 0 | 42 | 0 | 0 | 0 | 22 | 24 | 1 | 84 | 26 | 348 | 86.1% |
| Other qualified applicants | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 5 | 13 | 0 | 24 | 6.0% |
| 10. Zone Totals | 121 | 0 | 16 | 65 | 0 | 44 | 0 | 0 | 0 | 40 | 35 | 6 | 122 | 37 | 404 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     02-Aug-85

AGENCY                                      TREASURY

CITATION TO 1983 OPM REPORT A3:                  p. 254

JOB NAME                                    CRIMINAL INVESTIGATING
                                            (NOT TREASURY
                                            ENFORCEMENT AGENTS)


JOB SERIES                                  1811:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):

    GRADE 5 TOTAL                                          111
        WHITE (NON-HISPANIC)                                89
        BLACK (NON-HISPANIC)                                15
        HISPANIC                                             7

    GRADE 7 TOTAL                                          209
        WHITE (NON-HISPANIC)                               178
        BLACK (NON-HISPANIC)                                17
        HISPANIC                                            14

    TOTAL, GRADES 5 AND 7                                  320
        WHITE (NON-HISPANIC)                               267
        BLACK (NON-HISPANIC)                                32
        HISPANIC                                            21

1983 SCHEDULE B APPLICATIONS

    APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                               348
        BLACK (NON-HISPANIC)                                92
            % OF TOTAL BLACK:                            18.9%
        HISPANIC                                            22
            % OF TOTAL HISPANIC:                          4.5%
        OTHER                                               24

    TOTAL RACIALLY IDENTIFIED                              486

    NOT IDENTIFIED                                         278
    ---% NOT IDENTIFIED                                   36.4%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                              25.6%
        BLACK (NON-HISPANIC)                              16.3%
        HISPANIC                                          31.8%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                              51.1%
        BLACK (NON-HISPANIC)                              18.5%
        HISPANIC                                          63.6%


ATTACHMENT C                          Page 1

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    02-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                          p. 254

JOB NAME                                        CRIMINAL INVESTIGATING
                                                (NOT TREASURY
                                                ENFORCEMENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                                    76.7%
        BLACK (NON-HISPANIC)                                    34.8%
        HISPANIC                                               95.5%

ADVERSE IMPACT CALCULATIONS:

   80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
               ---LEVEL 5                                       63.8%
               ---LEVEL 7                                       36.1%
               ---BOTH LEVELS 5 AND 7                           45.3%

   NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH
        WHITES WERE HIRED
               ---LEVEL 5                                          9
               ---LEVEL 7                                         30
               ---BOTH LEVELS 5 AND 7                             39

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 5)
   --AVAILABILITY                                               18.9%
   --OBSERVED NO. OF HIRES                                         15
   --EXPECTED NO. OF HIRES                                      21.01
     --DIFFERENCE                                               -6.01
   --STANDARD DEVIATION                                         4.13
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                                           -1.46

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (LEVEL 7)
   --AVAILABILITY                                               18.9%
   --OBSERVED NO. OF HIRES                                         17
   --EXPECTED NO. OF HIRES                                      39.56
     --DIFFERENCE                                              -22.56
   --STANDARD DEVIATION                                         5.66
   --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS     02-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                      p. 254

JOB NAME                                        CRIMINAL INVESTIGATING
                                                (NOT TREASURY
                                                ENFORCEMENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

    OBSERVED VALUES:                                   -3.98

STANDARD DEVIATION ANALYSIS
        FOR BLACKS (BOTH LEVELS)
    --AVAILABILITY                                      18.9%
    --OBSERVED NO. OF HIRES                             32
    --EXPECTED NO. OF HIRES                             60.58
      --DIFFERENCE                                     -28.58
    --STANDARD DEVIATION                                7.01
    --NO. OF STANDARD DEVIATIONS
      BETWEEN EXPECTED AND
      OBSERVED VALUES:                                 -4.08

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                      p. 254

JOB NAME                                        CRIMINAL INVESTIGATING
                                                (NOT TREASURY
                                                ENFORCEMENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

1983 AGENCY HIRES FROM OPM-SPONSORED TESTS       LESS HIRES UNDER DELE-
(HIRES FROM ALL SOURCES)(Decree Para. 8(b)(3)):  GATED EXAMINING AUTHORITY:

   GRADE 5 TOTAL                                          84
        WHITE (NON-HISPANIC)                              64
        BLACK (NON-HISPANIC)                              14
        HISPANIC                                           6

   GRADE 7 TOTAL                                         166
        WHITE (NON-HISPANIC)                             139
        BLACK (NON-HISPANIC)                              14
        HISPANIC                                          13

   TOTAL, GRADES 5 AND 7                                 250
        WHITE (NON-HISPANIC)                             203
        BLACK (NON-HISPANIC)                              28
        HISPANIC                                          19

1983 SCHEDULE B APPLICATIONS

   APPLICANTS FOR GRADES 5/7
        WHITE (NON-HISPANIC)                             348
        BLACK (NON-HISPANIC)                              92
           % OF TOTAL BLACK:                           18.9%
        HISPANIC                                          22
           % OF TOTAL HISPANIC:                         4.5%
        OTHER                                             24

   TOTAL RACIALLY IDENTIFIED                             486

   NOT IDENTIFIED                                        278
   ---% NOT IDENTIFIED                                  36.4%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)                            18.4%
        BLACK (NON-HISPANIC)                            15.2%
        HISPANIC                                        27.3%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                            39.9%
        BLACK (NON-HISPANIC)                            15.2%
        HISPANIC                                        59.1%

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

| | |
|---|---|
| AGENCY | TREASURY |
| CITATION TO 1983 OPM REPORT A3: | p. 254 |
| JOB NAME | CRIMINAL INVESTIGATING (NOT TREASURY ENFORCEMENT AGENTS) |
| JOB SERIES | 1811: |

------------------------------------------------------------------------------

APPOINTMENT RATES (BOTH LEVELS)
      WHITE (NON-HISPANIC)      58.3%
      BLACK (NON-HISPANIC)      30.4%
      HISPANIC      86.4%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
      PERCENT OF WHITE HIRE RATE
         ---LEVEL 5      82.7%
         ---LEVEL 7      38.1%
         ---BOTH LEVELS 5 AND 7      52.2%

  NUMBER OF ADDITIONAL BLACK
      HIRES, IF BLACKS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
         ---LEVEL 5      3
         ---LEVEL 7      23
         ---BOTH LEVELS 5 AND 7      26

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY      18.9%
  --OBSERVED NO. OF HIRES      14
  --EXPECTED NO. OF HIRES      15.90
    --DIFFERENCE      -1.90
  --STANDARD DEVIATION      3.59
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:      -0.53

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY      18.9%
  --OBSERVED NO. OF HIRES      14
  --EXPECTED NO. OF HIRES      31.42
    --DIFFERENCE      -17.42
  --STANDARD DEVIATION      5.05
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND

1983 HIRING PROBLEMS IN AGENCIES USING OPM-SPONSORED EXAMINATIONS    01-Aug-85

AGENCY                                          TREASURY

CITATION TO 1983 OPM REPORT A3:                        p. 254

JOB NAME                                        CRIMINAL INVESTIGATING
                                                (NOT TREASURY
                                                ENFORCEMENT AGENTS)

JOB SERIES                                      1811:
--------------------------------------------------------------------------------

    OBSERVED VALUES:                                        -3.45

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                                            18.9%
  --OBSERVED NO. OF HIRES                                      28
  --EXPECTED NO. OF HIRES                                   47.33
    --DIFFERENCE                                           -19.33
  --STANDARD DEVIATION                                       6.19
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                                        -3.12

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,           )
                                    )
    individually and on behalf of   )
    all others similarly situated,  )
                                    )
                    Plaintiffs,     )
                                    )
              v.                    )
                                    )
DONALD J. DEVINE, et al.,           )
                                    )
                    Defendants.     )

SHOWING OF ADVERSE IMPACT

Name of Job:       Immigration Inspection

Job Series:        1816

Job Level:         Grade 5

Agency:            Justice Department

Procedure:         Delegated Examining Procedure[1]

Affected Class:    Blacks and Hispanics

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the provisions of ¶ 8(b)(2) of the Consent Decree, at

p. 7. The page of the OPM Report showing hiring information for

this job category at this agency under the delegated examining

procedure is attached as Attachment A. The page of the applica-

tion statistics provided to plaintiffs is attached as Attachment

_____

        [1] In response to an inquiry from plaintiffs, the defendants
have advised plaintiffs that it is possible to have a delegated
examining authority in effect for part of the year, and an OPM-
sponsored examination for another part of the year.

