**Index of Exhibits**

| Exhibit | Description of Document |
|---|---|
| A | Declaration of Nick Solheim |
| B | Declaration of Marcus Thornton |
| C | Motion to Terminate the Consent Decree and Accompanying Memorandum of Law |
| D | Proposed Order |