IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, et al., <br><br> *Defendants*. | Case No. 1:79-cv-00271 <br><br> Judge Reggie B. Walton |

**DECLARATION OF NICK SOLHEIM**

I, Nick Solheim, declare as follows:

1. I am over 21 years old, of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. I am the Chief Executive Officer of American Moment.

3. American Moment was founded in 2021. It is a public charity organized consistent with I.R.C. § 501(c)(3) that administers programs to help identify, educate, and credential young people to serve in government. It was formed in part to enable young people from nontraditional backgrounds to engage in public service, including by serving in the federal government.

4. As part of that mission, American Moment supports the use of objective testing to demonstrate qualifications for employment, and advocates against the use of college degree requirements and subjective preconditions or considerations. If the consent decree

in this case is dissolved, American Moment will advocate to executive branch agencies to make full use of their statutory authorities to administer written tests for employment in the competitive service, so that people from nontraditional backgrounds have a fair opportunity to compete for employment.

Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13th, 2025.

Nick Solheim