IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, et al., <br><br> *Defendants*. | Case No. 1:79-cv-00271 <br><br> Judge Reggie B. Walton |

### DECLARATION OF MARCUS THORNTON

I, Marcus Thornton, declare as follows:

1. I am over 21 years old, of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. I am the President of Feds for Freedom, a non-profit organization registered in Nevada and founded in 2021. Feds for Freedom has over 9,000 members who are located in all 50 states and at embassies, consulates, and military bases around the world. They work for nearly every federal agency and dozens of federal contractors. Some members are prohibited by law or regulation from suing under their own names due to the sensitive positions they hold.

3. Feds for Freedom's mission is to build and work with a broad coalition of stakeholders, advocate and litigate for constitutional rights, and reform the federal service to be more accountable, transparent, and representative of the values of the American people.

4. As part of that mission, Feds for Freedom supports the federal government using employment tests, which can promote accountability and transparency in hiring, and opposes the federal government discriminating based on race in employment decisions.

Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2025.

Marcus Thornton