**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGEL G. LUEVANO, et al., | |
| *Plaintiffs*, | Case No. 1:79-cv-00271-RBW |
| v. | Judge Reggie B. Walton |
| CHARLES EZELL, Acting Director, Office of Personnel Management, et al., | |
| *Defendants*, | |
| and | |
| AMERICAN MOMENT c/o Nick Solheim 300 Independence Ave SE Washington, DC 20003 | |
| and | |
| FEDS FOR FREEDOM 401 Ryland St. Suite 200-A, Reno, NV 89502, | |
| [*Proposed*] *Defendant-Intervenors*. | |

## [PROPOSED] ORDER

This matter came before the Court on a Motion to Intervene as Defendants by Proposed Defendant-Intervenors American Moment and Feds for Freedom. The Court, having reviewed the files and records herein, hereby:

ORDERS that the Motion to Intervene as Defendants filed by American Moment and Feds for Freedom is hereby GRANTED.

DATED this ___ day of _____ 2025.


_____
Reggie B. Walton
United States District Judge