AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>Luevano</td><td>)</td><td rowspan="5">Case No.   1:79-cv-271</td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>Ezell</td><td>)</td></tr>
<tr><td><i>Defendant</i></td><td>)</td></tr>
</table>

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Moment, Feds for Freedom                                                                              .

Date:      05/15/2025

/s/ R. Trent McCotter
*Attorney's signature*

R. Trent McCotter, DC 1011329
*Printed name and bar number*
800 Connecticut Ave. NW, #900
Washington, DC 20006

*Address*

tmccotter@boydengray.com
*E-mail address*

(202) 706-5488
*Telephone number*

*FAX number*