**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, <br><br> Defendant. | NO. 1:79-CV-00271-rbw <br> Judge Reggie B. Walton |

## PLAINTIFFS' MOTION TO EXTEND MAY 29, 2025 DEADLINE

Plaintiffs Angel G. Luevano and Vicky L. Chapman,[1] on behalf of a class of "All blacks and all Hispanics who have taken the PACE for hire, but not promotion, into entry-level PACE jobs at any time on or after May 19, 1975, or who, during the term of this Decree, take or may take the PACE and/or any alternative examining procedures developed by an agency and/or OPM for hire, but not promotion, into entry-level PACE jobs," ("Plaintiffs"), Consent Decree ¶ B.3, file this motion to extend the deadline, from May 29, 2025 to June 12, 2025, to file a response to the motion to intervene by American Moment and Feds for Freedom ("Proposed Defendant-Intervenors"), for the following reasons:

    1.    Plaintiffs' motion for extension of time is timely filed pursuant to Fed. R. Civ. P. 6.

---

[1] Upon information and belief, I.M.A.G.E. de California, was an unincorporated association that is no longer operational and has ceased to exist. Counsel has also been unable to locate Plaintiff Melody A. Van despite reasonable efforts to do so.

2. Proposed Defendant-Intervenors filed a Motion to Intervene on May 15, 2025. Dkt. No. 11. Plaintiffs' deadline to respond to the motion to intervene is May 29, 2025. LCvR7(b). Pursuant to Local Civil Rule 7(m), Plaintiffs opposed intervention, but did not oppose American Moment and Feds for Freedom filing an amicus brief.

3. Defendant's motion to terminate the consent decree was filed on March 10, 2025. Dkt. No. 2. Plaintiffs' deadline to respond to Defendant's motion to terminate is June 3, 2025. Apr. 1, 2025 Minute Order.

4. Plaintiffs respectfully request an extension of time to respond to the motion to intervene due to the overlapping resources required to respond to the motion to terminate, and the need for additional time to prepare adequate responses to the legal and factual issues arising from an over 40-year old Consent Decree.

5. This is Plaintiffs' first request for an extension of their deadline to respond to the pending motion.

6. For these reasons, Plaintiffs request an additional 14 days to file a response to Proposed Defendant-Intervenors' motion.

7. Plaintiffs' extension request is modest and will not unreasonably delay the case. It has been filed so the interests of justice will be served through competent and informed representation.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and provide Plaintiffs an additional 14 days to respond to Proposed Defendant-Intervenors' motion to intervene.

Dated: May 28, 2025            Respectfully Submitted,

                                          */s/ Kathryn J. Youker*
                                          Kathryn J. Youker
                                          D.C. Bar No. 90004024
                                          LAWYERS' COMMITTEE FOR
                                          CIVIL RIGHTS UNDER LAW
                                          1500 K Street NW, Suite 900
                                          Washington, DC 20005
                                          Tel.: (202) 662-8600
                                          Fax: (202) 783-0857
                                          kyouker@lawyerscommittee.org


                                          Nicolas Shump
                                          NY Bar No. 5863105
                                          MEXICAN AMERICAN LEGAL DEFENSE
                                          AND EDUCATIONAL FUND
                                          1016 16th Street, NW, Ste. 100
                                          Washington, DC 20036
                                          Telephone: (202)-293-2828
                                          nshump@maldef.org

                                          **COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Defendants, through email from their counsel, stated they are not opposed to this motion. On May 28, 2025, the undersigned attorney for Plaintiffs attempted to confer with counsel for Proposed Defendant-Intervenors by sending an email to their counsel of record regarding the subject of the foregoing motion. However, counsel for Proposed Defendant-Intervenors did not respond. Therefore, it is assumed this motion is opposed.

/s/ *Kathryn J. Youker*
Kathryn J. Youker

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, a true and correct copy of the foregoing document was served on the Defendants and Proposed Defendant-Intervenors via the Court's electronic filing system.

/s/ *Kathryn J. Youker*
Kathryn J. Youker