UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, <br><br> Defendant. | NO. 1:79-CV-00271-rbw <br> Judge Reggie B. Walton |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXTEND MAY 29, 2025 DEADLINE**

UPON CONSIDERATION of Plaintiffs Angel G. Luevano and Vicky L. Chapman's ("Plaintiffs") motion to extend deadline, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; it is further

ORDERED that Plaintiffs' deadline to file a response to the motion to intervene in this proceeding is on or before June 12, 2025.

SO ORDERED:

_____         _____
Dated                                                               HON. REGGIE B. WALTON
                                                                           UNITED STATES DISTRICT JUDGE