UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANGEL G. LUEVANO, et al.,** | § | **CIVIL ACTION NO. 79-0271** |
| | § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § | |
| **CHARLES EZELL, Acting Director,** **Office of Personnel Management, et al.,** | § § § § | |
| **Defendants.** | § | |

### NOTICE OF NON-APPEARANCE FOR BAY AREA LEGAL AID

TO ALL PARTIES, COUNSEL, and the COURT:

Please take notice that Bay Area Legal Aid (BayLegal), which is a successor in interest to one of the counsels for the Plaintiffs, Legal Aid Society of Alameda County, will not make an appearance in this case for the reasons stated in the attached declaration.

                                             Respectfully submitted,

                                             */s/ Kathryn J. Youker*
                                             Kathryn J. Youker
                                             D.C. Bar No. 90004024
                                             LAWYERS' COMMITTEE FOR
                                             CIVIL RIGHTS UNDER LAW
                                             1500 K. Street NW, Suite 900
                                             Washington, D.C., 20005
                                             Tel.: (202) 662-8600
                                             Fax: (202) 783-0857
                                             kyouker@lawyerscommittee.org

                                             **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing Motion and the attached Declaration of Brenda Star Adams with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

    Respectfully submitted,

    /s/ *Kathryn J. Youker*_____
    Kathryn J. Youker
    D.C. Bar No. 90004024
    LAWYERS' COMMITTEE FOR
    CIVIL RIGHTS UNDER LAW
    1500 K. Street NW, Suite 900
    Washington, D.C., 20005
    Tel.: (202) 662-8600
    Fax: (202) 783-0857
    kyouker@lawyerscommittee.org