UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANGEL G. LUEVANO, et al., | § § § | CIVIL ACTION NO. 79-0271 |
| Plaintiffs, | § § § § | |
| v. | § § | |
| CHARLES EZELL, Acting Director, Office of Personnel Management, et al., | § § § § | |
| Defendants. | § | |

### DECARATION OF BRENDA STAR ADAMS RE: NOTICE OF NON-APPEARANCE OF BAY AREA LEGAL AID

Bay Area Legal Aid submits this Declaration in support of the Notice of Non-Appearance for Bay Area Legal Aid.

1. My name is Brenda Star Adams, and I am the Litigation Director for Bay Area Legal Aid. I make this declaration based on my own personal knowledge or on information and belief based on my review of the Court's records in this case.

2. On January 29, 1971, Plaintiffs Angel Luevano, Melody Van, Vicky Chapman and Image de California filed a class action complaint pursuant to Title VII of the Civil Rights Act of 1964 against the United States of America alleging its use of the Professional and Administrative Career Examination (PACE) to assess prospective employees discriminated on the basis of race.

3. Throughout the litigation, Plaintiffs were represented by various organizations, including Lawyers Committee for Civil Rights Under Law, Mexican American Legal Defense & Education Fund, the Puerto Rican Legal Defense & Education Fund, Inc., and Legal Aid Society of Alameda County.

4. On November 19, 1981, the Court approved the Consent Decree entered into by the parties. Legal Aid Society of Alameda County was a signatory on the Consent Decree.

5. On March 10, 2025, the United States moved to terminate the Consent Decree. The Certificate of Service states that it served a copy of the Motion to Terminate Consent Decree ("Motion") on all counsels or their successors in interest listed on the Consent Decree.

6. BayLegal was served with a copy of the Motion as successor in interest to Legal Aid Society of Alameda County, which it did not receive until on or around March 24, 2025.

7. BayLegal did not exist in 1971 when this action was filed or in 1981 when the Consent Decree was approved.

8. BayLegal is only in possession of a scanned handwritten docket pulled from PACER, the Consent Decree, and Defendants' Motion. BayLegal has no other records pertaining to this lawsuit.

9. In 1974, the Legal Services Corporation (LSC), a publicly funded 501(c)(3) nonprofit, was created to administer federal legal services funding.

10. At this time, several local legal aid organizations existed, including San Francisco Neighborhood Legal Assistance Foundation (SFNLAF) and Legal Aid Society of Alameda County. In 1998, SFNLAF absorbed Legal Aid Society of Alameda County.

11. In 1999, LSC required the consolidation of grants to regionalize legal services.

12. In 2000, BayLegal was created through the merger of SFNLAF, Contra Costa Legal Services Foundation, and Community Legal Services of Santa Clara County.

13. Legal Aid Society of Alameda County is therefore a predecessor in interest of BayLegal.

14. BayLegal's attorneys are primarily licensed to practice in California, not in the District of Columbia.

15. BayLegal is prohibited by LSC funding restrictions from engaging in any class action litigation.

16. As a result of this restriction and other considerations as outlined above, BayLegal will not make an appearance in this case for the Plaintiffs.

I declare the foregoing to be true and correct under penalty of perjury.

Dated: 05/29/2025

*Brenda Adams*

Brenda Star Adams
Director of Litigation
BAY AREA LEGAL AID