UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES EZELL, Acting Director, Office of Personnel Management,<br><br>Defendant. | NO. 1:79-CV-00271-rbw<br>Judge Reggie B. Walton |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY DEADLINES

UPON CONSIDERATION of Plaintiffs' motion to stay all deadlines, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that all deadlines related to motions filed in this case are stayed; it is further

ORDERED that Plaintiffs shall provide this Court with joint status updates every two weeks regarding negotiations related to Defendant's Motion to Terminate the Consent Decree.

SO ORDERED:

_____                   _____
Dated                                                                          HON. REGGIE B. WALTON
                                                                                        UNITED STATES DISTRICT JUDGE