UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES EZELL, Acting Director, Office of Personnel Management,<br><br>*Defendant*. | Case No.: 1:79-CV-00271-rbw<br><br>Judge Reggie B. Walton |

## JOINT STATUS REPORT

The parties, by their undersigned counsel, submit this joint status report pursuant to the court's June 3, 2025 minute entry.

The parties have made significant progress toward reaching agreement on the terms of a resolution to Defendant's pending Motion to Terminate Consent Decree. The parties will file the appropriate papers to effectuate the conclusion of this matter.

Dated: June 17, 2025


Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn J. Youker*<br>Kathryn J. Youker<br>D.C. Bar No. 90004024<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900 | JEANINE FERRIS PIRRO<br>United States Attorney |

1

Washington, DC 20005  
Tel.: (202) 662-8375  
Fax: (202) 783-0857  
kyouker@lawyerscommittee.org

Nicolas Shump  
NY Bar No. 5863105  
MEXICAN AMERICAN LEGAL DEFENSE  
& EDUCATIONAL FUND, INC.  
1016 16th Street NW, Suite 100  
Washington, DC 20036  
Tel.: (202) 293-2828  
nshump@maldef.org

Jason P. Bailey*  
NAACP Legal Defense and Educational Fund, Inc.  
700 14th Street NW, Suite 600  
Washington, DC 20005  
Tel.: (202) 682-1300  
jbailey@naacpldf.org

Arielle Humphries*  
NAACP Legal Defense and Educational Fund, Inc.  
40 Rector Street, 5th Floor  
New York, NY 10006  
Tel.: (212) 965-2200  
ahumphries@naacpldf.org

*Attorneys for Plaintiffs*

*admitted pro hac vice

/s/with permission Thomas W. Duffey  
THOMAS W. DUFFEY  
Assistant United States Attorney  
Civil Division  
601 D Street, N.W.  
Washington, D.C. 20530  
(202) 252-2510  
thomas.duffey@usdoj.gov

*Attorneys for the United States of America*