UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES EZELL, Acting Director, Office of Personnel Management,<br><br>*Defendant*. | Case No.: 1:79-CV-00271-rbw<br><br>Judge Reggie B. Walton |

## JOINT STATUS REPORT

The parties, by their undersigned counsel, submit this joint status report pursuant to the court's June 3, 2025 minute entry.

The parties continue to make meaningful progress toward reaching agreement on the terms of a resolution to Defendant's pending Motion to Terminate Consent Decree. The parties are actively exchanging drafts and will file the appropriate papers with the Court to effectuate the conclusion of this matter.

Dated: July 1, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Lourdes M. Rosado<br>Lourdes M. Rosado<br>D.C. Bar No. 452867<br>LatinoJustice PRLDEF<br>475 Riverside Avenue, Suite 1901<br>New York, NY 10115<br>Tel: (212) 739-7583<br>lrosado@latinojustice.org | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/with permission Thomas W. Duffey<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>thomas.duffey@usdoj.gov<br><br>*Attorneys for the United States of America* |

Kathryn J. Youker
D.C. Bar No. 90004024
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8375
Fax: (202) 783-0857
kyouker@lawyerscommittee.org

Nicolas Shump
NY Bar No. 5863105
MEXICAN AMERICAN LEGAL DEFENSE
& EDUCATIONAL FUND, INC.
1016 16th Street NW, Suite 100
Washington, DC 20036
Tel.: (202) 293-2828
nshump@maldef.org

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE
& EDUCATIONAL FUND, INC.
110 Broadway
Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476
Email: nperales@maldef.org

Jason P. Bailey*
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
jbailey@naacpldf.org

Arielle Humphries*
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
ahumphries@naacpldf.org

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*