# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL G. LUEVANO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES EZELL, Acting Director, Office of Personnel Management, <br><br> *Defendant*. | Civil Action No. 79-0271 (RBW) |

## **STIPULATION OF DISMISSAL**

Plaintiffs Angel Luevano and Vicky L. Chapman,[1] on behalf of a class of "All blacks and all Hispanics who have taken the PACE for hire, but not promotion, into entry-level PACE jobs at any time on or after May 19, 1975, or who, during the term of this Decree, take or may take the PACE and/or any alternative examining procedures developed by an agency and/or OPM for hire, but not promotion, into entry-level PACE jobs," ("Plaintiffs"), Consent Decree ¶ B.3, *Luevano v. Campbell*, 79-0271 (D.D.C. Feb. 27, 1981), and Charles Ezell, Acting Director at the Office of Personnel Management ("Defendant"), in his official capacity (collectively, the "Parties"), have resolved this case. The Parties agree and stipulate as follows:

1. The parties entered into a Consent Decree on November 19, 1981. Consent Decree, *Luevano v. Campbell*, 79-0271 (D.D.C. Feb. 27, 1981).

---

[1] Upon information and belief, I.M.A.G.E. de California, was an unincorporated association that is no longer operational and has ceased to exist. Counsel for Plaintiffs have also been unable to discuss the proposed motion and stipulation with Plaintiff Melody A. Van despite reasonable efforts to do so, including attempts made by email, phone, mail, and in person.

2. The Parties stipulate that the Consent Decree has expired by its terms, and thus under Federal Rule of Civil Procedure 60(b)(5), the conditions for continued jurisdiction no longer exist.

3. The Parties stipulate that because the judgment has been "satisfied, released, or discharged" under Federal Rule of Civil Procedure 60(b)(5), the Consent Decree in this case may no longer be enforced by any class member against any party to the Consent Decree.

4. The Parties further stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to voluntary dismissal with prejudice of Plaintiffs' action against Defendants. The Parties stipulate that the dissolution of the Decree and entry of this order by the Court moots all pending motions before the Court, including the United States' Motion to Terminate the Decree (Dkt. No. 2), in this matter. The dismissal of this action shall be effective upon the Court's signing and entry of an Order on the docket. The Parties will submit a proposed order of dismissal for the Court's consideration.

5. The Parties stipulate that all preconditions under Rule 23 of the Federal Rules of Civil Procedure have been satisfied for a dismissal of this matter. Plaintiffs assert that notice under Rule 23 is not required because this Stipulation of Dismissal seeks to effectuate the dismissal of this matter due to the expiration of the consent decree and does not affect any legal right held by any class member.

*   *   *

Dated: July 29, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Lourdes M. Rosado<br>Lourdes M. Rosado<br>D.C. Bar No. 452867<br>LATINOJUSTICE PRLDEF<br>475 Riverside Avenue, Suite 1901<br>New York, NY 10115<br>Tel: (212) 739-7583<br>lrosado@latinojustice.org | HARMEET K. DHILLON<br>Assistant Attorney General<br><br>By:   /s/ Andrew Braniff<br>         ANDREW G. BRANIFF<br>         Attorney<br>         Civil Rights Division<br>         United States Department of Justice<br>         950 Pennsylvania Ave., NW<br>         Washington, D.C. 20530<br>         (202) 532-3803<br>         andrew.braniff@usdoj.gov |

Kathryn J. Youker
D.C. Bar No. 90004024
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8375
Fax: (202) 783-0857
kyouker@lawyerscommittee.org

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Thomas W. Duffey
         THOMAS W. DUFFEY
         Assistant United States Attorney
         Civil Division
         601 D Street, N.W.
         Washington, D.C. 20530
         (202) 252-2510
         thomas.duffey@usdoj.gov

Nicolas Shump
DC Bar No. 90031965
MEXICAN AMERICAN LEGAL
DEFENSE & EDUCATIONAL
FUND, INC.
1016 16th Street NW, Suite 100
Washington, DC 20036
Tel.: (202) 293-2828
nshump@maldef.org

*Attorneys for the United States of America*

Jason P. Bailey*
NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
jbailey@naacpldf.org

Arielle Humphries*
NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

3

Tel.: (212) 965-2200
ahumphries@naacpldf.org

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*