UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGEL G. LUEVANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES EZELL, in his official capacity as Acting Director of the United States Office of Personnel Management, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 79-271 (RBW) |

### ORDER

In accordance with the Court's oral rulings issued at the status conference held on July 31, 2025, it is hereby

**ORDERED** that the parties' Joint Motion for Relief Pursuant to Federal Rule of Civil Procedure 60(b)(5) and Stipulation in Support, ECF No. 32, is **GRANTED**. It is further

**ORDERED** that the parties' Stipulation of Dismissal, ECF No. 32-1, is **ACCEPTED AS FILED** and the Clerk of the Court shall forthwith file it as a separate entry on the docket. It is further

**ORDERED** that the defendant's Motion to Terminate the Consent Decree, ECF No. 2, is **DENIED AS MOOT**. It is further

**ORDERED** that the Motion of American Moment and Feds for Freedom to Intervene as Defendants, ECF No. 11, is **DENIED AS MOOT** based on the proposed intervenors' indication that they did not object to the dismissal of this case. It is further

2

**ORDERED** that the Proposed Defendant-Intervenors' Motion to Partially Lift the Stay, ECF No. 20, is **DENIED AS MOOT** based on the proposed intervenors' indication that they did not object to the dismissal of this case. It is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this 1st day of August, 2025.

REGGIE B. WALTON
United States District Judge