- 1 -

B.  Plaintiffs' analysis of the adverse impact as to this job category is attached as Attachment C.

The appointment rate for blacks was only 69.9% of the appointment rate for whites.  (All hires were at the Grade 5 level).

The shortfall in hiring amounts to a loss of 5 black hires at Grade 5.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

The appointment rate for Hispanics was only 13.4% of the appointment rate for whites.  This racial disparity in hiring rates was statistically significant (8.11 standard deviations).

The shortfall in hiring amounts to a loss of 97 Hispanic hires at Grade 5.  Plaintiffs seek the immediate hiring of the same number of Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :    87
             PERIOD : JANUARY THRU DECEMBER OF 1983
             AGENCY : DEPARTMENT OF JUSTICE                        STATUS : ALL WORK SCHEDULES AND TENURES
             GEOGRAPHIC AREA : NATIONWIDE                          PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1811 | GS-05 | WHITE(N-HISP) | 13 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| | | BLACK(N-HISP) | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | | TOTAL | 17 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 12 |
| | GS-07 | WHITE(N-HISP) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | TOTAL | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 39 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| | | BLACK(N-HISP) | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 |
| | | TOTAL | 51 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 46 |
| 1816 | GS-05 | WHITE(N-HISP) | 110 | 0 | 0 | 0 | 0 | 94 | 0 | 0 | 0 | 0 | 16 |
| | | BLACK(N-HISP) | 21 | 0 | 1 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 8 |
| | | HISPANIC | 36 | 0 | 3 | 0 | 2 | 15 | 0 | 0 | 0 | 0 | 16 |
| | | TOTAL | 167 | 0 | 4 | 0 | 2 | 121 | 0 | 0 | 0 | 0 | 40 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | TOTAL | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 112 | 0 | 0 | 0 | 0 | 94 | 0 | 0 | 0 | 0 | 18 |
| | | BLACK(N-HISP) | 22 | 0 | 1 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 9 |
| | | HISPANIC | 39 | 0 | 3 | 0 | 2 | 15 | 0 | 0 | 0 | 0 | 19 |
| | | TOTAL | 173 | 0 | 4 | 0 | 2 | 121 | 0 | 0 | 0 | 0 | 46 |
| 1910 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | GS-07 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) | 2. Reporting Period From 1/83  To 1/84 | 3. Missing Data 1600 | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

**5. Title of Department, Independent Establishment or Government Corporation** — 6. Name of Submitting Office

Department of Justice –Immigration and Naturalization Service

| 7. Address of Submitting Office | 8. Occupational Title/Series  Immigration Inspector   GS- | 1 | 8 | 1 | 6 | 9. Grade Level(s)  5 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AI | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 26 | | 6 | 0 | 0 | 1 | | 2 | 2 | 97 | 234 | | 18 | | 386 | 7.5% |
| Hispanic origin | 28 | | 0 | 0 | 0 | 0 | | 2 | 0 | 423 | 2017 | | 53 | | 2523 | 49.3% |
| White, not of Hispanic origin | 328 | | 70 | 4 | | 72 | | 27 | 52 | 397 | 1116 | | 49 | | 2115 | 41% |
| Other qualified applicants | 12 | | 0 | 0 | | 3 | | 3 | 2 | 12 | 55 | | 11 | | 98 | 1.9% |
| 10. Zone Totals | 394 | | 76 | 4 | | 76 | | 34 | 56 | 929 | 3422 | | 131 | | 5122 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

1983 HIRING PROBLEMS UNDER A DELEGATED EXAMINING PROCEDURE    01-Aug-85

AGENCY                                    DEPARTMENT
                                          OF JUSTICE

CITATION TO 1983 OPM REPORT A3            p. 87

JOB NAME                                  IMMIGRATION
                                          INSPECTION


JOB SERIES                                1816:
-------------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
   (ALTERNATIVE EXAMINING
   PROCEDURES DELEGATED TO
   THE AGENCY BY OPM)

   GRADE 5 TOTAL                          121
        WHITE (NON-HISPANIC)              94
        BLACK (NON-HISPANIC)              12
        HISPANIC                          15

   GRADE 7 TOTAL                          0
        WHITE (NON-HISPANIC)              0
        BLACK (NON-HISPANIC)              0
        HISPANIC                          0

   TOTAL, GRADES 5 AND 7                  121
        WHITE (NON-HISPANIC)              94
        BLACK (NON-HISPANIC)              12
        HISPANIC                          15

1983 APPLICATIONS FOR THE DELE-
   GATED ALTERNATIVE EXAMINATION

   APPLICANTS FOR GRADES 5 AND/OR 7    GRADE 5
                                       ONLY:

        WHITE (NON-HISPANIC)              2115
        BLACK (NON-HISPANIC)              386
           % OF TOTAL BLACK:             7.5%
        HISPANIC                          2523
           % OF TOTAL HISPANIC:          49.3%
        OTHER                             98

   TOTAL RACIALLY IDENTIFIED             5122

   NOT IDENTIFIED
   ---% NOT IDENTIFIED                    0.0%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)              4.4%
        BLACK (NON-HISPANIC)              3.1%

1983 HIRING PROBLEMS UNDER A DELEGATED EXAMINING PROCEDURE    01-Aug-85

| | |
|---|---|
| AGENCY | DEPARTMENT OF JUSTICE |
| CITATION TO 1983 OPM REPORT A3 | p. 87 |
| JOB NAME | IMMIGRATION INSPECTION |
| JOB SERIES | 1816: |

---

```
        HISPANIC                              0.6%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)                  0.0%
        BLACK (NON-HISPANIC)                  0.0%
        HISPANIC                              0.0%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)                  4.4%
        BLACK (NON-HISPANIC)                  3.1%
        HISPANIC                              0.6%

ADVERSE IMPACT CALCULATIONS:

  80% RULE: BLACK HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                       69.9%
            ---LEVEL 7                  NOT APPLIC.
            ---BOTH LEVELS 5 AND 7           69.9%

  NUMBER OF ADDITIONAL BLACK
     HIRES, IF BLACKS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
            ---LEVEL 5                          5
            ---LEVEL 7                  NOT APPLIC.
            ---BOTH LEVELS 5 AND 7              5

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 5)
  --AVAILABILITY                             7.5%
  --OBSERVED NO. OF HIRES                      12
  --EXPECTED NO. OF HIRES                    9.12
     --DIFFERENCE                            2.88
  --STANDARD DEVIATION                       2.90
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:                        0.99

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 7)
```

1983 HIRING PROBLEMS UNDER A DELEGATED EXAMINING PROCEDURE    01-Aug-85

AGENCY                                    DEPARTMENT
                                          OF JUSTICE

CITATION TO 1983 OPM REPORT A3            p. 87

JOB NAME                                  IMMIGRATION
                                          INSPECTION


JOB SERIES                                1816:
--------------------------------------------------------------------

  --AVAILABILITY                              7.5%
  --OBSERVED NO. OF HIRES                      0
  --EXPECTED NO. OF HIRES                    0.00
   --DIFFERENCE                              0.00
  --STANDARD DEVIATION                       0.00
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                          ERR

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                              7.5%
  --OBSERVED NO. OF HIRES                     12
  --EXPECTED NO. OF HIRES                    9.12
   --DIFFERENCE                              2.88
  --STANDARD DEVIATION                       2.90
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                         0.99

  80% RULE: HISPANIC HIRE RATE AS
     PERCENT OF WHITE HIRE RATE
          ---LEVEL 5                         13.4%
          ---LEVEL 7                    NOT APPLIC.
          ---BOTH LEVELS 5 AND 7             13.4%

  NUMBER OF ADDITIONAL HISPANIC
     HIRES, IF HISPANICS HAD BEEN
     HIRED AT THE RATE AT WHICH
     WHITES WERE HIRED
          ---LEVEL 5                         97
          ---LEVEL 7                          0
          ---BOTH LEVELS 5 AND 7             97

STANDARD DEVIATION ANALYSIS
     FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                             49.3%
  --OBSERVED NO. OF HIRES                     15
  --EXPECTED NO. OF HIRES                    59.60
   --DIFFERENCE                             -44.60
  --STANDARD DEVIATION                       5.50

1983 HIRING PROBLEMS UNDER A DELEGATED EXAMINING PROCEDURE    01-Aug-85

| | |
|---|---|
| AGENCY | DEPARTMENT OF JUSTICE |
| CITATION TO 1983 OPM REPORT A3 | p. 87 |
| JOB NAME | IMMIGRATION INSPECTION |
| JOB SERIES | 1816: |

----------------------------------------------------------------------

--NO. OF STANDARD DEVIATIONS
  BETWEEN EXPECTED AND
  OBSERVED VALUES:                          -8.11

STANDARD DEVIATION ANALYSIS
    FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                             49.3%
  --OBSERVED NO. OF HIRES                      0
  --EXPECTED NO. OF HIRES                    0.00
    --DIFFERENCE                             0.00
  --STANDARD DEVIATION                       0.00
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                          ERR

STANDARD DEVIATION ANALYSIS
    FOR HISPANICS (BOTH LEVELS)
  --AVAILABILITY                             49.3%
  --OBSERVED NO. OF HIRES                       15
  --EXPECTED NO. OF HIRES                    59.60
    --DIFFERENCE                            -44.60
  --STANDARD DEVIATION                        5.50
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                         -8.11

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                    )
                                             )
  individually and on behalf of            )
  all others similarly situated,           )
                                             )
                  Plaintiffs,         )
                                             )
          v.                       )
                                             )
DONALD J. DEVINE, et al.,                    )
                                             )
               Defendants.          )


SHOWING OF ADVERSE IMPACT

Name of Job:        Contract and Procurement

Job Series:         1102

Job Level:          Grades 5 and 7

Agency:             Air Force

Procedure:          Schedule B Authority[1]

Affected Class:     Blacks and Hispanics

      Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the Consent Decree.  The page of the OPM Report

---

    [1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- 1 -

showing hiring information for this job category and agency is
attached as Attachment A.  The page of the application statistics
provided to plaintiffs is attached as Attachment B.  Plaintiffs'
analysis of the adverse impact as to this job category at this
agency is attached as Attachment C.

The appointment rate for blacks was only 48.4% of the
appointment rate for whites.  At the Grade 5 level, the appoint-
ment rate for blacks was only 51.0% of the appointment rate for
whites.  At the Grade 7 level, the appointment rate for blacks
was only 39.3% of the appointment rate for whites.  These racial
disparities were statistically significant for all hires by the
Air Force into this job (4.68 standard deviations), for hires at
the Grade 5 level (3.86 standard deviations), and for hires
at the Grade 7 level (2.71 standard deviations).

The shortfall in hiring amounts to a loss of 53 black
hires at Grade 5 and 19 black hires at Grade 7.  Plaintiffs seek
the immediate hiring of the same number of blacks, and the
further "make-whole" remedies described in Mr. Seymour's letter
of July 29, 1985 to Ms. Ward.

The appointment rate for Hispanics was only 30.7% of
the appointment rate for whites.  At the Grade 5 level, the
appointment rate for Hispanics was only 31.5% of the appointment
rate for whites.  At the Grade 7 level, the appointment rate for
Hispanics was only 27.8% of the appointment rate for whites.
These racial disparities were statistically significant for all
hires by the Air Force into this job (2.17 standard deviations).

- 2 -

The shortfall in hiring amounts to a loss of 9 Hispanic hires at Grade 5 and 3 Hispanic hires at Grade 7. Plaintiffs seek the immediate hiring of the same number of Hispanics, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

REPORT A3  APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION  PAGE : 11
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE AIR FORCE  STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE  PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1102 | GS-05 | WHITE(N-HISP) | 279 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 198 | 79 |
| | | BLACK(N-HISP) | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 13 |
| | | HISPANIC | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 7 |
| | | TOTAL | 359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 257 | 99 |
| | GS-07 | WHITE(N-HISP) | 164 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 56 | 104 |
| | | BLACK(N-HISP) | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 |
| | | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| | | TOTAL | 188 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 69 | 115 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 443 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 254 | 183 |
| | | BLACK(N-HISP) | 87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 67 | 20 |
| | | HISPANIC | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 11 |
| | | TOTAL | 547 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 326 | 214 |
| 1103 | GS-05 | WHITE(N-HISP) | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | | TOTAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 11 |
| 1150 | GS-05 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | GS-07 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | BLACK(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)<br>PAC 83-2 & 83-36 | 2. Reporting Period<br>From 1/1/83  To 12/31/83 | 3. Missing Data<br>100 | 4. Name of Agency Contact and Phone Number(s)<br>FIS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Air Force | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>Contract and Procurement<br>Specialist     GS- |1|1|C|2 | 9. Grade Level(s)<br>5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CH | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | 12 | 395 | | | | | | 2 | 5 | 13 | | 23 | | 450 | 32.7% |
| Hispanic origin | | 0 | 39 | | | • | | | 1 | 0 | 8 | | 5 | | 53 | 3.9% |
| White, not of Hispanic origin | | 20 | 578 | | | | | | 112 | 36 | 43 | | 37 | | 826 | 60.0% |
| Other qualified applicants | | 0 | 35 | | | | | | 3 | 0 | 9 | | 0 | | 47 | 3.4% |
| 10. Zone Totals | | 32 | 1047 | | | | | | 118 | 41 | 73 | | 65 | | 1376 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620  (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY     01-Aug-85


AGENCY                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:     p. 11

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
-----------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
(SCHEDULE B HIRES ONLY)

   GRADE 5 TOTAL                        257
         WHITE (NON-HISPANIC)           198
         BLACK (NON-HISPANIC)            55
         HISPANIC                         4

   GRADE 7 TOTAL                         69
         WHITE (NON-HISPANIC)            56
         BLACK (NON-HISPANIC)            12
         HISPANIC                         1

   TOTAL, GRADES 5 AND 7                326
         WHITE (NON-HISPANIC)           254
         BLACK (NON-HISPANIC)            67
         HISPANIC                         5

1983 SCHEDULE B APPLICATIONS

   GRADE 5 APPLICANTS
    (INCLUDES APPLICANTS
    IN MIXED GRADES 5/7
    PROCEDURES)
         WHITE (NON-HISPANIC)           826
         BLACK (NON-HISPANIC)           450
            % OF TOTAL BLACK:          32.7%
         HISPANIC                        53
            % OF TOTAL HISPANIC:         3.9%
         OTHER                           47

   GRADE 7 APPLICANTS
    (INCLUDES APPLICANTS
    IN MIXED GRADES 5/7
    PROCEDURES)
         WHITE (NON-HISPANIC)           826
         BLACK (NON-HISPANIC)           450
            % OF TOTAL BLACK:          32.7%
         HISPANIC                        53
            % OF TOTAL HISPANIC:         3.9%
         OTHER                           47

   TOTAL APPLICANTS FOR


               ATTACHMENT C                    Page 1

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:    p. 11

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
-------------------------------------------------------------

    GRADES 5 AND 7 (INCLUDES
    SEPARATE GRADE 5 APPLI-
    CANTS, SEPARATE GRADE 7
    APPLICANTS, AND MIXED
    GRADES 5/7 APPLICANTS)
        WHITE (NON-HISPANIC)            826
        BLACK (NON-HISPANIC)            450
          % OF TOTAL BLACK:            32.7%
        HISPANIC                        53
          % OF TOTAL HISPANIC:          3.9%
        OTHER                           47

    TOTAL RACIALLY IDENTIFIED        1376

    NOT IDENTIFIED                    100
    ---% NOT IDENTIFIED               6.8%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)          24.0%
        BLACK (NON-HISPANIC)          12.2%
        HISPANIC                       7.5%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)           6.8%
        BLACK (NON-HISPANIC)           2.7%
        HISPANIC                       1.9%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)          30.8%
        BLACK (NON-HISPANIC)          14.9%
        HISPANIC                       9.4%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                51.0%
            ---LEVEL 7                39.3%
            ---BOTH LEVELS 5 AND 7    48.4%

    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY     01-Aug-85

AGENCY                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:     p. 11

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
-----------------------------------------------------------------

    WHITES WERE HIRED
            ---LEVEL 5                     53
            ---LEVEL 7                     19
            ---BOTH LEVELS 5 AND 7         71

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 5)
  --AVAILABILITY                    32.7%
  --OBSERVED NO. OF HIRES              55
  --EXPECTED NO. OF HIRES           84.05
    --DIFFERENCE                   -29.05
  --STANDARD DEVIATION              7.52
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:               -3.86

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (LEVEL 7)
  --AVAILABILITY                    32.7%
  --OBSERVED NO. OF HIRES              12
  --EXPECTED NO. OF HIRES           22.57
    --DIFFERENCE                   -10.57
  --STANDARD DEVIATION              3.90
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:               -2.71

STANDARD DEVIATION ANALYSIS
    FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                    32.7%
  --OBSERVED NO. OF HIRES              67
  --EXPECTED NO. OF HIRES          106.61
    --DIFFERENCE                   -39.61
  --STANDARD DEVIATION              8.47
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:               -4.68

  80% RULE: HISPANIC HIRE RATE AS
    PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                   31.5%
            ---LEVEL 7                   27.8%
            ---BOTH LEVELS 5 AND 7       30.7%

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          AIR FORCE

CITATION TO 1983 OPM REPORT A3:    p. 11

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
-----------------------------------------------------------------

```
  NUMBER OF ADDITIONAL HISPANIC
      HIRES, IF HISPANICS HAD BEEN
      HIRED AT THE RATE AT WHICH
      WHITES WERE HIRED
          ---LEVEL 5                   9
          ---LEVEL 7                   3
          ---BOTH LEVELS 5 AND 7      11

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (LEVEL 5)
  --AVAILABILITY                      3.9%
  --OBSERVED NO. OF HIRES              4
  --EXPECTED NO. OF HIRES             9.90
    --DIFFERENCE                     -5.90
  --STANDARD DEVIATION               3.09
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                 -1.91

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (LEVEL 7)
  --AVAILABILITY                      3.9%
  --OBSERVED NO. OF HIRES              1
  --EXPECTED NO. OF HIRES             2.66
    --DIFFERENCE                     -1.66
  --STANDARD DEVIATION               1.60
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                 -1.04

STANDARD DEVIATION ANALYSIS
      FOR HISPANICS (BOTH LEVELS)
  --AVAILABILITY                      3.9%
  --OBSERVED NO. OF HIRES              5
  --EXPECTED NO. OF HIRES            12.56
    --DIFFERENCE                     -7.56
  --STANDARD DEVIATION               3.47
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                 -2.17
```

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,            )
                                     )
    individually and on behalf of    )
    all others similarly situated,   )
                                     )
                    Plaintiffs,      )
                                     )
          v.                         )
                                     )
DONALD J. DEVINE, et al.,            )
                                     )
                                     )
                    Defendants.      )

SHOWING OF ADVERSE IMPACT

Name of Job:      Contract and Procurement

Job Series:       1102

Job Level:        Grades 5 and 7

Agency:           Navy

Procedure:        Schedule B Authority[1]

Affected Class:   Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the Consent Decree.  The page of the OPM Report

_____

        [1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- 1 -

showing hiring information for this job category and agency is attached as Attachment A.  The pages of the application statistics provided to plaintiffs are attached as Attachment B.[2] Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

The appointment rate for blacks was only 36.4% of the appointment rate for whites.  At the Grade 5 level, the appointment rate for blacks was only 45.7% of the appointment rate for whites.  At the Grade 7 level, no blacks at all were appointed. These racial disparities were statistically significant for all hires by the Navy into this job (2.04 standard deviations).

The shortfall in hiring amounts to a loss of 6 black hires at Grade 5 and 2 black hires at Grade 7.  Plaintiffs seek the immediate hiring of the same number of blacks, and the

---

[2] Plaintiffs have previously notified the defendant that there were a number of arithmetic errors on the applicant statistics which OPM had provided to plaintiffs for this job category.  See item 10(b) of plaintiffs' January 31, 1985 letter to Ms. Ward and Mr. Green.  The defendants have agreed.  See Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the total number of racially-identified applicants is 485; the number of Hispanic applicants is 13; and the number of white applicants is 370.  The corrected figures have been used in plaintiffs' analysis.

There are several pages of applicant statistics for this and other job categories in the Navy Department, and some sheets list more than one job category.  In response to an inquiry from plaintiffs, the defendants have stated that applicants recorded on sheets showing multiple job categories should be considered applicants for each job category listed, and that the various sheets listing a job category should be aggregated so that an overall total for each job category can be obtained.  See Ms. Ward's March 14, 1985 letter to Mr. Seymour, at pp. 2-3. Plaintiffs' analysis follows the approach recommended by the defendants.

further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

    If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate remedy can be resolved during the 60-day conciliation period provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

- 3 -

REPORT A3        APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION                    PAGE :    204
                 PERIOD : JANUARY THRU DECEMBER OF 1983
                 AGENCY  : DEPARTMENT OF THE NAVY                        STATUS : ALL WORK SCHEDULES AND TENURES
                 GEOGRAPHIC AREA : NATIONWIDE                            PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1102 | GS-05 | WHITE(N-HISP) | 115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 80 |
|  |  | BLACK(N-HISP) | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 |
|  |  | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | TOTAL | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 89 |
|  | GS-07 | WHITE(N-HISP) | 61 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 9 | 50 |
|  |  | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 67 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 9 | 56 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 176 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 44 | 130 |
|  |  | BLACK(N-HISP) | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 12 |
|  |  | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
|  |  | TOTAL | 196 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 49 | 145 |
| 1103 | GS-05 | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
|  | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 3 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 3 |
| 1150 | GS-05 | WHITE(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
  ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-14 | 2. Reporting Period From 1/1/83 To 12/31/83 | | 3. Missing Data 4 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Nvay | | | 6. Name of Submitting Office | |
| 7. Address of Submitting Office | | 8. Occupational Title/Series  Contract Specialist  GS- 1 1 0 2 | | 9. Grade Level(s)  5/7 |

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | 18 | | 10 | | 1 | | | 14 | | | 8 | 26 | 77 | 15.8% |
| Hispanic origin | | | 2 | | 0 | | 4 | | | 2 | | | 3 | 2 | 33 | 2.7% |
| White, not of Hispanic origin | | | 108 | | 59 | | 28 | | | 50 | | | 55 | 70 | 371 | 76.3% |
| Other qualified applicants | | | 3 | | 2 | | 3 | | | 1 | | | 10 | 6 | 25 | 5.2% |
| 10. Zone Totals | | | 131 | | 71 | | 36 | | | 67 | | | 76 | 104 | 486 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

ATTACHMENT B

E   Form 620   (3-83)

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-3 | 2. Reporting Period<br>From 1/1/83   To 12/31/83 | 3. Missing Data 9 | 4. Name of Agency Contact and Phone Number(s)<br>FTS:<br>Commercial: | | |
|---|---|---|---|---|---|
| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Navy | | | 6. Name of Submitting Office | | |
| 7. Address of Submitting Office | | | 8. Occupational Title/Series<br>****        GS- | | 9. Grade Level(s)<br>5/7 |

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | | 44 | | | | | | | | | | | 44 | 13.8% |
| Hispanic origin | | | | 0 | | | | | | | | | | | 0 | |
| White, not of Hispanic origin | | | | 272 | | | | | | | | | | | 272 | 85.3% |
| Other qualified applicants | | | | 3 | | | | | | | | | | | 3 | .9% |
| 10. Zone Totals | | | | 319 | | | | | | | | | | | 319 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

    ****   Information Systems Analyst   0301
           Management Analyst         0343
           Programs Analyst           0345
           Inventory Accounting Analyst 0501
           Budget Analyst            0560
           Contract Specialist       1102

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-3 | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 14 | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Procurement Specialist    GS- 1 1 0 2 | 9. Grade Level(s) 5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | MI | SL | UN | AL | SL | DN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | | 106 | | | | | | | | | | | 106 | 30.8% |
| Hispanic origin | | | | 18 | | | | | | | | | | | 18 | 5.2% |
| White, not of Hispanic origin | | | | 215 | | | | | | | | | | | 215 | 62.5% |
| Other qualified applicants | | | | 5 | | | | | | | | | | | 5 | 1.5% |
| 10. Zone Totals | | | | 344 | | | | | | | | | | | 344 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E. Form 620  (3-83)

# OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)<br><br>PAC 83-3 | 2. Reporting Period<br>From 1/1/83 To 12/31/83 | 3. Missing Data<br>— | 4. Name of Agency Contact and Phone Number(s)<br><br>FTS:<br>Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation<br><br>Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series<br><br>****　　　　　　GS- \| \| \| | 9. Grade Level(s)<br><br>5 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | | 5 | | | | 0 | | 70 | | | 3 | | 78 | 35.9% |
| Hispanic origin | | | | 1 | | | | 0 | | 14 | | | 0 | | 15 | 6.9% |
| White, not of Hispanic origin | | | | 27 | | | | 3 | | 87 | | | 2 | | 119 | 54.8% |
| Other qualified applicants | | | | 3 | | | | 1 | | 1 | | | 0 | | 5 | 2.4% |
| 10. Zone Totals | | | | 36 | | | | 4 | | 172 | | | 5 | | 217 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

****　　Personnel Management  0201　　　　　Contract Specialist 1102
　　　　Inventory Accounting Analyst  0501　　Management Analyst  0343
　　　　Budget Analyst  0560　　　　　　　　Information Systems  0301
　　　　Security Specialist  0080　　　　　　Logistics Management  0346
　　　　General Supply 2001
　　　　Traffic Management  2100

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:    p. 204

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
------------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
(SCHEDULE B HIRES ONLY)

    GRADE 5 TOTAL                   40
        WHITE (NON-HISPANIC)        35
        BLACK (NON-HISPANIC)        5
        HISPANIC                    0

    GRADE 7 TOTAL                   9
        WHITE (NON-HISPANIC)        9
        BLACK (NON-HISPANIC)        0
        HISPANIC                    0

    TOTAL, GRADES 5 AND 7           49
        WHITE (NON-HISPANIC)        44
        BLACK (NON-HISPANIC)        5
        HISPANIC                    0

1983 SCHEDULE B APPLICATIONS

    GRADE 5 APPLICANTS
     (INCLUDES APPLICANTS
     IN MIXED GRADES 5/7
     PROCEDURES)
        WHITE (NON-HISPANIC)        976
        BLACK (NON-HISPANIC)        305
           % OF TOTAL BLACK:        22.3%
        HISPANIC                    46
           % OF TOTAL HISPANIC:     3.4%
        OTHER                       38

    GRADE 7 APPLICANTS
     (INCLUDES APPLICANTS
     IN MIXED GRADES 5/7
     PROCEDURES)
        WHITE (NON-HISPANIC)        857
        BLACK (NON-HISPANIC)        227
           % OF TOTAL BLACK:        19.8%
        HISPANIC                    31
           % OF TOTAL HISPANIC:     2.7%
        OTHER                       33

    TOTAL APPLICANTS FOR

        ATTACHMENT C                        Page 1

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:    p. 204

JOB NAME                         CONTRACT
                                 AND
                                 PROCUREMENT

JOB SERIES                       1102:
-----------------------------------------------------------------

    GRADES 5 AND 7 (INCLUDES
    SEPARATE GRADE 5 APPLI-
    CANTS, SEPARATE GRADE 7
    APPLICANTS, AND MIXED
    GRADES 5/7 APPLICANTS)
        WHITE (NON-HISPANIC)              976
        BLACK (NON-HISPANIC)              305
            % OF TOTAL BLACK:            22.3%
        HISPANIC                          46
            % OF TOTAL HISPANIC:          3.4%
        OTHER                             38

    TOTAL RACIALLY IDENTIFIED           1365

    NOT IDENTIFIED                        27
    ---% NOT IDENTIFIED                  1.9%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)             3.6%
        BLACK (NON-HISPANIC)             1.6%
        HISPANIC                         0.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)             1.1%
        BLACK (NON-HISPANIC)             0.0%
        HISPANIC                         0.0%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)             4.5%
        BLACK (NON-HISPANIC)             1.6%
        HISPANIC                         0.0%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                  45.7%
            ---LEVEL 7                   0.0%
            ---BOTH LEVELS 5 AND 7      36.4%

    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH

```
1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85


AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:    p. 204

JOB NAME                        CONTRACT
                                AND
                                PROCUREMENT

JOB SERIES                      1102:
-------------------------------------------------------------

      WHITES WERE HIRED
            ---LEVEL 5                      6
            ---LEVEL 7                      2
            ---BOTH LEVELS 5 AND 7          9

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                   22.3%
  --OBSERVED NO. OF HIRES              5
  --EXPECTED NO. OF HIRES          8.94
    --DIFFERENCE                  -3.94
  --STANDARD DEVIATION            2.63
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:             -1.49

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                   19.8%
  --OBSERVED NO. OF HIRES              0
  --EXPECTED NO. OF HIRES          1.78
    --DIFFERENCE                  -1.78
  --STANDARD DEVIATION            1.19
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:             -1.49

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                   22.3%
  --OBSERVED NO. OF HIRES              5
  --EXPECTED NO. OF HIRES         10.95
    --DIFFERENCE                  -5.95
  --STANDARD DEVIATION            2.92
  --NO. OF STANDARD DEVIATIONS
     BETWEEN EXPECTED AND
     OBSERVED VALUES:             -2.04
```

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　individually and on behalf of　)
　　all others similarly situated,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiffs,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DONALD J. DEVINE, et al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　)

SHOWING OF ADVERSE IMPACT

Name of Job:　　　Inventory Management

Job Series:　　　 2010

Job Level:　　　　Grade 5

Agency:　　　　　 Navy

Procedure:　　　　Schedule B Authority[1]

Affected Class:　Blacks

　　　　　Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the Consent Decree. The page of the OPM Report

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6. The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures. In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- 1 -

showing hiring information for this job category and agency is attached as Attachment A.  The pages of the application statistics provided to plaintiffs are attached as Attachment B.[2] Plaintiffs' analysis of the adverse impact as to this job category at this agency is attached as Attachment C.

The appointment rate for blacks was only 48.9% of the appointment rate for whites.  (All hires were at the Grade 5 level.)  This racial disparity was statistically significant for all hires by the Navy into this job (2.05 standard deviations).

The shortfall in hiring amounts to a loss of 10 black hires.  Plaintiffs seek the immediate hiring of the same number of blacks, and the further "make-whole" remedies described in Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy of plaintiffs' showing of adverse impact, please bring them to the attention of counsel for plaintiffs immediately, so that both the question of adverse impact and the provision of an adequate

---

[2] There are several pages of applicant statistics for this and other job categories in the Navy Department, and some sheets list more than one job category.  In response to an inquiry from plaintiffs, the defendants have stated that applicants recorded on sheets showing multiple job categories should be considered applicants for each job category listed, and that the various sheets listing a job category should be aggregated so that an overall total for each job category can be obtained.  See Ms. Ward's March 14, 1985 letter to Mr. Seymour, at pp. 2-3. Plaintiffs' analysis follows the approach recommended by the defendants.

remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs


Dated: August 2, 1985

REPORT A3      APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION      PAGE : 208

PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE NAVY
GEOGRAPHIC AREA : NATIONWIDE

STATUS : ALL WORK SCHEDULES AND TENURES
PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | GS-05 | WHITE(N-HISP) | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 17 |
| | | BLACK(N-HISP) | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 6 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| | | TOTAL | 52 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 25 | 23 |
| | GS-07 | WHITE(N-HISP) | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 21 |
| | | BLACK(N-HISP) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 22 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 21 | 38 |
| | | BLACK(N-HISP) | 12 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 7 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| | | TOTAL | 76 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 25 | 45 |
| 2010 | GS-05 | WHITE(N-HISP) | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 46 | 31 |
| | | BLACK(N-HISP) | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 10 | 6 |
| | | HISPANIC | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| | | TOTAL | 105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 59 | 37 |
| | GS-07 | WHITE(N-HISP) | 33 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 28 |
| | | BLACK(N-HISP) | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| | | HISPANIC | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | | TOTAL | 40 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 35 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 114 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 8 | 46 | 59 |
| | | BLACK(N-HISP) | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 10 | 11 |
| | | HISPANIC | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 |
| | | TOTAL | 145 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 13 | 59 | 72 |
| 2030 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GS-07 | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| TOTAL GS-05+07 | | WHITE(N-HISP) | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| | | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | TOTAL | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement) PAC 83-3 | 2. Reporting Period From 1/1/83 To 12/31/83 | 3. Missing Data 9 . | 4. Name of Agency Contact and Phone Number(s) FTS: Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Supply Group  *** GS- 2 0 0 0 | 9. Grade Level(s) 5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | |
| Black, not of Hispanic origin | | | | 18 | | | | | | | | | | | 18  13.2% |
| Hispanic origin | | | | 0 | | | | | | | | | | | 0 |
| White, not of Hispanic origin | | | | 114 | | | | | | | | | | | 114  83.8% |
| Other qualified applicants | | | | 4 | | | | | | | | | | | 4  3.0% |
| 10. Zone Totals | | | | 136 | | | | | | | | | | | 136  100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

```
***   General Supply  2001
      Supply Program
         Management  2003
      Inventory Management  2010
      Supply Cataloging 2050
```

U. S. Office of Personnel Management

ATTACHMENT B

E . Form 620  (3-83)

OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negotiated agreement)  PAC 83-3 | 2. Reporting Period From 1/1/83  To 12/31/83 | 3. Missing Data 16 | 4. Name of Agency Contact and Phone Number(s)  FIS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Department of the Navy | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Inventory Management Specialist GS- 2 0 1 0 | 9. Grade Level(s)  5/7 |
|---|---|---|

## NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | GR | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | | | | 131 | | | | | | | | | ? | | 131 | 34.7% |
| Hispanic origin | | | | 20 | | | | | | | | | | | 20 | 5.3% |
| White, not of Hispanic origin | | | | 221 | | | | | | | | | | | 221 | 58.6 % |
| Other qualified applicants | | | | 5 | | | | | | | | | | | 5 | 1.4% |
| 10. Zone Totals | | | | 377 | | | | | | | | | | | 377 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

U. S. Office of Personnel Management

E   Form 620   (3-83)

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:    p. 208

JOB NAME                         INVENTORY
                                 MANAGEMENT

JOB SERIES                       2010:
------------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
(SCHEDULE B HIRES ONLY)

  GRADE 5 TOTAL                          59
        WHITE (NON-HISPANIC)             46
        BLACK (NON-HISPANIC)             10
        HISPANIC                          3

  GRADE 7 TOTAL                           0
        WHITE (NON-HISPANIC)              0
        BLACK (NON-HISPANIC)              0
        HISPANIC                          0

  TOTAL, GRADES 5 AND 7                  59
        WHITE (NON-HISPANIC)             46
        BLACK (NON-HISPANIC)             10
        HISPANIC                          3

1983 SCHEDULE B APPLICATIONS

  GRADE 5 APPLICANTS
  (INCLUDES APPLICANTS
  IN MIXED GRADES 5/7
  PROCEDURES)
        WHITE (NON-HISPANIC)            335
        BLACK (NON-HISPANIC)            149
           % OF TOTAL BLACK:          29.0%
        HISPANIC                         20
           % OF TOTAL HISPANIC:        3.9%
        OTHER                             9

  GRADE 7 APPLICANTS
  (INCLUDES APPLICANTS
  IN MIXED GRADES 5/7
  PROCEDURES)
        WHITE (NON-HISPANIC)            335
        BLACK (NON-HISPANIC)            149
           % OF TOTAL BLACK:          29.0%
        HISPANIC                         20
           % OF TOTAL HISPANIC:        3.9%
        OTHER                             9

  TOTAL APPLICANTS FOR

                ATTACHMENT C                    Page  1

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85

AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:    p. 208

JOB NAME                        INVENTORY
                                MANAGEMENT

JOB SERIES                      2010:
------------------------------------------------------------------

    GRADES 5 AND 7 (INCLUDES
    SEPARATE GRADE 5 APPLI-
    CANTS, SEPARATE GRADE 7
    APPLICANTS, AND MIXED
    GRADES 5/7 APPLICANTS)
        WHITE (NON-HISPANIC)         335
        BLACK (NON-HISPANIC)         149
            % OF TOTAL BLACK:        29.0%
        HISPANIC                     20
            % OF TOTAL HISPANIC:     3.9%
        OTHER                        9

    TOTAL RACIALLY IDENTIFIED        513

    NOT IDENTIFIED                   25
    ---% NOT IDENTIFIED              4.6%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)         13.7%
        BLACK (NON-HISPANIC)         6.7%
        HISPANIC                     15.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)         0.0%
        BLACK (NON-HISPANIC)         0.0%
        HISPANIC                     0.0%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)         13.7%
        BLACK (NON-HISPANIC)         6.7%
        HISPANIC                     15.0%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5               48.9%
            ---LEVEL 7               ERR
            ---BOTH LEVELS 5 AND 7   48.9%

    NUMBER OF ADDITIONAL BLACK
        HIRES, IF BLACKS HAD BEEN
        HIRED AT THE RATE AT WHICH

Page  2

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY     01-Aug-85

AGENCY                          NAVY

CITATION TO 1983 OPM REPORT A3:   p. 208

JOB NAME                        INVENTORY
                                MANAGEMENT


JOB SERIES                      2010:
-----------------------------------------------------------------

        WHITES WERE HIRED
            ---LEVEL 5                     10
            ---LEVEL 7                      0
            ---BOTH LEVELS 5 AND 7         10

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 5)
  --AVAILABILITY                    29.0%
  --OBSERVED NO. OF HIRES             10
  --EXPECTED NO. OF HIRES          17.14
    --DIFFERENCE                   -7.14
  --STANDARD DEVIATION              3.49
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:               -2.05

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (LEVEL 7)
  --AVAILABILITY                    29.0%
  --OBSERVED NO. OF HIRES              0
  --EXPECTED NO. OF HIRES           0.00
    --DIFFERENCE                    0.00
  --STANDARD DEVIATION              0.00
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:                ERR

STANDARD DEVIATION ANALYSIS
      FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                    29.0%
  --OBSERVED NO. OF HIRES             10
  --EXPECTED NO. OF HIRES          17.14
    --DIFFERENCE                   -7.14
  --STANDARD DEVIATION              3.49
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:               -2.05

ENFORCEMENT PROCEEDING
BEFORE THE MONITORING COMMITTEE

ANGEL G. LUEVANO, et al.,                )
                                         )
    individually and on behalf of        )
    all others similarly situated,       )
                                         )
                        Plaintiffs,      )
                                         )
            v.                           )
                                         )
DONALD J. DEVINE, et al.,                )
                                         )
                        Defendants.      )

SHOWING OF ADVERSE IMPACT

Name of Job:        Internal Revenue Officer

Job Series:         1169

Job Level:          Grades 5 and 7

Agency:             Treasury Department

Procedure:          Schedule B Authority[1]

Affected Class:     Blacks

        Plaintiffs hereby begin an enforcement proceeding

before the Monitoring Committee as to the above job category,

pursuant to the Consent Decree.  The page of the OPM Report

---

[1] Plaintiffs do not concede that the use of Schedule B
authority can be considered to be an alternative examining
procedure for purposes of determining when the five-year period
of retention of jurisdiction commences to run under the pro-
visions of ¶ 7 of the Consent Decree, at p. 6.  The defendants
have chosen to use such authority as an interim measure to save
the expense of developing alternative examining procedures, until
such time as the numbers of hires to be made in particular job
categories will justify the expense of developing alternative
examining procedures.  In the meantime, the parties have no
choice but to apply the adverse-impact provisions of the Consent
Decree on an agency-by-agency basis.

- 1 -

showing hiring information for this job category and agency is
attached as Attachment A.  The application statistics provided to
plaintiffs are attached as Attachment B.[2]  Plaintiffs' analysis
of the adverse impact as to this job category at this agency is
attached as Attachment C.

The appointment rate for blacks was only 73.7% of the
appointment rate for whites.  At the Grade 5 level, the appoint-
ment rate for blacks was 78.8% of the appointment rate for
whites.  At the Grade 7 level, the appointment rate for blacks
was 72.3% of the appointment rate for whites.  This racial
disparity was statistically significant for all hires by the
Treasury Department into this job (3.49 standard deviations), and
was also statistically significant for hires at the Grade 7 level
(3.14 standard deviations).

The shortfall in hiring amounts to a loss of 11 black
hires at the Grade 5 level, and 48 black hires at the Grade 7
level.  Plaintiffs seek the immediate hiring of the same number
of blacks, and the further "make-whole" remedies described in
Mr. Seymour's letter of July 29, 1985 to Ms. Ward.

If the defendants have any problems with the adequacy

---

[2] Plaintiffs have previously notified the defendant that
there were a number of arithmetic errors on the applicant
statistics which OPM had provided to plaintiffs for this job
category.  See item 10(a) of plaintiffs' January 31, 1985 letter
to Ms. Ward and Mr. Green.  The defendants have agreed.  See
Ms. Ward's response of March 14, 1985, p. 4.  Accordingly, the
total number of racially-identified applicants is 8,636; the
number of Other applicants is 276; and the number of white
applicants is 4,587.  The corrected figures have been used in
plaintiffs' analysis.

of plaintiffs' showing of adverse impact, please bring them to
the attention of counsel for plaintiffs immediately, so that both
the question of adverse impact and the provision of an adequate
remedy can be resolved during the 60-day conciliation period
provided by ¶ 28 of the Decree, at p. 43.

RICHARD T. SEYMOUR

Attorney for Plaintiffs

Dated: August 2, 1985

- 3 -

Case 1:75-cv-00271-RBW   Document 16-1   Filed 01/23/79   Page 346 of 350

REPORT A3    APPOINTMENTS TO OCCUPATIONS COVERED BY THE PACE EXAMINATION    PAGE : 253
PERIOD : JANUARY THRU DECEMBER OF 1983
AGENCY : DEPARTMENT OF THE TREASURY                STATUS : ALL WORK SCHEDULES AND TENURES
GEOGRAPHIC AREA : NATIONWIDE                       PAYPLANS : GS AND EQUIVALENT

| OCCUPATION SERIES | GS EQUIV GRADE | RACE/ NATL ORIGIN | TOTAL ALL SOURCES | CS CERT PACE | NON-PACE CS CERT | OUTSTANDING SCHOLAR | DIRECT HIRE | DELEGATED EXAMINING | CO-OP | BI-CULT. BI-LING. | VRA | SCHEDULE B | * OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1169 | GS-05 | WHITE(N-HISP) | 226 | 4 | 1 | 0 | 0 | 3 | 0 | 0 | 6 | 73 | 139 |
|  |  | BLACK(N-HISP) | 114 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 7 | 39 | 66 |
|  |  | HISPANIC | 45 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 21 | 22 |
|  |  | TOTAL | 385 | 4 | 2 | 0 | 0 | 3 | 2 | 0 | 14 | 133 | 227 |
|  | GS-07 | WHITE(N-HISP) | 490 | 13 | 1 | 0 | 1 | 1 | 0 | 0 | 7 | 253 | 214 |
|  |  | BLACK(N-HISP) | 214 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 124 | 83 |
|  |  | HISPANIC | 89 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 58 | 28 |
|  |  | TOTAL | 793 | 19 | 1 | 0 | 1 | 1 | 2 | 0 | 9 | 435 | 325 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 716 | 17 | 2 | 0 | 1 | 4 | 0 | 0 | 13 | 326 | 353 |
|  |  | BLACK(N-HISP) | 328 | 5 | 1 | 0 | 0 | 0 | 2 | 0 | 8 | 163 | 149 |
|  |  | HISPANIC | 134 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 79 | 50 |
|  |  | TOTAL | 1,178 | 23 | 3 | 0 | 1 | 4 | 4 | 0 | 23 | 568 | 552 |
| 1171 | GS-05 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  | GS-07 | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | TOTAL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1654 | GS-05 | WHITE(N-HISP) | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | BLACK(N-HISP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | HISPANIC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | GS-07 | WHITE(N-HISP) | 7 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 11 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| TOTAL GS-05+07 |  | WHITE(N-HISP) | 9 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
|  |  | BLACK(N-HISP) | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | HISPANIC | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | TOTAL | 13 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

* THIS CATEGORY INCLUDES REASSIGNMENTS, TRANSFERS, REINSTATEMENTS, OR PROMOTIONS OCCURRING
ONLY WHEN AN INDIVIDUAL CAME FROM A NON PACE OCCUPATION

ATTACHMENT A

## OPM REPORTING FORM FOR LUEVANO v. DEVINE DECREE

| 1. Authorization Number (see negoti-ated agreement) ** | 2. Reporting Period From 1/1/83  To 12/31/83 | 3. Missing Data -- | 4. Name of Agency Contact and Phone Number(s)  FTS:  Commercial: |
|---|---|---|---|

| 5. Title of Department, Independent Establishment or Government Corporation  Internal Revenue Service–Department of the Treasury | 6. Name of Submitting Office |
|---|---|

| 7. Address of Submitting Office | 8. Occupational Title/Series  Revenue Officer     GS- 1 1 6 9 | 9. Grade Level(s)  5/7 |
|---|---|---|

### NUMBER OF QUALIFIED* APPLICANTS BY ZONE

| DESIGNATION CATEGORY | GEOGRAPHIC ZONES ** | | | | | | | | | | | | | | 11. NATIONWIDE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NY | CH | CH | PH | SL | UN | AL | SL | UN | AT | DA | PC | SF | WAO | | |
| Black, not of Hispanic origin | 456 | | 29 | 367 | | | 11 | 27 | 15 | 1094 | 648 | 1 | 432 | | 3080 | 35.7% |
| Hispanic origin | 145 | 40 | 2 | 25 | | | 1 | 8 | 18 | 148 | 75 | | 231 | | 693 | 8.0% |
| White, not of Hispanic origin | 303 | | 107 | 794 | | | 53 | 232 | 71 | 1694 | 673 | 14 | 646 | | 4542 | 52.7% |
| Other qualified applicants | | | | 6 | | | | 21 | 3 | 51 | 37 | 35 | 123 | | 307 | 3.6% |
| 10. Zone Totals | 935 | 40 | 138 | 1192 | | | 65 | 288 | 107 | 2942 | 1433 | 50 | 1432 | | 8622 | 100% |

*Only those applicants who meet the appropriate qualification requirements for the position.

**Zone definitions are on the reverse side of this form.

PACs 82-2, 82-4, 83-6, 83-8, 83-11, 83-12, 83-13, 83-16, 83-24, 83-37, 83-40, 83-41, 83-60, 83-62, 83-66, 83-67, 83-72, 83-77, 83-79.

U. S. Office of Personnel Management                    ATTACHMENT B                    E   Form 620   (3-83)

```
1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY    01-Aug-85


AGENCY                          TREASURY

CITATION TO 1983 OPM REPORT A3:  p. 253

JOB NAME                        INTERNAL
                                REVENUE
                                OFFICER

JOB SERIES                      1169:
--------------------------------------------------------------------

1983 HIRES FROM OPM REPORTS
(SCHEDULE B HIRES ONLY)

  GRADE 5 TOTAL                      133
        WHITE (NON-HISPANIC)          73
        BLACK (NON-HISPANIC)          39
        HISPANIC                      21

  GRADE 7 TOTAL                      435
        WHITE (NON-HISPANIC)         253
        BLACK (NON-HISPANIC)         124
        HISPANIC                      58

  TOTAL, GRADES 5 AND 7              568
        WHITE (NON-HISPANIC)         326
        BLACK (NON-HISPANIC)         163
        HISPANIC                      79

1983 SCHEDULE B APPLICATIONS

  GRADE 5 APPLICANTS
   (INCLUDES APPLICANTS
   IN MIXED GRADES 5/7
   PROCEDURES)
        WHITE (NON-HISPANIC)        4542
        BLACK (NON-HISPANIC)        3080
           % OF TOTAL BLACK:        35.7%
        HISPANIC                     693
           % OF TOTAL HISPANIC:      8.0%
        OTHER                        307

  GRADE 7 APPLICANTS
   (INCLUDES APPLICANTS
   IN MIXED GRADES 5/7
   PROCEDURES)
        WHITE (NON-HISPANIC)        4542
        BLACK (NON-HISPANIC)        3080
           % OF TOTAL BLACK:        35.7%
        HISPANIC                     693
           % OF TOTAL HISPANIC:      8.0%
        OTHER                        307

  TOTAL APPLICANTS FOR
```

ATTACHMENT C                        Page 1

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY     01-Aug-85

AGENCY                          TREASURY

CITATION TO 1983 OPM REPORT A3:   p. 253

JOB NAME                         INTERNAL
                                 REVENUE
                                 OFFICER

JOB SERIES                       1169:
-------------------------------------------------------------

        GRADES 5 AND 7 (INCLUDES
        SEPARATE GRADE 5 APPLI-
        CANTS, SEPARATE GRADE 7
        APPLICANTS, AND MIXED
        GRADES 5/7 APPLICANTS)
            WHITE (NON-HISPANIC)        4542
            BLACK (NON-HISPANIC)        3080
               % OF TOTAL BLACK:        35.7%
            HISPANIC                     693
               % OF TOTAL HISPANIC:      8.0%
            OTHER                        307

        TOTAL RACIALLY IDENTIFIED      8622

        NOT IDENTIFIED                    0
        ---% NOT IDENTIFIED             0.0%

APPOINTMENT RATES (LEVEL 5)
        WHITE (NON-HISPANIC)            1.6%
        BLACK (NON-HISPANIC)            1.3%
        HISPANIC                        3.0%

APPOINTMENT RATES (LEVEL 7)
        WHITE (NON-HISPANIC)            5.6%
        BLACK (NON-HISPANIC)            4.0%
        HISPANIC                        8.4%

APPOINTMENT RATES (BOTH LEVELS)
        WHITE (NON-HISPANIC)            7.2%
        BLACK (NON-HISPANIC)            5.3%
        HISPANIC                       11.4%

ADVERSE IMPACT CALCULATIONS:

    80% RULE: BLACK HIRE RATE AS
        PERCENT OF WHITE HIRE RATE
            ---LEVEL 5                 78.8%
            ---LEVEL 7                 72.3%
            ---BOTH LEVELS 5 AND 7     73.7%

        NUMBER OF ADDITIONAL BLACK
            HIRES, IF BLACKS HAD BEEN
            HIRED AT THE RATE AT WHICH

1983 HIRING PROBLEMS IN AGENCIES USING SCHEDULE B AUTHORITY      01-Aug-85

AGENCY                          TREASURY

CITATION TO 1983 OPM REPORT A3:   p. 253

JOB NAME                        INTERNAL
                                REVENUE
                                OFFICER

JOB SERIES                      1169:
---------------------------------------------------------------

     WHITES WERE HIRED
          ---LEVEL 5                11
          ---LEVEL 7                48
          ---BOTH LEVELS 5 AND 7    58

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 5)
  --AVAILABILITY                  35.7%
  --OBSERVED NO. OF HIRES           39
  --EXPECTED NO. OF HIRES         47.51
    --DIFFERENCE                  -8.51
  --STANDARD DEVIATION            5.53
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -1.54

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (LEVEL 7)
  --AVAILABILITY                  35.7%
  --OBSERVED NO. OF HIRES          124
  --EXPECTED NO. OF HIRES        155.39
    --DIFFERENCE                 -31.39
  --STANDARD DEVIATION            9.99
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -3.14

STANDARD DEVIATION ANALYSIS
     FOR BLACKS (BOTH LEVELS)
  --AVAILABILITY                  35.7%
  --OBSERVED NO. OF HIRES          163
  --EXPECTED NO. OF HIRES        202.90
    --DIFFERENCE                 -39.90
  --STANDARD DEVIATION           11.42
  --NO. OF STANDARD DEVIATIONS
    BETWEEN EXPECTED AND
    OBSERVED VALUES:              -3.49